1   BENJAMIN B. WAGNER
United States Attorney
2   YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
3   501 I Street, Suite 10-100
Sacramento, California 95814
4   Telephone:  (916) 554-2760

5   Attorneys for Federal Defendant, the U.S. ELECTION ASSISTANCE COMMISSION

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  PAMELA BARNETT, | No. |
| 12              Plaintiff, | **UNITED STATES' NOTICE AND PETITION FOR REMOVAL OF CIVIL ACTION FROM STATE COURT** |
| 13       v. | |
| 14  DAMON JERRELL DUNN, etc., et al., | **State Court Number:  34-2010-00077415** |
| 15              Defendants. | |
| 16 | |

17

18  TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
19        EASTERN DISTRICT OF CALIFORNIA, AND COUNSEL OF RECORD:

20        PLEASE TAKE NOTICE that the United States of America, through its

21  undersigned counsel, removes the civil action reflected in the attached pleading from the

22  court of the State of California where it was pending, and respectfully represents as

23  follows:

24        1.  Removal is jurisdictionally proper under 28 U.S.C. § 1442(a)(1), because

25  Federal Defendant U.S. ELECTION ASSISTANCE COMMISSION is an agency of the

26  United States.

27

28

2.  This removal is timely because the United States first received the complaint, by service or otherwise, on or after July 19, 2010, and this removal followed within thirty days afterward.

3.  A copy of the pleadings received by the United States is attached hereto.

4.  The United States is requesting from the state court a copy of that court's pleading file, for filing under 28 U.S.C. § 1447(b) with this Court's Clerk upon receipt from that court.

WHEREFORE, the United States prays that the captioned action, formerly pending in a court of the State of California, proceed in This Honorable Court, and that the proceedings be governed by the applicable federal rules and statutes.

Dated:  August 17, 2010

BENJAMIN B. WAGNER
United States Attorney

By:    */s/ Y Himel*
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney

Pamela Barnett, Pro Se Plaintiff
2541 Warrego Way
Sacramento, CA, 95826
Telephone: (415)846-7170
Pb_realestate@yahoo.com

PAMELA BARNETT, IN PRO SE

FILED/ENDORSED

JUL 20

By_____
    L. GUTIERREZ
    Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SACRAMENTO

Pamela Barnett,

        Plaintiff,

    vs.

Damon Jerrell Dunn (aka Damon Dunn);
Debra Bowen individually and officially as
The California Secretary of State; Neal
Kelley Officially as the Orange County
Registrar of Voters and Individually;
Edmund G. Brown Jr. (aka Jerry Brown)
Officially as The California Attorney
General and individually; U.S. Election
Assistance Commission; and John Doe(s)
and Jane Does,

             Defendants

Case No.: 34-2010-00077415

*NOTICE OF ERRATA REGARDING
FIRST AMENDED COMPLAINT*

Judge:     Unknown
Action Filed:  May 10, 2010
Trial Date:   Not set

TO THE COURT:

    I, PAMELA BARNETT, submit the following clerical corrections regarding the First
Amended Complaint Filed July 12, 2010.  A clerical error occurred with the First Amended
Complaint.

- 1 -
NOTICE OF ERRATA REGARDING FIRST AMENDED COMPLAINT

Corrections are the following:

1. Page 5, Paragraph 15, Change "13" to "14"

2. Page 12, Paragraph 43, Change "36" to ""42"

3. Page 17, Paragraph 65, Insert J1 after "Exhibit"

4. Page 18, Paragraph 70, Change "66" to "69"

5. Page 21, Paragraph 80, Change "76" to "79"

6. Page 24, Paragraph 89, Change "74" to "88"

7. Page 27, Paragraph 101, Change "119" to "100"

8. Page 36, Paragraph 136, Change "122" to "135"

9. Page 32, Paragraph 121, Delete "94 through 103"

10. Page 39 is attached

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed June 20, 2010, at Sacramento, California.

Pamela Barnett, Plaintiff, Pro Se

# VERIFICATION

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF SACRAMENTO   )

Accordingly, I, PAMELA BARNETT, being duly sworn, depose and say under penalty of

perjury:

1. That I am the Plaintiff self represented without being an attorney, over 21 years of

   age with place for service at 2541 Warrego Way Sacramento, CA, 95826.

2. I have read the above Plaintiff First Amended Complaint with ~~Eight (8)~~ seven (7) Cause of

   Action with damages in the amount of say $250,000.00 plus costs and punitive

   sanctions, and I know its contents; the facts stated in the First Amended

   Complaint herein are true to my own personal knowledge, except as to the

   matters therein stated to be alleged on information and belief, and as to those

   matters I believe it to be true. The grounds of my beliefs as to all matters not

   stated upon information and belief are as follows: 3rd parties, books and records,

   and personal knowledge. except as to those stated upon information and belief,

   which I believe to be true.

Pamela Barnett

Sworn to before me on
This 19th day of June 2010

Notary Public

J. WALIA
COMM. #1705732
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
My Comm. Expires Nov. 22, 2010

First Amended Complaint Page 39 of 39

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Damon Jerrell Dunn (A.K.A. Damon Dunn)

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Pamela Barnett



FILED/ENDORSED

JUL 12 2010

By: _____ E MEDINA
Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es)*  Superior Court of California<br><br>720 9th St.<br>Sacramento, CA, 95814 | CASE NUMBER:<br>*(Número del Caso)*<br>34-2010-00077415 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*

| DATE<br>*(Fecha)*   JUL 12 2010 | Clerk, by<br>*(Secretario)* _____ | , Deputy<br>*(Adjunto)* |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [✓] as an individual defendant
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)

   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
American LegalNet, Inc.

SUM-200(A)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Barnett v. Dunn et al | 34-2010-00077415 |

### INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons "Additional Parties
   Attachment form is attached "

List additional parties (Check only one box  Use a separate page for each type of party )

☐ Plaintiff    ☑ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

Debra Bowen individually and officially as The California Secretary of State;
Neal Kelley officially as The Orange County Registrar of Voters and individually
Edmund G. Brown Jr. ( A.K.A. Jerry Brown) Officially as the California Attorney General and individually;
U.S. Election Assistance Commission
John and Jane Doe(s)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev  January 1  2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

American LegalNet  Inc.
www.FormsWorkflow.com

1  Pamela Barnett, Pro se Plaintiff
2  2541 Warrego Way
3  Sacramento, CA, 95826
4  Telephone: (415)846-7170
5
6

**FILED/ENDORSED**

JUL 1 2 2010

By: ____ E MEDINA
Deputy Clerk

7  SUPERIOR COURT OF CALIFORNIA
8
9  COUNTY OF SACRAMENTO
10
11  ------------------------------------------------x
12  Pamela Barnett                                     )  Case No. 34-2010-00077415
13                            Plaintiff,               )
14                  v.                                 )  <u>FIRST AMENDED COMPLAINT</u>
15  Damon Jerrell Dunn (A.K.A. Damon Dunn);            )
16  Debra Bowen individually and officially as         )  with CEC §201, §2150(a)(10)(b)
17  The California Secretary of State;                 )  §2153, §2154 related to NVRA / HAVA
18  NEAL KELLEY officially as The Orange               )  Law and CEC §18203,
19  County Registrar of Voters and individually;       )  §18500 and §18501 violations with
20  Edmund G. Brown Jr. (A.K.A. Jerry Brown)           )  request for Jury trial on facts to
21  Officially as the California Attorney General       )  determine civil damages
22  and individually; U.S. Election Assistance         )
23  Commission; John and Jane Doe(s)                   )  Priority In Trial Scheduling under
24                                                     )  CCP Code § 44, California Code -
25                                                     )  Section 44 as pertains to November
26                            Defendants )               2010 Election
27  ------------------------------------------------x
28
29     Plaintiff Pamela Barnett as a First Amended Complaint alleges:
30
31                              I - INTRODUCTION
32                                  Parties
33     1.  **Defendant Damon Jerrell Dunn** (a.k.a Damon Dunn, Defendant Dunn), is a

34  natural person resident in California (CA) at 3131 Michelson Unit 708W Irvine CA 92612

35  with Email damondunn@yahoo.com ; and is questionably on the California Republican

36  Party primary ballot as a declared candidate for the State of California Republican Party

37  Candidate for Secretary of State of California on June 8, 2010 and General Election.

First Amended Complaint Page 1 of 39

2. **Respondent NEAL KELLEY** (Respondent Kelley, Registrar) is a natural person sued in his official capacity as The Orange County Registrar of Voters, with place of business located at The Orange County Registrar of Voters 1300 South Grand Avenue Building C Santa Ana CA 92705 Telephone 714.567.7600; and sued individually.

3. That according to the CAL. ELEC. CODE § 2107.

   (a) Except as provided in subdivision (b), the county elections official shall accept affidavits of registration at all times except during the 14 days immediately preceding any election, when registration shall cease for that election as to electors residing in the territory within which the election is to be held. Transfers of registration for an election may be made from one precinct to another precinct in the same county at any time when registration is in progress in the precinct to which the elector seeks to transfer.
   (b) The county elections official shall accept an affidavit of registration executed as part of a California Voter Registration Form in the forthcoming election if the affidavit is executed on or before the 15th day prior to the election, and if any of the following apply:
   (1) The affidavit is postmarked on or before the 15th day prior to the election and received by mail by the county elections official.
   (2) The affidavit is submitted to the Department of Motor Vehicles or accepted by any other public agency designated as a voter registration agency pursuant to the National Voter Registration Act of 1993 (42 U.S.C. Sec. 1973gg) prior to the election.
   (3) The affidavit is delivered to the county elections official by means other than those described in paragraphs (2) and (3) on or before the 15th day prior to the election.

4. **Defendant Debra Bowen** (Defendant Bowen, SOS), is a natural person sued in her official capacity as the Secretary of State of the State of California (SOS), with place of business located at 1500 11th Street, 5th Floor Sacramento, CA, 95814 Fax (916) 653-3214 with CAL. ELEC. CODE § 10: California Code - Section 10 is the chief of elections officer of the state, and has the powers and duties specified in Section 12172.5 of the Government Code; and is sued individually herein for breach of Fiduciary Duty.

5. That Defendant Bowen is a statutory member of the United States Election Assistance Commission by the Help America to Vote Act of 2002 (HAVA).

6.  That according to the CAL. ELEC. CODE § 10:

the Secretary of State is the chief of elections officer of the state, and has the powers and duties specified in Section 12172.5 of the Government Code.

7.  That according to the CAL. ELEC. CODE § 2155.5.

(a) The Secretary of State may, in coordination with county elections officials who choose to participate, and develop specific procedures to address complaints related to voter registration, including procedures to promptly reregister voters who believe their registration was changed improperly.
(b) The procedures adopted pursuant to this section shall not provide any exemption to laws related to voter registration within the 15 days prior to an election. (Emphasis by Petitioner)

8.  That according to the CAL. ELEC. CODE § 2156.

The Secretary of State shall print, or cause to be printed, the blank forms of the voter notification prescribed by Section 2155.  The Secretary of State shall supply the forms to the county elections official in quantities and at times requested by the county elections official. The Secretary of State may continue to supply, and the county elections officials may continue to use, existing voter notification forms prior to printing new or revised forms as required by any changes to Section 2155.

9.  Defendant Edmund G. Brown Jr. (A.K.A. Jerry Brown, Defendant Brown, AG) is a natural person sued in his official capacity as The California Attorney General  (AG), with place of business located at California Department of Justice Office of the Attorney General 1300  "I" Street – Suite 125 Sacramento, California 94244-2550 is the chief law enforcement officer of the state with powers and duties specified with Government code to prosecute election crime; and is sued individually herein for breach of Fiduciary Duty.

10. Defendant The United States ELECTION ASSISTANCE COMMISSION ("EAC"), Address United States Election Assistance Commission with THOMAS R. WILKEY as the EAC Executive Director located at 1225 New York Avenue N.W., Suite – 1100 Washington, DC 20005 Telephone (202) 566-3100 Toll Free (866) 747-1471 Fax (202)

1  566-3127 E-mail Address HAVAinfo@eac.gov; and that the EAC along with those

2  participating States that maintain a voter registration list within the National Voter

3  Registration Act of 1993 and HAVA within the Voting Rights Act of 1965 as amended

4  thereafter (VRA) and that is incorporated into each participating State statutes by 2004

5  that shall create, maintain and safeguard a centralized a national voter registration list

6  database within each State accessible to each State member of the EAC.

7      11. Plaintiff Pamela Barnett, is a natural person with place for service located at 2541

8  Warrego Way, Sacramento, CA, 95826 Telephone: (415) 846-7170 Fax: (866) 908-

9  2252, and who is duly registered to vote in California and enrolled / affiliated member of

10  the California Republican Party eligible to vote at the California Republican Party

11  Primary scheduled for June 8, 2010 and at the General Election in 2010.

12      12. That Plaintiff is a Northern California Campaign Manager (Non-paid position) for

13  Dr. Orly Taitz, Esq.'s candidacy for California Secretary of State for the June 8, 2010

14  primary and  November 2010 General Election; however this action is not endorsed or

15  paid for by Dr. Taitz or her campaign.

16      13. Plaintiff brought this lawsuit immediately after realizing that the Secretary of State

17  was going to fail to act on her fraud complaint requesting to remove an ineligible,

18  fraudulent candidate for Secretary of State, Damon Dunn, from the primary ballot, and to

19  try to end a pattern of election fraud perpetrated by state elected officials Secretary of

20  State Bowen, Attorney General Brown and Orange County Registrar Neal Kelley.

21                           **II - JURISDICTION**

22      14. Venue is proper in the County of Sacramento and this is the proper court for this

23  complaint as the events complained of occurred within this county because it involves

1   the Secretary of State of California (SOS) and a candidate for Secretary of State as is

2   Defendant in the California statewide Republican Party Direct Primary [1], and then the

3   General Election ballots with CA Election Code (CEC) § 12; and at  a Jury trial General

4   Damages be assessed were the Primary to proceed illegally, would result in Defendants

5   liability to reimburse the cost of the Republican primary and costs incurred of any

6   opposing candidate and or Plaintiff herein along with those similarly situated; and that

7   jurisdiction shall be given preference in the CA Courts with CAL. CCP. CODE § 44 [2]

8   that according to CEC § 8800: California Code - Section 8800. No candidate whose

9   declaration of candidacy has been filed for any primary election may withdraw as a

10   candidate at that primary election. Must be removed by Judicial Order.

11                              III - BACKGROUND FACTS

12                               FIRST CAUSE OF ACTION

13              Defendant Dunn Maliciously Violated CEC § 2150 (a)10, (b), CEC §201,

14       15. Plaintiff realleges each and every allegation contained in the above paragraphs 1

15   through 13 with the same force and effect as though herein set forth at length omits it for

16   brevity.

17       16. Plaintiff alleges that Defendant Dunn's actions constituted a violation of CEC

18   §2150 (a)(10) and (b), National Voter Registration Act of 1993 (NVRA) and Help

19   America to Vote Act of 2002 (HAVA) as incorporated in California Election Code in that

---

[1] CAL. ELEC. CODE § 316: California Code - Section 316.  "Direct primary" is the primary
election held on the first Tuesday after the first Monday in June in each even-numbered year, to
nominate candidates to be voted for at the ensuing general election or to elect members of a
party central committee.
[2] . CA. CCP Code § 44, California Code - Section 44. Appeals in probate proceedings, in
contested election cases, and in actions for libel or slander by a person who holds any elective
public office or a candidate for any such office alleged to have occurred during the course of an
election campaign shall be given preference in hearing in the courts of appeal, and in the
Supreme Court when transferred thereto. All these cases shall be placed on the calendar in the
order of their date of issue, next after cases in which the people of the state are parties.

1   Mr. Dunn had at all times mentioned herein explicit knowledge of the law with malice.

2      17. The CEC requires that to be eligible to be a qualified candidate for Secretary of

3   State a declared and a nominated candidate shall under §201 of the California Elections

4   Code "*be a registered voter and otherwise qualified to vote for that office at the time*

5   *nomination papers are issued to the person*"; and

6      18. That according to CEC §2100 it mandates:

7      No person shall be registered except as provided in this chapter except upon the
8      production and filing of a certified copy of a judgment of the superior court
9      directing registration to be made.
10
11     19. That according to CEC and related law CEC § 2150 requires that:

12     (a) The affidavit of registration **shall show**:
13        (1) The facts necessary to establish the affiant as an elector.
14        (2) The affiant's name at length, including his or her given name, and a middle
15     name or initial, or if the initial of the given name is customarily used, then the
16     initial and middle name. The affiant's given name may be preceded, at affiant's
17     option, by the designation of Miss, Ms., Mrs., or Mr. A person shall not be denied
18     the right to register because of his or her failure to mark a prefix to the given
19     name and shall be so advised on the California Voter Registration Form. This
20     subdivision shall not be construed as requiring the printing of prefixes on an
21     affidavit of registration.
22        (3) The affiant's place of residence, residence telephone number, if furnished,
23     and e-mail address, if furnished. No person shall be denied the right to register
24     because of his or her failure to furnish a telephone number or e-mail address,
25     and shall be so advised on the California Voter Registration Form.
26        (4) The affiant's mailing address, if different from the place of residence.
27        (5) The affiant's date of birth to establish that he or she will be at least 18 years
28     of age on or before the date of the next election. In the case of an affidavit of
29     registration submitted pursuant to subdivision (d) of Section 2102, the affiant's
30     date of birth to establish that he or she is at least 17 years of age.
31        (6) The state or country of the affiant's birth.
32        (7) (A) In the case of an applicant who has been issued a current and valid
33     driver's license, the applicant's driver's license number.
34        (B) In the case of any other applicant, other than an applicant to whom
35     subparagraph (C) applies, the last four digits of the applicant' s social security
36     number.
37        (C) If an applicant for voter registration has not been issued a current and valid
38     driver's license or a social security number, the state shall assign the applicant a
39     number that will serve to identify the applicant for voter registration purposes. To

the extent that the state has a computerized list in effect under this subdivision and the list assigns unique identifying numbers to registrants, the number assigned under this subparagraph shall be the unique identifying number assigned under the list.

(8) The affiant's political party affiliation.

(9) That the affiant is currently not imprisoned or on parole for the conviction of a felony.

(10) A prior registration portion indicating whether the affiant has been registered at another address, under another name, or as intending to affiliate with another party. If the affiant has been so registered, he or she shall give an additional statement giving that address, name, or party.

(b) The affiant shall certify the content of the affidavit as to its truth and correctness, under penalty of perjury, with the signature of his or her name and the date of signing. If the affiant is unable to write he or she shall sign with a mark or cross.

(c) The affidavit of registration shall also contain a space that would enable the affiant to state his or her ethnicity or race, or both. An affiant may not be denied the ability to register because he or she declines to state his or her ethnicity or race.

(d) If a person, including a deputy registrar, assists the affiant in completing the affidavit, that person shall sign and date the affidavit below the signature of the affiant.

(e) The affidavit of registration shall also contain a space to permit the affiant to apply for permanent vote by mail status.

(f) The Secretary of State may continue to supply existing affidavits of registration to county elections officials prior to printing new or revised forms that reflect the changes made to this section by the act that added this subdivision. (Emphasis by Petitioner)

20. On March 13, 2009, Defendant Dunn filed a California Voter Registration Form to try to be qualified to vote and to try to affiliate with the California Republican Party (see Exhibit A).

21. That based upon a public records background check of Defendant Dunn and based on information and belief on March 13, 2009, Defendant Dunn did not have a valid or current California Drivers License as shown on Exhibit A, but instead had a valid Florida Driver's License.

22. That Defendant Dunn did not obtain a current California Drivers License or valid California Identification until 2010.

First Amended Complaint Page 7 of 39

23. That *"Generally, your domicile is* where your family lives, where you physically reside, the place you intend to return to whenever you are gone from it, *where your driver's license says you reside*, where you claim your homeowner's property tax exemption or renter's tax credit, etc. (EC §349, 2020-2034)"

24. That Defendant Dunn affirmed the Voter Registration Form shown as Exhibit A dated with the year March 15, 1976.

25. That Defendant Dunn use of the 1976 date to affirm the Voter Registration Affidavit is an act of a serial liar and goes to the *mens rea* as with *Bad Man Theory*.

26. That Mr. Dunn did not properly execute the affidavit of Registration to vote and was not a qualified voter at the time he received his nomination papers as required by CEC §201 and consequently he was not an affiliated California Republican.

27. That Further, CEC and related law requires with CEC § 2151 that:

   At the time of registering and of transferring registration, each elector may declare the name of the political party with which he or she intends to affiliate at the ensuing primary election. The name of that political party shall be stated in the affidavit of registration and the index.
      The California Voter Registration Form shall inform the affiant that any elector may decline to state a political affiliation, but no person shall be entitled to vote the ballot of any political party at any primary election unless he or she has stated the name of the party with which he or she intends to affiliate or unless he or she has declined to state a party affiliation and the political party, by party rule duly noticed to the Secretary of State, authorizes a person who has declined to state a party affiliation to vote the ballot of that political party. The California Voter Registration Form shall include a listing of all qualified political parties.
      No person shall be permitted to vote the ballot of any party or for any delegates to the convention of any party other than the party designated in his or her registration, except as provided by Section 2152 or unless he or she has declined to state a party affiliation and the party, by party rule duly noticed to the Secretary of State, authorizes a person who has declined to state a party affiliation to vote the party ballot or for delegates to the party convention.

28. Defendant Dunn still may not have a properly executed registration and may have voted illegally on the June 8, 2010 Republican party ballot.

29. Defendant Dunn filed his California Voter Registration Form on March 13, 2009, less then 8 months prior to his declaration of candidacy when he filed his Candidate Intention Statement on November 5, 2009;

30. Further, CEC and related law requires with CEC § 8001: (a) No declaration of candidacy for a partisan office ... shall be filed, by a candidate unless (1) at the time of presentation of the declaration and continuously for not less than three months immediately prior to that time, or *for as long as he has been eligible to register to vote in the state*, the candidate is shown by his affidavit of registration to be affiliated with the political party the nomination of which he seeks, and (2) *the candidate has not been registered as affiliated with a qualified political party other than that political party the nomination of which he seeks within 12 months*, or, in the case of an election governed by Chapter 1 (commencing with Section 10700) of Part 6 of Division 10, within three months immediately prior to the filing of the declaration. (b)The elections official shall attach a certificate to the declaration of candidacy showing the date on which the candidate registered as intending to affiliate with the political party the nomination of which he seeks, and indicating that the candidate has not been affiliated with any other qualified political party for the period specified in subdivision (a) immediately preceding the filing of the declaration. This section shall not apply to declarations of candidacy filed by a candidate of a political party participating in its first direct primary election subsequent to its qualification as a political party pursuant to Section 5100. (Emphasis added by Plaintiff)

31. Because Defendant Dunn did not have a properly executed voter registration due to his errors and omissions, he also could not be enrolled / affiliated with the Republican

1   Party of California, any State, and or National Republican Party affiliation for 3 or 12

2   months as of November 13, 2010 because his voter registration was not properly

3   executed and therefore not a qualified voter.

4       32. On or about November 5, 2009, Defendant Dunn filed the Candidate Intention

5   Statement for his candidacy at 2070 Business Center Drive Suite 140 Irvine CA 92612

6   (See Exhibit B) for the California Republican Party nomination Direct Primary with

7   Defendant Bowen and based on information and belief he received his nomination

8   papers soon after.

9       33. That according to CEC § 305: California Code - Section 305. (a)"Candidate," for

10  purposes of Section 2184, includes any person who declares in writing, under penalty of

11  perjury that he or she is a candidate, naming the office. (b)"Candidate," as used in

12  Article 1 (commencing with Section 20200) of Chapter 3 of Division 20, means an

13  individual listed on the ballot, or who has qualified to have write-in votes on his or her

14  behalf counted by election officials, for nomination or for election to any elective state or

15  local office, or who receives a contribution or makes an expenditure or gives his or her

16  consent for any other person to receive a contribution or makes an expenditure with a

17  view to bringing about his or her nomination or election to any elective state or local

18  office, whether or not the specific elective office for which he or she will seek nomination

19  or election is known at the time the contribution is received or the expenditure is made.

20  The term "candidate" includes any officeholder who is subject to a recall election. CEC

21  Section 305 (c)"Candidate for public office," as used in Chapter 5 (commencing with

22  Section 20400) of Division 20, means an individual who has qualified to have his or her

23  name listed on the ballot of any election, or who has qualified to have written votes on

1    his or her behalf counted by election officials, for nomination for, or election to, any

2    state, regional, county, municipal, or district office which is filled at an election.

3       34. Defendant Dunn filed as early as possible to maximize press coverage,

4    donations, and endorsements to take advantage of being affiliated as a CA Republican

5    Party Member.

6       35. Defendant Dunn sought out advice from John and Jane Doe(s) to violate CEC

7    §2150 (a) (10) and (b) in order to maximize advantage over any other affiliated

8    California Republican Party candidate if any were to file a declaration by say March

9    2010 or the minimum available time before the primary election on June 8, 2010.

10       36. Defendant Dunn knew were he properly registered that by filing early he was

11    violating CEC  §8001 as he thought he was only an affiliated Republican for about 8

12    months and decided not to wait until say March 2010 to file the Declaration of

13    Candidacy, instead sought to conceal and expunge his Florida Democratic Party

14    affiliation record as well as that in Texas.  A certified copy of an original letter from Jean

15    Marie Atkins, the Florida Director of Voter Administration stated "On July 10, 2009, Mr.

16    (Damon) Dunn contacted our office via telephone and asked for his ineligible voter

17    registration record to be removed from the Duval County database."

18       37. That Defendant Dunn asked to have his voter record be deleted because he

19    wanted to hide something.  Dunn played the odds that no one would investigate his

20    California voter registration form.  It was more important for Dunn to maximize his

21    campaign contributions.

22       38. That Dunn knew he had registered to vote prior to swearing in California that he

23    was registering to vote for the first time - because why else would Dunn know to call

24    Florida Elections.

First Amended Complaint Page 11 of 39

1   39. That Dunn also swore on his Declaration of Candidacy in March 2010 that he

2   had "No Prior Regsitration" and on information and belief Dunn has never tried to

3   correct his Orange County affidavit of Voter Registration to reflect his prior

4   registration.

5   40. That were any person allowed to participate in a Republican Primary Election or

6   for that matter in any election without *a properly executed affidavit of Registration to*

7   *vote* Plaintiff's right to a reasonable expectation of participation and success with like-

8   minded Party members at the General Election would also be infringed.  Without a

9   properly executed affidavit of Registration to Vote, Dunn was never affiliated with the

10   Republican Party.

11   41. Defendant Dunn, Kelley and Bowen by State Action injures Plaintiff along with

12   those similarly situated suffered irreparable harm when Defendant Dunn was allowed by

13   Respondent Bowen and  Kelley to participate in the Republican Party primary as a

14   Republican Party elector on June 8, 2010 and General Election despite the express

15   requirement of the law.

16   42. If Defendant Dunn had not corrected the improperly executed affidavit of

17   registration to vote shown as Exhibit A before the 25th of May 2010, which is only 14

18   days before the Primary election of June 8, 2010 he would not have been eligible to

19   vote.

20   ## SECOND CAUSE OF ACTION

21   Defendants Dunn / Kelley / Bowen Spoliation and Attempted Spoliation of Evidence

22   43. Plaintiff realleges each and every allegation contained in the above paragraphs 1

23   through 36 with the same force and effect as though herein set forth at length omits it for

1   brevity.

2      44. That base upon a public records check on Defendant Dunn, previous to making

3   an application to vote in California, based upon information and belief that he had

4   registered to vote in both Texas and Florida and possibly Arizona under *Motor Voter*.

5      45. That Defendant Dunn on March 13, 2009 had a valid Drivers License from

6   another State and did not seek to obtain a California Drivers License until 2010.

7      46.  That according to Defendant Bowen "*your domicile is ... where your driver's*

8   *license says you reside*, meaning that Defendant Dunn's License domicile is out of State

9   until he obtained a California Driver's License on or about February 17, 2010.

10      47. That on March 9, 2010 Defendant Kelley and or his agent "Alvarado" certified the

11   Original executed affidavit of registration to vote shown as Exhibit A and in doing so

12   covered-up the affirmation section including the Signature and affirmation date.

13      48.  On June 22, 2010, Plaintiff telephoned the Orange County Registrars Office to

14   speak with assistant registrar "Alvarado" who had certified the copy shown as Exhibit A

15   to find out what was covered-up in the affirmation section; and that Plaintiff was told by

16   the clerk "Christina" taking the call that "Alvarado" had been transferred to another

17   section of the Orange Country Registrars Office and is not available for discussions as

18   to the affidavit.

19      49.  That when asked when Defendant Dunn had executed the Affidavit of

20   Registration to Vote "Christina" said "March 15, 1976" but then sounded bewildered and

21   said, "no, it must be 09." She also said it looked like 2006; and then "Christina" asked

22   Plaintiff to send a written request for the information. ("Christina" oddly disappeared off

23   of the phone line after Plaintiff asked her for her last name.)

24      50.  That when asked if Mr. Dunn had used a California Drivers License (DL) or the

1   last four numbers of Dunn's social security number, "Christina" said that the Orange

2   County Registrar "*received a notification from DMV on February 17, 2010*" as the date in

3   which Defendant Dunn must have gotten his CA DL and that at this point there is an

4   original and an updated executed Affidavit of Registration to Vote or some other

5   amendment attached to the original documentation for which Plaintiff has a written

6   request as of June 23, 2010.

7   51.   That Defendant Kelley along with his agents in the Orange County Registrars

8   Office concealed evidence showing that Defendants Dunn and Kelley had not properly

9   executed the Affidavit of Registration to Vote before the May 2009 California Election,

10   and that Mr. Dunn was not properly registered.

11   52. That Defendant Kelley concealed a crime when he transferred "Alvarado" to

12   another section of the Orange Country Registrars Office who is not available for

13   discussions as to the affidavit shown as Exhibit A.

14   53. That Defendant Kelley concealed the last four numbers of Defendant Dunn's

15   Social Security Number without notating what was concealed on the improperly

16   executed Voter Affidavit of Registration.

17   54.   That Defendant Kelley and or his agents concealed Defendant Dunn's updated

18   Voter Registration (from DMV) and/or amendments that based upon information and

19   belief was executed in 2010.

20   55. That Defendant Kelley or his agents never attempted to contact Dunn to verify

21   that he was not registered to vote previously especially because he didn't have a

22   California identification card.

23   56. In law, spoliation of evidence is the intentional or negligent withholding, hiding,

24   alteration or destruction of evidence relevant to a legal proceeding. It is a criminal act in

1   the United States under Federal and most State law. Spoliation has two consequences:

2   first, the act is criminal by statute and may result in fines and incarceration for the parties

3   who engaged in the spoliation, secondly case law has established that proceedings

4   which might have been altered by the spoliation may be interpreted under a spoliation

5   inference. The spoliation inference is a negative evidentiary inference that a finder of

6   fact can draw from a party's destruction of a document or thing that is relevant to an

7   ongoing or reasonably foreseeable civil or criminal proceeding: The finder of fact can

8   review all evidence uncovered in as strong a light as possible against the spoliator and

9   in favor of the opposing party.

10      57. That after Defendant Dunn made his application for Registration with the Orange

11   County Registrar as shown with Exhibit A, wherein Section 16 was intentionally left

12   blank to cover-up a prior registration in another State, based on information and belief

13   Defendant Dunn in conjunction with other John and Jane Doe(s) had expunged his

14   registration for the State of Texas (Exhibit J1 Public Records check.) and called Florida

15   elections to expunge the record of his registration in order to conceal the evidence of his

16   fraud perpetrated on the Registration shown as Exhibit A and in preparation for his

17   intent of candidacy shown as Exhibit B and finally on his Declaration of Candidacy as

18   Exhibit K.

19      58. That based upon information and belief and according to a certified copy of an

20   original letter written April 13, 2010 by Jean Marie Atkins Director of Voter

21   Administration of the Duval County Board of Elections and obtained in person by Dr.

22   Orly Taitz while in Florida (see Exhibit C), on July 10, 2009, Defendant Dunn contacted

23   the Florida Board of Elections to have any record of enrollment or affiliation with the

24   Florida Democratic Party in the Duval County database expunged from the official

1   record.

2       59. That the Florida Board of Elections database in Duval County records show that

3   Defendant Dunn registered in Florida (see Exhibit D) affiliated with the Democratic

4   Party.

5       60. That based upon information and belief the Florida Board of Elections Official

6   with the fiduciary duty to safeguard the records of the Board of Elections including those

7   of Defendant Dunn, refused to expunge the records when he asked on July 10, 2009,

8   and proves that Defendant Dunn was a Florida Democrat prior to Defendant Dunn

9   declaring his intent of candidacy in California on November 5, 2009.

10      61.  That Defendant Kelley along with those similarly situated in control of the Voter

11  Registration data base including Defendant Bowen as a member of the EAC charged

12  with such responsibility, were Mr. Dunn's egregious commissions available to the

13  California affiliated Republican Party members and his Endorsers before the June 8,

14  2010 vote many would have not endorsed or voted for him or contributed funds to the

15  campaign and such State actions represent an outrageous spoliation and interference

16  with Plaintiff and those similarly situated as affiliated members of the California

17  Republican Party.

18      62. That Defendant Kelley's spoliation of Defendant Dunn's released voter

19  registration form gave two benefits to Dunn.  The spoliation hid that fact that Dunn did

20  not have a California driver's license or ID and Dunn wrongfully dated his signature by

21  using his birth date.  By information and belief many GOP voters would not have voted

22  for Defendant Dunn because they would have wondered why a candidate for a

23  California statewide office did not have a California identification card or driver's license,

1  │ and why a candidate for Secretary of State, the Head officer of elections, could not even

2  │ complete the signature date correctly on his voter registration form.

3  │   63. For the purpose of adhering to the CEC §2150, §2153, §2154 and §8001

4  │ requirement, Defendant Dunn in effect was affiliated with the Democratic Party in Florida

5  │ prior to November 5, 2009 when he filed his intent for declaration of candidacy and

6  │ intends to file nomination papers with CEC §8040, acted in bad faith to falsify the

7  │ California Election Record and circumvent requirements of NVRA and HAVA requiring

8  │ State to State notification of change.

9  │   64. Defendant Dunn violated NVRA and HAVA with the filings shown as Exhibit A, B

10 │ and K thereby injuring Plaintiff along with those similarly situated.

11 │   65. Moreover, Defendant Dunn committed voter fraud according to statutes CEC

12 │ §18203 and §18500 by intentionally omitting information on his California Voter

13 │ Registration Form as he was previously registered to vote as a Democrat Party affiliate

14 │ in Florida and Texas and that he maintained a current out of State drivers license, and

15 │ maliciously omitted required information at Section 16 of the form shown as Exhibit A.

16 │ Because Dunn was previously registered in Florida, Texas and based upon information

17 │ and belief Arizona where he owns property (Exhibit background), and thereby concealed

18 │ evidence of a crime Defendant Dunn intended to commit to become California SOS and

19 │ solicit campaign funds under false pretense.

20 │   66. Plaintiff is a supporter and contributor to the candidacy of Dr. Orly Taitz, DDS

21 │ J.D. Esq., who was a duly declared candidate on the ballot at the California Republican

22 │ Party Primary that was scheduled for June 8, 2010 for the nomination by the California

23 │ Republican Party as the Republican Candidate for the California Secretary of State at

1    the November 2010 General Election; and that Dr. Taitz's only opponent is Defendant

2    Dunn at the Republican Nomination at the Primary other than write-in candidates, and

3    were Mr. Dunn removed from the Primary Ballot as demanded in this legal action, Dr.

4    Taitz as runner-up would be the Republican candidate for SOS at the General Election

5    of November 2010.

6        67. Defendant Dunn facilitates Defendants Kelley and Bowen who are interfering as

7    Democrats to infringe Plaintiff's First Amendment rights to protected speech and

8    association along with those similarly situated as an enrolled affiliated member of the

9    California Republican Party with CEC §8001 and CEC §2150 required with HAVA.

10       68. Defendant Dunn solicits campaign funds from Republicans under false pretense

11   and along with the Defendant California Secretary of State Bowen and Defendant

12   Registrar Kelley whose State Actions have infringed Republican Party Affiliation rights

13   and success at the elections, and have infringed Plaintiff's right to a reasonable

14   expectation of participation and success with like-minded Party members at the

15   Elections.

16       69. Because of the violation of Law by Defendant Dunn, Plaintiff is damaged

17   financially and will suffer irreparable harm were Defendant Dunn allowed by Defendant

18   Bowen and or the SOS agents to remain on the General Election ballot and that time is

19   off the essence in order to prevent irreparable harm at the November 2010 Election.

20   **THIRD CAUSE OF ACTION Defendants Bowen, Kelley, Dunn Violated CEC §2150,**
21   **§2153 and §2154 and related law**

22       70. Plaintiff realleges each and every allegation contained in the above paragraphs 1

23   through 66 with the same force and effect as though herein set forth at length omits it for

24   brevity.

1    71. Plaintiff alleges that Defendants Bowen, Kelley, Dunn along with those yet

2    unnamed actions constituted a violation of CEC § 2150 and related code including the

3    National Voter Registration Act of 1993 (NVRA) and Help America to Vote Act of 2002

4    (HAVA) in that Respondents Bowen, Kelley and Dunn had at all times mentioned herein

5    with explicit knowledge of the law act with malice.

6    72. That according to CEC and related law CEC § 2150 requires that:

7    (a) The affidavit of registration shall show:
8    (10) A prior registration portion indicating whether the affiant has been
9    registered at another address, under another name, or as intending to affiliate
10   with another party. If the affiant has been so registered, he or she shall give an
11   additional statement giving that address, name, or party.
12   (b) The affiant shall certify the content of the affidavit as to its truth and
13   correctness, under penalty of perjury, with the signature of his or her name and
14   the date of signing. If the affiant is unable to write he or she shall sign with a mark
15   or cross. (Emphasis by Petitioner)
16
17   73. That Defendant Dunn on the Affidavit of Registration form shown as Exhibit A

18   omitted the prior name, address, State, and party affiliation of a prior registration as

19   shown on Section 16 to hide his prior registration as a Democrat.

20   74. That Respondent Dunn had previously filed a registration to vote with the Florida

21   Board of Election database in Duval County and the records show that Respondent

22   Dunn registered in Florida shown as Exhibit D affiliated with the Democratic Party.

23   75. That the CEC inclusion of the HAVA provisions within requires any previous

24   registration within or without the State of California to be disclosed by Mr. Dunn.

25   76. That Further, CEC and related law requires with CEC § 2153 that:

26   (a) Except as provided in Section 2154, the affidavit of registration shall show
27   all the facts required to be stated.
28   (b) If the affidavit does not contain all of the information required, but the
29   telephone number of the affiant is legible, the county elections official shall
30   telephone the affiant and attempt to collect the missing information.

1   (c) If the affidavit does not contain all of the information required, and the
2   county elections official is not able to collect the missing information by
3   telephone, but the mailing address of the affiant is legible, the county elections
4   official shall inform the affiant of the reason for rejection and shall send to the
5   affiant a new California Voter Registration Form. (Emphasis by Petitioner)
6
7   77. That Further, CEC and related law requires with CEC § 2154 that:

8   In the event that the county elections official receives an affidavit of registration
9   that does not include portions of the information for which space is provided, the
10  county elections official voters shall apply the following rebuttable presumptions:
11      (a) If no middle name or initial is shown, it shall be presumed
12  that none exists.
13      (b) If no party affiliation is shown, it shall be presumed that the affiant has no
14  party affiliation.
15      (c) If no execution date is shown, it shall be presumed that the affidavit was
16  executed on or before the 15th day prior to the election, provided that (1) the
17  affidavit is received by the county elections official on or before the 15th day prior
18  to the election, or (2) the affidavit is postmarked on or before the 15th day prior to
19  the election and received by mail by the county elections official.
20      (d) If the affiant fails to identify his or her state of birth within the United States,
21  it shall be presumed that the affiant was born in a state or territory of the United
22  States if the birthplace of the affiant is shown as "United States," "U.S.A.," or
23  other recognizable term designating the United States. (Emphasis by Petitioner)
24
25  78. That Defendant Bowen and Kelley or their agents have no rebuttable

26  presumption that would omit the requirement to seek a prior registration address from

27  Mr. Dunn or demand a properly executed Voter Affidavit of Registration.

28      79. That Defendants Kelley and Bowen did not seek a prior registration address from

29  Mr. Dunn as required with CEC and only after Plaintiff and Dr. Orly Taitz, Republican

30  Secretary of State Candidate, complained did Defendant Bowen start an investigation

31  which is still ongoing and therefore may not use Laches or Estoppel as an affirmative

32  defense, in fact have waive such defense.  Defendant Kelley's office was notified via fax

33  (Exhibit O )and called by Plaintiff regarding Defendant Dunn's prior voter registration

34  omission, but Plaintiff is unaware of any investigation or corrective action that Defendant

35  Kelley or his agents have taken.  Mr. Justin Berardino, assigned by the Orange County

1 | Registrar's office to validate voter registrations, seemed completely unconcerned about

2 | the fraud perpetrated by Defendant Dunn and basically said that he wasn't going to do

3 | anything about the omission - that it happened all of the time and they (The Orange

4 | County Registrar's Office) catch repeat registrations from their database.  Mr. Berardino

5 | did not say how that Orange County Registrar processes registrations when someone is

6 | not in the California state HAVA database and they do not have a California ID - that this

7 | is how multiple state voting fraud occurs.  Mr. Berardino did say that Orange County

8 | Registrar does not contact affiants that have left the prior registration (Section 16) blank.

### FOURTH CAUSE OF ACTION

**Defendants Bowen, Kelley, Dunn, Brown Act Contrary to Public Policy/Interest**

11 | 80. Plaintiff realleges each and every allegation contained in the above paragraphs 1

12 | through 76 with the same force and effect as though herein set forth at length omits it for

13 | brevity.

14 | 81.  That Defendants Bowen as a member of the EAC with responsibilities and duties

15 | under HAVA to create, maintain and safeguard the "National" Voter registration

16 | database in Florida, Texas, Arizona as well as California that is centralized by the EAC

17 | for each State's database which is available to Defendant Kelley along with those

18 | officials similarly situated under California Code (that has incorporated both the NVRA,

19 | HAVA and  VRA) have failed in their ministerial duties.  Defendant Brown was noticed

20 | with Dunn's attempt to conceal his California voter registration fraud (Exhibit C ), and

21 | instead of starting a criminal investigation of Defendant Dunn he ignored the fraud and

22 | then misinterprets California Election Law with a Judicial Notice filed with the court.

23 | 82. That in regard to Defendant Dunn, Defendants Brown, Bowen and Kelley have

24 | committed egregious commissions in support of Defendant Dunn's voter fraud and have

1   acted ultra vires as affiliated California Party Members in interference with the internal

2   affairs of the California Republican Party and Plaintiff along with those similarly situated.

3   83. Plaintiff alleges that Defendants Bowen, Kelley, and Brown's failure to ascertain

4   the State of Mr. Dunn's prior registration and serious acts and omissions, especially in

5   light of the complaints filed first by Dr. Taitz and then by Plaintiff  act contrary to CEC

6   and public policy and is a breach of public trust causing serious disenfranchisement and

7   harm to the integrity of California elections as well a real monetary harm to S.O.S. GOP

8   campaign contributors which was practically sanctioned by the state agencies of the

9   DOJ and the SOS under the leadership of Defendant Brown and Defendant Bowen.

10   84. In regard to the 2008 Presidential election, Bowen was notified of potential fraud

11   committed by the campaign of Barack Hussein Obama on the voters of California

12   December 8, 2008, and Bowen failed to follow the Voter Complaint guidelines (Exhibit

13   P) of the HAVA Compliance Manual as Plaintiff never received a "final determination" as

14   required by law.

15   85. Plaintiff followed up March 2010 (Exhibit I) and received a letter stating that

16   Bowen did not have to investigate the qualifications of Presidential candidates.  Bowen

17   completely ignored the affidavits filed in various courts from document experts that

18   outlined the fraudulent elements of Obama's online posted "Hawaii Certification of Live

19   Birth".  This online Obama "birth document" creation was used as "proof" by Obama's

20   campaign to persuade California voters as well as voters across the nation that Obama

21   was born in the United States which is one of the requirements of being a Natural Born

22   Citizen which is required by Article II, Section 1, Clause 5, of the U.S. Constitution to be

23   President.  American case law, as well as Senate Resolution 511, requires both parents

1  │ to be American citizens at the time of the child's birth.  Plaintiff had also requested an

2  │ investigation into whether Obama met the definition of a *Natural Born Citizen*, but

3  │ Bowen, to reiterate, claimed no responsibility to vet the qualifications of Presidential

4  │ candidates that she allowed to be included on the 2008 California election ballot.

5  │ 86. That as a pattern of Debra Bowen covering up fraud, Dr. Orly Taitz, candidate for

6  │ Secretary of State, told Plaintiff that when Dr. Taitz reported fraud problems with Barack

7  │ Hussein Obama's Constitutional eligibility a year and a half ago, Defendant Bowen and

8  │ or agents were supposed to call Dr. Taitz back and schedule an administrative hearing

9  │ and never did.

10 │ 87. That Bowen instead of doing her job to investigate potential election fraud that

11 │ was reported to her office by Dr. Taitz, she instead effectively calls Dr. Taitz, a

12 │ concerned qualified California voter, a "conspiracy theorist" in a fundraising email to her

13 │ supporters.  (Exhibit F) That comments like these give true insight into what's important

14 │ to Bowen and prosecuting potential voter fraud does not seem to be  on her list of

15 │ priorities as SOS.

16 │ 88. Plaintiff filed a criminal complaint against Defendant Bowen with Defendant

17 │ Brown's Department of Justice, to ask for an investigation into Bowen for ignoring and

18 │ effectively covering up Obama's birth document fraud, and Defendant Brown's office

19 │ never contacted Plaintiff to let her know that an investigation was done or was planned.

20 │ Consequently, we have another state agency under the control of Defendant Brown

21 │ ignoring potential voter fraud and with Brown acting ultra vires to benefit the Democrat

22 │ party.

23 │

FIFTH CAUSE OF ACTION

**Defendants Bowen and Kelley Acted with Undue Influence in that Defendant Dunn
Maliciously Violated CEC § 2150 (a) (10) / (b) with the NVRA / HAVA and related law**

89. Plaintiff realleges each and every allegation contained in the above paragraphs 1 through 74 with the same force and effect as though herein set forth at length omits it for brevity.

90. That Defendants Bowen and Kelley acted with undue influence against the candidacy of Dr. Taitz and Plaintiff in that Defendant Dunn Maliciously Violated CEC §8001 with CEC §2150 non-compliance with NVRA / HAVA and related law, favoring the Campaign of Defendant Dunn while damaging the campaign of Dr. Taitz to include Plaintiff and those similarly situated.

91. Plaintiff alleges that Defendants Bowen, Kelley and Dunn's actions constitute a violation of California Civil Code § 2150 (a) (10) / (b), §2153, §2154 as apply to §8001 with NVRA / HAVA and related law in that Defendants Bowen and Kelley acted with Mr. Dunn (Defendants) after March 13, 2009 and especially after November 5, 2009 at all times mentioned herein with explicit knowledge of the law and act with malice in regards the Declaration of Candidacy Dr. Taitz and those affiliated with the Republican Party.

92. That as a pattern, Dr. Taitz told Plaintiff that when Dr. Taitz reported fraud and other eligibility issues regarding Barack Hussein Obama a year and a half ago, Defendant Bowen and or agents were supposed to call Dr. Taitz back and schedule an administrative hearing and never did.

93. That on November 17, 2009, community organizer Damon Dunn candidate for the Republican nomination for California Secretary of State was interviewed by Bryan Suits at 7:30 PM on KFI AM 640 (http://itunes.apple.com/us/podcast/kfi-am-640-bryan-

1   suits/id272690196) , during the interview stated he: "Cast first vote May 2009" is a "rags

2   to riches democrat story.." "Family vote as democrat.." The Sentinel Newspaper an

3   African America newspaper... community service is my entire life...Make a Wish

4   Foundation...the Latino Education Attainment Initiative ... " and as for his own family in

5   Texas when asked "why are they still living in the trailer? " said "teach them to fish..." at

6   Stanford his Mentor "is Condoleezza Rice at Stanford University" and when asked as to

7   his ability to win he said "Barack Obama got record numbers of people to vote for

8   him....people follow people not parties..."

9      94. That on January 11, 2010 Defendant Dunn was interviewed (see **Exhibit E**) by

10  Mark DeVaughn a contributing writer at *the Bootleg* on Scout.com with FoxSports.com

11  outlet who reported that Mr. Dunn as saying:

12              On non-football topics, Dunn speaks in excited and vibrant tones. *Diverse*
13              *political heroes include Martin Luther King, Barack Obama and Governor Pete*
14              *Wilson.* He remains a political novice, having never run for office previously. He
15              first registered to vote as a Democrat a decade ago but never actually went to the
16              polls until May of 2009. As he told the Los Angeles Times, "Who better to reach a
17              non-voter than a recovering non-voter?" (Emphasis added by Plaintiff)
18
19
20      95. On or about March 16. 2010, the authorized Campaign for Defendant Debra

21  Bowen sent a campaign contribution  solicitation throughout the State attacking Dr. Taitz

22  as a fringe member of the California Republican Party (see **Exhibit F**) and therein defers

23  to the "wealthy developer" Defendant  Dunn as if a mainstream "right-wing" Republican

24  Party candidate on the primary ballot and after Defendant Bowen was notified Mr. Dunn

25  like Barack Hussein Obama is also ineligible to run for office in the solicitation states:

26              As you know, wealthy developer Damon Dunn, who says he got into the race at
27              Karl Rove's urging, is also running for the Republican nomination. Whoever
28              prevails in the primary MUST be taken seriously because of their ability to raise
29              money and distort the issues through their national right-wing networks.
30

Please contribute today to help Debra stand against rightwing ideologues like Orly Taitz, and continue serving the people of California!

Orly Taitz' candidacy would be amusing if it weren't so serious. Her primary reason for running is to challenge President Obama's citizenship and invalidate the 2008 election. In fact, Taitz has sued Debra twice to try to invalidate Obama's victory.

We can't let fringe conspiracy theorists use this office to get a foot in the door and undermine our democracy.

Debra's opponents are well connected, and have the ability to raise large sums of money from across the country. We must make sure she has the resources to beat them.

Please contribute today to help Debra stand against right-wing ideologues like Orly Taitz, and continue serving the people of California!

We can't underestimate the importance of this race. The Secretary of State is the one person in state government who is responsible for the integrity of our elections. As we saw in Florida in 2000 and in Ohio four years later, we need public servants we trust in this position, not people with a political agenda.

Debra has long served the people of California with integrity. We need her in the Secretary of State's office, not a conspiracy theorist like Orly Taitz.

96. However, contrary to the authorized Bowen Campaign Statement shown as Exhibit F as to Defendant Dunn that was released on or about March 16, 2010 and that coincided with the release of the Friday March 5, 2010 Democrat love-fest interview of Defendant Dunn and Defendant Bowen on *the California Focus Syndicated Column*, a twice-weekly syndicated newspaper column on California public affairs, by Thomas D. Elias in his article "*A Down-The-Ticket Race With Two Likely Winners*" (see Exhibit G) reported Defendant Damon Dunn saying of Defendant Debra Bowen that:

"She gets credit for restoring some integrity to the process," Dunn said in an interview, referring to Bowen's review of electronic voting machines and the resulting return to large-scale use of paper ballots. In fact, she gets so much credit that as of early March, Dunn was the only declared Republican candidate running against her. There was still a possibility that another might jump in: Orly Taitz, another Orange County figure who is a leader of the "birther" movement that questions whether President Obama is eligible for his job.

First Amended Complaint Page 26 of 39

But Dunn, the only Republican now campaigning, enthusiastically and unequivocally says he will win this fall and become California's first African-American statewide officeholder since Mervyn Dymally was lieutenant governor in the late 1970s.

And further in the article, Mr. Elias continues to report the rebuttal of Defendant Bowen from his interview with her saying that:

"One thing Bowen doesn't buy is the notion that Dunn's candidacy is the product of a plot devised by Republican strategist Karl Rove, long the chief political adviser to former President George W. Bush, for the GOP to take control of the national election process at the state level.

Bowen scoffs at the idea of a Rovian plot. "I'm not much for conspiracy theories," she said. "Besides, I don't think Karl Rove would exactly be an asset in California."

97. That it is in Defendant Bowen's best interest to run against a Republican opponent Dunn who has eligibility issues regarding being on the ballot legally.

98. That Defendant Dunn and Bowen have worked together in complementing each others' campaigns so much as to suggest that Defendant Dunn is a Democrat Party plant to ensure that Bowen remains Secretary of State of the state with the most electoral votes in the country.

99. Defendant Bowen has no opponents in the Democratic Primary June 8, 2010.

100.    Defendant Bowen chose to take sides and interfere into the internal campaign of the two candidates for the Republican Party nomination Defendant Dunn and Orly Taitz.

## SIXTH CAUSE OF ACTION
### Defendant Bowen, Brown, Kelley Breach of Fiduciary Duty

101. Plaintiff realleges each and every allegation contained in the above paragraphs 1 through 119 with the same force and effect as though herein set forth at length omits it for brevity.

1    102. That in regards to the Eldridge V. Cleaver ballot removal case (*Cleaver v. Jordan*

2    (1968) 393 U.S. 810) in which he was removed from the ballot by the then CA SOS, the

3    California Secretary of State as the Chief elections officer of California (CEC § 12172).

4    This duty requires that Bowen oversee all elections in the state and ensure that no

5    election law is violated. In order to fulfill this duty, the Secretary of State website

6    contains information for all persons seeking elected office, in particular the requirements

7    for eligibility that must be met in order to qualify for the ballot. This also includes

8    information for presidential candidates.

9    (http://www.sos.ca.gov/elections/election_2008/qualifications/wi_pres_nov2008.pdf).

10   This information sheet includes the three requirements for eligibility under U.S. Const.

11   Article II, Section 1, Clause 5, which are (1) be a natural born citizen of the United

12   States, (2) be at least 35 years of age, and (3) be a resident of the United States for at

13   least 14 years. Unless these requirements are merely placed on the information sheet

14   for the sole purpose filling space in the document, it is reasonable to infer that the

15   Secretary of State should  verify that a Presidential candidate meets said requirements

16   before placing that candidate on the ballot, since the Secretary of State is under a duty

17   to verify the eligibility of all those who run for any state office as well   as those who run

18   for the United States Congress. In fact, the Secretary of  State not only has such a duty

19   to verify the eligibility of a Presidential candidate, prior Secretary of States have

20   exercised this duty. In 1968,   Eldridge Cleaver ran for President of the United States on

21   the Peace and   Freedom Party ticket, but was removed by then Secretary of State,

22   Frank M. Jordan. Eldridge Cleaver did not meet the minimum age requirement for the

23   office. Eldridge Cleaver challenged his removal, which was upheld by   California

24   Supreme Court, whose decision was affirmed by the Supreme Court   of the United

25   States, who refused to review the decision (*Cleaver v. Jordan* (1968) 393 U.S. 810).

1    Finally, even if this remedy is not available for application to the 2008 Presidential

2    Election, it is available for all future elections and it is within the power of this Court to

3    compel the Secretary of State to perform this duty. Thus, the Secretary of State should

4    be compelled to verify the eligibility of all future presidential candidates on the California

5    ballot.

6        103. Plaintiff alleges that Defendant Brown's inaction constitutes a violation of

7    California Civil Code § 18501 in effect is aiding and abetting Defendant Dunn and

8    Bowen when Bowen acted with a conflict of interest in regards to the incomplete

9    Registration shown as Exhibit A as to the prior registration address in Florida which

10   effected the Intent of Candidacy filed after November 5, 2009 shown as Exhibit B and

11   Declaration of Candidacy filed after February 24, 2010 shown as Exhibit K.

12       104. On April 2, 2010, Plaintiff complained to Defendant Brown of Defendant Bowen

13   who had responded on March 23, 2010 to the complaint shown as Exhibit H in the

14   matter of the ineligibility of Barack Hussein Obama specifically a to the forensic proof of

15   the fraud proven done by Mr. Obama and or his agents for the declaration with CEC

16   §8001 for ballot access to the November 2008 General Election (see Exhibit I)

17       105. Defendant Bowen acts under color of CEC §8800 without fulfilling the ministerial

18   duty to investigate the fraud or filing a Judicial action to remove Defendant Dunn.

19       106.  Defendant Brown has not responded to the filing shown as Exhibit I.

20       107.  That Defendant Brown was also served with the charge against Defendant Dunn

21   and Defendant Bowen in the matter of the November 13, 2009 filing of the Declaration

22   shown as Exhibits A,B, and C as a violations of the NVRA and HAVA.

23       108. That Plaintiff on May 3, 2010 faxed a complaint letter with attachments to the

24   California Board of Election Chief and followed up with a trip to the Office and requires

25   expedited handling by the Court herein; see a copy of Plaintiff's cover letter with fax

1   confirmation herewith marked see Exhibit J.

2   109. That according to the CAL. ELEC. CODE § 12: California Code - Section 12.
3       Whenever any candidate files a declaration of candidacy, nomination paper, or
4       any other paper evidencing an intention to be a candidate for any public office at any
5       election in this state with either the Secretary of State or a county elections official,
6       *the candidate shall by the filing irrevocably appoint the Secretary of State* or the
7       county elections official with whom the filing is made, and their successors in office,
8       the candidate's attorneys upon whom all process in any action or proceeding against
9       him or her concerning his or her candidacy or the election laws may be served with
10      the same effect as if the candidate had been lawfully served with process. The
11      appointment shall continue until the day of the election.

13      *If in any action or proceeding arising out of or in connection with any matters*
14      *concerning his or her candidacy or the election laws it is shown by affidavit to the*
15      *satisfaction of a court or judge that personal service of process against the candidate*
16      *cannot be made with the exercise of due diligence, the court or judge may make an*
17      *order that the service be made upon the candidate by delivering by hand to the*
18      *Secretary of State or the county elections official appointed as the candidate's*
19      *attorney for service of process*, or to any person employed in his or her office in the
20      capacity of assistant or deputy, one copy of the process for the defendant to be
21      served, together with a copy of the order authorizing the service. Service in this
22      manner constitutes personal service upon the candidate. The Secretary of State and
23      the county elections officials of all counties shall keep a record of all process served
24      upon them under this section, and shall record therein the time of service and their
25      action with reference thereto.

27      *Upon the receipt of service of process the Secretary of State* or the county
28      elections official *shall immediately give notice of the service of the process to the*
29      *candidate by forwarding the copy of the process to the candidate at the address*
30      *shown on his or her declaration, nomination paper, affidavit, or other evidence of*
31      *intention to be a candidate filed with that officer, by special delivery registered mail*
32      *with request for return receipt.* (Emphasis added by Plaintiff)

34      110.    That according to CAL. ELEC. CODE § 17: California Code - Section 17.
35      The Secretary of State shall establish and maintain administrative complaint
36      procedures, pursuant to the requirements of the Help America Vote Act of 2002 (42
37      U.S.C. Sec. 15512), in order to remedy grievances in the administration of elections.
38      The Secretary of State may not require that the administrative remedies provided in
39      the complaint procedures established pursuant to this section be exhausted in order
40      to pursue any other remedies provided by state or federal law.

42      111.    That the Background checks that was faxed to the California Board of
43      Election Chief confirms that Mr. Dunn had registered in both Texas and Florida
44      (see Exhibit J-1).

46      112.    On or about February 24, 2010 Defendant Kelley and or his agents issued

1    a Declaration of Candidacy for Defendant Dunn located at 3131 Michelson Unit

2    708W Irvine CA 92612 pursuant to Elections Code Section 200, 8020 and 8040,

3    certified it on March 10, 2010 and filed on March 15, 2010 by Defendant Bowen

4    based upon the March 13, 2009 improperly executed Voter Affidavit of

5    Registration shown as Exhibit A for the Republican Party Direct Primary Election

6    to be held June 8, 2010 (see Exhibit K).

7    113.      Because the Registration shown as Exhibit A is Fraudulent until Mr. Dunn

8    amended a properly executed Affidavit of Registration to Vote in 2010, the November 5,

9    2009 Intent for Candidacy shown as Exhibit B is null and void along with the March 15,

10   2010 filed Declaration of Candidacy in that Mr. Dunn had not been affiliated with the

11   California Republican Party for 3 months required with 8001(a) by the amendment.

12   114.      That on page two of the Declaration of Candidacy shown as Exhibit K

13   Respondent Dunn and or the Notary / agent of Neal Kelley Registrar of Voters affirmed

14   in the BOX provided for prior registration that as to Party Affiliation "*No Prior*

15   *Registration*" exists; and

16   115.      That on March 15, 2010, the time stamp shows that Defendant Bowen

17   and or her agent deputy filed the Certified Declaration of Candidacy shown on Exhibit K

18   first page.

19   116.      That on March 30, 2010 Duval County Supervisor of Elections Jerry

20   Holland wrote a letter to Mark Loren Chief Investigator of the Election Fraud

21   Investigation Unit of Secretary of State that confirmed Mr. Dunn had a prior registration

22   at 10135 Gate Parkway, North #1111, Jacksonville Florida (see Exhibit L).

23   117.  That after May 12, 2010 Plaintiff received a letter from Mark Loren Chief

1    Investigator of the Election Fraud Investigation Unit of the Secretary of State Office also

2    confirmed Mr. Dunn had a prior registration in Florida and admitted that Mr. Dunn was in

3    non-compliance with CEC §2150 (a) (10); however alleged that without evidence the

4    omission was intentional no criminal sanctions for non-compliance exist (see <u>Exhibit M</u>).

5    118. That according to Exhibit A, Mr. Dunn intentionally left the Section 16 blank to

6    conceal the prior registrations in both Texas and Florida in conjunction with his intended

7    candidacy for CA SOS and lied in the affirmation by using "March 15, 1976".

8    119. That according to Exhibit C Defendant Dunn attempted to spoliate his registration

9    record in Florida and Texas in conjunction with his candidacy for CA SOS; and based

10   upon information and belief Mr. Dunn was successful in expunging the registration

11   record in Texas to no avail did turn up in the background check shown as Exhibit J-1

12   that had been sent to Mark Loren Chief Investigator of the Election Fraud Investigation

13   Unit of the Secretary of State Office.

14   120. That according to Exhibit K page two, Defendant Dunn lied under oath taken by

15   Defendant Kelley or his agent had "*no prior registration*" based upon the March 13, 2009

16   improperly executed Voter Affidavit of Registration shown as Exhibit A.

17   121. That the evidence referenced in above paragraphs 94 through 103 is clear and

18   convincing evidence indicating that the crime is proved as highly probable or reasonable

19   certain for CEC §18203 and §18500 sanction of Defendant Dunn by Defendant Bowen

20   and Defendant Brown.

21   122. That according to CAL. ELEC. CODE § 18203:  Any person who files or submits

22   for filing a nomination paper or declaration of candidacy knowing *that it or any part of it*

23   *has been made falsely* is punishable by a fine not exceeding one thousand dollars

24   ($1,000) or by imprisonment in the state prison for 16 months or two or three years or by

1    both the fine and imprisonment. (Emphasis by Petitioner)

2    123.  That accordingly to CAL. ELEC. CODE § 18500: Any person who commits fraud

3    or attempts to commit fraud, and any person who aids or abets fraud or attempts to aid

4    or abet fraud, in connection with any vote cast, to be cast, or attempted to be cast, is

5    guilty of a felony, punishable by imprisonment for 16 months or two or three years.

6    124.  That Defendants Dunn, Kelley and Bowen along with those yet named

7    maliciously concealed and entered false statements into the public record with intention

8    of fraudulently obtaining votes.

9    125. That accordingly to CAL. ELEC. CODE § 18501: Any public official who

10   knowingly violates any of the provisions of this chapter, and thereby aids in any way the

11   illegal casting or attempting to cast a vote, or who connives to nullify any of the

12   provisions of this chapter in order that fraud may be perpetrated, shall forever be

13   disqualified from holding office in this state and upon conviction shall be sentenced to a

14   state prison for 16 months or two or three years.

15   126. That Defendant Kelley and Bowen along with those public officials yet named

16   have maliciously breached the fiduciary duty to aid and abet the violation of law to

17   further  conceal and enter false statements into the public record with intention of

18   fraudulently obtaining votes otherwise act individually by ultra vires,.

19   127. That based upon the foregoing series of complaints and response by Defendant

20   Bowen, shown as Exhibit M, Ms. Bowen has not only a conflict of interest in this matter

21   but fails to adhere to her fiduciary duty, is an admission against interest.

22   128.  Irreparable harm to Plaintiff along with those similarly situated includes:  (i) the

23   denial of Republican Party voters an accurate ballot and representation according to the

24   law; (ii) the denial of an honest trustworthy SOS on the ballot for the General Voters at

1    the Election were Mr. Dunn somehow to defeat SOS Candidate Orly Taitz at the

2    Republican Primary; (iii) Republicans were solicited by Defendant Dunn for funds under

3    false pretenses and (iv) cause the need for launching a petition effort for an independent

4    candidate ballot access were Dr. Taitz, who is the only qualified declared candidate for

5    the Republican candidacy for the SOS.

6    129. After March 30, 2010 and at all times mentioned herein Defendant Kelley and

7    Bowen have explicit knowledge of the Dunn non-conformance with the law and with the

8    malice involved including the spoliation and attempt to spoliate public records.

9    130.  That as to a pattern of Defendant Bowen's neglect of duty especially as to

10   candidate eligibility matters the prior California Secretary of State Kevin Shelley

11   intention to enforce the presidential candidate requirements  going into the March 2,

12   2006 Primary (see Exhibit Q); whereas Defendant Bowen did not make such a pledge

13   and when Plaintiff challenged the Natural Born Citizen status of Democratic Candidate

14   Obama as in the *Lightfoot et al. V Bowen* case,  Defendant Bowen arbitrarily refused to

15   act as was done by previous California Secretaries of State as with *Cleaver v. Jordan*

16   (1968) 393 U.S. 810.

17   131. That in September 2009 Defendant Bowen issued a Fraud Document Protection

18   Handbook (see Exhibit R); that at page 4 a question as to answered the question as to

19   the significance of a "Driver's License" as to the domicile of residence:

20

21   "I own a home on the coast that is three hours from my job in the city. I also own a
22   townhouse in the city where I reside during the week, but I return home on the
23   weekends to be with my family. From which residence address am I legally entitled to
24   register and vote?

25

26   In this type of situation, the decision as to where you register and vote is up to you, but
27   you must choose one. *Generally, your domicile is* where your family lives, where you
28   physically reside, the place you intend to return to whenever you are gone from it, *where*
29   *your driver's license says you reside*, where you claim your homeowner's property tax
30   exemption or renter's tax credit,
31   etc. (EC §349, 2020-2034)"

132. Plaintiff alleges that Defendant Kelley and Bowen's actions constitute a violation of California Civil Code §18501 in that Defendant Kelley and Bowen acted with a conflict of interest after November 13, 2009 at all times mentioned herein under color of law with explicit knowledge of the law  with malice when after it was shown that the Defendant Dunn's Voter registration form shown as Exhibit A was incomplete as to his prior registration address in Florida which effected the Intent of Candidacy filed after November 5, 2009 shown as Exhibit B and Declaration of Candidacy filed after February 24, 2010 shown as Exhibit K.

133. That based on information and belief the SOS office under the leadership of Debra Bowen has advised California registrars that follow-up does not need to be taken on registration forms where the prior registration section is blank.

134. That Bowens Fraud Handbook advises affiants basically to not worry if they do not fill out or attempt to fill out prior registration information. (Exhibit R)

135. That Kelley as Orange County Registrar has a history of withholding information when he had a fiduciary duty to reveal the information.  From the Los Angeles Times, Report Blames OC Registrar, September 14, 2006;

"The report found that Kelley allowed school district officials to view signature petitions in violation of state law -- an error Kelley previously admitted -- and erred when he told district officials that signature verification and a special recall election would cost the district hundreds of thousands of dollars.

In December, the report said, Kelley learned that a 1987 court case prohibits counties from billing school districts for signature verification, but he didn't disclose that to the district until mid-January."

Defendant Kelley put the petitioners at a severe disadvantage in achieving their goal, because Kelley intentionally allowed misinformation to stay in the public instead of immediately correcting his error.  This withholding of information was

1      a breach of fiduciary duty of honest and fair elections for the voters of Orange

2      County.

3                        **SEVENTH CAUSE OF ACTION**

4                  **(ALL Defendants reap Unjust Enrichment)**

5     136. Plaintiff realleges each and every allegation contained in the above paragraphs 1

6     through 122 with the same force and effect as though herein set forth at length omits it

7     for brevity.

8     137. Plaintiff alleges that ALL Defendants' actions constitute a common law violation

9     of equity by spoliation, concealment, bad faith dealing, conflict of interest, entering false

10    or misleading statements into the public records and State Action to infringe First

11    Amendment Rights for unjust enrichment to damage Plaintiff in the amount of $x.xx,

12    along with those similarly situated including those Republican contributors to the Dunn

13    campaign in the amount of $x.xx  as proven at a jury trial and Bill of Particulars.

14       WHEREFORE, plaintiff prays for a judgment against defendants as follows:

15    1. For an order to have the SOS remove Defendant Dunn from the November 2010

16    General Election Ballot post haste as Mr. Dunn has not met the statutory requirement

17    with CEC §201, §2150, §2153, §2154 and with NVRA / HAVA and §8001 thereby; and

18    for ongoing consequential damages according to proof at trial by jury and that this

19    matter be referred for criminal prosecution;

20    2. For an order to investigate forensic evidence of document fraud and spoliation of

21    all documents presented in this complaint.

22    3. For an order to have the U.S. Constitutional qualifications of Barack Hussein

23    Obama vetted as should have been done under California legal precedence under the

24    guidance of U.S. case law and historical definition regarding the "definition" of natural

25    born citizen being a person born on U.S. soil to American citizen parentS.   If it is

1   deemed that Obama does not meet the Constitutional qualifications to be President,

2   then California should retract their electoral votes with the U.S. Congress.

3       4.  For an order barring Defendant Dunn from the General Election ballot in that he

4   is in violation of CEC §18203 and §18500; and for ongoing consequential damages

5   according to proof at trial by jury and that the matter be referred for criminal prosecution;

6       5.  For an order barring Defendant Debra Bowen from the General Election ballot for

7   life in that she is in violation of CEC §18501 NVRA / HAVA; and for consequential

8   damages according to proof at trial by jury and that the matter be referred for criminal

9   prosecution;

10      6.  For an order barring Defendant Jerry Brown from the General Election ballot for

11  life in that he is in violation of CEC §18501 NVRA and HAVA; and for consequential

12  damages according to proof at trial by jury and that the matter be referred for criminal

13  prosecution;

14      7.  For punitive civil damages for fraud, oppression, and malice, and pain and

15  suffering from the extreme stress brought to bear by the tyrannical actions of the

16  California state SOS and DOJ.  Instead of enforcing California election law, they are

17  actively breaking it.  How are we any better than Iran?  Fair elections are essential in our

18  Constitutional Republic – without fair elections, we will have chaos in our country.

19      8.  For court costs, hourly costs for court document production, and miscellaneous

20  costs associated with filing and executing legal action and attorney fees of suit herein

21  incurred according to statute and in the benefit of public interest; and,

22      9.  For such other and further relief as the court may deem just and proper.

23  I declare under penalty of perjury under the laws of the State of California that the

24  foregoing is true and correct.

25

1
2
3
4
5
6
7
8
9
10
11

DATED: July 11, 2010

Pamela Barnett, Pro se Plaintiff
2541 Warrego Way
Sacramento, CA, 95826
Ph: (415) 846-7170
Fax: (866) 908-2252

page 39
is blank

First Amended Complaint Page 38 of 39

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT A

b 2 8 MAR 1 3 2009 A7

## CALIFORNIA VOTER REGISTRATION FORM

Fill out this form if you are a new voter, have moved or changed your name, or want to change your political party choice.
You must be a U.S. citizen and at least 18 years old by the next election to use this form. Use blue or black ink. Print clearly.

Your legal name  First name
1  Damon                                           Middle name
                                                   Jerell

Last name                                          Suffix?
2  Dunn                                             3  ☐M ☐Ms ☐Mr ☐Mrs

Home address – not a P.O. Box or business address  (Number, Street, Ave, Drive, etc. Include R, S, E, W)   Apt no and #
4 a 3 1 8 1  Michelson   unit 708W

City                                    State       California county
5  Irvine                               CA  92612   Orange County

If you do not have a street address, describe where you live (Cross street, Roads, R, S, E, W)
10

Mailing address – if different from above, or P.O. Box
6 a 2070  Business Center Dr        Suite 140

City                                    State   Zip       Foreign country
b  Irvine                             CA  92612

Date of birth                          U.S. state or foreign country of birth
8  03  15  1976  9 Texas

CA driver's license or CA ID card #    If you do not have a CA driver's license or ID card, list the   SSN (last 4 numbers)
15                                     last 4 numbers of your Social Security Number. If you have one.   * * ?

Email (optional)                                          Phone number (optional)
16  d n mondume@ yahoo.com                               11

14  Do you want to register with a political party?
Yes, I want to register with a political party (select one)          ☐ No, I don't want to register with a political party
☐ American Independent Party   ☐ Green Party   ☐ Peace and Freedom Party   ☐Republican Party   (If you don't check this box, you may not be able to vote for some political party candidates in primary elections)
☐ Democratic Party   ☐ Libertarian Party   ☐ Other party (specify)

15  To receive a vote-by-mail ballot in all elections, mark here ☐☐
16  If you were registered to vote before, fill out below
First name                              Middle initial  Last name

Previous address where you were registered                         City

State   Zip            Previous county                   Political party (if any)

17  Are you a U.S. citizen?  ☑Yes ☐No    → a "No" answer to either question means you CANNOT register to vote
Will you be 18 or older by the next election?  ☑Yes ☐No

Optional!
I am   A ☐Check here if you can be a poll worker
to     (if bilingual, indicate language)
or     ☐Check here if you can assist voters at a polling place on election day
B  Your ethnicity/race: _____
C  Check your language preference      ☐English ☐Spanish
C                                       ☐Chinese ☐Vietnamese ☐Korean ☐Tagalog ☐Japanese
Did someone help you fill out or deliver this form?
If yes, the person who helped you must fill out and sign both parts of this form too.
Signature
Name
Day, name, address, and tel. (if any)

70 H!  066244         190001

Important: to vote in the next election  you must mail or deliver this card
at least 15 days before the next election. New voters who register by mail may
have to show their ID at the polling place the first time they vote

★ Questions, problems
  or to report fraud:

Contact the Secretary of State
Call  1-800-345-VOTE (8683)
Email elections@sos.ca.gov
Web site: www.sos.ca.gov
Or contact your county elections office

This instrument is a copy of the original,
information on file in this office
* An affidavit of registration shall be deemed
evidence of citizenship for voting purposes only
Elections Code Section 2187

b 2 8 MAR 0 9 2009 2

3 / 9 / 10

Attest:

Registrar of Voters
County of Orange

By  Neal Kelley   Deputy

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT B

# Candidate Intention Statement

**Type or Print in Ink.**

COPY

RECEIVED AND FILED
in the office of the Secretary of State
of the State of California

NOV 13 2009

DEBRA BOWEN
Secretary of State

CANDIDATE INTENTION STATEMENT

| CALIFORNIA FORM | **501** |
|---|---|

For Official Use Only

**Check One:**   ☒ Initial   ☐ Amendment **(Explain)** _____

132275 /

## 1. Candidate Information:

| NAME OF CANDIDATE (Last, First, Middle Initial) | | DAYTIME TELEPHONE NUMBER | FAX NUMBER (optional) | E-MAIL (optional) | |
|---|---|---|---|---|---|
| Dunn, Damon J | | ( 949 ) 660-0716 | ( ) | | |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2070 Business Center Drive, Suite 140 | Irvine | CA | 92612 |

| OFFICE SOUGHT (POSITION TITLE) | AGENCY NAME | DISTRICT NUMBER, If applicable | ☐ NON-PARTISAN |
|---|---|---|---|
| Secretary of State | State of California | n/a | PARTY Republican |

**OFFICE JURISDICTION**
☒ State **(Complete Part 2)**

☐ City   ☐ County   ☐ Multi-County.   _____  _____
(Name of Multi-County Jurisdiction)     (Year of Election)

## 2. State Candidate Expenditure Limit Statement:

*(CalPERS candidates, judges, judicial candidates, and candidates for local offices are not required to complete Part 2.)*

__2010__  ***Primary/general election***     _____  ***Special/runoff election***
(Year of Election)                            (Year of Election)

(Check one box)

☒ I accept the voluntary expenditure ceiling for the election stated above.

☐ I do not accept the voluntary expenditure ceiling for the election stated above.

Amendment
○ I did not exceed the expenditure ceiling in the primary or special election held on _____/_____/_____ and I accept the voluntary expenditure ceiling for the general or special run-off election.

_____

(Mark if applicable)
☐ On _____/_____/_____, I contributed personal funds in excess of the expenditure ceiling for the election stated above

## 3. Verification:

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __11/05/09__         Signature _____
(month, day, year)                                      (Candidate)

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT C

State of _CALIFORNIA_

County of _ORANGE_

I, _Orly Taitz_ , hereby declare that the attached reproduction of
Name of Custodian of Original Document

_April 13, 2010 letter from FL register_
Description of Original Document

is a true, correct, and complete photocopy of a document in my possession or control.

_____
Signature of Custodian of Original Document

_29839  S'Margarita Phwy_
Address

_RSM      CA   92688_

MATT STOEVE
COMM...1780936
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. November 21, 2011

Subscribed and sworn to (or affirmed) before me on this _1st_ day of _JUNE_,

20 _10_ by _ORLY TAITZ_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

_____
Signature                    (Notary seal)

——— **OPTIONAL** ———

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Further Description of Attached Document

Title or Type of Document: _LTR FROM FL REGISTER - OFFICE OF THE SUPERVISOR OF ELECTIONS_

Document Date: _APRIL 13, 2010_                    Number of Pages: _1_

Signer(s) or Issuing Agency: _JEAN MARIE ATKINS_

## Capacity Claimed by Custodian

☐ Individual
☐ Corporate Officer — Title: _____
☐ University or School Officer — Title: _____
☐ Governmental Officer or Agent — Title: _____
☐ Business Proprietor or Manager
☐ Attorney
☐ Trustee
☐ Other: _____

RIGHT THUMBPRINT
OF CUSTODIAN
Top of thumb here

Custodian Is Representing: _____

© 1995 National Notary Association • 8236 Remmet Ave., PO Box 7184 • Canoga Park, CA 91309-7184          Prod. No. 5909          Reorder: Call Toll-Free 1-800-876-6827



# OFFICE OF THE SUPERVISOR OF ELECTIONS

JERRY HOLLAND
SUPERVISOR OF ELECTIONS
OFFICE (904) 630-1414
CELL (904) 318-6877

105 EAST MONROE STREET
JACKSONVILLE, FLORIDA 32202
FAX (904) 630-2920
E-MAIL: JHOLLAND@COJ.NET

April 13, 2010

Dear Sir or Madam,

I am writing to document my correspondence with Mr. Damon Dunn. On July 10, 2009 Mr. Dunn contacted our office via telephone and asked for his ineligible voter registration record to be removed from the Duval County database. I contacted the Division of Elections later that day to inquire if this was possible and the Legal Department for the Division informed me that the record could not be deleted from the database because voter registration is permanent record.

I then mailed a letter to Mr. Dunn informing him of my findings. I have not had additional correspondence with Mr. Dunn since this incident.

Thank you,

Jean Marie Atkins
Director of Voter Administration

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT D



FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT E



msn   Entertainment   Money   Lifestyle   More ¦ Bing

*Search Scout*

**scout** AND FOXSPORTS.COM                                          Sign In    **Sign Up!**

Scout Home   College   Recruiting   NFL   MLB   High School

**7-DAY FREE TRIAL**
Get the inside scoop and analysis ○

Stanford Home   Forums   Latest News   Football   Football Recruiting   Basketball   Basketball Recruiting

Tickets

Damon Dunn for CA Sec of State!



By **Mark DeVaughn**
Contributing Writer
Posted Jan 11, 2010

|     More

Former Cardinal wide receiver and kick return specialist Damon Dunn once showcased a God-given talent for following his blockers and running for daylight. After a successful career in commercial real estate in Orange County, the former Texan with finely-tuned rhetorical and communicative skills has set his sights on crossing another goal-line, this time running for California's Secretary of State!

Is California "Dunn" for the Secretary?

**Damon Dunn for CA Sec. of State!**

Explore your freethinking mind to contemplate solutions to California's well-publicized troubles  The Golden State is known for its ground-breaking innovation, its unparalleled creativity and its history of using that brainpower to overcome tough times

"That's just a narrative," Damon Dunn counters  "I don't speak in narratives  Narratives don't solve problems  Actions solve problems "

You once knew him as No 80, Stanford's playmaking kick-off returner/wide receiver who returned three kickoffs for touchdowns between 1994 and 1997  You might remember Dunn as the player Tyrone Willingham referred to as "Rev," as in Reverend, since Dunn became a licensed Baptist minister at age 19

Dunn is now out to add another title to his name  Secretary of State for California  The 33-year-old is the Republican Party candidate for California's top elections officer, a man who would supervise the state's elections and ballot measures  He spent the recent holidays resting up at home in Irvine, preparing for a challenging year of campaigning leading up to the 2010 election against Democratic incumbent Debra Bowen

"We have to ask ourselves tough questions," said Dunn, who grew up in Mansfield, Texas, the same hometown of current Cardinal freshman tailback Stepfan Taylor

The man who speaks of posing hard questions is no stranger to overcoming difficulty  Dunn's mother Ramona was only 15 when she became pregnant with Damon  The father was Mike Lockett, the University of Texas' starting fullback in the late '70s  Lockett was killed in a car accident while driving back to campus when Dunn was only three

"My mom wore a scarlet letter on her chest for what she went through at such a young age," Dunn said  "She's a success story  We talk all the time  She'll always inspire me "

Since graduating in 1998, Dunn has made a comfortable living in commercial real estate  His Stanford roots remain a frequent topic, given that his Orange County home is so close to so many USC-backers

"Football is the common denominator," he said  "It helps in the connection process you have with other people "  A recent Los Angeles Times article about him noted a play that came at the expense of those whose vote he's courting  Conventional wisdom says that USC alumni and fans – heads expanded with success over the past decade – have forgiven Dunn for his 93-yard kickoff return for a touchdown during Stanford's 24-20 victory in 1996

On non-football topics, Dunn speaks in excited and vibrant tones  Diverse political heroes include Martin Luther King, Barack Obama and Governor Pete Wilson  He remains a political novice, having never run for office previously  He first registered to vote as a Democrat a decade ago but never actually went to the polls until May of 2009  Like a lost soul finding religion, Dunn found the proper path to affecting meaningful change, encouraged by a lasting relationship with former U S  Secretary of State Condi Rice, whom he met while a student at Stanford, when Rice served as the University's Provost  Now Dunn feels he "gets" it  No more standing on the sidelines and failing to get involved in the process  As he told the Los Angeles Times, "Who better to reach a non-voter than a recovering non-voter?"

Critics point to a lack of political experience and the undeniable fact of Dunn's own poor history of voting should count against him  [Ed  - Yeah, well, a great deal of "political experience" and consistent majority-crushing voting by the Dems sure haven't helped California much in recent years ]

Dunn spoke of the opportunity presented by California's troubling economic downturn

"If I get elected, I'll take it upon myself to do exit interviews with the companies who leave our state for economic reasons  I'll give that information to other elected officials  As of now, only the secretary of state gets to know that kind of information  We need to grow our revenues  We need another version of the tech boom of the '90s "

Microsoft TV ads of the '90s asked viewers "Where do you want to go today?"  At the time, Dunn was busy gaining chunks of gridiron yardage

He was part of the famed 1994 recruiting class, returning kickoffs and snaring passes from Steve Stenstrom, Mark Butterfield and Chad Hutchinson while becoming a four-year letterman  The recruiting Class of '94 group's 14 members started nearly 280 games between them, meaning that each member was a starter for an average of two full seasons  It was an uneasy beginning  Dunn lost a fumble on a punt against Northwestern on his first college play  He bounced back to run a kick back 100 yards weeks later at Arizona State

Dunn remains a close friendship with another Texas-bred member of that landmark recruiting class. Anthony Bookman a regular caller on Dunn's Blackberry. He's also tight with fellow receiver Troy Walters, also from Texas. The 1999 Biletnikoff Award winner just finished his second season as offensive coordinator and wide receivers coach for Indiana State, where former Cardinal receiver and All-American return specialist Luke Powell coaches defensive backs.

"Being a Stanford football player, it's being the ultimate leader," he said. "The combination of the demands of the football field and the classroom, you have no choice but to assert yourself and be a leader."

Who will lead California? Why not Damon Dunn? He can use some blockers! Republicans are a touchdown underdog these days in the Golden State.

For those interested in Dunn's campaign, you can find him on Facebook and at http://www.damondunn.com/

---

Do you have a "premium" subscription to *The Bootleg*? If not, then you are seriously missing out on all the top Cardinal coverage we provide daily on our award-winning website. Sign up today for the biggest, *baddest* and best in Stanford sports coverage with TheBootleg.com (sign-up)! At The Bootleg, *"WE WRITE!"*

**Related Stories**
USC Coaching Targets 
  -by *SCPlaybook.com* *Jan 11, 2010*
Expert Analysis: DBs vs Oklahoma
  -by *TheBootleg.com* *Jan 11, 2010*
Soaking up the Sun Bowl, Take 2
  -by *TheBootleg.com* *Jan 11, 2010*

MAGAZINE COVERAGE
Get the 2011 Scout.com
**Recruiting Yearbook**
with an annual Total
Access Pass





Upgrade your account
ADD a Magazine!



THE ONLINE
PLAN THAT
MAKES LOSING
WEIGHT CLICK

LEARN MORE

WeightWatchers Online

**Free Email Newsletter**
Don't miss any news or features from TheBootleg.com. Subscribe to our newsletter to have our newest articles emailed to you on a daily or weekly basis.
Click here for a list of all Team Newsletters

| Daily Format |   | Weekly Digest |

**Add Topics to My HotList**
Get free email alerts with news about your favorite topics. Click link to add to My HotList
Football > Stanford

[View My HotList]

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT F

**From:** Bill Van Allen (hvanallen@hvc.rr.com)
**To:** DR_taitz@yahoo.com;
**Date:** Wed, March 17, 2010 4:17:51 PM
**Cc:**
**Subject:** FW: Debra Bowen attacks Orly Taitz fund raiser presser sent to BAN / Richard Winger



Dear Richard,

The field of Republicans who want to unseat Debra Bowen as California's Secretary of State is now set, and we just received some amazing news — **Orly Taitz, the leader of the so-called "birther" movement that has spent years challenging President Obama's citizenship, is running against Debra for Secretary of State.**

As you know, wealthy developer Damon Dunn, who says he got into the race at Karl Rove's urging, is also running for the Republican nomination  Whoever prevails in the primary MUST be taken seriously because of their ability to raise money and distort the issues through their national right-wing networks

**Please contribute today to help Debra stand against right-wing ideologues like Orly Taitz, and continue serving the people of California!**

> *Help Debra*
> # FIGHT BACK
> *against her right-wing opponents*
>
> **CONTRIBUTE »**

Orly Taitz' candidacy would be amusing if it weren't so serious  Her primary reason for running is to challenge President Obama's citizenship and invalidate the 2008 election  In fact, Taitz has sued Debra twice to try to invalidate Obama's victory

**We can't let fringe conspiracy theorists use this office to get a foot in the door and undermine our democracy.**

Debra's opponents are well connected, and have the ability to raise large sums of money from across the country  We must make sure she has the resources to beat them

**Please contribute today to help Debra stand against right-wing ideologues like Orly Taitz, and continue serving the people of California!**

We can't underestimate the importance of this race  The Secretary of State is the one person in state government who is responsible for the integrity of our elections  As we saw in Florida in 2000 and in Ohio four years later, we need public servants we trust in this position, not people with a political agenda

Debra has long served the people of California with integrity  We need her in the Secretary of State's office, not a conspiracy theorist like Orly Taitz

**Please contribute $25 or more today so that Debra can defeat Orly Taitz and her financial backers** — whose sole goal is to challenge President Obama's citizenship and right to be President of the United States!

Thank you for your support  We must do **all we can** to re-elect Debra, and fight against the right-wing radicals backing her opponents

Sincerely,

Steve Barkan
Senior Adviser
Secretary of State Debra Bowen 2010



Paid for by Debra Bowen for Secretary of State            @ 2010 Debra Bowen for Secretary of State
600 Playhouse Alley, Suite 504                                                              ID #1271345
Pasadena, CA. 91030

CLICK HERE TO UNSUBSCRIBE

**FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al**


# EXHIBIT G

Case 2:10-cv-02216-FCD-DAD    Document 1    Filed 08/17/10    Page 62 of 134

Share   Report Abuse   Next Blog»                    Create Blog   Sign In

# California Focus Syndicated Column

A twice-weekly syndicated newspaper column on California public affairs

FRIDAY, MARCH 5, 2010

## A DOWN-THE-TICKET RACE WITH TWO LIKELY WINNERS"

CALIFORNIA FOCUS
FOR RELEASE  TUESDAY, MARCH 16, 2010, OR THEREAFTER

BY THOMAS D  ELIAS
"A DOWN-THE-TICKET RACE WITH TWO LIKELY WINNERS"

No one in California politics gives 33-year-old Republican Damon Dunn much chance of unseating Democratic Secretary of State Debra Bowen this fall

Not only is she a well-entrenched political veteran, but even Dunn, a Baptist pastor and former football player turned Orange County-based real estate developer and shopping mall owner, concedes she has a record of accomplishment in her first four years of holding statewide office, especially when it comes to restoring voters' faith in the state's voting techniques

"She gets credit for restoring some integrity to the process," Dunn said in an interview, referring to Bowen's review of electronic voting machines and the resulting return to large-scale use of paper ballots  In fact, she gets so much credit that as of early March, Dunn was the only declared Republican candidate running against her  There was still a possibility that another might jump in  Orly Taitz, another Orange County figure who is a leader of the "birther" movement that questions whether President Obama is eligible for his job

But Dunn, the only Republican now campaigning, enthusiastically and unequivocally says he will win this fall and become California's first African-American statewide officeholder since Mervyn Dymally was lieutenant governor in the late 1970s

But he won't be bitter if he loses  "I'm not in this to win, I'm in this to help," he declares  "This state made me  My mama had me when she was 16  I was on welfare  Few people have lived poorer than me "

He describes growing up in a family of 10, but still doing well enough academically and athletically to win a Stanford University football scholarship and later play on four National Football League clubs  He admits never voting until last spring's special election, saying, "My family didn't vote – that was a bad habit "

But he insists his ideas for the office are good and that his not having voted in the past shouldn't matter as he seeks to be California's chief election official  "Not voting has nothing to do with the work," he said

Part of what he envisions  "Only the secretary of state gets a notice whenever a business in California shuts down or leaves," Dunn said  "The secretary of state can examine the exact reasons and try to get something done about them  I would assign one of the eight appointees the secretary of state gets to that task alone "

He also thinks he can reach out to other non-voters better than Bowen  "Who can reach non-voters better than a recovering non-voter?" he asks

**About Me**



California Focus

Thomas Elias writes the syndicated California Focus column, appearing twice weekly in 93 newspapers around California, with circulation over 2 2 million  He has won numerous awards from organizations like the National Headliners Club, the California Newspaper Publishers Association, the Greater Los Angeles Press Club, and the California Taxpayers Association  He has

Case 2:10-cv-02216-FCD-DAD   Document 1   Filed 08/17/10   Page 63 of 134

Bowen says she'll gladly debate Dunn sometime after the June primary election, but says his ideas are naive, if idealistic

"Most businesses that close down are not leaving the state," she said "Even in good times, only one in eight businesses that starts up will survive the first year A lot of closures are due to bankruptcy, too, and the economy Businesses are closing at about the same rate in every part of the country So if you followed up on every closure, you'd be wasting a lot of time "

And when it comes to new voter outreach, she said, "You discover that this is a huge state and there's a limit to how many places you can actually go So we accomplish a lot of outreach through partnerships with businesses and unions and chambers of commerce and schools You have to create relationships and then leverage them "

One thing Bowen doesn't buy is the notion that Dunn's candidacy is the product of a plot devised by Republican strategist Karl Rove, long the chief political adviser to former President George W Bush, for the GOP to take control of the national election process at the state level

Some Democrats claim there is such a Rove-led conspiracy, an extension of the belief that former Florida Secretary of State Katherine Harris threw the 2000 election to Bush and former Ohio Secretary of State Kenneth Blackwell did the same for him in 2004

The belief that Dunn might be part of such a plan was furthered by a newspaper report that Rove now advises Dunn In fact, says Dunn, he has met Rove only once, fleetingly "He wouldn't remember my name I wasn't even a candidate when I met him," Dunn said "Nobody recruited me I wish they did because it would be great to get some donations "

Bowen scoffs at the idea of a Rovian plot "I'm not much for conspiracy theories," she said "Besides, I don't think Karl Rove would exactly be an asset in California "

Even if he were, it would still be difficult to unseat an incumbent widely credited with restoring electoral confidence to California Where does that leave Dunn? Probably with a promising future, especially since he's shown a willingness to serve a campaign apprenticeship that will give him a leg up in future elections

Which is why this contest might be the rare one that produces two winners

-30-
Email Thomas Elias at tdelias@aol com His book, "The Burzynski Breakthrough," is now available in a soft cover fourth edition For more Elias columns, visit www californiafocus net
Posted by California Focus at 1 48 PM

Labels 2010, March 18

## 1 comments:

Anonymous said

Dunn claims he didn't vote in the last presidential election, but says Obama is his hero I'm not buying it People should be aware that Dunn was a registered Democrat for 10 years and failed to disclose that on his registration he is also ineligible to run as a Republican because he has only been a Republican for 8 months This guy is a shill for the Democrats to prevent Orly Taitz from winning because they know she is not going to allow Obama on the ballot in 2012 without proof he is natural-born United States citizen

been nominated three times for the Pulitzer Prize in distinguished commentary Elias is the author of two books, "The Burzynski Breakthrough The Most Promising Cancer Treatment and the Government's Campaign to Squelch It" (now in its third edition, also published in Japanese and recently optioned for a television movie) and "The Simpson Trial in Black and White," co-authored with the late Dennis Schatzman

**View my complete profile**

**Followers**

**Follow**                                             ⊚
with Google Friend Connect

**Followers (15)**



Already a member? Sign in

**Blog Archive**

▼ 2010 (38)
  ► May (2)
  ► April (10)
  ▼ March (8)
    **BIG OUT-MIGRATION SLOWDOWN SHOULD END A FALSE POLI...**
    **DID POIZNER WAIT TOO LONG? WILL BROWN DO THE SAME?**
    **GOOD RIDDANCE TO THE CON-CON CONCEPT**
    **COUNTING ILLEGALS· IT'S THE LAW AND IT'S GOOD FOR ..**
    **PARTIES DON'T GET IT AS VOTERS DECLARE INDEPENDENC.**
    **WILL RIVALS BE FOILS FOR A CANNY JERRY BROWN?**
    **IMMIGRANT AMNESTY  LITTLE CHANCE THIS YEAR**
    **A DOWN-THE-TICKET RACE WITH TWO LIKELY WINNERS"**
  ► February (8)
  ► January (10)
► 2009 (80)

'

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT H



**DEBRA BOWEN** | SECRETARY OF STATE
STATE OF CALIFORNIA | ELECTIONS
1500 11th Street, 5th floor | Sacramento, CA 95814 | Tel (916) 657-2166 | Fax (916) 653-3214 | www.sos.ca.gov

March 23, 2010

Pamela Barnett
2541 Warrego Way
Sacramento, CA  95826

Dear Ms. Barnett:

We are responding to your recent complaint regarding what you perceived to be our failure to act on your 12/09/09 letter questioning Barack Obama's birth records.  You also provided a notarized certificate of acknowledgement as required for complaints alleging a violation of Title III of the Help America Vote Act (HAVA).  However, your complaint was not treated as a HAVA complaint because you did not allege a HAVA violation.

No authority exists to require the Secretary of State to make an inquiry into or demand detailed proof of citizenship from Presidential candidates  Elections Code section 6901 required the Secretary of State to provide local elections officials with a certified list of the names and party affiliations of candidates nominated by their respective parties to appear on the November 4, 2008 Presidential General Election ballot. After the election, Elections Code section 15505 required the Secretary of State to certify to the Governor the names of the electors receiving the highest number of votes.

The Secretary of State does not have a clear or present ministerial duty to demand documentary proof that any past or future Presidential candidate is qualified to serve as President of the United States. Government Code section 12172.5 provides that the Secretary of State "shall see that state election laws are enforced," but does not impose such a duty. As no law requires the Secretary of State to demand proof of citizenship from Presidential candidates, there is no duty to act under GC 12172.5.

For your information, the appropriate remedy for an issue concerning the qualifications of a President is an action before the United States Congress pursuant to the Twelfth Amendment to the United States Constitution and 3 U.S.C. section 15.

Sincerely,

Election Fraud Investigation Unit

December 9, 2008

Pamela Barnett
2541 Warrego Way
Sacramento, CA, 95826
(415)846-7170

December 9, 2008

Secretary of State
1500 11th St.
Election Division, 5th Floor
Sacramento, CA, 94814

SECRETARY OF STATE   2008 DEC 10  PM 4: 59   SACRAMENTO, CALIF. RECEIVED

I object to the Electoral College members votes being given to Barack Obama, the Democrat Party
Nominee for POTUS, because I am not satisfied that his birth records indicate he is qualified for the
office of President under the requirements of Article II of the U S Constitution, and because he has not
made his birth records available to answer the question notwithstanding having been sued on that issue
in courts across the country  Obama's Hawaiian Certification of Live Birth has been considered to be a
fraud by document experts. Even if Obama's COLB were authentic, Hawaiian law allowed "foreign"
births to registered at the year Obama reported himself to be born, 1961.

Futhermore, even if Obama was born in the United States, he would NOT be considered a Natural Born
citizen because his father was a British Citizen from Kenya  Obama admits being a British citizen at birth
and then two years later his citizenship was lawfully changed to Kenyan citizenship of which he kept
until he was in his 20's. There are cases before the Supreme Court right now to attempt to clarify this
situation

If you were to be allow the electoral vote to happen and then it is determined that Obama is NOT a natural
born citizen, he would then become a Usurper which would put our country in a Constitutional crisis
Please do whatever it takes to avoid this crisis  DO NOT ALLOW THE ELECTORS TO VOTE FOR OBAMA
UNTIL IT IS PROVEN HE IS A NATURAL BORN CITIZEN  I demand that the state of California hire a
document expert to perform their own investigation into Obama's COLB to determine if he committed
fraud

I have sworn affidavits from document experts if you would like these for the file. I also have additional
research to assist you if needed

Sincerely,

Pamela Barnett





 **UNITED STATES POSTAL SERVICE**®

( < Back )  ( Print > )

## Printed Domestic Labels

Transaction # 163359994
Charged to VISA ************9728
Labels Included 1
Print Date/Time 3/8/10 4 14 56 PM CST

| | Delivery Address | Package Info | Service | Price |
|---|---|---|---|---|
| 1 of 1 | SECRETARY OF STATES ELECTION FRAUD INVES 1500 11TH ST FL 5 SACRAMENTO, CA 95814-5701 | Ship Date 03/08/10 Weight 0lbs 10oz From 95826 | Priority Mail Flat Rate Env Delivery Confirm Label Total | $4 75 $0 00 $4.76 |
| Delivery Confirmation™ Label Number 9405 5036 9930 0166 1993 95 | | | | |

**Domestic Order Total: $4.75**

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT I

April 2, 2010

CPT Pamela Barnett, U.S.A Retired
2541 Warrego Way
Sacramento, CA, 95826

Attorney General's Office California Department of Justice Attn: Public Inquiry Unit P.O. Box 944255
Sacramento, CA 94244-2550
Fax: (916) 323-5341

### RE: CRIMINAL COMPLAINT AGAINST DEBRA BOWEN, SECRETARY OF STATE

This is a criminal complaint against Secretary of State Debra Bowen for committing Misprision of Fraud by failing to act on my fraud complaint (registered with her office Dec. 9, 2008 - attached) that alerted her that Barack Hussein Obama's online (internet) Hawaii Certification of Live Births (3 versions in total) are all forgeries and that there were affidavits filed in court that confirmed the fraud.  I had asked her to perform an immediate investigation and halt the elector's vote until the investigation was completed.

As evidenced by a letter I received from the Secretary of State Election Fraud Investigation Unit (dated March 23-attached), in response to my follow-up letter (letter dated March 7th, attached), Bowen failed to investigate the fraud that she was informed of that affected the outcome of the  California election of Barack Obama.  It is her duty as the State Representative of elections to ensure legal elections.  She has failed to do this by ignoring election fraud.

Covering up felony fraud is Misprision of felony Fraud.  If your office fails to investigate the Obama forgeries, you are also guilty of misprision of felony fraud.

As a California citizen and a registered California voter who voted in the 2008 Presidential election, I fully expect you to prosecute Secretary of State Debra Bowen for misprision of fraud and investigate the document forgeries put forth by Barack Hussein Obama.  Bowen should also be removed immediately from her position of Secretary of State as she does not ensure legal elections.  The Election Fraud Investigation Unit wrongfully dismisses the fraud complaint, because they say the SOS does not have the responsibility to vet candidates; however she does have the duty to investigate and ensure prosecution in matters of election fraud.

I pray that Edmund "Gerry" Brown, AG, and his office care more about our Country and the rule of law than his political career and they fully investigate this fraud performed by Obama and his supporters, as well as the crime of misprision of felony fraud by Secretary of State Debra Bowen.

Sincerely,

Pamela Barnett
Pb_realestate@yahoo.com


Cc: California Governor's Office,  Federal Bureau of Investigation,  Department of Justice



SECRETARY OF STATE
STATE OF CALIFORNIA

## ELECTION COMPLAINT FORM

For Help America Vote Act (HAVA) complaints or other election-related complaints.

Important: Please *Type* or *Print* the information on this form.

**COMPLAINANT INFORMATION**

First Name: _PAMELIA_      Last Name: _BARNETT_
Street Address: _2571 WARREGO WAY_ Apt #: _____ City: _Sacramento_ State: _CA_
Zip Code: _95826_   Daytime Phone: _(415) 846-7120_   Evening: _____
Fax Number: _____ Email: _PB barnecas2@gmail.com_

**PERSON(S) OR ORGANIZATION(S) AGAINST WHOM COMPLAINT IS BROUGHT**

Name(s): _DEBRA BOWEN_
Organization(s): _Secretary of State_
Position(s) of person(s) (if applicable): _Secretary of State_

**STATEMENT OF FACTS**

Date(s) and time(s) alleged event(s) occurred: _12/9/08_
Location(s) of alleged event(s): _NA_
Names and phone numbers of witnesses or other victims (if applicable): _____

**DESCRIBE YOUR COMPLAINT** (If necessary, attach additional sheets.)

_DEBRA BOWEN IS GUILTY IN MY STRONG OPINION OF_
_MISPRISION OF FRAUD REGARDING CERTIFYING_
_the election of Barack OBAMA as President of the United States._
_IN A LETTER ADDRESSED TO HER December 9, 2008 from ME_
_I made her aware of OBAMA Is using A FRAUDULENT_
_Hawaii certification of Live Birth as "proof" he was born_
_in Hawaii. In the letter I let her know also that this forged_
_forged document from OBAMA was verified as being_
_a fraud from document to [crossed out] by experts that had_
_sworn their findings on affidavits used in COURT. BOWEN should_
_BE MADE to STANDOWN & prosecuted for misprision of fraud & California_
_finally needs to charge OBAMA with fraud for his forged COLB._

**SIGNATURE** I acknowledge that all of the above information is true and accurately reflects the matter
in question, to the best of my knowledge.

SIGNATURE: _Pamela Barnett_   DATE: _March, 7 2010_

**If your complaint alleges a violation of Title III of HAVA, a notary public must
complete the following certificate of acknowledgement.**

**DEBRA BOWEN** | SECRETARY OF STATE
STATE OF CALIFORNIA | ELECTIONS
1500 11th Street, 5th floor | Sacramento, CA 95814 | Tel (916) 657-2166 | Fax (916) 653-3214 | www.sos.ca.gov

March 23, 2010

Pamela Barnett
2541 Warrego Way
Sacramento, CA  95826

Dear Ms. Barnett:

We are responding to your recent complaint regarding what you perceived to be our failure to act on your 12/09/09 letter questioning Barack Obama's birth records.  You also provided a notarized certificate of acknowledgement as required for complaints alleging a violation of Title III of the Help America Vote Act (HAVA).  However, your complaint was not treated as a HAVA complaint because you did not allege a HAVA violation.

No authority exists to require the Secretary of State to make an inquiry into or demand detailed proof of citizenship from Presidential candidates. Elections Code section 6901 required the Secretary of State to provide local elections officials with a certified list of the names and party affiliations of candidates nominated by their respective parties to appear on the November 4, 2008 Presidential General Election ballot. After the election, Elections Code section 15505 required the Secretary of State to certify to the Governor the names of the electors receiving the highest number of votes.

The Secretary of State does not have a clear or present ministerial duty to demand documentary proof that any past or future Presidential candidate is qualified to serve as President of the United States. Government Code section 12172.5 provides that the Secretary of State "shall see that state election laws are enforced," but does not impose such a duty. As no law requires the Secretary of State to demand proof of citizenship from Presidential candidates, there is no duty to act under GC 12172.5.

For your information, the appropriate remedy for an issue concerning the qualifications of a President is an action before the United States Congress pursuant to the Twelfth Amendment to the United States Constitution and 3 U.S.C. section 15.

Sincerely,


Election Fraud Investigation Unit

December 9, 2008

Pamela Barnett
2541 Warrego Way
Sacramento, CA, 95826
(415)846-7170

December 9, 2008

Secretary of State
1500 11th St.
Election Division, 5th Floor
Sacramento, CA, 94814

SECRETARY OF STATE
2008 DEC 10  PM 4: 59
SACRAMENTO, CALIF.
RECEIVED

I object to the Electoral College members votes being given to Barack Obama, the Democrat Party
Nominee for POTUS, because I am not satisfied that his birth records indicate he is qualified for the
office of President under the requirements of Article II of the U.S. Constitution; and because he has not
made his birth records available to answer the question notwithstanding having been sued on that issue
in courts across the country. Obama's Hawaiian Certification of Live Birth has been considered to be a
fraud by document experts. Even if Obama's COLB were authentic, Hawaiian law allowed "foreign"
births to registered at the year Obama reported himself to be born, 1961

Futhermore, even if Obama was born in the United States, he would NOT be considered a Natural Born
citizen because his father was a British Citizen from Kenya   Obama admits being a British citizen at birth
and then two years later his citizenship was lawfully changed to Kenyan citizenship of which he kept
until he was in his 20's. There are cases before the Supreme Court right now to attempt to clarify this
situation

If you were to allow the electoral vote to happen and then it is determined that Obama is NOT a natural
born citizen, he would then become a Usurper which would put our country in a Constitutional crisis
Please do whatever it takes to avoid this crisis   DO NOT ALLOW THE ELECTORS TO VOTE FOR OBAMA
UNTIL IT IS PROVEN HE IS A NATURAL BORN CITIZEN.  I demand that the state of California hire a
document expert to perform their own investigation into Obama's COLB to determine if he committed
fraud

I have sworn affidavits from document experts if you would like these for the file.  I also have additional
research to assist you if needed

Sincerely,



Pamela Barnett



NO. 29473

## IN THE SUPREME COURT OF THE STATE OF HAWAII

| | |
|---|---|
| CONSTITUTION PARTY; ALAN L. KEYES;   ) | |
| ) | ORIGINAL PROCEEDING |
| Plaintiffs,                              ) | |
| ) | DECLARATION OF |
| vs.                                       ) | XXXXXXXXXXXX; EXHIBIT A |
| ) | |
| LINDA LINGLE in her official capacity as  ) | |
| Governor of the State of Hawaii; KEVIN B.  ) | |
| CRONIN in his official capacity as the Chief ) | |
| Election Officer for the State of Hawaii; JOHN ) | |
| DOES 1-50; JANE DOES 1-50; DOE            ) | |
| PARTNERSHIPS 1-50; DOE                    ) | |
| CORPORATIONS 1-50; AND DOE                ) | |
| ENTITIES 1-50                             ) | |
| ) | |
| Defendants.                              ) | |

F \Active Clients\Smith, Thomas\Election Challenge\Anonymous Digitable Expert
Declaration.wpd

## DECLARATION OF XXXXXXXXXXXX

I, XXXXXXXXXXXX, declare as follows:

1.      I am Dr. XXXXXXXXXXXX, and I hold a PhD in Instructional Systems with 25+ years of

post-doctoral work experience, and a Masters Degree in Educational Research, Design, and Testing.

I have worked with computers and computer printers, plotters, and optical/digital scanners, typesetting,

offset printing, and automatic typewriters, for over thirty (30) years. I am submitting this opinion

anonymously because I work for a government contractor and need to remain anonymous in order to keep

my employer free from any ramifications due to presenting this opinion. In addition, my family needs

the opinion to be anonymous due to the nature of my work.

2.      In my professional career I have held positions as a Computer Programmer, Web Designer, Media

Consultant, Research Director and Statistician. I have testified as a Statistical Expert in Governmental

hearings over the last twenty (20) years.

3.      I began working with computers on or about 1969 and with graphic arts since 1965. I have

worked with document image scanners since 1982 and with digital images and digital editing

software since 1987. I have received professional training in the use of Adobe Photoshop and Image

Ready software with a particular focus on creating web graphics. I have also worked with laser

printers since 1986.

4.      My father was a professional photographer who taught me how to use high-end cameras,

such as a Hasselblad he gave me when I was eight (8) years old, and have been using them ever since.

In addition to using DLR and SLR cameras, and running a film developing studio, I started using

digital cameras in my work field on or about 1998.

5.      With my combined work experiences and education, I am more than capable of detecting

anomalies on digital images and photographs, whether naturally caused or man-made, as well as

determining how the were created, and if they were subsequently modified.

6.      During the Barack Hussein Obama's [hereinafter "Obama"] Presidential campaign, there have

been numerous rumors circulating about Obama's citizenship status.

7.      Jim Geraghty, a Writer for National Review magazine and the National Review Online,

posted a story to his blog, the Campaign Spot that appeared in the National Review Online, raising

issues that Obama was born in Kenya, his middle name was really Muhammad and Obama's first

name was really Barry. Mr. Geraghty stated that several Reporters had asked for a copy of Obama's

birth certificate, but, all requests were subsequently denied.  Mr. Geraghty further stated Obama

could answer the questions regarding the time and place of his birth, citizenship status, full legal

name, and the names of his biological parents, if he would simply release for inspection, a copy of

his original, long-form birth certificate.

2

8.     The Daily Kos blog, a pro-Obama website, posted an image, measuring 2427 x 2369 pixels, at 300 DPI that they claimed was a scanned copy of Obama's "original birth certificate," sent to them by a spokesperson for the Obama Campaign. Before cropping, this document image measured 2550 x 3300 pixels.  By the end of the same day, the Obama Campaign posted a duplicate copy of the same cropped image on their website, My.BarackObama.com, but this image copy had been proportionately reduced in size by approximately 42% and saved at a lower resolution. The size of this particular image was 1024 x 1000 pixels at 100 DPI.  With this image, Obama's Campaign placed the following statement on their website:

"You may have recently heard right-wing smears questioning Barack Obama's birth certificate and citizenship. These assertions are completely false and designed to play into the worst kind of stereotypes. You can see Barack Obama's birth certificate for yourself and help push back with the truth..."

9.     The very next day, the Obama's Campaign removed the document image from their Campaign website, and posted a resized copy of the same document image to a new website, "Fight The Smears" (fightthesmears.com), but only after further reducing the copy size to 585 x 575 pixels, which was almost half the size of the original posted image, and one-third of its quality.

10.    Also, Politifact.org, a pro-Obama fact checking website, published a copy of the same image as posted on the Daily Kos, but also disproportionately reduced it to 811 x 786 pixels, or 1/3 of its size and 1/6 of its image quality.

11.    Factcheck.org, a pro-Obama fact checking website posted a full-sized image copy of same document image that appeared on the Daily Kos and Obama's "Fight The Smears" websites. Factcheck's image copy was identical to the Daily Kos image copy, but was not cropped to the

3

borders. Factcheck.org is run by Obama supporters and is funded by the Annenberg foundation through the Annenberg Public Policy Center of the University of Pennsylvania.

12.     Factcheck.org made the following statement to explain how they received their image copy:

"Bloggers raised questions based on the absence of evidence, specifically the lack of a publicly available copy of a birth certificate and the supposed secrecy surrounding it".  According to FactCheck, Tommy Vietor at the Obama campaign sent a message to them and "other reporters" saying, "I know there have been some rumors spreading about Obama's citizenship, so I wanted to make sure you all had a copy of his birth certificate."

13.     Three months later, no other "reporters" have ever received a copy of this "birth certificate" image, or any other birth certificate image, from Tommy Vietor or from anyone else connected with the Obama Campaign. As noted above, the only parties outside of the Obama Campaign to have ever received a copy of this "birth certificate" image are (a) The Daily Kos, a pro-Obama blog, (b) FactCheck.org, a pro-Obama political research group, and (c) Politifact.org, another pro-Obama political research group. It is also worth mentioning that no copy of the reverse side of this "birth certificate" document was ever scanned, a side that contains all of the official certification instruments, such as the official Hawaiian Seal, State Registrar's signature, and date stamp of when the document was printed.

14.     I noticed that the images posted on the Internet purporting to be the "original birth certificate" of Barack Hussein Obama, did not look like a regular birth certificate: On the top of the image border was the phrase, "Certification of Live Birth".  Unlike traditional birth certificates, this image did not show the hospital name where Obama was born, did not have an attending physician's

signature, did not have any signatures by the parents, or any of the other identifying information which "original" birth certificates have.

15.     After reviewing the images purporting to be Obama's "original birth certificate," I contacted the Hawaii Department of Health and asked numerous questions of the Office of Vital Records and of the State Registrar, whose signature appears on all certified birth documents. I subsequently learned that this document, called, a "Certification of Live Birth," (COLB), is only a transcript of a birth record on file. This "Certification of Live Birth," (COLB), is a computer-generated graphic that contains only a limited amount of information retrieved from a person's birth record on file, and is not the same thing as an original birth certificate: It cannot be used to obtain a passport or to prove that its owner is a natural-born US citizen. I also learned that, after this paper document is printed, it has to be certified or validated by imprinting on it a special, embossed seal, a rubber date stamp showing when the COLB was printed, and lastly, a rubber stamp containing the signature of Hawaii's State Registrar. I also noted that the embossed Seal and Registrar's Signature stamp were not visible to the naked eye. The date stamp, however, was partially visible, in reverse, as the ink had apparently bled through from the back to the front side of the COLB paper.

16.     Although there are four differently-sized images placed on four different websites, they were all copied from the same document image. In addition to posting a copy on their Fight The Smears website, the Obama Campaign emailed copies to the pro-Obama, Daily Kos website, Annenberg's Factcheck website, and lastly, the St. Petersburg Times, Politifact website. Found on all four images is a small, telltale object (actually, a piece of dirt left on the scanner glass) confirming that all four of these images were copied from a single document image. As I inspected the highest-quality image

copy available (found on the Daily Kos), I saw anomalies in the text that would never exist in a genuine scan of a real document.

17.     After enlarging the image four times its size, I noticed that the text in the image bore the signs of being graphically altered after the image had been created. Specifically, given that the text in a COLB is printed on a green background, there should be green dots, or pixels, visible in between the black letters that comprise the text. What I found was almost the total absence of any green pixels. In their place, I found gray and white pixels. These pixel patterns are significant because they would never be found in a genuine document scan. To validate my findings that the text in this COLB document image was intentionally altered, and that the pixel patterns were not naturally-occurring printer or scanner artifacts, I made over 700 test scans and images using an actual paper COLB and different scanners. By trying different combinations of scanning and image parameters. I was finally able to replicate the Kos image so closely that other image experts thought it was the same Kos image, and not my "clone." From this date forward, when I first discovered the evidence of image tampering, and regardless of the unfamiliar format of the COLB and the questionable information it contained, I collected a great deal of additional evidence, that the scanned image alleged to be a true copy of Obama's original COLB was forged, and that this altered image of an official state-issued document is nothing less than a false identification document as defined by Chapter 18, Section 1028 of the United States Code.

18.     All of my findings pertain to a single source image from which the Obama Campaign made four (4) copies. These copies were posted to four different websites: FightTheSmears.com, DailyKos.com, FactCheck.org, and Politifact.com, as referred to and described above. These images

are still posted on these websites, and are described in my Final Report, which is attached hereto and incorporated in by reference as Exhibit "A"

19.     Slightly more than two months after the publication of the COLB image on the Daily Kos and Obama's Campaign website, Factcheck published a story, Born in the U.S.A., in which they presented nine digital photographs that they allegedly made of Obama's "real, paper COLB" at his campaign headquarters - the same COLB used to make the document image they posted on June 16. Without a doubt, the COLB image that Factcheck posted is a forgery, and that Obama's real COLB, as proffered by Factcheck, is a nonexistent document. Factcheck had created a conundrum: if the image Factcheck posted is a forgery of a nonexistent document, then how can any genuine photos be made of it? The answer had to be that both the document image and the photographs were all forgeries.

20.     I have thoroughly examined the photographs that FactCheck published, and have subsequently found clear and irrefutable evidence of tampering in both the alleged COLB object they photographed and in the photos themselves. One of those COLB objects was, in fact, a printout of a forged document image with a Seal superimposed onto it. FactCheck's photos reveal both the absence of known, relevant features found on a genuine 2007 COLB and the presence of illogical and impossible features that would never be found on a genuine 2007 COLB. Specifically, on the COLB objects photographed, the security border closely resembles the border found on a real 2007 COLB. However, both the embossed Seal and the State Registrar's Signature stamp do not match the same elements found on a real 2007 COLB, but perfectly match those found on a real 2008 COLB; or, in other words, something that would never happen in real life. Hawaii made three important changes to their COLBs from 2007 to 2008, including the use of a larger certificate layout, a new

7

security border, and, much to the chagrin of Factcheck and the Obama Campaign, a new Seal and Signature stamp.

21.     With my experience and specialization in document imaging, my findings are conclusive and irrefutable, as outlined in EXHIBIT "A," that the COLB images posted by Obama to his campaign website, fightthesmears.com, to the dailykos.com, a pro-Obama blog, to FactCheck.org, a pro-Obama political research group, and to Politifact.org, are, in fact, image forgeries, created with the intent to defraud the American People into believing that these images were digitally scanned from Barack Obama's genuine, "original" birth certificate, and that Obama had satisfied the requirement of being a natural-born US citizen.

22.     With my experience and specialization in photography and digital imaging, my findings are conclusive, as outlined in Exhibit "A," that the COLB photographs posted by FactCheck.org, a pro-Obama political research group, and to Politifact.org, are, in fact, photographic forgeries, created with the intent to defraud the American People into believing that these digital photographs were taken of Obama's genuine, "original" birth certificate, and that Obama was really a natural-born US citizen qualified to be President of the United States.

23.     Attached hereto as Exhibit "A", is a true and correct copy of my opinions concerning the Obama certification of live birth, which I previously published and incorporate herein as if fully set forth.

I declare under the penalty of perjury of the laws of the United States, that the foregoing is true and correct.



# EXHIBIT I
# SANDRA RAMSEY LINES
### Forensic Document Examiner
**6200 East Cholla Lane**
**Paradise Valley, Arizona 85253**
**Business: (480) 429-3999 - Facsimile: (480) 429-4677**
**E-Mail: SRLines@cox.net**
**http://www.asqde.org/**



## CURRICULUM VITAE

## EXPERIENCE

**1999 – Present**   **Private Practice, Forensic Document Examiner** - Conduct examination of questioned documents, which consists of the analysis and comparison of handwriting, hand printing, typewriting, commercial printing processes, photocopies, paper, inks, and other documentary evidence to determine identity, source, authenticity, alterations, additions, deletions, or other germane issues. Examinations include business and/or medical records. Expert testimony experience in state and federal courts, and regulatory hearings.

**1999 – 2003**   **Intelligence Specialist** – Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms, Phoenix Field Division, Phoenix, AZ. Served as the intelligence coordinator and the Division's intelligence expert (5 states). Responsible for ascertaining the Division's intelligence needs, developing and implementing the means to satisfy such requirements. Served as Bureau representative and liaison to outside intelligence related organizations, performed analyses of major complex investigations; and provided analytical reports of such activities. In addition, acted as forensic document examiner consultant and expert witness in ATF related cases. Top secret clearance

**1996 - 1999**   **Senior Document Analyst** - Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms, San Francisco Forensic Science Laboratory, Walnut Creek, CA   Conducted examinations of questioned documents, which consisted of the analysis and comparison of handwriting, hand printing, typewriting, commercial printing processes, paper, inks, and other documentary evidence. Testified in state and federal courts   Secret clearance.

**1991 - 1996**   **Forensic Document Examiner** - Office of the Attorney General, Phoenix, AZ. Established questioned document laboratory utilized by Medicaid Fraud Units throughout the United States and developed AZ Police Officer Standards and Training approved lesson plan for training on the "Techniques of Questioned Document Investigation." Depositions and testimony in state courts, civil and regulatory proceedings

**1985 - 1996**   **Special Agent/AZ Certified Peace Officer** - Office of the Attorney General, Special Investigations Section, Phoenix, AZ. Identified, planned, and developed strategies for complex

felony investigations, which included: consumer, medical, financial frauds; environmental crimes; political corruption, and other matters

1987 - 1988    **Assistant Director** - Western States Hazardous Waste Project, Office of the Attorney General, Phoenix, AZ. Maintained coordination and cooperation between members in multi-state program. Developed and implemented training; collected, stored, and disseminated information; prepared bi-monthly newsletter.

1984 - 1985    **Investigator/AZ Certified Peace Officer** - Maricopa County Attorney's Office, Phoenix, AZ. Conducted major felony investigations involving violent crimes and frauds.

1983 - 1984    **Investigator** - AZ Board of Medical Examiners, Phoenix, AZ. Investigated criminal and civil complaints pertaining to physicians, physician assistants, unlicensed medical practitioners, coordinated complex investigations with law enforcement and regulatory agencies

1973 - 1982    **Sergeant/Ohio Certified Peace Officer** - Cleveland Police Department, Cleveland, OH. Supervised platoon of 40 officers in all phases of police work; as a detective assignments included vice, general duty, strike force, and homicide; and as an evidence technician/patrol officer responsible for crime scene photographs, latent prints, and trace evidence as well as all other radio calls.

## CERTIFICATION

1996    American Board of Forensic Document Examiners, Diplomate.   Advertising Editor for the *ABFDE News* 1997-1999

## PROFESSIONAL ORGANIZATIONS

1998-Present    American Academy of Forensic Sciences, Questioned Document Section, Fellow. Member 1996-1997, Provisional Member 1994-1995. Elected Questioned Document Section Secretary for 2004-2005, Section Chair 2005-2006.

1999-Present    American Society of Questioned Document Examiners, Member.  Provisional Member 1995-1999.  Member of the Editorial Board of the *Journal of the American Society of Questioned Document Examiners*, 1997 to 2004. Editor 2004-2007.

1995-Present    Southwestern Association of Forensic Document Examiners, Member. Provisional Member 1993-1994

2000-Present    American Society of Testing and Materials, Member E-30 Forensic Sciences Committee, Member E30.02 Questioned Document Subcommittee.

## EDUCATION

Arizona State University, School of Public Affairs/Advanced Public Executive Program and the State of Arizona, Phoenix, AZ - Certified Public Manager 1993

University of Phoenix, Phoenix, AZ - Bachelor of Arts, Management, 1989

Scottsdale Community College, Scottsdale, AZ - Associate of Arts, Major - Administration of Justice, Honors, 1987

## EXPERT TESTIMONY INCLUDES

Federal courts in Alaska, Arizona, California, Idaho, Texas, and Washington.
State courts in Arizona, California, Nevada, and Texas.

## PUBLICATIONS/PRESENTATIONS

2008    **Speaker:** "The Work of the Forensic Document Examiner." Phoenix North Rotary Club, Phoenix, AZ (June 12).

2007    **Presenter:** "A Thumbnail Sketch of Islam and Judaism as They Relate to Forensic Document Examination and the Courts." Paper presented at the 65th Annual Conference of the American Society of Questioned Document Examiners, Boulder. CO (August 16).

2006    **Presenter:** "Legal Terms for Expressing Conclusions in Court." Paper presented at the 64th Annual Conference of the American Society of Questioned Document Examiners, Portland, OR (August 22).

2006    **Publication:** "Examination of a 'Velasco' Signature on an Oil Painting." Published in the *Journal of the Forensics Sciences*, July 2006, Vol. 51, No 4, pp. 929-933

2005    **Publication:** "A Study of Business Letter Features." *Lines and Randy B. Carodine. *Research presented at the 57th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA (February) 2005, and at the Southwestern Association of Forensic Document Examiners, Monterey, CA (March) 2003. Published in the *Journal of Forensic Sciences*, Vol. 50, No. 4, July, 2005, pp. 924-927.

2005    **Speaker:** "Forensic Document Examination." Tempe Rotary Club. Tempe, AZ (June 14).

2005    **Presenter:** "Publish or Perish." Paper presented at the Southwestern Association of Forensic Document Examiners Spring Meeting, Palm Springs, CA (May).

2005    **Speaker:** "What is a Forensic Document Examiner?" The P.E.O. Sisterhood Luncheon Meeting, Scottsdale, AZ (January).

2003    **Publication:** "Identifying Manufacturer and Date of Manufacture of CD-R or CD-RW." *Lines   and Jared Annes. *Research presented at the 61st Annual Meeting of the American Society of Questioned Document Examiners, Baltimore, MD (August). Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 6, Number 2, December 2003.

2002    **Book Review:** *Writing and Defending Your Expert Report, The Step-by-Step Guide with Models*, Steven Babitsky and James Mangraviti, Seak, 2002. Review published in *The Southwestern Examiner* (September).

2002    **Publication:** "Triplet & Sibling Handwriting Study to Determine Degree of Individuality and Natural Variation." *Lines and Frankie E Franck. *Research presented at the 60th Annual Meeting of the American Society of Questioned Document Examiners, San Diego, CA (August). Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 6, Number 1, June 2003, pp. 48-55.

2002    **Book Review:** *Opportunities in Forensic Science Careers*, Blythe Camenson, McGraw Hill, 2001. Review published in the *ABFDE News*, Vol. XIII, Number 1 (January).

2001    **Publication:** "Yoeme: The Yaqui Alphabet," Research presented at the 20th Anniversary Meeting, Southwestern Association of Forensic Document Examiners, Tempe, AZ (September). Published *The International Journal of Forensic Document Examiners*, Vol. 6, No. 1, April 2003 (on-line).

2001    **Publication:** "Diné Bizaad: The Navajo Alphabet," Research presented 59th Annual Meeting of the American Society of Questioned Document Examiners, Des Moines, IA (August). Published *The International Journal of Forensic Document Examiners*, Vol. 6, No. 1, April 2003 (on-line).

1999    **Publication:** "Normal Course-of-Business Records v. Manufactured Records." *Sandra Ramsey Lines, Jan Seaman Kelly, and Diane K. Tolliver   *Research presented at the 57th Annual Meeting of the American Society of Questioned Document Examiners jointly held with the International Association of Forensic Sciences in Los Angeles, CA (August). Published *Journal of the American Society of Questioned Document Examiners*, Vol. 2, No. 1, June. Translated into Spanish by Julia E. de la Peña, published *Indagaciones documentales*, Ediciones La Rocca:Buenos Aires 2008.

1998    **Book Review:** "Review of the *Modern Scientific Evidence  The Law and Science of Expert Testimony*," Faigman, D., et al., West, 1997. Review published in *The California Identification Digest*, Vol. 98, Issue 3, (March)

1997    **Publication:** "A Study of the Evolution of Handwriting from Grades Three to Six." Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 1, No. 1, June. Research presented at the 55th Annual Conference of the American Society of Questioned Document Examiners in Scottsdale, AZ (August).

1997    **Paper:** "Microsoft® Encarta®· A Resource for Forensic Document Examiners," 48th Annual Meeting of the American Academy of Forensic Sciences, New York, NY (February).

1997    **Speaker:** "Forensic Document Examination  Past and Present," Bay Counties Identification Officer's Association, Concord, CA (January).

1997    **Book Review:** *The Casebook of Forensic Detection*," Colin Evans, John Wiley & Sons, NY, 310 pages. Review published in *The Southwestern Examiner*, Vol. XVI, Issue 1.

1996    **Publication:** "Indenture."  Historical and legal research of a 1729 document.  Published in the *International Journal of Forensic Document Examiners*, Vol 3, No. 3, July/Sept 1997  Presented at the 48th Annual Meeting of the American Academy of Forensic Sciences, Nashville, TN (February).

1995    **Documentary:** "Learning to Write in the 1990's." Co-producer (w/Leslie K. Rogers) and co-writer (w/Rada Tierney) of this minidocumentary film presented with a paper at the 53rd Annual Conference of the American Society of Questioned Document Examiners, Chicago, IL (September) and the Fall Conference of the Southwestern Association of Forensic Document Examiners, Las Vegas, NV (October).

1995    **Speaker:** "Fundamentals of Forensic Document Examination " Arizona Women's Accounting Society, Phoenix, AZ (April).

1995    **Publication:** "The Effect of Computers on Forensic Document Examiners." Research published in the *International Journal of Forensic Document Examiners*, Vol. 2, No 3, July/Sept 1996. Presented at the 47th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA (February) and the Spring Conference of the Southwestern Association of Forensic Document Examiners, San Diego, CA (April)

1994    **Speaker:** "Computer Technology and the Forensic Document Examiner," Annual Meeting of the Computer Users Group, Security Division, Internal Revenue Service, Scottsdale, AZ (September).

1994    **Speaker:** "Forensics and Fraud," Kiwanis Club, Carefree, AZ (July)

1994    **Publication:** "The Cherokee Syllabary." Research involving a Native American alphabet still in use today. Published in the *Journal of Forensic Sciences*, Vol. 39, No. 4, July. Presented at the 46th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX (February) and the Spring Conference of the Southwestern Association of Forensic Document Examiners, Avalon, CA (April).

1992    **Speaker:** "The Science of Examining Documentary Evidence," Arizona Chapter of the Association of Certified Fraud Examiners, Phoenix, AZ (September).

| 1989 | **Research Paper:** "To What Extent Have Computers and Computer-Generated Documents Impacted on the Role of the Questioned Document Examiner in Law Enforcement," Southwestern Association of Forensic Document Examiners, Tucson, AZ (April). |

## TEACHING/MISCELLANEOUS

| 2008 | Instructor· "Handwriting, Forensic Records, and the New Age of Computer-Based Fraudulent Documents," Arizona Association of Criminal Justice, Tempe, AZ (March 13). |

| 2006 | Instructor. "Forensic Document Examination."  Forensic Medical Investigation (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 9). |

| 2005 | Instructor: "Forensic Document Examination Overview."  Forensic Medical Investigation Seminar (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 3). |

| 2005 | Instructor. "Questioned Documents – Including the 'true story' behind the Dan Rather/CBS debacle involving the examination of the alleged 'Bush' National Guard memos."  Arizona Public Defender's Association, Tempe, AZ (June 22). |

| 2005 | Grand Awards Judge: Intel International Science and Engineering Fair, Behavioral and Social Sciences, Phoenix, AZ (May 10, 11). |

| 2005 | Moderator: "21st Century Crime – Forensic Science," American Academy of Forensic Sciences, 57th Annual Meeting, New Orleans, LA (February) |

| 2004 | Instructor: "Forensic Document Examination Overview."  Forensic Medical Investigation Seminar (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic    Pathologist    and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita,  KA)    Phoenix,    AZ (November 11). |

| 2004 | Instructor. "Forensic Documents Issues in the Computer Age."  Continuing legal education State Bar of Arizona, San Diego, CA (July 16). |

| 2001 | Acknowledged for contribution to the Book *Opportunities in Forensic Science Careers*, Blythe Camenson, published by VGM, division of McGraw-Hill Companies, Lincolnwood, IL. |

| 2000 | Meeting participant and sub-committee member (since 1998) with the Scientific Working Group for Document Examiners (SWGDOC) at the Federal Bureau of Investigation Academy in Quantico, VA SWGDOC is responsible for establishing and publishing written procedures and guidelines for questioned document examination (January). |

| 1998 | Instructor: ATF Agent Training Conference, Oxnard, CA, "The Forensic Document Examiner and the Agent" (June 8). |

| 1998 | Instructor: Provided 36 hours of training at ATF Laboratory to a document examiner trainee with the San Mateo County Sheriff's Office, CA (April). |

| 1998 | Moderator: "Dating Document by Ink Analysis and Other Examinations," American Academy of Forensic Sciences, 50th Anniversary Meeting, San Francisco, CA (February). |

| 1997 | Document Examiners of Northern California, organized.  Planned and hosted quarterly study group meetings 1997 through 1999. |

1997   Instructor: Provided 36 hours of training at ATF Laboratory to two document examiner trainees from Houston, TX Police Department (June).

1997   Instructor: Provided "Overview of Forensic Document Examination" to the Northern California Forensic Identification Unit Study Group, Concord Police Department, Concord, CA (January).

1997   Judge: Multiple District Four Lions 60th Annual Student Speakers Program, "Today's Legal System – Is it Justice?" Concord, CA.

1995   Instructor: "Curriculum Development Course," Medicaid Fraud Training Program, Federal Law Enforcement Training Center, sponsored by the National Association of Attorneys General, Glynco, GA (September).

1995   Training Committee Member: Arizona Law Enforcement Coordinating Committee Conference, "Officer Safety. Surviving in Troubled Times" (June).

1995   Instructor: "Techniques of Questioned Document Investigation," National Association of Medicaid Fraud Control Units Training Conference, Memphis, TN (May)

1992   Instructor: "Questioned Documents Collection and Submission Guidelines," two training presentations to Arizona Attorney General staff, Phoenix, AZ (January).

PROFESSIONAL TRAINING AND CONTINUED EDUCATION

Arizona Department of Public Safety, Scientific Analysis Division/Central Regional Crime Laboratory, Questioned Document Unit, Phoenix, AZ, two-year apprenticeship program in the field of forensic document examination, 1991-1993 (Lockard).

United States Secret Service, Federal Law Enforcement Training Academy, Glynco, GA, Questioned Document Course, June 1991, 80 hours

Scottsdale Community College, Scottsdale, AZ, Photography I, II, and III, 1991-1992, 9 credit hours.

Paper Knowledge Workshop, The Meade Corporation, sponsored by the Southwestern Association of Forensic Document Examiners, Denver, CO, October 1992, 8 hours.

Federal Bureau of Investigation, Quantico, VA, Fundamentals of Questioned Documents Course, 80 hours, University of Virginia, November 1992, 4 credit hours.

United States Postal Crime Laboratory, San Bruno, CA, 160 hours of forensic document training, January 1993 (Lewis, Morton, et al.).

San Diego Police Department, Crime Laboratory, Questioned Document Section, San Diego, CA, 160 hours forensic document training, March 1993 (Oleksow).

Bureau of Alcohol, Tobacco and Firearms, Western States Regional Laboratory, Walnut Creek, CA, 40 hours forensic document training, June 1993 (Riker, Blanco).

Cleveland Police Department, Crime Laboratory, Cleveland, OH, 40 hours forensic document training, May 1993 (Wenderoth-Kelly).

Questioned Documents Reference Database and Typewriter Classification Database Workshop, American Academy of Forensic Sciences, San Antonio, TX, February 1994 (Bouffard), 4 hours.

Physical Match Workshop for Forensic Document Examiners, American Academy of Forensic Sciences, San Antonio, TX, February 1994 (McKasson), 20 hours.

Forensic Examination of Counterfeit Documents, American Society of Questioned Document Examiners, Long Beach, CA, August 1994 (Larner), 4 hours.

Instructor Development Course, AZ Police Officers Standards and Training, Phoenix, AZ, sponsored by the Phoenix Police Department, January 1995, 40 hours.

Case Documentation and Note Taking Workshop for ASCLD Lab Accreditation Requirements, Southwestern Association of Forensic Document Examiners, Reno, NV, April 1996 (Blake, Cunningham), 4 hours.

Private Practice Workshop, American Society of Questioned Document Examiners, Washington, D.C , August 1996 (Hart, Miller), 4 hours.

Ink-Jet Printers, Hewlett Packard (Drago-R&D), Southwestern Association of Forensic Document Examiners, Tucson, AZ, October 1996, 3 hours.

Laser Printer Re-Insertion Problems Workshop, Southwestern Association of Forensic Document Examiners, Tucson, AZ, October 1996 (Flynn), 4 hours.

Difficult and Complex Handwriting Examinations Seminar, sponsored by the American Board of Forensic Document Examiners, Burlingame, CA, January 1997 (Conway, Cunningham), 24 hours

How to be a Better Expert Witness Workshop (Moseley JD, Dedrick JD), American Academy of Forensic Sciences, New York, NY, February 1997, 4 hours.

Courtroom Testimony, Laboratory Personnel, Bureau of Alcohol, Tobacco and Firearms, Rockville, MD, March 1997, 32 hours.

Questioned Documents Examination Proficiency Tests, Crime Laboratory Proficiency Testing Program: 1996, 1997, 1998.

Advanced Handwriting Identification: Handwriting Theory, Mechanics and Analysis, and the Fundamentals of Disguised Writing, University of New Haven Graduate School, School of Public Safety and Professional Studies, San Francisco, CA, February 1998 (Sang, Richards, Horan), 3 credit hours.

Computer Software Training: Windows 95, Outlook, Word, Excel, PowerPoint, Access, and Netscape  Sponsored by ATF, April 1-3, 1998, 24 hours.

Microscopy Workshop (Kline) sponsored by the Southwestern Association of Forensic Document Examiners, Breckenridge, CO, October 9, 1998, 4 hours.

Check Writer Workshop (Tierney), sponsored by the Southwestern Association of Forensic Document Examiners, Breckenridge, CO, October 10, 1998, 4 hours.

Seminar on Paper Fiber Analysis (Walter J. Rantanen, Integrated Paper Services, Inc.), sponsored by the Southwestern Association of Forensic Document Examiners, Marina Del Rey, CA, April 7-9, 2000, 12 hours

Printing Process Identification and Image Analysis for Forensic Document Examiners, Rochester Institute of Technology, Rochester, NY, June 5-8, 2001, 28 hours

Detection of Counterfeit Documents (Rick Outland of U.S. Secret Service), sponsored by the Southwestern Association of Forensic Document Examiners, Tempe, AZ, September 7, 2001, 6 hours

Forensic Examination of Typographic Documents Workshop (Flynn) sponsored by the Southwestern Association of Forensic Document Examiners, Tempe, AZ, September 8, 2001, 6 hours.

Additional software courses offered through the Bureau of Alcohol, Tobacco and Firearms during 1999, 2000, and 2001.

Teaching the Forensic Document Examiner How to Teach (Tarver PhD w/California State University, Fresno), sponsored by the Southwestern Association of Forensic Document Examiners, Anaheim, CA, April 6, 2003, 3 5 hours

Twenty-First Century Document Examinations Workshop – Part I & II (Gottesman, Belcastro, Mokrzycki of FBI), sponsored by the American Society of Questioned Document Examiners, Baltimore, MD, August 28, 2003, 4 hours

State of the Art Infrared and Ultraviolet Examinations of Documents by the Video Spectral Comparator Workshop (Richards, Kovarik, Sang), sponsored by the American Academy of Forensic Sciences, New Orleans, LA, 4 hours.

Signature Disguise or Signature Forgery Workshop (Found PhD) sponsored by the American Society of Questioned Document Examiners, August 22, 2006, Portland, OR, 7 hours.

Fine and Subtle Features of Handwriting (Cunningham, Morton, Flynn), sponsored by the American Society of Questioned Document Examiners, Portland, OR, August 23, 2006, 7 hours.  Appointed Group Leader

Signature Workshop (Rile, Hicks), sponsored by the American Society of Questioned Document Examiners, Portland, OR, August 24, 2006, 4 hours.  Appointed Group Leader.

Scientific Research: A Guide to Designing, Conducting, Writing, Presenting, Publishing, and Analyzing Scientific Research (Grusezecki PhD, Davis MD, Pinckard MD). Workshop sponsored by the American Academy of Forensic Sciences, San Antonio, TX, February 20, 2007, 3.25 CE hours.

Technical Writing. Workshop sponsored by the Southwestern Association of Forensic Document Examiners, Monterey, CA, April 21-22, 2007, 6 hours.

Authenticating Questioned Documents (LaPorte/Secret Service). Workshop sponsored by the American Society of Questioned Document Examiners, Boulder, CO, August 13, 2007, 3.0 CE points.

Examination of Documents by Analyzing the Paper (Rantanen). Workshop sponsored by the American Society of Questioned Document Examiners, Boulder, CO, August 13, 2007, 1.0 CE points.

RECOGNITION

1996    Initially selected for *Who's Who in Science and Engineering*, Marquis, 4th Edition, 1998-1999

1997    Initially selected for *Who's Who in American Women*, Marquis, 21st Edition, 1999-2000

1998    Initially selected for *Who's Who in America*, Marquis, 53rd Edition, 2000-2001

RECENT AWARDS

2005    American Society of Questioned Document Examiners Certificate of Appreciation for contributions to the forensic document examination profession

2007    American Society of Questioned Document Examiners Certificate of Appreciation for contributions to the forensic document examination profession.

2008    The Volunteer Lawyers Program Pro Bono Award for Outstanding Litigation Support.
(Revised 8/10/08)

----- Forwarded Message ----
**From:** MyFax <NoReply@MyFax.com>
**To:** pb_realestate@yahoo.com
**Sent:** Mon, April 5, 2010 12:24:17 AM
**Subject:** Fax Delivery Successful to 19163235341





# Successful fax sent from MyFax.

| | |
|---|---|
| Fax Delivery Number | 19163235341 |
| Fax Recipient | |
| | |
| Sent at | 04/05/2010 03 24 15 AM (GMT-4 00) |
| Pages | 23 |
| Duration | 682 |
| | |
| Cost | 0 0000 USD |
| Tax - GST | 0 0000 USD |
| Tax - PST | 0 0000 USD |
| Total Cost | 0 0000 USD |
| | |
| Customer Number | 398602 |
| Reference Number | 248336032 |
| Billing Code | 398602 |

**Fax for Free.**
**Tell a friend about MyFax today.**

**Have a question?**
**support@myfax.com**

Thank you for using **myfax**

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT J


Faxed &
i may?

Pamela Barnett
2541 Warrego Way
Sacramento, CA, 95826

California Secretary of State
1500 11th St., 5th Floor
Sacramento, CA, 95814
Fax (916)653-3214

(4 ATTACHMENTS)
- 5 pages

RE: DAMON DUNN, Candidate for Secretary of State, IS NOT LEGALLY QUALIFIED TO BE ON BALLOT and needs to be removed immediately

Damon Dunn does NOT meet the following qualification for running for Secretary of State of California;

*Be a registered voter and otherwise qualified to vote for that office at the time nomination papers are issued to the person.*

Damon Dunn not only committed a crime of perjury by NOT revealing that he was formerly registered to vote as a Democrat in Florida and in Texas, but he is also DISQUALIFIED for being a legal candidate on the ballot for Secretary of State because he is NOT considered to be legally registered to vote and was NOT legally eligible to vote for Secretary of State at the time he was issued his nomination papers. See attachments for proof. FRAUD ON REGISTRATION FORM VOIDS REGISTRATION.

I expect the Secretary of State's office to act expeditiously in verifying the attached information and then remove Mr. Damon Dunn from the primary and/or general election ballot.

Sincerely,

Pamela Barnett
Registered to Vote Citizen of California
(415)846.7170

TOTAL PAGES - 6 (six)

**From:** MyFax <NoReply@MyFax.com>
**To:** pb_realestate@yahoo.com
**Sent:** Mon, May 3, 2010 4:08:11 PM
**Subject:** Fax Delivery Successful to 19166533214



## Successful fax sent from MyFax.

**Fax for Free.**
**Tell a friend about MyFax today.**

**Have a question?**
**support@myfax.com**

| | |
|---|---|
| Fax Delivery Number | 19166533214 |
| Fax Recipient | To Damon Dunn Illegal Candidate on Ballot of Secre |
| Sent at | 05/03/2010 07 08 08 PM (GMT-4 00) |
| Pages | 7 |
| Duration | 228 |
| Cost | 0 0000 USD |
| Tax - GST | 0 0000 USD |
| Tax - PST | 0 0000 USD |
| Total Cost | 0 0000 USD |
| Customer Number | 398602 |
| Reference Number | 256636337 |
| Billing Code | 398602 |

Thank you for using **myfax**

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT J-1

-------- Dunn, Damon J (Doc Images)

DUV  103906583

| Are you a U.S. citizen ? | YES | | I am not a convicted felon or if I am, my rights relating to voting have been restored ☒ | | I have not been adjudicated mentally incapacitated or if I have, my competency has been restored ☒ | | Official Use Only |
|---|---|---|---|---|---|---|
| Type  NEW | | | | | 009-71-797 | 4 | Sex M |

| Last Name | | Suffix | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| DUNN | | | DAMON | | JERELL | |

| Legal Residence Address | City | Zip Code |
|---|---|---|
| 10135 GATE PKWY N 1114 | JACKSONVILLE | FL  32246-0000 |

| Mailing Address | City | Zip Code | | County |
|---|---|---|---|---|
| 10135 GATE PKWY N 1111 | JACKSONVILLE | FL  32246-0000 | 7 | DUVAL |

| Date of Birth | 9 | Race 3 | 10 | Social Security Number | 11 | Daytime Phone |
|---|---|---|---|---|---|---|
| 03-15-76 | | | | | | |

| Party Affiliation | 16 | Oath  I do solemnly swear (or affirm) that |
|---|---|---|
| Democratic Party | | - I will protect and defend the Constitution of the United States and the Constitution of the State of Florida |
| Former Name if making a Name Change | | - I am qualified to register as an elector under the Constitution and laws of the State of Florida |
| | | - I am a U.S. citizen |
| Name & Address where last registered | | - I am a legal resident of Florida. |
| | | - All information on this form is true  I understand that if it is not true I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years |

S

| Voting Assistance ? | NO | Signature or Mark | 04/21/00 13-03 105042 |
|---|---|---|---|

NOTE: The data that was submitted to write at this office will remain confidential and used for voter registration purposes only. Disclosure of your

Scan Date = 10/31/2003

Comprehensive Report                                                           4/7/10 9 59 AM

Important.  The Public Records and commercially available data sources used on reports have errors  Data is sometimes entered poorly  processed incorrectly and is generally not free from defect  This system should not be relied upon as definitively accurate  Before relying on any data this system supplies  it should be independently verified  For Secretary of State documents the following data is for information purposes only and is not an official record  Certified copies may be obtained from that individual state's Department of State

IRBsearch, LLC does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act  15 USC 1681 et seq  (FCRA)  Accordingly, IRBsearch  LLC may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA

Your DPPA Permissible Use·  Licensed Private Investigative or Security Services
Your GLBA Permissible Use·  Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer

## Comprehensive Report

**Comprehensive Report**                                    Report Legend.
Date  04/07/10                                              **S** - Shared Address
                                                           - Deceased
**Report processed by**                                     - Probable Current Address
DANIELS AND ASSOCIATES INVESTIGATIONS, INC  M12470
9754 THWING ROAD
Chardon, OH 44024-9785
440-286-4072 Main Phone

### Subject Information:
(Best Information for Subject)
Name  DAMON J DUNN
Date of Birth  3/15/1976
Age  34
SSN  449-37-xxxx issued in Texas
between 1/1/1976 and 12/31/1976
View All SSN Sources

### Names Associated With Subject:  View All Name Variations Sources
DAMON S DUNN  DOB 3/15/1976 Age  34
   449-37-xxxx issued in Texas  between  1/1/1976 and  12/31/1976
DAMON DUNN  DOB  3/15/1976 Age  34
   449-37-xxxx issued in Texas  between  1/1/1976  and  12/31/1976

### Others Associated With Subjects SSN.
(DOES NOT  usually indicate any type of fraud or deception)
HARAH ROBINSON  DOB  9/5/1964 Age  45
   449-37-xxxx issued in Texas  between  1/1/1976 and  12/31/1976
HARAH E ROBINSON  DOB  9/5/1964 Age  45
   449-37-xxxx issued in Texas  between  1/1/1976 and  12/31/1976
ELIZABETH ROBINSON  DOB  9/5/1964 Age  45
   449-37-xxxx issued in Texas  between  1/1/1976 and  12/31/1976
ELIZABETH H ROBINSON  DOB  9/5/1964 Age  45
   449-37-xxxx issued in Texas  between  1/1/1976 and  12/31/1976
ELIZBETH H ROBINSON  DOB  9/5/1964 Age  45
   449-37-xxxx issued in Texas  between  1/1/1976 and  12/31/1976

## Comprehensive Report Summary:

| | |
|---|---|
| Names Associated With Subject | 2 Found |
| Others Associated With Subjects SSN | 1 Found |
| Phones Plus | 1 Found |
| Possible Criminal Records | 3 Found |
| Sexual Offenses | None Found |



4/7/10 9 59 AM

...ces Nov 30, 2001 - Dec 3, 2001

**Professional License(s):**
[None Found]

**FAA Certifications·**
[None Found]

**FAA Aircrafts:**
[None Found]

**Watercraft:**
[None Found]

**Voter Registration:**
Name  DAMON DUNN
Address  2058 KNOLL CREST DR  ARLINGTON  TX 76014-3686
DOB  3/15/1976
Gender  Male
State of Registration  Texas
Status  INACTIVE

Name  DAMON J DUNN
Address  10135 GATE PKWY N APT 1111  JACKSONVILLE  FL 32246-8264
DOB  3/15/1976
Gender  Male
Political Party  DEMOCRAT
State of Registration  Florida
Status  ACTIVE

**Hunting/Fishing Permit:**
[None Found]

**Bankruptcies:**

[None Found]

**Liens and Judgments:**

[None Found]

**UCC Filings:**
[None Found]

**Possible Properties Owned by Subject:**



### OFFICE OF THE SUPERVISOR OF ELECTIONS

JERRY HOLLAND
SUPERVISOR OF ELECTIONS
OFFICE (904) 630-1414
CELL (904) 318 6877

105 EAST MONROE STREET
JACKSONVILLE, FLORIDA 32202
FAX (904) 630-2920
E MAIL JHOLLAND@COJ NET

April 13, 2010

Dear Sir or Madam

I am writing to document my correspondence with Mr Damon Dunn  On July 10, 2009 Mr Dunn contacted our office via telephone and asked for his ineligible voter registration record to be removed from the Duval County database  I contacted the Division of Elections later that day to inquire if this was possible and the Legal Department for the Division informed me that the record could not be deleted from the database because voter registration is permanent record

I then mailed a letter to Mr Dunn informing him of my findings  I have not had additional correspondence with Mr Dunn since this incident.

Thank you,

Jean Marie Atkins
Director of Voter Administration

628 MAR 13 2009 A7

**CALIFORNIA VOTER REGISTRATION FORM**

Fill out this form if you are a new voter, have moved or changed your name, or want to change your political party choice. You must be a U.S. citizen and at least 18 years old by the next election to use this form. Use blue or black ink. Print clearly.

Your legal name   First name
1. Damon                                    Middle name
                                             Jerell

Last name
2. Dunn                                      Suffix?
                                             3. ☐ Jr  ☐ Sr.  ☐ II  ☐ III

Home address – not a P.O. Box or business address   (Number, Street, Ave., Drive, etc. Include #, E, C, W)
4. 3131 Michelson Unit 708W

City                                         State    Zip           California county
5. Irvine                                    CA   92612    Orange County

If you do not have a street address, describe where you live. (Cross streets, Route, #, E, C, W)
6.

Mailing address – if different than above, or P.O. Box
7. 2070 Business Center Dr     Suite 140

City                           State    Zip           Foreign county
8. Irvine                      CA   92612

Date of birth                  U.S. state or foreign country of birth
9. 03 / 15 / 1976   10. Texas

CA driver's license or CA ID card #                    CDL (last 4 numbers)
If you do not have a CA driver's license or ID card, list the
11. Jr                        last 4 numbers of your Social Security Number, if you have one.

Email Address?                                         Phone number (optional)?
12. damonduns@yahoo.com                       13.

Please sections are sealed at polling places on election day

14. Do you want to register with a political party?
☐ Yes, I want to register with a political party (select one)
☐ American Independent Party  ☐ Green Party  ☐ Peace and Freedom Party  ☑ Republican Party
☐ Democratic Party  ☐ Libertarian Party  ☐ Other party (specify)
☐ No, I don't want to register with a political party.
If you check this box, you may not be able to vote for some parties' candidates in primary elections.

15. To receive a vote-by-mail ballot in all elections, initial here ▷ D.D.
16. If you were registered to vote before, fill out below
First name                     Middle initial  Last name

Previous address where you were registered                         City

State    Zip            Previous county               Political party (if any)

17. Are you a U.S. citizen?           ☑ Yes  ☐ No     A "No" answer to either question means you CANNOT register to vote
    Will you be 18 or older by the next election?  ☑ Yes  ☐ No

(Optional)
A. ☐ Check here if you can be a poll worker
   (if delayed, indicate employer)
   ☐ Check here if you can provide a polling place on election day
B. Your ethnicity/race
C. Check your language preference.  ☐ English  ☐ Spanish
   ☐ Chinese  ☐ Vietnamese  ☐ Korean  ☐ Tagalog  ☐ Japanese
   ☐ 中文  ☐ Việt ngữ  ☐ 한국어  ☐ Tagalog  ☐ 日本語
Did someone help you fill out or deliver this form?
If yes, the person who helped you must fill out and sign both parts of this green box.
Signature                                  Month  Day  Year
Her name, address, and tel. (if any)

I am to or

70 HI 066244           130001

If you lose this form while you are out while to register to or intend to be Secretary of State Elections P.O. Box 1800, 1500 11th Street, Sacramento, CA 95814

Important! to vote in the next election  you must mail or deliver this card by Jan. 14 days before the next election  New voters who register by mail may have to show their ID at the polling place the first time they vote

628 MAR 09 2009 2

**Questions, problems or to report fraud:**
Contact the Secretary of State
Call 1-800-345-VOTE (8683)
Email elections@sos.ca.gov
Web site www.sos.ca.gov
Or contact your county elections office

THIS INSTRUMENT is a copy of the original, information on file in this office
* An affidavit of registration shall be deemed evidence of citizenship for voting purposes only Elections Code Section 2117
3 / 9 / 10
Attest:
Register of Voters
County of Orange
By. Neal Kelley  Deputy

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT K

**OFFICIAL FILING FORM**

**NEAL KELLEY**
**REGISTRAR OF VOTERS**

BY _Manley_

DATE ISSUED _2-24-10_

# DECLARATION OF CANDIDACY

**FILED**

(Elections Code of the Secretary of State
of the State of California)

**MAR 1 5 2010**

Debra Bowen, Secretary of State

By _____
Deputy Secretary of State

'10 MAR 10 AIO :10
**REGISTRAR OF VOTERS USE ONLY**

CONTEST ID: 1042
CANDIDATE ID: 1

I hereby declare myself a **Republican Party** candidate for nomination to the office of **Secretary of State**, to be voted for at the **Statewide Primary Election** to be held **June 8, 2010** and declare the following to be true:

My name is:   _Damon Dunn_

**I request my name and occupational ballot designation to appear on the ballot as follows:**

_Damon Dunn_
Print Your Name for Use on the Ballot

_Small Business Owner_
Print Occupational Ballot Designation Requested

Candidate initials if preferring no designation:

_____

Note: A ballot designation is optional. If one is requested a completed BALLOT DESIGNATION WORKSHEET must be submitted. If no ballot designation is requested, write in the word "NONE" and initial in the box (Elections Code §§ 13107, 13107.3)

☑ Residence Address:   _3131 Michelson   Unit 708 West_
**(Required)**
_Irvine_   _CA_   _92612_
City   State   Zip Code

☐ Business Address:   _N/A_
City   State   Zip Code

☐ Mailing Address:   _Same as above_
City   State   Zip Code

Telephone: (_949_) _533 9303_     (____) _Same_
Area Code   Day   Area Code   Evening

FAX: (____) _____   E-Mail: _damon @ damondunn.com_
Area Code

Official Website:   _www.damondunn.com_

**NOTE: The Secretary of State will publish one of the above addresses in the certified list of candidates and on the SOS website. Please check the appropriate box above to indicate which address you wish to use for this purpose. If no box is selected, the mailing address will be used.**

I meet the statutory and constitutional qualifications for this office (including but not limited to citizenship, residency and party affiliation, if required). I am at present an incumbent of the following public office (if any).

_____

**IMPORTANT: BACK SIDE OF PAGE MUST BE COMPLETED**   

**If nominated I will accept the nomination/office and not withdraw.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_3/10/20_      _Damon Dunn_
Date           Signature of Candidate

State of California   }
County of Orange   }    ss.

Subscribed and sworn to before me this _10th_ day of _____ _March_ _____ , 2010.

_____
Notary Public (or other official)

Examined and certified by me this _10th_ day of _____ _March_ _____ , 2010.

**NEAL KELLEY, Registrar of Voters**     By _____ Deputy

WARNING: Every person acting on behalf of a candidate is guilty of a misdemeanor who deliberately fails to file at the proper time and in the proper place any declaration of candidacy in his/her possession which is entitled to be filed under the provisions of the Elections Code (Elections Code Section 18202)

# OATH OF OFFICE

I, **DAMON DUNN**, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

_Damon Dunn_
Signature of Candidate

State of California   }
County of Orange   }    ss.

Subscribed and sworn to before me this _10th_ day of _____ _March_ _____ , 2010.

_____
Notary Public (or other official)

Examined and certified by me this _10th_ day of _____ _March_ _____ , 2010.

**NEAL KELLEY, Registrar of Voters**     By _____ Deputy

## Certificate as to Candidate's Political Party Affiliation
(Elections Code Section 8001)

State of California   }
County of Orange   }    ss

I hereby certify that (1) at the time of presentation of this declaration and continuously for not less than three months immediately prior thereto, or for as long as he/she has been eligible to vote in the state, the above-named candidate is shown by his/her affidavit of registration, executed on _3-17-09_ , to be affiliated with the political party the nomination of which he/she seeks, and (2) the candidate has not been registered as affiliated with any other political party for the twelve-month period immediately preceding the filing of this declaration.

Dated this _10th_ day of _____ _March_ _____ , 2010.

| Prior Registration | |
|---|---|
| Party Affiliation | Dates |
| No Prior Registration | |

**NEAL KELLEY,**
**Registrar of Voters**

By _____ , Deputy

Declaration of Candidacy – Partisan 2010

All code section references are to the California Elections Code unless stated otherwise

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT L



## OFFICE OF THE SUPERVISOR OF ELECTIONS

JERRY HOLLAND
SUPERVISOR OF ELECTIONS
OFFICE (904) 630-7777
CELL (904) 315-6877

105 EAST MONROE STREET
JACKSONVILLE, FLORIDA 32202
FAX (904) 630-2920
E-MAIL JHOLLAND@COJ NET

March 30, 2010

Mark Loren
Chief Investigator
Election Fraud Investigation Unit
Secretary of State
1500 11th Street
Sacramento, CA 95814

Dar Mr Loren:

Damon J. Dunn registered in the Duval County on May 12, 1999, as a Democrat, using the address of 10135 Gate Parkway, North, #1111, Jacksonville, Florida.   Records indicate that in March of 2002 Mr. Dunn's registration was converted to the statewide voter registration database and at that time, because of no activity on his record, his status was changed from an active voter to an inactive voter.   Due to our office receiving returned mail from that address and there being no activity on his voting history, Mr Dunn's status was changed from an inactive voter to an ineligible voter on June 6, 2005. Mr. Dunn would be required to re-register in Duval County if he wanted to have voting privileges in Duval County.

We have enclosed a copy of Mr. Dunn's original application with non-public records information redacted   Please feel free to contact my office if we can be of further assistance

Sincerely,

Jerry Holland
Supervisor of Election
Duval County

JH/sh

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT M

**DEBRA BOWEN** | SECRETARY OF STATE
STATE OF CALIFORNIA | ELECTIONS
1500 11th Street, 5th floor | Sacramento, CA 95814 | Tel (916) 657-2166 | Fax (916) 653-3214 | www.sos.ca.gov

May 12, 2010

Pamela Barnett
2541 Warrego Way
Sacramento, CA  95826

Dear Ms. Barnett:

We are responding to your recent faxed complaint questioning the eligibility of Secretary of State candidate Damon Dunn to be on the ballot

You questioned Mr. Dunn's eligibility to run based on the conditions set forth in Elections Code 8001(a)(2).   This section requires a candidate to not have been registered with any party except the one he/she seeks to be nominated from, within the preceding 12 months.  The conflicting party evidence you cited was that Mr. Dunn was previously registered as a Democrat in the state of Florida.  However, we contacted the office of the Duval County Supervisor of Elections and they reported that Mr. Dunn registered as a Democrat in 1999, but never voted.  His Florida registration was subsequently cancelled in June 2005.  Therefore, in March 2009, when Mr. Dunn registered as a Republican, he was not currently registered with any state and not affiliated with any party, in compliance with EC 8001(a)(2).

You also questioned Mr. Dunn's failure to list his previous Florida registration on his March 2009 California voter registration.  While Elections Code 2150 (a)(10) requires those registering to vote to disclose any prior registration, there are no criminal sanctions for non-compliance   If you have evidence that this omission was intentional, please forward to our office.

Thank you for bringing this matter to our attention.

Sincerely,

Election Fraud Investigation Unit

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al


# EXHIBIT N

# DEBRA BOWEN
## CALIFORNIA SECRETARY OF STATE
### NEWS RELEASE

DB10:038

**FOR IMMEDIATE RELEASE**
March 18, 2010

Contact: Shannan Velayas
(916) 653-6575

### Secretary of State Debra Bowen Announces Results of Randomized Alphabet Drawing for Candidate Order on June 8 Statewide Primary Ballots

**SACRAMENTO** – Secretary of State Debra Bowen's office today held a randomized alphabet drawing to determine the order that candidates' names will appear on the June 8, 2010, Statewide Direct Primary Election ballots. The results of the drawing are as follows:

| | | | |
|---|---|---|---|
| 1. Y | 8. L | 15. I | 22. U |
| 2. B | 9. P | 16. O | 23. M |
| 3. N | 10. Z | 17. J | 24. K |
| 4. F | 11. V | 18. R | 25. H |
| 5. T | 12. X | 19. G | 26. E |
| 6. S | 13. Q | 20. D | |
| 7. W | 14. A | 21. C | |

In accordance with Elections Code section 13112, the names of candidates on the ballot are arranged based on the randomized alphabet. This alphabet applies throughout the entire last name of the candidate. If the names of two or more candidates begin with the same letter, their ballot listing order is determined by applying the randomized alphabet to the next letter(s) of their names. If last names of multiple candidates are the same, the random alphabet also applies to first names.

A separate randomized alphabet was drawn March 2 for the Senate District 37 and Assembly District 43 special elections. To view the results of the March 2 drawing, go to www.sos.ca.gov/admin/press-releases/2010/db10-030.pdf.

Today's random alphabet drawing was held in the Elections Division within the Secretary of State's office in compliance with Elections Code section 13112. Staff members pulled the letters in a lottery-style drawing, with witnesses from the public present.

### ###

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT O

**From:** MyFax (NoReply@MyFax.com)
**To:** pb_realestate@yahoo.com;
**Date:** Fri, May 28, 2010 12:25:10 PM
**Cc:**
**Subject:** Fax Delivery Successful to 17145677556



## Successful fax sent from MyFax.

**Fax for Free.**
**Tell a friend about MyFax today.**

**Have a question?**
**support@myfax.com**

| | |
|---|---|
| Fax Delivery Number | 17145677556 |
| Fax Recipient | To Damon Dunn`s Registration is Not valid - Not ef |
| | |
| Sent at | 05/28/2010 03 25 07 PM (GMT-4 00) |
| Pages | 12 |
| Duration | 361 |
| | |
| Cost | 0 0000 USD |
| Tax - GST | 0 0000 USD |
| Tax - PST | 0 0000 USD |
| Total Cost | 0 0000 USD |
| | |
| Customer Number | 398602 |
| Reference Number | 263792868 |
| Billing Code | 398602 |

Thank you for using **myfax**

**From:** P B (pb_realestate@yahoo com)
**To:** 17145677556@myfax com,
**Date:** Fri, May 28, 2010 12 18 07 PM
**Cc:** orly taitz@gmail com, pb_realestate@yahoo com,
**Subject:** Damon Dunn's Registration is Not valid - Not effective

May 28, 2010

Orange County Registrar of Voters
1300 South Grand Avenue | Building C | Santa Ana CA 92705

Dear Orange County Registrar (Attn: Justin Berardino and Neal Kelley),

Some new information has come to light regarding the voter registration of **Damon Dunn, Secretary of State** candidate who is allegedly "registered" to vote in your county
This information that I have **proves that Dunn's Orange County voter registration is not valid** and possibly fraudulent under California and HAVA election codes

Dunn omitted from his voter registration his previous voter registration address which had him registered as a Democrat (see attached for California and Florida voter registrations)  He then called Florida to see if he could purge his voter registration record purged from the record (see attached letter from Florida Director of Voter Administration)  The voter registration form asks in block 16 "If you **were registered to vote before, fill out below:**"  It does not specify when, where, or under any other condition of a person being registered before  It does not ask if you have an expired registration or a current one

Orange county registrar is in clear violation of the law if they do not act to disqualify Damon Dunn's voter registration and contact the Secretary of State immediately to inform them because it is required for a S O S  candidate to have a valid voter registration in California at the time the candidate received his nomination paperwork

Whether or not Dunn says he forgot he was registered to vote in Florida (and a background check says also Texas), as of July 10, 2009, we know for certain that Dunn knew he had a prior voter registration that was not listed on his California Voter Registration form, and he has not acted to correct it as required by California Election Code  The requirement of listing the previous voter registration address was put into place by HAVA to ensure that voters couldn't vote more than once  Moving from another state, California had no list to cross-reference to ensure that Dunn wasn't registered to vote somewhere else  Orange County Registrar was completely dependent on Dunn to provide correct information on his voter registration and he failed to do so

From the California Voter Registration Form above the signature block it states –

"I understand that it is a crime to intentionally provide incorrect information on this form  I declare under penalty of perjury under the laws of the State of California that the information on this form is true and correct "

Following is just some of the election law that affects Damon Dunn's registration and your actions as the county registrar to enforce compliance with the law  I apologize that it is not in a neater format, but I have a lawsuit that requires immediate attention

I pray that Orange County Registrar will act under the law and remove Dunn off of the voter rolls and inform that S O S  office and Debra Bowen immediately so they can act accordingly to ensure that any votes for Damon Dunn will not be counted regarding the June 8, 2010 primary election  Time is of the essence  Please get this to your staff attorneys immediately for review to ensure your compliance with the law

Sincerely,
Pamela Barnett
415 846 7170


2102   (a) A person may not be registered as a voter except by
affidavit of registration  The affidavit shall be mailed or delivered
to the county elections official and shall set forth all of the
facts required to be shown by this chapter  A properly executed
registration shall be deemed effective upon receipt of the affidavit
by the county elections official if received on or before the 15th
day prior to an election to be held in the

 registrant's precinct  A
properly executed registration shall also be deemed effective upon
receipt of the affidavit by the county elections official if any of
the following apply


(c) Notwithstanding any other provision of law to the contrary,

the affidavit of registration required under this chapter may not be

taken under sworn oath, but the content of the affidavit shall be certified as to its truthfulness and correctness, under penalty of perjury, by the signature affiant

2117   Except as provided in Section 2119, if a voter reregisters or

transfers his or her registration from one precinct to another, the
former address shall be entered in the prior registration portion of
the affidavit, and the former registration shall thereupon be
canceled

2118   No person shall register in one county when his or her
registration in another remains uncanceled unless he or she complies
with this section  Any person who is registered in one county may, if
otherwise legally qualified, register in another county in which he
or she then resides, at any time before the closing of registration
for any election, if in the prior registration portion of the
affidavit of registration he or she enters his or her former address
    The county elections official shall at once notify the county
elections official of the county in which the old registration is
still uncanceled that the voter has reregistered  Upon receipt of the
notice of reregistration, the former registration shall be canceled
immediately

2120   If the county elections official receives a letter from a
voter stating that the voter has moved to a new address in another
county in the state, the elections official shall immediately notify
the elections official of the county to which the voter has moved
Upon receipt of the notice, the elections official of the county to
which the voter has moved shall send to the voter a voter
registration card, and shall instruct the voter that in order to
record a change of address, the voter must reregister on a new
affidavit of registration  The elections official shall cancel the
old registration for any election occurring at least 29 days after
the receipt of the letter

2150

(a) The affidavit of registration shall show
    (1) The facts necessary to establish the affiant as an elector

    (10) A prior registration portion indicating whether the affiant
has been registered at another address, under another name, or as
intending to affiliate with another party  If the affiant has been so
registered, he or she shall give an additional statement giving that
address, name, or party

2153   (a) Except as provided in Section 2154, the affidavit of
registration shall show all the facts required to be stated
    (b) If the affidavit does not contain all of the information
required, but the telephone number of the affiant is legible, the
county elections official shall telephone the affiant and attempt to
collect the missing information
    (c) If the affidavit does not contain all of the information
required, and the county elections official is not able to collect
the missing information by telephone, but the mailing address of the
affiant is legible, the county elections official shall inform the

affiant of the reason for rejection and shall send to the affiant a
new voter registration card


## 2102.


(c) Notwithstanding any other provision of law to the contrary,
the affidavit of registration required under this chapter may not be
taken under sworn oath, but **the content of the affidavit shall be
certified** as to its truthfulness and correctness, under penalty of
perjury, by the signature of the affiant

(d) A person who is at least 17 years of age and otherwise meets
all eligibility requirements to vote may submit his or her affidavit
of registration as prescribed by this section  A properly executed
registration made pursuant to this subdivision shall be deemed
effective as of the date the affiant will be 18 years of age, if the
information in the affidavit of registration is still current at that
time  **If the information provided by the affiant
in the affidavit of
registration is not current at the time that the registration would
otherwise become effective, for his or her registration to become
effective, the affiant shall provide the current information to the
proper county elections official as prescribed by this chapter**


2168  (a)  **The Secretary of State shall establish a statewide system
to facilitate removal of duplicate or prior registrations,** to
facilitate the reporting of election results and voter and candidate
information, and to otherwise administer and enhance election
administration

**(b)  The statewide system established pursuant to this section
shall not replace county voter registration systems or
processes**


*****Meaning that the SOS system to remove fraudulent duplicate registrations shall not replace county enforcement of State and HAVA laws
Consequently, it is vitally important that counties enforce voter registration applicants honestly and completely complete the prior voter registration in
Block 16 of the California Voter Registration Form


### FEDERAL HAVA LAW

SEC  702  DESIGNATION OF SINGLE STATE OFFICE TO PROVIDE INFORMATION ON
          REGISTRATION AND ABSENTEE BALLOTS FOR ALL VOTERS IN STATE

b)

(2) Recommendation regarding use of office to accept and
     process materials --Congress recommends that the State office
     designated under paragraph **(1) be responsible for carrying out
     the State's duties under this Act, including accepting valid
     voter registration applications,** absentee ballot applications,

and absentee ballots (including Federal write-in absentee

ballots) from all absent uniformed services voters and overseas

voters who wish to register to vote or vote in any jurisdiction

in the State ''

SEC. 903. CLARIFICATION OF ABILITY OF ELECTION OFFICIALS TO REMOVE
          REGISTRANTS FROM OFFICIAL LIST OF VOTERS ON GROUNDS OF
          CHANGE OF RESIDENCE.

    Section 8(b)(2) of the National Voter Registration Act of 1993 (42
U S.C. 1973gg-6(b)(2)) is amended by striking the period at the end and
inserting the following  `', except that nothing in this paragraph may
be construed to prohibit a State from using the procedures described in
subsections (c) and (d) to remove an individual from the official list
of eligible voters if the individual--
                    ``(A) has not either notified the applicable
                registrar (in person or in writing) or responded during
                the period described in subparagraph (B) to the notice
                sent by the applicable registrar; and then
                    ``(B) has not voted or appeared to vote in 2 or more
                consecutive general elections for Federal office.''.

SEC  903  CLARIFICATION OF ABILITY OF ELECTION OFFICIALS TO REMOVE
          REGISTRANTS FROM OFFICIAL LIST OF VOTERS ON GROUNDS OF
          CHANGE OF RESIDENCE.

    Section 8(b)(2) of the National Voter Registration Act of 1993 (42
U S C  1973gg-6(b)(2)) is amended by striking the period at the end and
inserting the following  `', except that nothing in this paragraph may
be construed to prohibit a State from using the procedures described in
subsections (c) and (d) to remove an individual from the official list
of eligible voters if the individual--
                    ``(A) has not either notified the applicable
                registrar (in person or in writing) or responded during
                the period described in subparagraph (B) to the notice
                sent by the applicable registrar; and then
                    ``(B) has not voted or appeared to vote in 2 or more
                consecutive general elections for Federal office ''

[[Page 116 STAT. 1729]]

SEC  904. <<NOTE. 42 USC 15543 >> REVIEW AND REPORT ON ADEQUACY OF
          EXISTING ELECTORAL FRAUD STATUTES AND PENALTIES

    (a) Review.--The Attorney General shall conduct a review of existing
criminal statutes concerning election offenses to determine--
            (1) whether additional statutory offenses are needed to
        secure the use of the Internet for election purposes, and
            (2) whether existing penalties provide adequate punishment
        and deterrence with respect to such offenses

    (b) Report.--The Attorney General shall submit a report to the
Committees on the Judiciary of the Senate and House of Representatives,
the Committee on Rules and Administration of the Senate, and the
Committee on House Administration of the House of Representatives on the
review conducted under subsection (a) together with such recommendations
for legislative and administrative action as the Attorney General
determines appropriate

SEC. 905  <<NOTE. 42 USC 15544.>> OTHER CRIMINAL PENALTIES

    (a) Conspiracy To Deprive Voters of a Fair Election.--Any individual
who knowingly and willfully gives false information in registering or
voting in violation of section 11(c) of the National Voting Rights Act
of 1965 (42 U.S.C  1973i(c)), or conspires with another to violate such
section, shall be fined or imprisoned, or both, in accordance with such
section.
    (b) False Information in Registering and Voting --Any individual who
knowingly commits fraud or knowingly makes a false statement with
respect to the naturalization, citizenry, or alien registry of such
individual in violation of section 1015 of title 18, United States Code,
shall be fined or imprisoned, or both, in accordance with such section

SEC  906. <<NOTE  42 USC 15545 >> NO EFFECT ON OTHER LAWS.

    (a) In General --Except as specifically provided in section 303(b)
of this Act with regard to the National Voter Registration Act of 1993
(42 U.S.C. 1973gg et seq.), nothing in this Act may be construed to
authorize or require conduct prohibited under any of the following laws,
or to supersede, restrict, or limit the application of such laws
            (1) The Voting Rights Act of 1965 (42 U.S.C. 1973 et seq.).
            (2) The Voting Accessibility for the Elderly and Handicapped
        Act (42 U S.C. 1973ee et seq.)
            (3) The Uniformed and Overseas Citizens Absentee Voting Act
        (42 U.S.C. 1973ff et seq ).
            (4) The National Voter Registration Act of 1993 (42 U S C

1973gg et seq.).
        (5) The Americans with Disabilities Act of 1990 (42 U.S.C.
12101 et seq.).
        (6) The Rehabilitation Act of 1973 (29 U S.C. 701 et seq.)

[[Page 116 STAT. 1730]]

    (b) No Effect on Preclearance or Other Requirements Under Voting
Rights Act.--The approval by the Administrator or the Commission of a
payment or grant application under title I or title II, or any other
action taken by the Commission or a State under such title, shall not be
considered to have any effect on requirements for preclearance under
section 5 of the Voting Rights Act of 1965 (42 U.S.C. 1973c) or any
other requirements of such Act.


P. B.

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT P

# CHAPTER 10

## VOTER COMPLAINTS

The goal of this chapter is to provide information to county elections officials and the public concerning the filing of complaints against a state or local elections official, or another person or entity, alleging violations of Title III of HAVA.

### Voter Complaints – Federal Requirements

Under HAVA, the state is required to establish administrative procedures to address complaints concerning violations of HAVA Title III requirements for uniform and nondiscriminatory election technology and administration. (HAVA Section 402(a)(1).) The procedures must be uniform and nondiscriminatory, and must allow any person who believes there is any violation of Title III – including a violation which has occurred, is occurring, or is about to occur – to file a complaint. The complaint must be in writing and notarized, and must be signed and sworn by the person filing the complaint. The complainant may request a hearing on the matter. If the state determines that there has been a violation of Title III, the state shall provide the appropriate remedy; if there is no violation, the complaint shall be dismissed. The state shall make a final determination within 90 days from the date of filing of the complaint, unless the complainant consents to a longer time period. (HAVA Section 402(a)(2).)

### Voter Complaints – State Requirements

In June 2003, the Secretary of State adopted an administrative complaint procedure as required by section 402 of HAVA. The entire text of the complaint procedure can be accessed on the Secretary of State's website at http://www.ss.ca.gov/elections/hava-complaint-procedure.htm. The procedure incorporates all the HAVA requirements, and specifies additional procedures for filing the complaint, processing the complaint, and hearing and making a determination on the complaint, as more fully set forth below.

### Form and Filing of Complaint

The Complaint Procedure specifies that, as required by HAVA, the complaint shall be in writing and notarized, and signed and sworn by the complainant. The complainant may use a form provided by the Secretary of State, or may use any other writing containing the information required by the form. Complaint forms in languages required pursuant to the Voting Rights Act (Spanish, Tagalog, Chinese, Japanese, Korean and Vietnamese) can be accessed on the Secretary of State's website at http://www.ss.ca.gov/elections/elections_fraud.htm. These complaint forms can also be used for filing complaints regarding non-HAVA, state law violations, such as voter fraud. Forms used to report complaints based on violations of state law do not need to be notarized.

The complainant must file the complaint within 60 days after the actions or events forming the basis for the complaint have occurred, or within 90 days after the complainant becomes aware of the actions or events, whichever is later.  (HAVA Administrative Complaint Procedure, section 5.B.)  The complaint must be sent to the Secretary of State, Elections Division, HAVA Complaint, 1500 11th Street, Sacramento, California 95814, or delivered in person to any office of the Secretary of State.

## Processing the Complaint

The Complaint Procedure provides that the Secretary of State may consolidate complaints if they relate to the same actions or events, or if they raise common questions of law or fact.  Prior to making a determination on the complaint, the Secretary of State must notify all respondents of the allegations made in the complaint.  This requirement will not apply if the Secretary of State has reason to believe that notifying a respondent might compromise a criminal or other enforcement action by any other local, state, or federal agency.  Similarly, when a complaint subsequently becomes the basis for litigation, the litigation may become the sole venue for resolution of that complaint.

The Secretary of State must compile and maintain an official record for each complaint filed.  The official record shall contain:

> (a) A copy of the complaint, including any amendments;
>
> (b) A copy of any written submission by the Complainant;
>
> (c) A copy of any written response by any Respondent or other interested person;
>
> (d) A written report of any investigation conducted by agents of the Secretary of State or of any local elections official, who may not be directly involved in the actions or events complained of;
>
> (e) Copies of all notices and correspondence to or from the Secretary of State in connection with the complaint;
>
> (f) Originals or copies of any tangible evidence produced at any hearing conducted;
>
> (g) The original tape recording produced at any oral hearing conducted, and a copy of any transcript produced; and
>
> (h) A copy of any final determination made.

## Hearing and Determination of the Complaint

If the complainant requests a hearing on the record, the Secretary of State shall conduct a hearing.  The proceedings may be oral, at the discretion of the Secretary of State, but

shall otherwise be based on the writings and tangible evidence received by the parties. The hearing must be conducted no sooner than 10 days and no later than 60 days after the Secretary of State receives the complaint.  The Secretary of State or his designee acts as the hearing officer.

The hearing officer will determine whether, under a preponderance of the evidence standard, a violation of Title III of HAVA has been established.  If there has been a violation of Title III, the Secretary of State or his designee will provide an appropriate remedy, if a remedy is available.  No remedy may involve the awarding of compensatory or punitive money damages to the complainant.  If there has not been a violation, or if there is insufficient evidence of a violation, the complaint will be dismissed.  The Secretary of State must explain the reasons for the determination and any remedy selected in a written decision, and the final determination is to be issued within 90 days after the complaint was filed, unless the complainant consents to an extension in writing.

## Alternative Dispute Resolution

If, for any reason, the Secretary of State does not render a final determination on the compliant within 90 days, then on or before the fifth business day after the final determination was due, the Secretary of State shall designate in writing a neutral hearing officer.  This hearing officer may review the record compiled in connection with the complaint, but need not take additional testimony or evidence.  The officer will then determine the appropriate resolution of the complaint.  No resolution may involve the awarding of compensatory or punitive money damages to the complainant.  The officer must issue a written decision within 60 days after the final Secretary of State determination was due, and this time may not be extended without the express consent of the complainant.

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT Q



SECRETARY OF STATE

# KEVIN SHELLEY

STATE OF CALIFORNIA

Information Sheet of Qualifications and Requirements

# Presidential Candidate Qualification Procedures
American Independent, Green, Libertarian, Natural Law,
Peace and Freedom, and Republican Parties

### March 2, 2004 Primary Election

## I.   QUALIFICATIONS

The candidate must be:
A.   A natural-born citizen of the United States
B.   At least 35 years of age, and
C.   A resident of the United States at least 14 years.

US Constitution, Art. II, §1(5)

## II.   REQUIREMENTS

There are two methods by which a person may have his or her name placed on the ballot as a presidential candidate in the March 2, 2004 Presidential Primary Election:

1.  by the Secretary of State as a generally-recognized candidate, or
2.  by circulating nomination petitions.

A.  Generally-Recognized Candidates

1.  The Secretary of State announces the names of individuals he has determined to be generally advocated for or recognized throughout the United States or California as actively seeking the nomination of the American Independent, Green, Libertarian, Natural Law, Peace and Freedom, or Republican Parties for President.

§§6340, 6520, 6720[1]

Criteria for determining "generally-recognized" candidates include, but are not limited to:

---

[1] Unless otherwise stated, all code references are to the California Elections Code.

Presidential Candidate Qualifications and Requirements
American Independent, Green, Libertarian, Natural Law,
Peace and Freedom, and Republican parties
March 2, 2004 Presidential Primary Election

Office of the California Secretary of State
Elections Division

    a. Being generally recognized as seeking and advocated for the office
    b. Qualifying for federal matching funds
    c. Appearing in public opinion polls, candidates' forums, debates, etc.
    d. Being on the ballot in other states' primaries
    e. Actively campaigning in California
    f. Having a campaign office in California
    g. The Secretary of State may also rely on advice and input from the state party chairs.

2. On or before November 3, 2003 the Secretary of State must publicly announce the list of candidates he intends to place on the presidential primary ballot.

§§6340, 6520, 6722

3. Following this announcement, the Secretary of State may add presidential candidates to the selection but may not delete any candidate unless the candidate withdraws in accordance with the provisions of Elections Code §§6342, 6522 and 6724. The last day to withdraw is December 25, 2003.

B. Circulation of Nomination Petitions for Candidates not Selected by the Secretary of State

1. Any candidate not selected by the Secretary of State desiring to be placed on the presidential primary ballot shall have nomination papers circulated on behalf of the candidacy. §§6343, 6523, 6725

2. To qualify for placement on the presidential primary election ballot, the nomination papers of the candidate must be signed by registered members of the party whose nomination is sought equal in number to not less than 1 percent of the number of persons registered as members of that party as of September 30, 2003.

§§6343, 6523, 6725

3. Each signer of a nomination paper may sign only one candidate's or delegate's paper. The signer shall declare his or her intention to support the candidate or delegation named on the nomination paper or, if applicable, the group of candidates for delegate.

§§6361, 6582, 6782

4. Each section of the nomination paper shall be delivered to the elections official of the county where the signer resides and is a voter and where the petition was circulated.

§§6360, 6581, 6781

5. The period for circulating these petitions is November 19, 2003 through December 19, 2003. §§6360, 6382, 6581, 6591, 6781, 6791

Presidential Candidate Qualifications and Requirements
American Independent, Green, Libertarian, Natural Law,
Peace and Freedom, and Republican parties
March 2, 2004 Presidential Primary Election

Office of the California Secretary of State
Elections Division

6. The last day to file nomination papers with the county elections official is December 19, 2003.                                                §§6360, 6581, 6781

7. By December 25, 2003, the Secretary of State shall prepare a certified list containing the following information:

   a. Republican Party: A list containing the names and addresses of the candidates for whom nomination papers have been filed and who are entitled to be voted for at the presidential primary election.                                                §6954

   b. American Independent Party: A list containing the names and addresses of the candidates for delegates for whom nomination papers have been filed and who are entitled to be voted for at the presidential primary election.                                §6953

   c. Green, Libertarian, Natural Law, and Peace and Freedom parties:  A list containing the names of the candidates to appear on the presidential preference primary ballot and the names and addresses of the candidates for delegates for whom nomination papers have been filed and who are entitled to be voted for at the presidential primary election.                                §6951

NOTE: In addition to the above two methods by which a person may have his or her name placed on the presidential primary election ballot, the minor political parties allow a group of candidates to qualify for the national convention delegate portion of the primary election ballot. For the American Independent Party, refer to §6560 et seq.  For the Green, Libertarian, Natural Law, and Peace and Freedom parties, refer to §6760 et seq.

## III.  GENERAL INFORMATION

A. The California Elections Code contains various requirements, which must be met by anyone planning to run as a presidential candidate in the American Independent, Green, Libertarian, Natural Law, Peace and Freedom, or Republican parties.  The laws vary depending on the candidate's party. Prospective candidates and delegates should review these laws well in advance of the March 2, 2004 Primary Election.  For further information, the candidate is advised to consult the California Elections Code at the following sections:

   American Independent Party                                      §6500 et seq.
   Green, Libertarian, Natural Law, Peace and Freedom parties      §6700 et seq.
   Republican Party                                                §6300 et seq.

   This code is available on the Internet at the Legislative Counsel's site:
   http://www.leginfo.ca.gov/calaw.html.

Presidential Candidate Qualifications and Requirements
American Independent, Green, Libertarian, Natural Law,
Peace and Freedom, and Republican parties
March 2, 2004 Presidential Primary Election

Office of the California Secretary of State
Elections Division

B. The Elections Division of the Secretary of State's Office does not provide forms for presidential candidates.  The candidate is directed to the California Elections Code sections cited above for information about what is required on such forms.

C. Because of the requirements of the Federal Election Campaign Act, As Amended, a candidate for President should contact the Federal Election Commission (999 E Street NW, Washington, D.C. 20463 or toll-free phone number 1-800-424-9530) for a copy of the Act and related regulations which govern the filing requirements for reporting campaign contributions and expenditures, and the forms on which to file such disclosure information.

---

**IMPORTANT NOTICE**

This material is for general information only and does not have the force and effect of law, regulation or rule.  In case of conflict, the law, regulation or rule will apply.  The candidate should obtain the most up-to-date information available because of possible changes in law or procedures since publication of this document.

---

.

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT R

# SECRETARY OF STATE

## VOTER FRAUD
## PROTECTION HANDBOOK

**A Voter's Guide to
Safeguard California's Election Process**



*"Ensuring the Integrity of California's Elections"*

*Updated September 2009*

# TABLE OF CONTENTS

Registering to Vote _____ pg. 1-3

Voting _____ pg. 3-6

Election Day at the Polls _____ pg. 3-4

Voting by Mail _____ pg. 5-6

Counting the Ballots _____ pg. 6-7

Campaign Do's and Don'ts _____ pg. 7

The Initiative Process _____ pg. 8

Helpful Phone Numbers _____ pg. 8

**I work in a county other than the one in which I reside. I spend the majority of my time at work. I am very concerned with issues in that county. I would prefer to register to vote using my business address. Can I do that?**

No The Elections Code requires you to register to vote using the address of your domicile in the county in which you reside Domicile is defined as the place where you live, where your habitation is fixed, and where you intend to remain and return to whenever you are absent from it (Elections Code (EC) §§349, 2020 – 2034)

**My husband and I registered to vote for the first time at a registration booth in front of a grocery store. He and I registered under different political parties, and I think I was discriminated against because I did not register with the party that the workers at the booth represented! I never received notice from my county elections official, but my husband did. When I called the county, I was informed that my voter registration form wasn't turned in until one week before the election, which was too late to process my registration. I'm furious! Can they really turn my card in late just because I didn't register with their party?**

No, they cannot Anyone entrusted with turning in a completed voter registration card must, by law, mail or deliver it to the local election official within three working days or by the registration cut-off date (EC §§2138, 2158, 18103), which is 15 days prior to an election Upon registering, you will receive a notification card acknowledging that the county has received your affidavit (EC §§ 2155) You should watch for that notification in the mail in order to be sure that you are eligible to vote If someone helped you register, that person by law must also sign the form and write his or her name, address, phone number and the name and phone number of whoever is paying for the card in the space provided (EC §§2159, 18108)

**When I registered to vote, the registration worker told me that I must give my actual home address on the registration form, even though I always use a post office box to protect my privacy. Now, I'm getting unwanted campaign solicitations at my home address. I thought the information from my voter registration files was supposed to be kept confidential. Is it?**

Yes, voter files are confidential, with the exception that they are accessible for election, scholarly, journalistic, political or governmental purposes Political campaigns can use voter file information to communicate with voters, but they must first fill out a form stating that the voter file information will be used for election purposes only and that they will not share the information with anyone else If you believe the law has been broken, you may contact the Secretary of State's Election Fraud Investigation Unit at (916) 657-2166 or contact your local elections official (California Administrative Code (CAC) §§ 19001 – 19009, EC §§ 2187, 2194, 18108, Government Code (GC) §§ 6254 4)

**I went to get my driver's license, and they asked me if I wanted to register to vote. I know you don't have to be a citizen to get a California driver's license. By offering a voter registration card to everyone at DMV, is it more likely that non-citizens are registering to vote and illegally voting?**

The National Voter Registration Act (Motor Voter) requires the Department of Motor Vehicles and certain other social services agencies to offer their customers the opportunity to register to vote The registration forms are highlighted, as are the instructions, and state that a person must be a citizen of the United States in order to be eligible to register (EC §§ 2101) Also, any literature or media announcements made in connection with programs designed to encourage people to register to vote must also point out that a person must be a citizen of the United States in order to be eligible to register and vote (EC §§ 2106) If DMV has documentation from the applicant showing they are not a citizen, employees are instructed to remind the applicant of the legal requirements and also make a notation on the card for the elections official to investigate

**There was a table outside the hardware store with a sign that said "Democrats, Register Here." I wanted to register with the American Independent Party, but the person at the table wouldn't give me a voter registration card. Can they do that?**

No, the law says that anyone who distributes voter registration cards shall give a voter registration card to anyone requesting it, provided the person or organization has cards available (EC §2158) Refusal to give cards to eligible voters may be punishable by a fine of up to $200 per infraction (EC §18107)

**I re-registered a few months ago and don't remember filling in any information about where, or if, I was registered before. Could someone use my previous registration to cast an illegal vote? What can I do to get them to remove my name from the county where I used to live and register me in the new county?**

Although the voter registration form contains a space to provide your former voter registration address, the type of situation you describe happens quite often To ensure duplicate registrations are discovered and corrected, cancellations and residency confirmation mailings are conducted periodically to clean up the voter rolls However, if you have moved into a different county, and wish to be certain your registration is accurate, you could write a letter to the county elections official where you were formerly registered and ask them to delete your registration from their rolls There is also a statewide system that is used to crosscheck all of California's county registration files for duplicates, making it easier to keep the voter registration files updated

**A political party representative offered my college-aged son a summer job helping voters to register. The party said they would pay him $2 for every person he registered with their party. Can people really get paid to register voters and, if so, can the parties just pay the registration workers for registering people with a particular party? Doesn't this create temptation for workers to forge registrations or to alter party affiliations on the cards?**

It is legal for people who register voters to be paid per registrant and/or per registrant with a particular party. However, there are strict laws in place to prevent the type of behavior you describe or to catch people who engage in those practices. Anyone registering voters is required to print on the registration card his or her name, address and telephone number as well as the name and telephone number of their employer. The person assisting with registration must also sign the voter registration card. Failure to comply with these provisions may bring both fines and/or imprisonment. (EC § 2159, 2159 5, 18108, 18108 5)

**Someone told me that because my neighbors are from Europe, they couldn't vote. Isn't it true that once they've become U.S. citizens they can vote?**

Once a person is naturalized as a United States citizen, they can register and vote in California as long as they (a) are at least 18 years of age and a resident of California, (b) are not in prison or on parole for conviction of a felony, and (c) have not been judicially determined to be mentally incompetent to register and vote (EC § 321, 2101, 2208) In fact, any person naturalized after the 15th day prior to an election but on or before the seventh day before that election can go to their county elections official's office with proof of residence and citizenship, and register and vote (EC § 331, 3500-3501)

**I was married in October, right before the last election. Since I wanted to make sure that I was registered to vote under my new name, I re-registered. Not only did I receive a sample ballot pamphlet with my new name on it, I got another one with my maiden name on it! What can I do to make sure I only receive one sample ballot pamphlet next time?**

The situation you describe is one of the most common causes of duplicate registrations on the voter registration rolls In your case, you should contact your local elections official and make clear to them which name you are currently, legally using and ask them to remove the other from the voter rolls New brides, and anyone who changes their name between elections should be sure to fill in the box on the voter registration card that asks for previous registration information This will allow the prior registration on file to be cancelled

**I noticed that there are 30 people registered to vote at the local homeless shelter. Can people really register to vote at a temporary location like a homeless shelter?**

Both state law and judicial rulings support the right of homeless persons to register to vote As long as they maintain a fixed location where they can receive mail and at which they can be properly assigned to a precinct, they may register to vote (EC § 2027)

**My son just moved onto his college campus and wants to transfer his registration so he can vote there instead. Can he do that?**

Yes He should fill out a voter registration card for his new residence and be sure to fill in the prior registration information so his prior registration will be cancelled If he wishes, he may remain registered at his permanent residence, such as your home, and request a vote-by-mail ballot be sent to him The decision as to where he registers and votes is up to him, but he can only register and vote once (EC § 349, 2020-2024, 2032)

**I own a home on the coast that is three hours from my job in the city. I also own a townhouse in the city where I reside during the week, but I return home on the weekends to be with my family. From which residence address am I legally entitled to register and vote?**

In this type of situation, the decision as to where you register and vote is up to you, but you must choose one Generally, your domicile is where your family lives, where you physically reside, the place you intend to return to whenever you are gone from it, where your driver's license says you reside, where you claim your homeowner's property tax exemption or renter's tax credit, etc (EC §349, 2020-2034)

**A person helped me fill out my voter registration card. After he took it back from me to turn it in, he marked the box for a political party that I'm not sure I wanted to register with. Is that legal?**

No, it is not If you believe your voter registration affidavit has been tampered with, you should report it to our Election Fraud Investigation Unit at (916) 657-2166 or your local election official immediately People assisting others to register to vote, whether they are being paid or not, are prohibited from altering your affidavit or marking it before they give it to you (EC § 18106)

*When I was signing the roster at the polls before I went into the voting booth, I saw the name of my neighbor's dog on the rolls. It's incredible that someone could register a pet and then request a vote-by-mail ballot in the pet's name in an effort to cast two votes! What can I do to report this unlawful act?*

You are absolutely correct, this is illegal  State law specifically makes it illegal for anyone to register a nonexistent person  (EC §18100 – 18102)  If you believe voter registration or voter fraud has occurred, you should report it to our Election Fraud Investigation Unit at (916) 657-2166 or your local elections official immediately

---

## VOTING

### ELECTION DAY AT THE POLLS

**I applied for my vote-by-mail ballot on a form I got in the mail from one of the campaigns. The day before the election, the campaign called and said the county elections office hadn't received my vote-by-mail ballot and that I had better go to the polls to vote in person instead. I mailed my ballot three days earlier. What if it arrives tomorrow and I vote in person, too? Won't I be guilty of voting twice? Can I do that?**

It is against the law to intentionally vote or try to vote both by mail and in person  If you received and mailed back a vote-by-mail ballot but are concerned it won't arrive before the polls close on Election Day, you may go to the polls and vote by provisional ballot  If your vote-by-mail ballot does arrive at the county elections office in time, it will be counted and your provisional ballot will be voided  (EC §18500, 18560)  Ballot reconciliation is a routine part of the official vote counting canvass that happens after the election

**I work a 7:00 a.m. – 7:00 p.m. shift, and I live 45 miles from where I work. I do not have sufficient time to go and vote during my lunch hour. What can I do?**

If you do not have sufficient time outside of working hours to get to the polls and vote in a statewide election, state law provides up to two hours of paid time off to vote  Those two hours must be at the beginning or end of your normal shift, and you must notify your employer at least two working days before the election that you will need to exercise this right  No less than 10 days before a statewide election, your employer is supposed to post a notice about this in a conspicuous location  (EC §14000 – 14002)

**The local radio station is offering free donuts for anyone who shows up at their door and proves they've voted in the election next Tuesday. Is that legal?**

Not if there is a federal office for which voters will cast a ballot (President, U S  Senate or House of Representatives)  Federal law prohibits anything of value being given in exchange for proof of voting  State law prohibits anything of value being given to urge a voter to vote or refrain from voting for a particular candidate or measure, but it is not illegal to give away items to people solely for voting in a local or state election where no federal candidates are on the ballot (EC § 18520-18523)(42 USC 1973i(c))

**I am an elderly widow who isn't very mobile. A local candidate's campaign called and offered to take me to the polls on Election Day. Can they do that?**

Yes, but they cannot attempt to influence you or offer you any type of reward or thing of value for voting, or talk to you about how you intend to vote

**My friend is conducting a write-in campaign and is printing peel-off labels for us to put on our ballots to vote for him. Will my vote count if I use his peel-off label?**

No, your write-in vote will not count if you use peel-off labels, stamps or stickers  Voters must write the name of the qualified write-in candidate and the office on the ballot or write-in envelope for the vote to be counted. (EC § 15342)

**I recently moved from one side of town to the other. My friend said I could go back and vote at my old polling place or I could go to the new polling place. Where should I go to vote on Election Day?**

It actually depends on how recently you've moved  If you moved before the registration deadline, which is 15 days prior to the election, the wisest action would be for you to re-register at your new address  You will be assigned to a polling place near your new home and receive your sample ballot pamphlet there  If you've moved within the same county, the National Voter Registration Act (also known as the Motor Voter law) allows you to go to the polling place for your new residence or to the county elections official's office to vote  If you do this, you will be required to produce identification that indicates your new residence and you will have to vote using a provisional ballot  If you've moved less than 14 days before the election, you also have the legal right to return to your old polling place just for that election  (EC § 2035, 14311)

**The lady in line in front of me at the polls last election had two rowdy, noisy kids with her. I found it very distracting! After she signed in and got her ballot, the kids actually went into the voting booth with her! Can they do that?**

Children under the age of 18 are allowed to go into the voting booth with the voter (EC §14222)

**The other day I got a mailing from my State Senate candidate reminding me to vote and telling me where my polling place is. What he said and what's printed on my sample ballot pamphlet are two different places. Who do I believe and are they breaking some law telling me to go to the wrong place?**

It was probably a mistake  Circumstances can occur which cause polling place locations to change at the last minute before an election and sometimes campaigns have outdated information  You should rely on the information on the back of your sample ballot pamphlet  If someone has intentionally directed you to the wrong polling location, he/she can be charged with a misdemeanor offense  Contact the Secretary of State's Election Fraud Investigation Unit at (916) 657-2166 or your local elections official if you have reason to believe this is the case  (EC §18302)

**When I went into my polling booth, I noticed a little pencil with a candidate's name on it urging voters to be sure and mark the box for him. Can they do that?**

No, it is illegal to have items with a candidate's name on them in the polling place  This constitutes electioneering and any electioneering must be conducted a minimum of 100 feet from the place where people are voting  Sometimes, a voter inadvertently leaves such materials in the voting booth  (EC §18370)

**A lady working at my polling place last Election Day was wearing a T-shirt that said "Down with Liberals" on it. Can she wear that?**

Because such a t-shirt doesn't actually advocate voting for or against a particular candidate or measure, it's not considered electioneering  If the shirt had a statement for or against something or someone on the ballot, it would not be allowed within 100 feet of the polls  If the elections official is aware of the situation, he or she will likely request that the woman cover it up or change into something that does not cause the slightest appearance of partisanship (EC §18370, 18541, 18546)

**I saw the name of my deceased uncle on the index when I went to the polls last week and he was designated as a vote-by-mail voter! He's been dead for more than two years. Does this mean he was sent a vote-by-mail ballot? Who do I report this to? I'm afraid that someone is voting in my beloved uncle's name!**

You should report the suspected illegal vote-by-mail ballot to the Secretary of State's Election Fraud Investigation Unit at (916) 657-2166 and to your local election official immediately  To prevent situations like this from occurring, the Secretary of State's office has established regulations requiring local coroner's death notices be sent to election officials, which are then used to reconcile with names on the voter files

**I am, as are many of my neighbors, a naturalized U.S. citizen, but I'm more comfortable reading election materials in my native language. Just because I ask for voting materials in Spanish, can someone harass me or make me prove my citizenship?**

No  The federal Voting Rights Act requires minority language materials to be available where there are a significant number of people who speak that language  The voter registration card you signed under penalty of perjury declaring that you were a citizen is the only citizenship proof required for voting  (EC §2111, 2112) This type of harassment may also be considered intimidation, which is a violation of law   (EC §18540, 18541) For your convenience, there is a box on the voter registration card to request election materials in the foreign language of your choice  To request foreign language versions of election materials by phone, call (800) 345-VOTE

**A U.S. Senate candidate sent me a vote-by-mail ballot application that said to return it to the campaign after I had filled it out. The campaign even offered to bring my vote-by-mail ballot to me at my house some evening and help me fill it out. Is that permitted by law?**

While it is not illegal for a campaign to help you apply for a vote-by-mail ballot, your vote is secret and you should not let anyone handle your ballot after it has been completed. If you want to vote by mail, and you want to be sure your ballot is turned in properly, you can obtain a ballot by filling out the application printed on the inside of your sample ballot pamphlet and return it to your local election official. If you don't think your ballot will arrive at your county elections office in time to be counted, you or an authorized person may take it to any polling place in your county on Election Day. Please pay close attention to deadlines and, under no circumstances, permit any campaign workers to handle your ballot or fill in your choices. Be sure to refuse any offer to return your ballot for you. If they do offer to do so, you should report them to our Election Fraud Investigation Unit at (916) 657-2166 and to your local election official immediately. (EC § 18371, 18403, 18577)

**My co-worker is fit as a fiddle, and only works an 8:00 a.m. to 5:00 p.m. shift. She has plenty of time to go vote on her way to or from the office. Yet, she always votes by mail. I thought you had to have some legitimate excuse for voting by mail. Can she do that?**

Yes, she can. Voters do not need to provide a reason when requesting a vote-by-mail ballot or when registering as a permanent vote-by-mail voter. (EC §3003)

**One of the campaigns came door to door with blank vote-by-mail application forms. The person even offered to help me fill my form out and return it for me. Part of the form was already filled out in my name. It looked like a computer had generated a form for all of us who are registered on this street! Can they do that?**

Portions of the application form for a vote-by-mail application form may be pre-printed, but you must personally fill in the address where you want the ballot sent, and sign it yourself. This application must also conspicuously state that you have the right to return the application to your local election official directly. Campaigns may collect and return completed applications on your behalf, but they must do so within 3 days prior to the deadline for applying for the vote-by-mail ballot. (EC § 3006, 3008, 18402)

**Somebody told me I could get a vote-by-mail ballot sent to me over the Internet. It sounds dangerous and I think it could open the doors for lots of people to illegally vote. Can this be true?**

While you cannot get a vote-by-mail ballot sent to you over the Internet, some county elections officials now allow you to request a vote-by-mail ballot on their website and have it sent to your home. If your county elections official does not yet have such a feature on their site, you may still have a vote-by-mail ballot sent to you by sending the elections official a signed request or by using the form found in your sample ballot. You can also download an application form for a vote-by-mail ballot from the Secretary of State's website at www.sos.ca.gov, complete it and mail it to your local elections official.

**My neighbor's husband applied for a vote-by-mail ballot and then suddenly died four days before the election. Their son told me that his mom voted and returned the ballot for her late husband in his honor and memory because she knew how he was going to vote. Is this legal? What can I do to prove she did that, or find out if it is really true?**

This is clearly illegal. Your neighbor cannot vote her deceased husband's ballot even if she knew his intentions. By doing so, she has specifically violated Elections Code §18560 and §18578, which is a crime that should be reported to our Election Fraud Investigation Unit (916) 657-2166 or to your local election official. It is possible the man actually cast his ballot before he passed away, (the vote-by-mail voting period opens 29 days before the election) and his wife mailed it after his death, so be cautious with any allegations you might make. However, every signature on a vote-by-mail ballot envelope is compared against the signature on the voter's registration form. If it does not match the ballot, it is not counted.

**I understand that the list of people who apply for a vote-by-mail ballot is public record. But, can a campaign really go door to door and offer to collect the voted ballots and return them on the voter's behalf? I mean, they're even offering to hand deliver it to the election office! Is this legal?**

No. No one may return your voted vote-by-mail ballot on your behalf, unless you have designated him or her to do so and he or she is your spouse, child, parent, grandparent, grandchild, brother, sister, or person living in the same household as you. Under special circumstances, a voter may designate a non-relative, in writing, to return a vote-by-mail ballot if it was obtained under emergency provisions (between one and six days before the election) that are stated in the Elections Code. (EC §3017, 3021, 18577)

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT S

FIRST AMENDED COMPLAINT  - Barnett v. Dunn et al

# EXHIBIT T

1

2

## CERTIFICATE OF SERVICE BY MAIL

3     The undersigned hereby certifies that she is an employee in the Office of the
United States Attorney for the Eastern District of California and is a person of such age
4 and discretion to be competent to serve papers.

5     That on **August 17, 2010**, she served a copy of:

6 **UNITED STATES' NOTICE AND PETITION FOR REMOVAL OF
CIVIL ACTION FROM STATE COURT**

7

8 by placing said copy in an envelope addressed to the persons hereinafter named, at the
places and addresses shown below, which are the last known addresses, and mailing said
envelope and contents in the U.S. Mail in Sacramento, California.

9

Addressees:

10

Ms. Pamela Barnett                     Brian T. Hildreth, Esq.
11 2541 Warrego Way                    Bell, McAndrews & Hiltachk,
Sacramento, CA 95826             455 Capitol Mall, Ste. 801
12                                                Sacramento, CA 95814

13

Nicholas S. Chrisos, County Counsel      DAG Anthony P. O'Brien
14 Wendy J. Phillips, Senior Deputy          1300 I St., Ste. 125
333 W. Santa Ana Blvd, Ste. 407          Sacramento, CA 94244-2550
15 P.O. Box 1379
Santa Ana, CA 93702-1379
16

17

18

19                                */s/ Pamela Beauvais*
                               PAMELA BEAUVAIS
20

21

22

23

24

25

26

27

28