EDMUND G. BROWN JR.
Attorney General of California
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN
Deputy Attorney General
State Bar No. 232650
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-6879
  Fax: (916) 324-8835
  E-mail: Anthony.OBrien@doj.ca.gov
*Attorneys for Defendants Edmund G. Brown Jr., California Attorney General, and Debra Bowen, California Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| PAMELA BARNETT,<br><br>Plaintiff,<br><br>v.<br><br>DAMON JERRELL DUNN, ET AL.,<br><br>Defendants. | Case No. 2:10-cv-02216-FCD-DAD<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(6); Local Rule 230(b)]<br><br>Date: November 10, 2010<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Judge: The Honorable Frank C. Damrell<br>Trial Date: Not Yet Set<br>Action Filed: May 10, 2010 |
|---|---|

**TO PAMELA BARNETT, PLAINTIFF PRO SE, AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 10, 2010, at 10:00 a.m., in Courtroom 2 before the Honorable Frank C. Damrell at the above-entitled court, located at 501 I Street, Sacramento, California, Defendants Edmund G. Brown Jr. and Debra Bowen move to dismiss

Plaintiff Pamela Barnett's First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for relief.

This motion is based on this notice of motion and motion, the memorandum of points and authorities, the records attached to Defendants' Request for Judicial Notice, and the records and pleadings on file in this action.

Dated: August 24, 2010

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General

*/s/ Anthony P. O'Brien*

ANTHONY P. O'BRIEN
Deputy Attorney General
*Attorneys for Defendants Edmund G. Brown Jr., California Attorney General, and Debra Bowen, California Secretary of State*

SA2010101350
10573438.doc