1    EDMUND G. BROWN JR.
Attorney General of California
2    STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
3    ANTHONY P. O'BRIEN
Deputy Attorney General
4    State Bar No. 232650
    1300 I Street, Suite 125
5     P.O. Box 944255
    Sacramento, CA 94244-2550
6     Telephone: (916) 323-6879
    Fax: (916) 324-8835
7     E-mail: Anthony.OBrien@doj.ca.gov
*Attorneys for Defendants Edmund G. Brown Jr.,*
8    *California Attorney General, and Debra Bowen,*
*California Secretary of State*

9

10            IN THE UNITED STATES DISTRICT COURT

11         FOR THE EASTERN DISTRICT OF CALIFORNIA

12             SACRAMENTO DIVISION

13

| | |
|---|---|
| **PAMELA BARNETT,** | Case No. 2:10-cv-02216-FCD-DAD |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE** |
| v. | **[Fed. R. Evid. 201]** |
| **DAMON JERRELL DUNN, ET AL.,** | Date: November 10, 2010 <br> Time: 10:00 a.m. <br> Courtroom: 2 <br> Judge: The Honorable Frank C. Damrell |
| Defendants. | Trial Date: Not Yet Set <br> Action Filed: May 10, 2010 |

21      **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22        Under Federal Rule of Evidence 201, Defendants Debra Bowen and Edmund G. Brown Jr.

23   request the Court take judicial notice of the following:

24   / / /

25   / / /

26   / / /

27   / / /

28

<div align="center">1</div>

1.     Prior to the June 8, 2010 California Primary Election, the Secretary of State issued the June 8, 2010 Primary Election Calendar, which listed the events associated with and leading up to the June 8, 2010 Primary Election. A copy of the calendar is attached as Exhibit 1.

2.     After the June 8, 2010 Primary Election, the Secretary of State's office issued the Certified Results of the California Statewide Primary Election for Governor (Democratic Primary) and Secretary of State (all parties). The certified election results showed that: (1) the Statewide Primary Election ended on June 8, 2010; (2) Attorney General Brown won the Democratic primary for Governor; and (3) Secretary of State Bowen and Damon Dunn won their respective primaries for Secretary of State. Copies of these certified results are attached as Exhibit 2.

3.     On July 20, 2010, the Secretary of State's office put on public display the list of candidates and candidate statements for statewide offices for the November 2, 2010 Statewide General Election. Copies of these candidate lists and statements are attached as Exhibit 3.

4.     Prior to the November 2, 2010 California General Election, the Secretary of State issued the November 2, 2010 General Election Calendar, which listed the events associated with and leading up to the general election. A copy of the calendar is attached as Exhibit 4.

5.     On May 10, 2010, Barnett filed a complaint against Damon Dunn, Secretary of State Bowen, and Attorney General Brown in *Barnett v. Dunn, et al.*, Superior Court of California, County of Sacramento, Case No. 34-2010-00077415. The complaint alleged that: (1) Bowen violated California Elections Code § 8001 and defrauded the Plaintiff by allowing Dunn to run as a Republican candidate for Secretary of State; and (2) Brown and Bowen both breached their fiduciary duties owed to Plaintiff by not disqualifying Dunn from the election. A copy of the first five pages of the complaint are attached as Exhibit 5.

6.     On June 11, 2010, Defendants Bowen and Brown filed a demurrer to Barnett's initial complaint. A copy of the Notice of Demurrer and Demurrer is attached as Exhibit 6.

7.     On August 16, 2010, Defendants Bowen and Brown filed a demurrer to Barnett's First Amended Complaint. A copy of the Notice of Demurrer and Demurrer to the First Amended Complaint is attached as Exhibit 7.

2

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Evidence 201 provides that judicial notice may be taken of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." "Records and reports of administrative bodies" constitute materials of which the court may take judicial notice. *Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994). *See Gay-Straight Alliance Network v. Visalia Unified Sch. Dist.*, 262 F. Supp. 2d 1088, 1100 (E.D. Cal. 2001) (judicially noticing school district records certified by the California Secretary of State). Exhibit 1, 2, 3, and 4 are documents prepared and maintained by an administrative body (the California Secretary of State), and are available online on the Secretary of State's website (www.sos.ca.gov). Therefore, the Court should take judicial notice of the facts noted in these records.

The court may also consider matters of public record, including pleadings, orders, and other papers filed with the court. *Mack v. South Bay Beer Distributors*, 798 F.2d 1279, 1282 (9th Cir. 1986), abrogated on other grounds by *Astoria Federal Savings and Loan Ass'n v. Solimino*, 501 U.S. 104 (1991). Here, Exhibits 5, 6, and 7 are excerpts of filings in *Barnett v. Dunn, et al.*, Sacramento County Superior Court Case No. 34-2010-00077415. Copies of these filings are available on the Sacramento County Superior Court website (www.saccourt.ca.gov).

Dated: August 24, 2010

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General

*/s/ Anthony P. O'Brien*

ANTHONY P. O'BRIEN
Deputy Attorney General
*Attorneys for Defendants Edmund G. Brown Jr., California Attorney General, and Debra Bowen, California Secretary of State*

SA2010101350
10573883.doc

# EXHIBIT 1

# JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                                                                       § 15

Jan 1* to Feb 25, 2010
(E-158 to E-103)

1. **Signatures In Lieu of Filing Fees - All Partisan Candidates**
During this period, a partisan candidate for any office may obtain his or her forms from the county elections official or the Secretary of State for circulating petitions to secure signatures in lieu of all or part of the filing fee. Signatures may also be applied to the signature requirements for the office on the nomination paper if they meet party registration requirements.                                         §§ 8061, 8106 [1]

Jan 1, 2010*
(E-158)

2. **Notice of Offices in the Primary Election**
The last day for the Secretary of State to prepare and to send to each county elections official a notice designating all the offices, except for county officers and judges of superior courts, for which candidates are to be nominated at the primary election.                                         § 12103

Jan 1, 2010*
(E-158)
[Date fixed by law]

3. **Approved Ballot Card Vendors**
By this date, the Secretary of State will publish the list of approved manufacturers and finishers of ballots for use in California elections.
Cal. Code Regs., tit. 2, § 20226

Jan 1, 2010*
(E-158)
[Date fixed by law]

4. **Voting System Procedures**
No later than January 1 of each even-numbered year, the Secretary of State shall review, and if necessary amend, administrative procedures for use with each of the voting systems pursuant to Division 19.         §15002

Jan 5, 2010
(E-154)

5. **Last Day to Register to Qualify a New Political Party**
The last day any person may register to vote and declare an intention to affiliate with a particular political party in order to qualify that party to participate in the June 8, 2010, Primary Election candidate nominating process.                                         § 5100(b)

Jan 5 to Jan 24, 2010*
(E-154 to E-135)

6. **Report of Registration – 154-Day County Report**
During this period, the county elections official shall send to the Secretary of State a summary of the number of persons registered by political party in their counties by party affiliation by each political subdivision of the county as of January 5, 2010 (E-154).
§ 2187(a), (c) & (d)(1)

Jan 8, 2010
(E-151)
[Suggested Date]
to
Mar 10, 2010
(E-90)

7. **Pre-Election Residency Confirmation Procedure**
The county elections official shall conduct a pre-election residency confirmation procedure as provided in Elections Code § 2220. This procedure shall be completed by the 90th day immediately prior to the primary election.

---

All code section references are to the California Elections Code unless stated otherwise.

## JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                                § 15

|  |  |  |
|---|---|---|
|  |  | The county elections official shall not be required to mail a residency confirmation postcard to any voter who has voted at an election held within the last six months preceding the start of the confirmation procedure.                                                § 2220(b) |
| Jan 11, 2010 (E-148) | 8. | **Governor's Proclamation – Issuance** By this date, the Governor shall issue a proclamation calling the primary election and shall state the time of the election and the offices to be filled and transmit a copy of the proclamation to the board of supervisors of each county.  The Secretary of State will send an informational copy of the proclamation to each county elections official.         § 12000 |
| Jan 24, 2010* (E-135) | 9. | **Decline to State Voter Participation Notice** Last day for a political party to notify the Secretary of State that it has adopted a rule that authorizes a person who has declined to state a party affiliation to vote the ballot of that political party at the June 8, 2010, primary election.                                              § 13102(c) |
| Jan 24, 2010* (E-135) | 10. | **Report of Registration – 154-Day County Report Summaries Due** By this date, each county elections official shall send to the Secretary of State a summary statement of the number of persons registered as of January 5, 2010 (E-154).                         § 2187(a), (c) & (d)(1) |
| Jan 24, 2010* (E-135) | 11. | **Secretary of State Announces Newly Qualified Party** The last day for the Secretary of State to determine whether a new political party has qualified for the June 8, 2010, primary election either by registration (88,991 registrations) or by filing a petition (889,906 signatures).                                                § 5100(b) & (c) |
| Jan 24, 2010* (E-135) | 12. | **Notice of County Central Committee Elections – Green, Libertarian, and Peace and Freedom Parties** Last day for the state chairperson of each party to notify the Secretary of State whether or not a county central committee election will be held.                                                §§ 5005, 7770 |
| Jan 28, 2010 (E-131) | 13. | **Initiative Measure Qualification Deadline** The last day for an initiative measure to qualify for the primary election ballot.                     Cal. Const., art. II, § 8(c); Elec. Code § 9016 |
| Jan 28, 2010 (E-131) | 14. | **Legislative Measure Qualification Deadline** The last day for the Legislature to adopt a constitutional amendment, bond measure, or other legislative measure in order for the proposed measure to appear on the primary election ballot.             § 9040 |

# JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                          § 15

| | | |
|---|---|---|
| Feb 3, 2010<br>(E-125) | 15. | **Notice of Parties Qualified to Participate in Primary**<br>The last day for the Secretary of State to prepare and send to each county elections official a notice designating the names of the political parties qualified to participate in the primary election.             § 12103 |
| Feb 3, 2010<br>(E-125) | 16. | **County Central Committee – American Independent Party**<br>The last day for the Secretary of State to compute the number of members of the central committees to be elected in each county and to mail certificates to that effect to each county elections official and to the chairperson of record of each state central committee.             § 7671 |
| Feb 5, 2010<br>(E-123)<br>[Date designated by the Secretary of State] | 17. | **State Measures - Ballot Label and Title and Summary Deadline**<br>The Attorney General is asked to provide, no later than this date, all official ballot labels and titles and summaries for the measures that have qualified for the primary election ballot so that the Secretary of State has sufficient time to translate the ballot labels and titles and summaries in any appropriate languages prior to public display.<br>§§ 9050, 9051, 9054, 13247 |
| Feb 8, 2010<br>(E-120) | 18. | **State Measures - News Release Inviting Arguments**<br>On or before this date, the Secretary of State will issue a general news release requesting voters to submit an argument in each case where either the argument for or against any ballot measure has not been prepared and filed.             §§ 9060-9063 |
| Feb 9, 2010<br>(E-119)<br>[Date designated by the Secretary of State] | 19. | **State Measures - Argument Submission Deadline**<br>By this day, legislators and their appointee(s) must submit to the Secretary of State their arguments for and against each legislative measure that qualified by January 28, 2010 (E-131). Once submitted, no argument may be changed or amended.             § 9043<br><br>Whenever the Legislature submits any measure to the voters of the state, the author of the measure and no more than two persons appointed by the author may draft an argument for its adoption, or the author of the measure may appoint no more than three persons to draft the argument. This argument shall not exceed 500 words in length. If the author of the measure desires separate arguments to be written in its favor by each person appointed, separate arguments may be written, but the combined length shall not exceed 500 words.             § 9041<br><br>If a legislative measure was not adopted unanimously, one member of each house who voted against it shall be appointed by the presiding officers of the respective houses to write an argument against the measure. This argument shall not exceed 500 words. If those members appointed to write an argument against the measure choose, each may |

# JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                    § 15

write a separate argument opposing it, but the combined length of the two arguments shall not exceed 500 words.                    § 9042

Any voter may request the Secretary of State's permission to prepare and file an argument for either side of any such measure for which no argument has been prepared. The Secretary of State shall grant permission unless two or more voters request permission to submit arguments on the same side of a measure, in which event the Secretary of State shall designate one of the voters to write the argument.
§§ 9044, 9067

| | | |
|---|---|---|
| Feb 14, 2010*<br>(E-114)<br>[Date designated by the Secretary of State] | 20. | **Selection and Exchange of Arguments For and Against Measures**<br>On or before this day, the Secretary of State will select arguments for inclusion in the ballot pamphlet where more than one has been submitted in favor of or against the same measure. The Secretary of State will exchange arguments with opposing authors and request rebuttal arguments.                    §§ 9067, 9069 |
| Feb 15* to Mar 12, 2010<br>(E-113 to E-88) | 21. | **Declaration of Candidacy and Nomination Papers – Candidate Filing**<br>During this period, all partisan candidates must file their declarations of candidacy for office and circulate their nomination papers and deliver them to the county elections official for filing. All candidates must pay the nonrefundable filing fees or present in-lieu signatures at the time they receive their nomination papers from the county elections official. The number of valid in-lieu signatures any candidate obtains may be subtracted from the number required for his or her nomination papers if the signatures meet party registration requirements. A candidate shall not be required to execute a nomination paper if the number of in-lieu signatures that meet the nomination requirement on the in-lieu petitions equals or exceeds the minimum number required by section 8062. All nomination documents for United States Senator, Member of the House of Representatives, state constitutional officer, and Members of the State Senate or Assembly are to be left with the county elections official for filing with the Secretary of State.<br>§§ 333, 8020, 8041, 8061, 8062, 8100, 8105, 8106 |
| Feb 15* to Mar 12, 2010<br>(E-113 to E-88) | 22. | **Candidate Statements in the County Official Sample Ballot**<br>During this period, United States House of Representatives and state Senate and Assembly candidates may purchase space for a 250-word candidate statement in the official sample ballot(s) of the county or counties in the jurisdiction. Candidates for state Senate and Assembly may purchase statement space only if they have agreed to voluntary expenditure limits.                    Gov. Code § 85601(c); Elec. Code § 13307.5 |

# JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.
§ 15

| | | |
|---|---|---|
| Feb 15* to Mar 17, 2010<br>(E-113 to E-83) | 23. | **Nomination Documents Forwarded to the Secretary of State**<br>During this period and within five days of receipt of the nomination documents, the county elections official shall deliver to the Secretary of State those nomination documents for United States Senator, Member of the United States House of Representatives, state constitutional officer, or Members of the State Senate or Assembly, together with a statement showing the number of valid signatures on the nomination document from all candidates.                                §§ 8070, 8082 |
| Feb 17, 2010<br>(E-111)<br>[Date designated by the<br>Secretary of State] | 24. | **Candidate Statements in the State Voter Information Guide<br>Deadline**<br>The last day statewide candidates and United States Senate candidates may purchase space for a 250-word candidate statement in the official state Voter Information Guide. Statewide candidates may purchase statement space only if they have agreed to voluntary expenditure limits.<br>Gov. Code § 85601(a); Elec. Code § 9084(i) |
| Feb 18, 2010<br>(E-110)<br>[Date designated by the<br>Secretary of State] | 25. | **State Measures - Analysis, Text, and Bond Statement Deadline**<br>The Legislative Analyst and Legislative Counsel are asked to provide, no later than this date, all official analyses and texts for the measures that have qualified for the primary election ballot, as well as a Statement of Bond Debt, if necessary, so that the Secretary of State has sufficient time to translate the state Voter Information Guide into any appropriate languages and to prepare copy for public display.   §§ 9087, 9088, 9091 |
| Feb 18, 2010<br>(E-110)<br>[Date designated by the<br>Secretary of State] | 26. | **State Measures - Rebuttal Argument and Summary Information<br>Deadline**<br>The last day rebuttal arguments and summary information for or against ballot measures qualified for the primary election ballot may be submitted. Rebuttal arguments shall not exceed 250 words, and summary information shall not exceed 50 words.        §§ 9069, 9084(e) |
| Feb 18, 2010<br>(E-110)<br>[Date designated by the<br>Secretary of State] | 27. | **Political Party Statement of Purpose Deadline**<br>The last day for political parties to submit statements of purpose, not to exceed 200 words, for inclusion in the state Voter Information Guide.<br>§ 9084(e) |
| Feb 23, 2010<br>(E-105) | 28. | **Newly Qualified Political Party Activities**<br>The last day temporary officers of a newly qualified political party shall notify the Secretary of State of their operating procedures. If the newly qualified political party has not adopted its own detailed statutory operating procedures, they shall adopt the statutory provisions of any other qualified political party that has provisions for its party operations.<br>§ 5005 |

## JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                                 § 15

| | | |
|---|---|---|
| Feb 23, 2010<br>(E-105) | 29. | **Report of Registration - 154-Day Statewide Report Published**<br>The last day for the Secretary of State to compile a statewide report showing the number of registered voters, by political party affiliation, in the state and counties and political subdivisions thereof.  This statement must be compiled by the Secretary of State within 30 days after receiving the summary statements sent by the county elections official on January 24, 2010* (E-135).                    § 2187(b) & (d)(1)<br><br>See Item #6 at January 5, 2010 (E-154) for Report of Registration 154-day County Report submissions. |
| Feb 23 to Mar 15, 2010<br>(E-105 to E-85)<br>[Date designated by the<br>Secretary of State] | 30. | **State Voter Information Guide Available for Public Examination**<br>During this period, the state Voter Information Guide for the primary election will be available for public examination.<br>Gov. Code  § 88006; Elec. Code § 9092 |
| Feb 25, 2010<br>(E-103) | 31. | **Signatures In Lieu of Filing Fees – All Partisan Candidates**<br>The last day for partisan candidates to turn in their petitions to the county elections official of the county in which the petition signers reside and are registered to vote.  Within ten days after receipt of a petition, the county elections official shall notify the candidate of any deficiency.  The candidate shall then cover the deficiency either by submitting a supplemental petition or by paying a prorated portion of the filing fee not later than March 12, 2010 (E-88).  Upon receipt of the required number of in-lieu signatures, or of a sufficient combination of such signatures and the prorated filing fee, the county elections official shall issue the nomination papers provisionally.  Any candidate who submits a number of valid in-lieu signatures that meet the nomination signatures requirement and equals or exceeds the minimum number required by Elections Code § 8062 for his or her nomination paper shall not be required to file the nomination papers if they meet party registration requirements.        §§ 8061, 8062, 8105, 8106(b)(3) & (b)(4) |
| Mar 7, 2010*<br>(E-93) | 32. | **Signatures In Lieu of Filing Fees – Determine Sufficiency**<br>The last day for the county elections official to determine the sufficiency of the in-lieu signatures submitted by partisan candidates for all offices.  Within 10 days after receipt of a petition, the county elections official shall notify the candidate of any deficiency.  Before the close of the nomination period (E-88), the candidates notified shall either submit a supplemental petition or pay a prorated fee to cover the deficiency.<br>§ 8106(b)(3) |

# JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.

§ 15

| Mar 8, 2010<br>(E-92) | 33. | **Randomized Alphabet Drawing – Notice**<br>The last day for the Secretary of State to notify the news media and other interested parties of the place of the randomized alphabet drawing to be held at 11:00 a.m. on March 18, 2010 (E-82).        § 13112(c) |
|---|---|---|
| Mar 10, 2010<br>(E-90) | 34. | **Pre-Election Residency Confirmation Procedure – Deadline**<br>By this date, the county elections official must complete the pre-election residency confirmation procedure.        §§ 2220-2226 |
| Mar 12, 2010<br>(E-88) | 35. | **Signatures In Lieu of Filing Fees – Supplemental**<br>The last day a candidate may submit a supplemental in-lieu petition to the county elections official or pay a prorated portion of the filing fee to cover any deficiency in the filing fee payment.        § 8106(b)(3) |
| Mar 12, 2010<br>(E-88)<br>[5:00 p.m.] | 36. | **Declaration of Candidacy and Nomination Papers Filing Deadline**<br>Not later than 5:00 p.m. on this day, all partisan candidates must deliver to the county elections official for filing their declarations of candidacy, nomination papers, and ballot designation worksheets.<br>§§ 8020, 8063, 8064, 13107.3 |
| Mar 12, 2010<br>(E-88) | 37. | **Candidate Statements in the County Official Sample Ballot Deadline**<br>The last day United States House of Representatives and state Senate and Assembly candidates may purchase space for a 250-word candidate statement in the official sample ballot(s) of the county or counties in the jurisdiction.  Candidates for state Senate and Assembly may purchase statement space only if they have agreed to voluntary expenditure limits.<br>Gov. Code § 85601(c); Elec. Code § 13307.5 |
| Mar 13* to Mar 17, 2010<br>(E-87 to E-83)<br>[5:00 p.m.] | 38. | **Nomination Period Extension**<br>If an eligible incumbent United States Senator, Member of the United States House of Representatives, state constitutional officer, or Members of the State Senate or Assembly fails to file nomination papers by March 12, 2010 (E-88), a five-day extension is allowed for any person, other than the incumbent, if otherwise qualified, to file for the office during the extended period.        § 8022 |
| Mar 13* to Mar 26, 2010<br>(E-87 to E-74)<br>[5:00 p.m.] | 39. | **Nomination Period Extension - Death of Only Partisan Candidate**<br>If only one candidate has filed nomination papers for a partisan nomination at the primary election and that candidate dies after March 12, 2010 (E-88), and by March 17, 2010 (E-83), any person qualified under Elections Code section 8001 may circulate and deliver nomination documents for the office to the county elections official not later than 5:00 p.m. on March 26, 2010 (E-74).        § 8025 |

## JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                                    § 15

| | | |
|---|---|---|
| Mar 13* to Apr 1, 2010<br>(E-87 to E-68)<br>[5:00 p.m.] | 40. | **Death of Incumbent Candidate or Lone Opponent - Nonpartisan, Non-Judicial Office - Nomination Period Reopens**<br>Death of an incumbent or lone opponent between these dates causes filing to reopen between the day following death and E-68. Any person qualified to be a candidate for the office may circulate and return nomination documents by April 1, 2010.                       § 8027 |
| Mar 15, 2010<br>(E-85) | 41. | **Last Day State Voter Information Guide Available for Public Examination and Copy Delivered to the State Printer**<br>The last day for the Secretary of State to deliver copy for preparation of the state Voter Information Guides to the Office of State Publishing. Last day of public display.<br>Gov. Code § 88006; Elec. Code §§ 9082, 9092 |
| Mar 17, 2010<br>(E-83)<br>[5:00 p.m.] | 42. | **Last Day of Nomination Period Extension**<br>The last day for any person, other than an eligible incumbent who did not qualify for nomination by March 12, 2010 (E-88), to file nomination documents for United States Senator, Member of the United States House of Representatives, state constitutional officer, or Members of the State Senate or Assembly.                       § 8022 |
| Mar 17, 2010<br>(E-83) | 43. | **Nomination Documents Forwarded to the Secretary of State – Deadline**<br>The last day for county elections official to forward nomination documents and the number of valid nomination signatures that are required to be filed with the Secretary of State.                       § 8082 |
| Mar 18, 2010<br>(E-82)<br>[11:00 a.m.] | 44. | **Randomized Alphabet Drawing**<br>The Secretary of State shall conduct the randomized alphabet drawing at 11:00 a.m. and mail the results immediately to county elections officials so that they may determine the order in which the candidates shall appear on the primary election ballot.                       § 13112(b)(1)(B) |
| Mar 26, 2010<br>(E-74)<br>[5:00 p.m.] | 45. | **Nomination Period Extension - Death of Only Partisan Candidate**<br>By 5:00 p.m. on this day, any person qualified under § 8001 can deliver to the county elections official his or her nomination documents for any partisan office for which only one candidate had filed but who died after March 12, 2010 (E-88), and by March 17, 2010 (E-83).                       § 8025 |

# JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                                                          § 15

| | | |
|---|---|---|
| Mar 27, 2010*<br>(E-73) | 46. | **Notice to Partisan Candidates**<br>On or before this date, but not fewer than five days before sending the certified list of candidates to the county elections officials, the Secretary of State shall notify each candidate for partisan office of the names, addresses, offices, ballot designations, and party affiliations of all other persons who have filed for the same office.                              § 8121 |
| Apr 1, 2010<br>(E-68) | 47. | **Certified List of Candidates and Rotation List**<br>The last day for the Secretary of State to prepare and send to each county elections official a certified list of candidates showing the name of every person eligible to receive votes within the county at the primary election, their addresses, the offices for which they seek nomination, and, if the office is partisan, the party each person represents.                              §§ 8120-8125<br><br>By this date, the Secretary of State shall also provide to the county elections officials a list of candidates for each county arranged according to the randomized alphabet drawn on March 18, 2010 (E-82).        § 8149 |
| Apr 1, 2010<br>(E-68) | 48. | **Death of Incumbent Candidate or Lone Opponent - Nonpartisan, Non-Judicial Office**<br>Last day to reopen filing based on death of the incumbent or lone opponent for a nonpartisan, non-judicial office.        §§ 8026, 8027 |
| Apr 1, 2010<br>(E-68)<br>[5:00 p.m.] | 49. | **Last Day to File Based on Death of Candidate - Nonpartisan, Non-Judicial Office**<br>Nomination papers circulated following the death of an incumbent candidate or lone opponent for nonpartisan, non-judicial office must be returned for filing no later than 5:00 p.m. on this date.        §§ 8026, 8027 |
| Apr 9, 2010<br>(E-60) | 50. | **Special Absentee Voters' Ballot Applications**<br>The first day the county elections official may process applications for special absentee voters' ballots.  Any applications received by the county elections official prior to this day shall be kept and processed on or after this date.  If the applicant is not a resident of the county to which he or she has applied, the elections official receiving the application shall forward it immediately to the proper county.        §§ 300(b), 3100, 3103 |
| Apr 9, 2010<br>(E-60) | 51. | **Registration Files Update**<br>Counties using data processing equipment to store registered voter information set forth in the affidavits of registration shall begin their computer updates in order to send a copy of their registered voter load files to the Secretary of State by April 19, 2010.        §§ 2187(c) & (d)(2) |

## JUNE 8, 2010, PRIMARY ELECTION CALENDAR

| | | |
|---|---|---|
| Apr 9 to Apr 19, 2010<br>(E-60 to E-50) | 52. | **Report of Registration – 60-Day County Report**<br>During this period, the county elections official shall send to the Secretary of State a summary statement of the number of persons registered by political party in their counties and in each political subdivision thereof as of April 9, 2010.                         § 2187(a), (c) & (d)(2) |
| Apr 9 to May 24, 2010<br>(E-60 to E-15) | 53. | **Federal Election - Unregistered Special Absentee Voter, Application for Vote-by-Mail Ballot**<br>During this period, counties may process Federal Post Card Applications (FPCA) from special absentee voters who are <u>not</u> registered to vote.<br>                         §§ 300(b), 3100, 3103, 3104, 3300-3311 |
| Apr 9 to Jun 1, 2010<br>(E-60 to E-7) | 54. | **Federal Election - Registered Special Absentee Voter, Application for Vote-by-Mail Ballot**<br>During this period, counties may begin processing Federal Post Card Applications (FPCA) from special absentee voters who are already registered to vote.                         §§ 300, 3300-3311 |
| Apr 12 to May 25, 2010<br>(E-57 to E-14) | 55. | **Statement of Write-In Candidacy and Nomination Papers**<br>During this period, all write-in candidates must file their statements of write-in candidacy and nomination papers with the county elections official.                         § 8601 |
| Apr 19, 2010<br>(E-50) | 56. | **Voter Registration Files to the Secretary of State**<br>The last day for county elections officials to send the Secretary of State a copy of their registrant load files of all voters registered prior to April 9, 2010 (E-60).  The copy of the voter registration file should reflect the results of the pre-election residency confirmation procedure.<br>                         §§ 2187(c) & (d)(2), 2220 |
| Apr 19, 2010<br>(E-50) | 57. | **Report of Registration – 60-Day County Report Summaries Due**<br>By this date, each county elections official shall send to the Secretary of State a summary statement of the number of persons registered as of April 9, 2010 (E-60).                         § 2187(d)(2) |
| Apr 23, 2010<br>(E-46) | 58. | **Report of Registration – 60-Day Statewide Report Published**<br>Date designated by the Secretary of State to release a statewide report showing the number of registered voters, by party affiliation, in the state, each county, and each political subdivision. This statement is based on the summary statements sent by each county elections official by April 19, 2010 (E-50).                         § 2187(b) & (d)(2) |

# JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                          § 15

| Apr 24, 2010*<br>(E-45) | 59. | **State Voter Information Guides Furnished to Counties**<br>By this date, the Secretary of State shall furnish copies of the state Voter Information Guide to those counties that do not use data processing equipment to maintain their registered voter files. Voter Information Guides will also be sent to all counties for their supplemental mailings to persons who registered between April 10 and May 10, 2010 (E-59 to E-29). § 9094 |
| --- | --- | --- |
| Apr 24, 2010*<br>(E-45) | 60. | **State Voter Information Guide to State and Local Officials and Public Institutions**<br>By this date, the Secretary of State shall send a specified number of copies of the state Voter Information Guide to city and county elections officials, members of the Legislature, proponents of statewide ballot measures, public libraries, and educational institutions. § 9096 |
| Apr 29 to May 18, 2010<br>(E-40 to E-21) | 61. | **State Voter Information Guide Mailing**<br>Between these dates, the Secretary of State shall mail state Voter Information Guides to all households in which voters were registered by Friday, April 9, 2010 (E-60). This mailing is based on the information provided by counties' voter registration files provided to the Secretary of State by April 19, 2010 (E-50). § 9094(a)<br><br>In those counties in which such data processing equipment is not used, the county elections official shall mail the state Voter Information Guides to all voters registered by April 9, 2010 (E-60). § 9094(b) |
| Apr 29 to May 29, 2010*<br>(E-40 to E-10) | 62. | **Counties Mail Sample Ballots**<br>Between these dates, the county elections official shall mail a polling place notice and an appropriate partisan or nonpartisan sample ballot to each registered voter. The polling place notice shall state whether the polling place is accessible to the physically handicapped. §§ 13300-13304<br><br>The county elections official shall also give sample ballots to the chairperson of the county central committee of each political party, shall mail a copy to each candidate, and shall post a copy of the sample ballot in a conspicuous place in the office. §§ 13300, 13302 |
| May 9, 2010*<br>(E-30) | 63. | **Notice of Early Tabulation**<br>The last day for the county governing body to notify the county elections official that certain offices or measures to be voted on are of more than ordinary public interest and will require an early tabulation and announcement. § 14440 |

## JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                                § 15

| | | |
|---|---|---|
| May 10 to Jun 1, 2010<br>(E-29 to E-7) | 64. | **Vote-by-Mail Voter Ballot Application**<br>Between these dates, any registered voter may apply to the county elections official for a vote-by-mail ballot.  Applications received before May 10, 2010 (E-29) shall be kept and processed during this application period.                                                  §§ 3001, 3003 |
| May 18, 2010<br>(E-21) | 65. | **State Voter Information Guide Mailing to be Completed**<br>The last day for the Secretary of State, or the county elections official if appropriate, to mail state Voter Information Guides to all households with voters who registered by April 9, 2010 (E-60).                § 9094 |
| May 24, 2010<br>(E-15) | 66. | **Close of Registration for the June 8, 2010, Statewide Direct Primary**<br>The last day to register to vote in the statewide direct primary election.<br>                                                                  §§ 2102, 2107<br><br>**Note:** No person shall be registered as a voter except by affidavit of registration. The affidavit shall be mailed or delivered to the county elections official and shall set forth all of the facts required to be shown under Chapter 2 of Division 2 of the California Elections Code. A properly executed registration shall be deemed effective upon receipt of the affidavit by the county elections official if any of the following apply:<br><br>(1) The affidavit is postmarked on or before the 15th day prior to the election and received by mail by the county elections official.<br><br>(2) The affidavit is submitted to the Department of Motor Vehicles or accepted by any other public agency designated as a voter registration agency pursuant to the National Voter Registration Act of 1993 (42 U.S.C. § 1973gg) on or before the 15th day prior to the election.<br><br>(3) The affidavit is delivered to the county elections official by means other than those described in paragraphs (1) or (2) on or before the 15th day prior to the election. |
| May 24, 2010<br>(E-15) | 67. | **Notice of Change of Address within County**<br>The last day before the primary election for any voter to send a notice or letter to the county elections official advising of the change of address within the county.  The notification may be submitted to the Department of Motor Vehicles (DMV) or any National Voter Registration Act (NVRA) designated agency prior to the election.  The county elections official shall correct the registration records accordingly.  The notice is in lieu of reregistering.                                          § 2119 |

# JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                                                              § 15

| | | |
|---|---|---|
| May 24 to Jun 1, 2010<br>(E-15 to E-7) | 68. | **Report of Registration - 15-Day County Report**<br>During this period, county elections officials shall send to the Secretary of State a summary statement of the number of voters, by party, and in each political subdivision thereof registered as of May 24, 2010 (E-15).<br><div align="right">§ 2187(a), (c) & (d)(3)</div> |
| May 25, 2010<br>(E-14) | 69. | **Statement of Write-In Candidacy and Nomination Papers**<br>Last day for a write-in candidate to leave a statement of write-in candidacy and nomination papers with the county elections official for filing with the Secretary of State.                                § 8601 |
| May 28, 2010<br>(E-11)<br>[Date designated by the<br>Secretary of State] | 70. | **Certified List of Write-In Candidates**<br>Secretary of State will prepare and send to affected county elections official a certified list of write-in candidates showing the name of every write-in candidate eligible to receive votes within the county at the Primary election, their addresses and the offices to which they seek election.  This list will also be mailed to each person in the affected offices. |
| May 25 to Jun 1, 2010<br>(E-14 to E-7) | 71. | **New Citizen Registration Period**<br>Any person who becomes a citizen after the 15th day prior to the election may register to vote beginning on the 14th day prior to an election and ending on the seventh day prior to election day.  This registration must be executed in the county elections office.                §§ 331, 3500<br><br>A new citizen registering to vote after the close of registration shall provide the county elections official with proof of citizenship prior to voting and shall declare that he or she has established residency in California.                                              §§ 331, 3500, 3501<br><br>The ballots of new citizens shall be received and canvassed at the same time and under the same procedure as vote-by-mail voter ballots.  § 3502 |
| May 27, 2010<br>(E-11) | 72. | **Computer Processing of Vote-by-Mail Ballots**<br>Counties having the necessary computer capability may begin to process vote-by-mail ballots on this date.  This process may be completed to the point of placing the ballot information on computer tape, but under **NO** circumstance shall a vote count be made before the polls close at 8:00 p.m. on June 8, 2010 (E).                                      § 15101<br><br>All other county elections officials shall start to process vote-by-mail voter ballots at 5:00 p.m. on the day before the election.       § 15101 |

### JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                          § 15

| May 29, 2010*<br>(E-10) | 73. | **Sample Ballots – County Mailing**<br>The last day for the county elections official to mail sample ballots to voters.                                                                      § 13300 |
|---|---|---|
| May 29, 2010*<br>(E-10) | 74. | **Sample Ballots - County Mailing**<br>The last day for each county elections official to mail sample ballots to voters.                                                                    § 13300(c) |
| May 29, 2010*<br>(E-10) | 75. | **State Voter Information Guide Supplemental Mailing by County**<br>The last day for county elections officials to mail state Voter Information Guides to voters who registered between April 10, 2010, and May 10, 2010 (E-59 to E-29), inclusive.               § 9094(c) |
| Jun 1, 2010<br>(E-7) | 76. | **Report of Registration - 15-Day County Report Summaries Due**<br>By this date, each county elections official shall send to the Secretary of State a summary statement of the number of persons registered as of May 24, 2010 (E-15).                § 2187(d)(3) |
| Jun 1, 2010<br>(E-7) | 77. | **Vote-by-Mail Ballot Application**<br>The last day a voter can apply for a vote-by-mail ballot for the primary election.                                                                         § 3001<br><br>See Items #79 and #80 for exceptions. |
| Jun 1, 2010<br>(E-7)<br>[5:00 p.m.] | 78. | **Computer Program to Secretary of State**<br>The last day for counties to verify their election night vote count computer programs and deposit copies thereof with the Secretary of State.                § 15001 |
| Jun 2 to Jun 7, 2010<br>(E-6 to E-1) | 79. | **Special Absentee Voter - Recalled to Military Service**<br>A registered special absentee voter recalled to service after June 1, 2010 (E-7), but before 5:00 p.m. on June 7, 2010 (E-1), may appear before the county elections official and obtain a vote-by-mail ballot which may be voted in, or outside, the county elections official's office on or before the close of the polls and returned as are other voted vote-by-mail ballots.               § 3110 |
| Jun 2 to Jun 8, 2010<br>(E-6 to E) | 80. | **Vote-by-Mail Ballots - Late Conditions**<br>On or between these dates, any voter may apply in writing for a vote-by-mail ballot if he or she will be unable to go to the polls on election day. The voter may designate any authorized representative to return the voted vote-by-mail ballot.                § 3021 |
| Jun 4, 2010<br>(E-4) | 81. | **Report of Registration – 15-Day Statewide Report Published**<br>Date designated by the Secretary of State to release a statewide report showing the number of registered voters, by political affiliation, in the |

# JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                                          § 15

state, each county, and each political subdivision. This statement is based on the summary statements sent by each county elections official by June 1, 2010 (E-7).                                                      § 2187(d)(3)

| | | |
|---|---|---|
| Jun 7, 2010<br>(E-1)<br>[5:00 p.m.] | 82. | **Special Absentee Voter - Recalled to Military Service**<br>The last day a registered special absentee voter recalled to service after June 1, 2010 (E-7), but before 5:00 p.m. on June 7, 2010 (E-1), may obtain from the county elections official a vote-by-mail ballot which can be voted in, or outside, the county elections official's office on or before the close of the polls and returned as are other voted vote-by-mail ballots.                            § 3110 |
| Jun 8, 2010<br>(E) | 83. | **Special Absentee Voters**<br>Any registered special absentee voter who has returned to their county of registration on or before this day, and to whom a vote-by-mail ballot has been mailed but not voted, may apply to vote in the county elections official's office or in a polling place.                §§ 300(b), 3108<br><br>An unregistered special absentee voter who was released from service after the close of registration and who has returned to his or her county of residence may apply in person to register with the county elections official and vote in the election. Documentary proof of release from service is required.  On or before the day of the election, the county elections official shall deliver to the precinct board a list of special absentee voters registered under Elections Code section 3107.      § 3107<br><br>A special absentee voter who returns to the county after June 1, 2010 (E-7), may appear before the county elections official and apply for registration, a vote-by-mail ballot, or both.  The county elections official shall register the voter, if not registered, and shall deliver a vote-by-mail ballot which may be voted in, or outside, the county elections official's office on or before the close of the polls on the day of the election and returned as are other voted vote-by-mail ballots.                § 3109 |
| Jun 8, 2010<br>(E) | 84. | **Primary Election Day**<br>On this date, the polls shall be open throughout the state from 7:00 a.m. to 8:00 p.m.                                          §§ 1000(c), 14212 |
| Jun 8, 2010<br>(E) | 85. | **Vote-by-Mail Ballots Returned in Order to be Counted**<br>Vote-by-mail ballots shall be received by 8:00 p.m. on Election Day at any polling place in the county where the voter is registered, or at the office of the elections official.                                §§ 3017, 3020 |

## JUNE 8, 2010, PRIMARY ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday. Sunday, or a holiday; if the date is also a deadline, in most cases. it will move forward to the next business day.                                                                 § 15

| Jun 8. 2010 (E) | 86. | **Semi-Final Official Canvass** |
| | | Beginning at 8:00 p.m. and <u>continuously until completed,</u> the county elections official shall conduct the semi-final official canvass of votes and report totals to the Secretary of State at least every two hours. |
| | | §§ 15150, 15151 |

| Jun 10. 2010 (E-2) | 87. | **Official Canvass** |
| | | The last day for the county elections official to begin the official canvass of the precinct returns.  This canvass must be completed not later than July 6, 2010 (E+28). |
| | | § 15301 |

| Jul 6. 2010 (E+28) | 88. | **Official Canvass - End** |
| | | No later than this date, the county elections official must complete the canvass, certify its results, and submit it to the board of supervisors. |
| | | § 15372 |
| | | This is the suggested deadline for the board of supervisors to declare the winners for each office and the results of each measure under its jurisdiction.  The county elections official shall make and deliver to each person elected or nominated under its jurisdiction a certificate of election or nomination. |
| | | §§ 15400, 15401 |

| Jul 9, 2010 (E+31) | 89. | **Statement of Results to Secretary of State** |
| | | By this date the county elections official shall send to the Secretary of State by registered mail one complete copy of the returns for all candidates for United States Senator, Member of the House of Representatives, state constitutional officer, Members of the State Senate and Assembly, Justice of the Court of Appeal, Judge of the Superior Court, and for all statewide ballot measures. |
| | | § 15375 |

| Jul 16. 2010 (E+38) | 90. | **Statement of the Vote** |
| | | The last day for the Secretary of State to prepare, certify and file a statement of the vote from the compiled election returns. |
| | | § 15503 |

| Jul 17. 2010* (E+39) [Suggested Date] | 91. | **Certificates of Nomination** |
| | | Secretary of State issues certificates of nomination to candidates nominated for United States Senator, Member of the House of Representatives, state constitutional officer, and Members of the State Senate and Assembly. |
| | | § 8147 |

| Nov 13. 2010* (E+158) | 92. | **Supplement to the Statement of the Vote** |
| | | Last day for the Secretary of State to compile a supplement to the statement of the vote showing the number of votes cast in each county, city, Assembly district, State Senatorial district, Congressional district, and supervisorial district for each candidate for the office of Governor, United States Senator, and on each statewide ballot measure. |
| | | § 15502 |

# EXHIBIT 2

**Certificate of the Secretary of State**

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the following is a full, true, and correct statement of the result of the official canvass of the returns of the June 8, 2010, Statewide Direct Primary Election.



**IN WITNESS WHEREOF,** I hereunto set my hand and affix the Great Seal of California, at Sacramento, this 16th day of July, 2010.

**DEBRA BOWEN**
Secretary of State

## Governor

| | Joe Symmon DEM | Richard William Aguirre DEM | Charles "Chuck" Pineda, Jr. DEM | Peter Schurman DEM | Lowell Darling DEM | Vibert Greene DEM | Edmund G. "Jerry" Brown DEM | Nadia B. Smalley DEM (W/I) |
|---|---|---|---|---|---|---|---|---|
| Alameda | 2,094 | 3,070 | 3,173 | 1,462 | 1,879 | 2,170 | 150,259 | 21 |
| Percent | 1.2% | 1.9% | 2.0% | 0.8% | 1.1% | 1.4% | 91.6% | 0.0% |
| Alpine | 2 | 11 | 3 | 4 | 5 | 3 | 164 | 0 |
| Percent | 1.0% | 5.8% | 1.5% | 2.0% | 2.7% | 1.5% | 85.5% | 0.0% |
| Amador | 118 | 191 | 184 | 78 | 82 | 101 | 3,267 | 0 |
| Percent | 2.9% | 4.8% | 4.6% | 1.9% | 2.0% | 2.5% | 81.3% | 0.0% |
| Butte | 452 | 768 | 756 | 373 | 312 | 474 | 14,994 | 1 |
| Percent | 2.4% | 4.3% | 4.2% | 2.0% | 1.7% | 2.6% | 82.8% | 0.0% |
| Calaveras | 119 | 206 | 255 | 52 | 100 | 135 | 3,868 | 0 |
| Percent | 2.5% | 4.4% | 5.4% | 1.0% | 2.1% | 2.9% | 81.7% | 0.0% |
| Colusa | 40 | 70 | 77 | 22 | 29 | 34 | 730 | 0 |
| Percent | 4.0% | 7.0% | 7.7% | 2.1% | 2.9% | 3.4% | 72.9% | 0.0% |
| Contra Costa | 1,243 | 2,420 | 2,576 | 732 | 1,206 | 1,560 | 95,050 | 1 |
| Percent | 1.1% | 2.4% | 2.5% | 0.6% | 1.1% | 1.5% | 90.8% | 0.0% |
| Del Norte | 60 | 106 | 87 | 39 | 53 | 48 | 2,048 | 0 |
| Percent | 2.5% | 4.4% | 3.6% | 1.5% | 2.1% | 1.9% | 84.0% | 0.0% |
| El Dorado | 314 | 585 | 637 | 224 | 278 | 498 | 12,304 | 0 |
| Percent | 2.1% | 4.0% | 4.3% | 1.5% | 1.8% | 3.3% | 83.0% | 0.0% |
| Fresno | 1,256 | 2,101 | 3,232 | 1,093 | 943 | 1,145 | 31,398 | 0 |
| Percent | 3.1% | 5.2% | 7.9% | 2.6% | 2.2% | 2.7% | 76.3% | 0.0% |
| Glenn | 77 | 134 | 166 | 48 | 33 | 62 | 1,232 | 0 |
| Percent | 4.4% | 7.7% | 9.5% | 2.7% | 1.8% | 3.5% | 70.4% | 0.0% |
| Humboldt | 378 | 510 | 511 | 181 | 306 | 312 | 14,407 | 0 |
| Percent | 2.3% | 3.1% | 3.1% | 1.0% | 1.8% | 1.9% | 86.8% | 0.0% |
| Imperial | 330 | 809 | 1,390 | 345 | 118 | 220 | 4,607 | 0 |
| Percent | 4.2% | 10.3% | 17.8% | 4.4% | 1.5% | 2.8% | 59.0% | 0.0% |
| Inyo | 59 | 81 | 74 | 24 | 40 | 68 | 1,296 | 0 |
| Percent | 3.5% | 5.0% | 4.6% | 1.4% | 2.4% | 4.1% | 79.0% | 0.0% |
| Kern | 1,013 | 1,932 | 2,936 | 662 | 620 | 1,200 | 20,081 | 2 |
| Percent | 3.5% | 6.8% | 10.4% | 2.3% | 2.1% | 4.3% | 70.6% | 0.0% |
| Kings | 256 | 348 | 561 | 144 | 120 | 201 | 3,766 | 0 |
| Percent | 4.8% | 6.5% | 10.4% | 2.6% | 2.2% | 3.7% | 69.8% | 0.0% |
| Lake | 213 | 229 | 256 | 75 | 160 | 133 | 6,108 | 0 |
| Percent | 3.0% | 3.2% | 3.6% | 1.0% | 2.2% | 1.8% | 85.2% | 0.0% |
| Lassen | 54 | 122 | 115 | 38 | 55 | 72 | 1,425 | 0 |
| Percent | 2.8% | 6.5% | 6.2% | 2.0% | 2.9% | 3.8% | 75.8% | 0.0% |
| Los Angeles | 12,171 | 22,446 | 20,683 | 9,631 | 9,442 | 11,384 | 422,306 | 9 |
| Percent | 2.4% | 4.5% | 4.1% | 1.8% | 1.8% | 2.2% | 83.2% | 0.0% |
| Madera | 320 | 408 | 686 | 160 | 201 | 255 | 5,305 | 0 |
| Percent | 4.4% | 5.6% | 9.4% | 2.1% | 2.7% | 3.4% | 72.4% | 0.0% |
| Marin | 322 | 710 | 472 | 211 | 361 | 436 | 42,300 | 2 |
| Percent | 0.7% | 1.6% | 1.1% | 0.4% | 0.8% | 1.0% | 94.4% | 0.0% |
| Mariposa | 42 | 86 | 117 | 36 | 39 | 43 | 1,565 | 0 |
| Percent | 2.1% | 4.5% | 6.1% | 1.8% | 2.0% | 2.3% | 81.2% | 0.0% |
| Mendocino | 191 | 256 | 247 | 94 | 181 | 147 | 10,648 | 0 |
| Percent | 1.7% | 2.2% | 2.1% | 0.7% | 1.5% | 1.2% | 90.6% | 0.0% |

**Governor**

| | Joe Symmon DEM | Richard William Aguirre DEM | Charles "Chuck" Pineda, Jr. DEM | Peter Schurman DEM | Lowell Darling DEM | Vibert Greene DEM | Edmund G. "Jerry" Brown DEM | Nadia B. Smalley DEM (W/I) |
|---|---|---|---|---|---|---|---|---|
| Merced | 283 | 520 | 801 | 334 | 202 | 294 | 7,122 | 0 |
| Percent | 2.9% | 5.5% | 8.4% | 3.5% | 2.1% | 3.0% | 74.6% | 0.0% |
| Modoc | 33 | 70 | 59 | 25 | 27 | 31 | 555 | 0 |
| Percent | 4.2% | 8.8% | 7.4% | 3.1% | 3.3% | 3.8% | 69.4% | 0.0% |
| Mono | 36 | 80 | 52 | 13 | 17 | 20 | 960 | 0 |
| Percent | 3.1% | 6.8% | 4.5% | 1.1% | 1.4% | 1.6% | 81.5% | 0.0% |
| Monterey | 713 | 970 | 1,349 | 325 | 446 | 612 | 26,839 | 0 |
| Percent | 2.2% | 3.2% | 4.4% | 1.0% | 1.4% | 1.9% | 85.9% | 0.0% |
| Napa | 199 | 404 | 375 | 108 | 270 | 297 | 13,123 | 0 |
| Percent | 1.3% | 2.8% | 2.5% | 0.7% | 1.8% | 2.0% | 88.9% | 0.0% |
| Nevada | 175 | 277 | 332 | 170 | 124 | 189 | 9,232 | 0 |
| Percent | 1.6% | 2.7% | 3.2% | 1.6% | 1.1% | 1.8% | 88.0% | 0.0% |
| Orange | 4,808 | 8,261 | 7,385 | 2,609 | 3,193 | 5,067 | 102,160 | 5 |
| Percent | 3.6% | 6.2% | 5.6% | 1.9% | 2.3% | 3.8% | 76.6% | 0.0% |
| Placer | 450 | 1,023 | 1,199 | 326 | 382 | 702 | 22,329 | 0 |
| Percent | 1.7% | 3.9% | 4.6% | 1.2% | 1.4% | 2.6% | 84.6% | 0.0% |
| Plumas | 60 | 116 | 101 | 43 | 38 | 86 | 1,751 | 0 |
| Percent | 2.7% | 5.3% | 4.7% | 1.9% | 1.7% | 3.9% | 79.8% | 0.0% |
| Riverside | 2,915 | 3,674 | 4,934 | 1,853 | 1,756 | 2,056 | 63,469 | 2 |
| Percent | 3.7% | 4.6% | 6.2% | 2.2% | 2.1% | 2.5% | 78.7% | 0.0% |
| Sacramento | 2,244 | 3,256 | 4,046 | 1,659 | 1,688 | 2,255 | 97,680 | 3 |
| Percent | 2.0% | 2.9% | 3.6% | 1.4% | 1.5% | 2.0% | 86.6% | 0.0% |
| San Benito | 122 | 217 | 271 | 47 | 126 | 110 | 4,099 | 0 |
| Percent | 2.4% | 4.3% | 5.5% | 0.9% | 2.5% | 2.2% | 82.2% | 0.0% |
| San Bernardino | 2,640 | 4,156 | 4,548 | 1,710 | 2,003 | 2,801 | 54,087 | 3 |
| Percent | 3.7% | 5.8% | 6.4% | 2.3% | 2.7% | 3.9% | 75.2% | 0.0% |
| San Diego | 4,685 | 13,137 | 7,689 | 2,664 | 3,335 | 4,822 | 148,858 | 24 |
| Percent | 2.5% | 7.1% | 4.2% | 1.4% | 1.8% | 2.6% | 80.4% | 0.0% |
| San Francisco | 859 | 1,876 | 1,177 | 873 | 967 | 1,352 | 95,257 | 6 |
| Percent | 0.8% | 1.9% | 1.1% | 0.8% | 0.9% | 1.4% | 93.1% | 0.0% |
| San Joaquin | 856 | 1,889 | 2,232 | 730 | 553 | 908 | 28,154 | 0 |
| Percent | 2.4% | 5.4% | 6.4% | 2.0% | 1.5% | 2.5% | 79.8% | 0.0% |
| San Luis Obispo | 411 | 792 | 968 | 209 | 359 | 431 | 22,040 | 0 |
| Percent | 1.6% | 3.1% | 3.9% | 0.8% | 1.4% | 1.7% | 87.5% | 0.0% |
| San Mateo | 784 | 1,673 | 1,138 | 417 | 602 | 897 | 61,203 | 9 |
| Percent | 1.1% | 2.6% | 1.7% | 0.6% | 0.9% | 1.3% | 91.8% | 0.0% |
| Santa Barbara | 570 | 1,248 | 1,272 | 358 | 530 | 786 | 29,959 | 2 |
| Percent | 1.6% | 3.6% | 3.7% | 1.0% | 1.5% | 2.3% | 86.3% | 0.0% |
| Santa Clara | 3,607 | 3,867 | 4,146 | 2,004 | 1,753 | 3,247 | 140,681 | 3 |
| Percent | 2.2% | 2.4% | 2.7% | 1.2% | 1.1% | 2.0% | 88.4% | 0.0% |
| Santa Cruz | 577 | 778 | 658 | 203 | 454 | 542 | 28,664 | 0 |
| Percent | 1.8% | 2.5% | 2.0% | 0.6% | 1.4% | 1.7% | 90.0% | 0.0% |
| Shasta | 406 | 581 | 643 | 194 | 369 | 409 | 9,517 | 4 |
| Percent | 3.3% | 4.8% | 5.4% | 1.6% | 3.0% | 3.3% | 78.6% | 0.0% |
| Sierra | 11 | 22 | 21 | 11 | 13 | 13 | 334 | 0 |
| Percent | 2.5% | 5.2% | 5.0% | 2.5% | 3.1% | 3.1% | 78.6% | 0.0% |

41

## Governor

| | Joe Symmon DEM | Richard William Aguirre DEM | Charles "Chuck" Pineda, Jr. DEM | Peter Schurman DEM | Lowell Darling DEM | Vibert Greene DEM | Edmund G. "Jerry" Brown DEM | Nadia B. Smalley DEM (W/I) |
|---|---|---|---|---|---|---|---|---|
| Siskiyou | 129 | 229 | 240 | 74 | 103 | 143 | 3,487 | 0 |
| Percent | 2.9% | 5.2% | 5.5% | 1.6% | 2.3% | 3.3% | 79.2% | 0.0% |
| Solano | 677 | 871 | 1,202 | 285 | 548 | 637 | 30,700 | 1 |
| Percent | 1.9% | 2.5% | 3.5% | 0.8% | 1.5% | 1.8% | 88.0% | 0.0% |
| Sonoma | 911 | 1,756 | 1,273 | 479 | 1,043 | 1,127 | 64,209 | 0 |
| Percent | 1.3% | 2.5% | 1.8% | 0.6% | 1.5% | 1.6% | 90.7% | 0.0% |
| Stanislaus | 727 | 1,707 | 1,936 | 418 | 523 | 874 | 20,340 | 0 |
| Percent | 2.8% | 6.5% | 7.3% | 1.5% | 1.9% | 3.3% | 76.7% | 0.0% |
| Sutter | 211 | 295 | 301 | 94 | 116 | 196 | 3,637 | 0 |
| Percent | 4.4% | 6.1% | 6.3% | 1.9% | 2.3% | 4.0% | 75.0% | 0.0% |
| Tehama | 187 | 298 | 287 | 95 | 111 | 185 | 3,324 | 0 |
| Percent | 4.2% | 6.7% | 6.4% | 2.1% | 2.4% | 4.1% | 74.1% | 0.0% |
| Trinity | 59 | 59 | 74 | 26 | 44 | 43 | 1,282 | 0 |
| Percent | 3.8% | 3.7% | 4.7% | 1.6% | 2.7% | 2.7% | 80.8% | 0.0% |
| Tulare | 403 | 996 | 1,319 | 263 | 299 | 596 | 9,626 | 3 |
| Percent | 2.9% | 7.4% | 9.8% | 1.9% | 2.2% | 4.5% | 71.3% | 0.0% |
| Tuolumne | 126 | 228 | 309 | 73 | 77 | 141 | 4,407 | 0 |
| Percent | 2.3% | 4.3% | 5.8% | 1.3% | 1.4% | 2.6% | 82.3% | 0.0% |
| Ventura | 1,668 | 2,089 | 2,498 | 755 | 981 | 1,290 | 44,465 | 5 |
| Percent | 3.1% | 3.9% | 4.7% | 1.4% | 1.8% | 2.3% | 82.8% | 0.0% |
| Yolo | 333 | 406 | 426 | 151 | 239 | 251 | 16,019 | 0 |
| Percent | 1.9% | 2.3% | 2.4% | 0.8% | 1.3% | 1.4% | 89.9% | 0.0% |
| Yuba | 123 | 176 | 214 | 124 | 76 | 114 | 2,492 | 0 |
| Percent | 3.7% | 5.4% | 6.5% | 3.7% | 2.2% | 3.4% | 75.1% | 0.0% |
| State Totals | 54,122 | 95,596 | 94,669 | 35,450 | 39,930 | 54,225 | 2,021,189 | 106 |
| Percent | 2.3% | 4.0% | 4.0% | 1.4% | 1.6% | 2.3% | 84.4% | 0.0% |

## Secretary of State

| | Debra Bowen* DEM | Damon Dunn REP | Orly Taitz REP | Roy V. Allmond, Jr. REP (W/I) | Merton D. Short AI | Ann Menasche GRN | Christina Tobin LIB | Marylou Cabral PF |
|---|---|---|---|---|---|---|---|---|
| Alameda | 138,743 | 34,819 | 11,519 | 7 | 1,289 | 2,679 | 696 | 299 |
| Percent | 100.0% | 75.2% | 24.8% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Alpine | 142 | 123 | 18 | 0 | 8 | 6 | 1 | 0 |
| Percent | 100.0% | 87.3% | 12.7% | 0.0% | 100.0% | 100.0% | 100.0% | 0.0% |
| Amador | 3,490 | 4,347 | 990 | 0 | 136 | 24 | 53 | 5 |
| Percent | 100.0% | 81.5% | 18.5% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Butte | 16,196 | 18,093 | 5,172 | 1 | 509 | 297 | 194 | 51 |
| Percent | 100.0% | 77.8% | 22.2% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Calaveras | 4,076 | 5,121 | 1,357 | 2 | 201 | 80 | 107 | 12 |
| Percent | 100.0% | 79.1% | 20.9% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Colusa | 850 | 1,566 | 281 | 0 | 24 | 9 | 7 | 2 |
| Percent | 100.0% | 84.8% | 15.2% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Contra Costa | 86,283 | 43,779 | 16,490 | 0 | 1,510 | 869 | 584 | 137 |
| Percent | 100.0% | 72.7% | 27.3% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Del Norte | 2,093 | 1,867 | 586 | 0 | 100 | 23 | 19 | 8 |
| Percent | 100.0% | 76.2% | 23.8% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| El Dorado | 13,177 | 19,076 | 4,623 | 0 | 532 | 187 | 210 | 28 |
| Percent | 100.0% | 80.5% | 19.5% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Fresno | 37,327 | 41,310 | 12,389 | 1 | 828 | 241 | 259 | 64 |
| Percent | 100.0% | 77.0% | 23.0% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Glenn | 1,548 | 2,724 | 513 | 0 | 73 | 16 | 20 | 3 |
| Percent | 100.0% | 84.2% | 15.8% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Humboldt | 14,357 | 7,781 | 2,522 | 1 | 353 | 740 | 171 | 38 |
| Percent | 100.0% | 75.6% | 24.4% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Imperial | 6,802 | 3,845 | 1,117 | 0 | 134 | 11 | 29 | 9 |
| Percent | 100.0% | 77.5% | 22.5% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Inyo | 1,414 | 1,773 | 467 | 0 | 66 | 30 | 31 | 3 |
| Percent | 100.0% | 79.2% | 20.8% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Kern | 26,341 | 43,481 | 10,372 | 3 | 974 | 102 | 319 | 40 |
| Percent | 100.0% | 80.8% | 19.2% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Kings | 5,097 | 7,079 | 1,498 | 0 | 183 | 17 | 39 | 5 |
| Percent | 100.0% | 82.6% | 17.4% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Lake | 6,411 | 3,178 | 2,176 | 0 | 246 | 129 | 69 | 21 |
| Percent | 100.0% | 59.4% | 40.6% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Lassen | 1,650 | 2,737 | 726 | 0 | 164 | 10 | 26 | 1 |
| Percent | 100.0% | 79.1% | 20.9% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Los Angeles | 387,567 | 196,092 | 86,447 | 1 | 5,025 | 2,614 | 2,657 | 793 |
| Percent | 100.0% | 69.5% | 30.5% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Madera | 6,599 | 9,270 | 2,916 | 0 | 272 | 56 | 62 | 17 |
| Percent | 100.0% | 76.1% | 23.9% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Marin | 36,727 | 11,847 | 3,276 | 0 | 299 | 540 | 232 | 51 |
| Percent | 100.0% | 78.4% | 21.6% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Mariposa | 1,695 | 2,446 | 611 | 0 | 90 | 41 | 31 | 0 |
| Percent | 100.0% | 80.1% | 19.9% | 0.0% | 100.0% | 100.0% | 100.0% | 0.0% |
| Mendocino | 9,883 | 4,026 | 1,094 | 0 | 220 | 481 | 110 | 35 |
| Percent | 100.0% | 78.7% | 21.3% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |

* incumbent

## Secretary of State

| | Debra Bowen* DEM | Damon Dunn REP | Orly Taitz REP | Roy V. Allmond, Jr. REP (W/I) | Merton D. Short AI | Ann Menasche GRN | Christina Tobin LIB | Marylou Cabral PF |
|---|---|---|---|---|---|---|---|---|
| Merced | 8,308 | 8,372 | 2,280 | 0 | 275 | 58 | 49 | 14 |
| Percent | 100.0% | 78.6% | 21.4% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Modoc | 729 | 1,319 | 356 | 0 | 65 | 4 | 20 | 2 |
| Percent | 100.0% | 78.8% | 21.2% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Mono | 967 | 961 | 305 | 0 | 49 | 17 | 15 | 5 |
| Percent | 100.0% | 76.0% | 24.0% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Monterey | 27,878 | 14,537 | 4,411 | 0 | 463 | 244 | 172 | 30 |
| Percent | 100.0% | 76.8% | 23.2% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Napa | 13,004 | 7,076 | 2,253 | 0 | 246 | 158 | 103 | 19 |
| Percent | 100.0% | 75.9% | 24.1% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Nevada | 9,147 | 10,109 | 3,123 | 0 | 272 | 261 | 145 | 20 |
| Percent | 100.0% | 76.4% | 23.6% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Orange | 119,504 | 169,852 | 69,151 | 8 | 3,148 | 819 | 1,966 | 231 |
| Percent | 100.0% | 71.1% | 28.9% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Placer | 23,404 | 35,656 | 9,401 | 1 | 345 | 197 | 268 | 30 |
| Percent | 100.0% | 79.2% | 20.8% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Plumas | 1,990 | 2,590 | 589 | 0 | 97 | 24 | 29 | 4 |
| Percent | 100.0% | 81.5% | 18.5% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Riverside | 73,798 | 89,801 | 32,282 | 1 | 2,330 | 379 | 732 | 126 |
| Percent | 100.0% | 73.6% | 26.4% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Sacramento | 101,043 | 67,920 | 19,564 | 8 | 2,198 | 940 | 797 | 275 |
| Percent | 100.0% | 77.7% | 22.3% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| San Benito | 4,375 | 3,105 | 695 | 0 | 101 | 28 | 17 | 4 |
| Percent | 100.0% | 81.8% | 18.2% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| San Bernardino | 64,310 | 70,675 | 26,498 | 0 | 2,515 | 367 | 720 | 133 |
| Percent | 100.0% | 72.8% | 27.2% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| San Diego | 167,195 | 163,246 | 56,045 | 7 | 4,381 | 1,290 | 2,073 | 322 |
| Percent | 100.0% | 74.5% | 25.5% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| San Francisco | 86,626 | 12,176 | 4,181 | 1 | 583 | 2,083 | 449 | 262 |
| Percent | 100.0% | 74.5% | 25.5% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| San Joaquin | 32,919 | 29,661 | 8,664 | 1 | 889 | 135 | 219 | 47 |
| Percent | 100.0% | 77.4% | 22.6% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| San Luis Obispo | 22,019 | 23,487 | 7,092 | 1 | 376 | 373 | 291 | 44 |
| Percent | 100.0% | 76.9% | 23.1% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| San Mateo | 57,607 | 19,605 | 7,624 | 3 | 785 | 632 | 398 | 60 |
| Percent | 100.0% | 72.0% | 28.0% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Santa Barbara | 30,552 | 23,846 | 7,343 | 2 | 481 | 342 | 272 | 44 |
| Percent | 100.0% | 76.5% | 23.5% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Santa Clara | 141,438 | 59,660 | 24,912 | 3 | 2,244 | 1,105 | 1,165 | 255 |
| Percent | 100.0% | 70.6% | 29.4% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Santa Cruz | 26,562 | 9,401 | 3,088 | 0 | 322 | 626 | 274 | 75 |
| Percent | 100.0% | 75.3% | 24.7% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Shasta | 11,067 | 18,172 | 4,339 | 1 | 426 | 99 | 166 | 25 |
| Percent | 100.0% | 80.8% | 19.2% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Sierra | 393 | 476 | 138 | 0 | 39 | 9 | 15 | 1 |
| Percent | 100.0% | 77.6% | 22.4% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |

* Incumbent

## Secretary of State

| | Debra Bowen* DEM | Damon Dunn REP | Orly Taitz REP | Roy V. Allmond, Jr. REP (W/I) | Merton D. Short AI | Ann Menasche GRN | Christina Tobin LIB | Marylou Cabral PF |
|---|---|---|---|---|---|---|---|---|
| Siskiyou | 3,732 | 4,809 | 1,080 | 1 | 183 | 38 | 68 | 8 |
| Percent | 100.0% | 81.7% | 18.3% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Solano | 30,687 | 15,972 | 5,665 | 0 | 621 | 152 | 211 | 35 |
| Percent | 100.0% | 73.9% | 26.1% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Sonoma | 60,917 | 24,246 | 7,079 | 0 | 815 | 1,190 | 463 | 156 |
| Percent | 100.0% | 77.5% | 22.5% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Stanislaus | 23,662 | 23,310 | 6,699 | 0 | 520 | 105 | 166 | 32 |
| Percent | 100.0% | 77.7% | 22.3% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Sutter | 4,293 | 7,502 | 1,602 | 0 | 172 | 20 | 48 | 10 |
| Percent | 100.0% | 82.5% | 17.5% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Tehama | 4,101 | 5,823 | 1,449 | 0 | 300 | 25 | 71 | 11 |
| Percent | 100.0% | 80.1% | 19.9% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Trinity | 1,377 | 1,144 | 467 | 0 | 83 | 40 | 34 | 4 |
| Percent | 100.0% | 71.1% | 28.9% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Tulare | 12,252 | 21,401 | 3,901 | 1 | 436 | 80 | 105 | 24 |
| Percent | 100.0% | 84.6% | 15.4% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Tuolumne | 4,632 | 5,801 | 1,523 | 1 | 211 | 59 | 82 | 13 |
| Percent | 100.0% | 79.2% | 20.8% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Ventura | 46,246 | 48,250 | 14,129 | 1 | 914 | 429 | 503 | 67 |
| Percent | 100.0% | 77.4% | 22.6% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Yolo | 16,130 | 7,529 | 2,304 | 1 | 240 | 243 | 112 | 30 |
| Percent | 100.0% | 76.6% | 23.4% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Yuba | 2,995 | 3,941 | 1,063 | 0 | 190 | 25 | 45 | 6 |
| Percent | 100.0% | 78.8% | 21.2% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| State Totals | 2,044,327 | 1,477,811 | 508,455 | 58 | 40,551 | 21,798 | 18,189 | 4,046 |
| Percent | 100.0% | 74.4% | 25.6% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% |

* Incumbent

# EXHIBIT 3

# Notice to Candidates

All candidate statements will appear in the state Voter Information Guide grouped first by office then by political party, which is randomly drawn.

The order of political parties was determined by a random drawing that produced the following results:

1.  Green
2.  Peace and Freedom
3.  Libertarian
4.  Democratic
5.  Republican
6.  American Independent

Please note the list of candidate statements contained herein details the final order of candidate statements that will appear in the state Voter Information Guide based on the sorting criteria listed above.

**SUBJECT TO COURT
ORDERED CHANGES**

## Voluntary Campaign Spending Limits
## For Candidates for Statewide Elective Office

California law includes voluntary spending limits for candidates running for statewide office (not federal office). Candidates for Governor, Lieutenant Governor, Secretary of State, Controller, Treasurer, Attorney General, Insurance Commissioner, Superintendent of Public Instruction, and Board of Equalization who choose to keep their campaign expenses under specified dollar amounts may purchase space in the statewide voter information guide for a candidate statement of up to 250 words.

In the list below, an asterisk (*) designates a candidate who has accepted California's voluntary campaign spending limits and therefore has the option to purchase space for a candidate statement in this voter guide. (Some eligible candidates choose not to purchase space for a candidate statement.) Candidate statements are on pages __ - __.

The expenditure limit for candidates running for Governor in the November 2, 2010, General Election is $12,946,000.

The expenditure limit for candidates running for Lieutenant Governor, Secretary of State, Controller, Treasurer, Attorney General, Insurance Commissioner, and Superintendent of Public Instruction in the November 2, 2010, General Election is $7,768,000.

The expenditure limit for candidates running for the Board of Equalization in the November 2, 2010, General Election is $1,942,000.

California's voluntary campaign spending limits do not apply to candidates for federal offices including the United States Senate. Therefore, all U.S. Senate candidates have the option to purchase space for a candidate statement in this voter guide. (Some U.S. Senate candidates choose not to purchase space for a candidate statement.) Candidate statements are on pages __ - __.

The following list of candidates for statewide elective office is current through August 9, 2010 – the end of the public display period required for the Official Voter Information Guide. For the final list of candidates, go to www.sos.ca.gov/elections/elections_cand.htm.


**Governor**

| | | |
|---|---|---|
| * | Carlos Alvarez | Peace and Freedom |
| | Jerry Brown | Democratic |
| * | Chelene Nightingale | American Independent |
| * | Dale F. Ogden | Libertarian |
| * | Laura Wells | Green |
| | Meg Whitman | Republican |


**SUBJECT TO COURT
ORDERED CHANGES**

**Lieutenant Governor**

| | |
|---|---|
| * Pamela J. Brown | Libertarian |
| * James "Jimi" Castillo | Green |
| * Jim King | American Independent |
| * Abel Maldonado | Republican |
| * Gavin Newsom | Democratic |
| * C.T. Weber | Peace and Freedom |

**Secretary of State**

| | |
|---|---|
| * Debra Bowen | Democratic |
| * Marylou Cabral | Peace and Freedom |
| * Damon Dunn | Republican |
| * Ann Menasche | Green |
| * Merton D. Short | American Independent |
| * Christina Tobin | Libertarian |

**Controller**

| | |
|---|---|
| * Lawrence G. Beliz | American Independent |
| * John Chiang | Democratic |
| * Andrew "Andy" Favor | Libertarian |
| * Ross D. Frankel | Green |
| * Karen Martinez | Peace and Freedom |
| Tony Strickland | Republican |

**Treasurer**

| | |
|---|---|
| * Charles "Kit" Crittenden | Green |
| * Robert Lauten | American Independent |
| * Bill Lockyer | Democratic |
| * Debra L. Reiger | Peace and Freedom |
| * Edward M. Teyssier | Libertarian |
| * Mimi Walters | Republican |

**Attorney General**

| | |
|---|---|
| * Peter Allen | Green |
| * Steve Cooley | Republican |
| * Robert J. Evans | Peace and Freedom |
| * Timothy J. Hannan | Libertarian |
| Kamala D. Harris | Democratic |
| * Diane Beall Templin | American Independent |

**SUBJECT TO COURT
ORDERED CHANGES**

**Insurance Commissioner**

| | |
|---|---|
| * William Balderston | Green |
| * Richard S. Bronstein | Libertarian |
| * Dave Jones | Democratic |
| * Dina Josephine Padilla | Peace and Freedom |
| Clay Pedersen | American Independent |
| * Mike Villines | Republican |

**Board of Equalization District 1**

| | |
|---|---|
| * Sherill Borg | Peace and Freedom |
| * Kevin R. Scott | Republican |
| * Kennita Watson | Libertarian |
| * Betty T. Yee | Democratic |

**Board of Equalization District 2**

| | |
|---|---|
| * Willard D. Michlin | Libertarian |
| * Toby Mitchell-Sawyer | Peace and Freedom |
| * Chris Parker | Democratic |
| * George Runner | Republican |

**Board of Equalization District 3**

| | |
|---|---|
| * Mary Christian-Heising | Democratic |
| * Jerry L. Dixon | Libertarian |
| * Mary Lou Finley | Peace and Freedom |
| * Terri Lussenheide | American Independent |
| * Michelle Steel | Republican |

**Board of Equalization District 4**

| | |
|---|---|
| * Peter "Pedro" De Baets | Libertarian |
| * Shawn Hoffman | American Independent |
| * Jerome E. Horton | Democratic |
| * Nancy Lawrence | Peace and Freedom |

**Superintendent of Public Instruction**

| | |
|---|---|
| * Larry Aceves | Nonpartisan |
| * Tom Torlakson | Nonpartisan |

**SUBJECT TO COURT**
**ORDERED CHANGES**

**Notice to be placed at the bottom of all candidate statement pages:**
The order of the statements was determined by lot. Statements on this page were supplied by the candidates and have not been checked for accuracy. Each statement was voluntarily submitted by the candidate and is printed at the expense of the candidate. Candidates who did not submit statements could otherwise be qualified to appear on the ballot.

**SUBJECT TO COURT
ORDERED CHANGES**

## Candidates for United States Senate

California's voluntary campaign spending limits do not apply to candidates for federal offices including the United States Senate. Therefore, all U.S. Senate candidates have the option to purchase space for a candidate statement in this voter guide. (Some U.S. Senate candidates choose not to purchase space for a candidate statement.) Candidate statements are on pages __ - __.

The following list of candidates for United States Senate is current through August 9, 2010 – the end of the public display period required for the Official Voter Information Guide. For the final list of candidates, go to www.sos.ca.gov/elections/elections_cand.htm.

**Duane Roberts**          **Green**
**Marsha Feinland**        **Peace and Freedom**
**Gail K. Lightfoot**       **Libertarian**
**Barbara Boxer**          **Democratic**
**Carly Fiorina**           **Republican**
**Edward C. Noonan**       **American Independent**


**Notice to be placed at the bottom of all candidate statement pages:**
The order of the statements was determined by lot. Statements on this page were supplied by the candidates and have not been checked for accuracy. Each statement was voluntarily submitted by the candidate and is printed at the expense of the candidate. Candidates who did not submit statements could otherwise be qualified to appear on the ballot.


## SUBJECT TO COURT
## ORDERED CHANGES

# California Board of Equalization Districts

## Counties in Each Board of Equalization District



### District 1
Alameda, Colusa, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Luis Obispo, San Mateo, Santa Barbara, Santa Clara, Santa Cruz, Solano, Sonoma, Trinity, Yolo

### District 2
Alpine, Amador, Butte, Calaveras, El Dorado, Fresno, Glenn, Inyo, Kern, Kings, Lassen, Los Angeles, Madera, Mariposa, Merced, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Bernardino, San Joaquin, Santa Barbara, Shasta, Sierra, Siskiyou, Stanislaus, Sutter, Tehama, Tulare, Tuolumne, Ventura, Yuba

### District 3
Imperial, Los Angeles, Orange, Riverside, San Bernardino, San Diego

### District 4
Los Angeles

- District 1
- District 2
- District 3
- District 4

**SUBJECT TO COURT
ORDERED CHANGES**

*Board of Equalization Districts*

**STATEWIDE ELECTIVE OFFICE DESCRIPTIONS**

**U.S. Senator**
- One of two Senators who represent California's interests in the United States Senate.

- Proposes and votes on new national laws.

- Votes on confirming federal judges, U.S. Supreme Court Justices, and many high-level presidential appointments to civilian and military positions.

**Governor**
- As the state's chief executive officer, oversees most state departments and agencies and appoints judges.

- Proposes new laws and approves or vetoes legislation.

- Prepares and submits the annual state budget.

- Mobilizes and directs state resources during emergencies.

**Lieutenant Governor**
- Assumes the office and duties of Governor in the case of impeachment, death, resignation, removal from office, or absence from the state.

- Serves as president of the State Senate and has a tie-breaking vote.

- Chairs the Economic Development Commission, is a member of the State Lands Commission, and sits on the boards of the California university systems.

**Secretary of State**
- As the state's chief elections officer, oversees statewide elections and provides public access to campaign and lobbying financial information.

- Supports California business by registering and authenticating certain types of businesses and trademarks, regulating notaries public, and enabling secured creditors to protect their financial interests.

- Preserves California's history by acquiring, safeguarding, and sharing the state's historical treasures.

- Registers domestic partnerships and advance health care directives, and protects the addresses of domestic violence victims and certain others entitled to confidential addresses.

SUBJECT TO COURT
ORDERED CHANGES

**Controller**
- As the state's chief fiscal officer, serves as the state's accountant and bookkeeper of all public funds.

- Administers the state payroll system and unclaimed property laws.

- Serves on numerous boards and commissions including the Board of Equalization and the Board of Control.

- Conducts audits and reviews of state operations.

**Treasurer**
- As the state's banker, manages the state's investments.

- Administers the sale of state bonds and notes, and is the investment officer for most state funds.

- Serves or chairs on several commissions, most of which are related to the marketing of bonds.

- Pays out state funds when spent by the Controller and other state agencies.

**Attorney General**
- As the state's chief law officer, ensures that the laws of the state are uniformly and adequately enforced.

- Heads the Department of Justice, which is responsible for providing state legal services and support for local law enforcement.

- Acts as the chief legal counsel in state litigation.

- Oversees law enforcement agencies, including county district attorneys and sheriffs.

**Insurance Commissioner**
- Oversees and directs all functions of the Department of Insurance.

- Licenses, regulates, and examines insurance companies.

- Answers public questions and complaints regarding the insurance industry.

## SUBJECT TO COURT
## ORDERED CHANGES

- Enforces California insurance laws and adopts regulations to implement the laws.

## Superintendent of Public Instruction

- As the state's chief public schools official, provides education policy and direction to local school districts.

- Directs all functions of the Department of Education and executes policies set by the State Board of Education.

- Serves as an ex-officio member of governing boards of the state's higher education system.

- Works with the educational community to improve academic performance.

## Member of the Board of Equalization

Serves on the Board of Equalization, the state's elected tax commission, which:

- Oversees the administration of over two dozen tax and fee programs including those for sales and use, cigarette and tobacco, alcohol and fuels.

- Serves as the appellate body for California income and franchise tax cases.

- Oversees the administration of property tax statewide.

SUBJECT TO COURT
ORDERED CHANGES

| November 2, 2010, General Election | | |
| State Voter Information Guide | | |
| Office | Candidate Name | Party |
| --- | --- | --- |
| Secretary of State | Ann Menasche | Green |
| Secretary of State | Marylou Cabral | Peace and Freedom |
| Secretary of State | Christina Tobin | Libertarian |
| Secretary of State | Debra Bowen | Democratic |
| Secretary of State | Damon Dunn | Republican |
| Secretary of State | Merton D. Short | American Independent |

**SUBJECT TO COURT
ORDERED CHANGES**

# November 2, 2010, General Election
# Candidate Contact Information Form



The following form shall be used for candidate statements submitted to the Secretary of State's office for inclusion in the state Voter Information Guide for the November 2, 2010, General Election. This form must be submitted to the Elections Division of the Secretary of State's office **no later than 5:00 p.m. on Wednesday, July 14, 2010.**

- A maximum of 250 words may be used. Word count standards shall be pursuant to Elections Code section 9.
- All statements should be typewritten, double-spaced, and in standard paragraph style. Do not use bullets, tables, lists, or other material requiring indentation.
- Words that are underlined, in italics, in bold, or in all upper-case letters will be typeset in italics.
- The statement may not make reference to any opponent of the candidate.
- Please refer to the section in this packet entitled "Candidate Statement Guidelines" for a complete list of requirements.

Candidate's Name: _____Debra Bowen_____

Office Being Sought: _____Secretary of State_____

Political Party (for partisan offices only): _____Democratic_____

The following optional information will appear with your candidate statement **(this information is not included in the 250 word count, and will be formatted in a manner determined by the Secretary of State's Office):**

Mailing Address: _____600 Playhouse Alley, #504_____
_____Pasadena, CA 91101_____

Phone: (626) _____535-9616_____

Email: _____info@debrabowen.com_____

Website: _____www.debrabowen.com_____

**SUBJECT TO COURT
ORDERED CHANGES**

Debra Bowen

It has been an honor to serve as your Secretary of State for the past four years.

As the chief elections officer for the largest state in the nation, my goals are to ensure voting systems are secure, accurate, reliable and accessible, and to make certain voters are confident that every ballot is counted exactly as it was cast.

After taking office, I ordered a groundbreaking top-to-bottom review of California's voting systems. When this review by independent computer scientists revealed significant flaws, I shored up election security in an unprecedented way that has served as a model for other states. For my leadership in strengthening our democracy, I was privileged to receive the John F. Kennedy Profile in Courage Award, a recognition given to public servants who choose to put their principles before partisanship.

Beyond securing California's voting systems, since taking office, I have also streamlined operations and cut the agency's budget by more than 25%; strengthened election fraud prevention efforts; built partnerships with businesses and non-profit groups to get more eligible Californians registered to vote and voting on Election Day; made it easier to track campaign contributions to candidates and initiative campaigns; and put more information online so you can keep track of the decisions I make.

I am proud to have the support of firefighters, teachers, highway patrol officers and peace officers throughout the state. They know that if I am re-elected, I will continue my independent leadership to ensure California's elections are conducted fairly.

**SUBJECT TO COURT
ORDERED CHANGES**



# November 2, 2010, General Election
# Candidate Contact Information Form

The following form shall be used for candidate statements submitted to the Secretary of State's office for inclusion in the state Voter Information Guide for the November 2, 2010, General Election  This form must be submitted to the Elections Division of the Secretary of State's office no later than 5:00 p.m. on **Wednesday, July 14, 2010.**

- A maximum of 250 words may be used.  Word count standards shall be pursuant to Elections Code section 9.
- All statements should be typewritten, double-spaced, and in standard paragraph style. Do not use bullets, tables, lists, or other material requiring indentation.
- Words that are underlined, in italics, in bold, or in all upper-case letters will be typeset in italics.
- The statement may not make reference to any opponent of the candidate.
- Please refer to the section in this packet entitled "Candidate Statement Guidelines" for a complete list of requirements.

Candidate's Name:   Damon Dunn

Office Being Sought:   Secretary of State

Political Party (for partisan offices only):   Republican

The following optional information will appear with your candidate statement **(this information is not included in the 250 word count, and will be formatted in a manner determined by the Secretary of State's Office):**

Mailing Address:   925 University Avenue

Sacramento, CA  95825

Phone: (916) 648-1222

Email:  damon@damondunn.com

Website:  www.DamonDunn.com

**SUBJECT TO COURT
ORDERED CHANGES**

Damon Dunn

Damon Dunn
Small Business Owner

California's government is broken.  Families and small businesses are paying the price. It's time to fix California.

That is why Damon Dunn is running for Secretary of State.

Damon was born to a 16 year-old single mother and he grew up in dire poverty. Yet, Damon did not make any excuses.  He simply focused on the solutions to improve his life. Damon graduated from Stanford University, played in the NFL, and became a successful small business owner. Through his work with the Latino Educational Attainment Initiative, Make a Wish, St. Augustine Soup Kitchen and the Cops-N-Kids programs, Damon has been providing hope and assistance to communities across our state.

As Secretary of State, Damon will take immediate action to: 1) improve California's business climate to create jobs and 2) protect the integrity of our elections.

Businesses are leaving California and taking jobs to other states.  The Secretary of State is responsible for all the business filings in California.  Damon will use his business experience to evaluate why companies are leaving the state by conducting exit interviews.  He will report the findings to the Legislature as part of a package of reforms that will lead to job growth in California.

Honest elections are important to our democracy.  Requiring photo identification to vote improves the integrity of our elections and makes it impossible to cheat.

Damon will work to pass this simple reform so that Californians can trust the electoral process.

www.DamonDunn.com

**SUBJECT TO COURT
ORDERED CHANGES**

# EXHIBIT 4

## SUMMARY OF STATEWIDE GENERAL ELECTION CALENDAR

NOTE:  *1) Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.*                                  *§ 15*
*2) Numbers in parentheses indicate the item number in the text of the calendar.*
*3) All code section references are to the California Elections Code unless otherwise stated.*

### Ballot Measure Arguments
Initiative Measure Qualification Deadline (#6)...................................................... Jun 24
Legislative Measure Qualification Deadline (#7) .................................................. Jun 24
State Measures – News Release Inviting Arguments (#9)............................................Jul 5*
State Measures – Argument Submission Deadline (#10)............................................ Jul 6
Selection and Exchange of Arguments For and Against Measures (#11)................Jul 11*
State Measures – Rebuttal Argument and Summary Information Deadline (#16) .. Jul 15

### Ballots
Counties Mail Sample Ballots (#49)  ..........................................Sep 23-Oct 12
Notice of Early Tabulation (#51) .......................................................................Oct 3*
Computer Program to Secretary of State (#65) ...................................................... Oct 26

### Candidates—Independent
Signatures In-Lieu of Filing Fees – Independent Candidates (#1)...................Apr 23-Jul 22
Signatures In-Lieu of Filing Fees – Supreme and Appellate Courts (#2) ........Jun 1-Jul 31*
Independent Candidates – Nomination Papers –
   Office For Which There is a Filing Fee (#4)................................................ Jun 7-Aug 6
Independent Candidates – Nomination Paper – Total Number of Signatures
   and Verification Method (#5) ...................................................................... Jun 7-Aug 6
Declaration of Candidacy – Supreme and Appellate Courts (#17)................Jul 16-Aug 15*
Signatures In-Lieu of Filing Fees – Independent Candidates (#19) ........................ Jul 22
Signatures In-Lieu of Filing Fees – Supreme and Appellate Courts (#21) .............Jul 31*
Candidate Statements in the County Official Sample Ballot Deadline (#27) .......... Aug 6
Independent Candidates – Nomination Papers – Multi-County Districts –
   Total Number of Signatures (#28) ......................................................................Aug 8*
Independent Candidates – Written Certification Results –
   Random Verification (#31)................................................................................ Aug 11
Certified List of Candidates and Rotation List (#35)............................................ Aug 26
Statement of the Vote (#79)  ...............................................................................Dec 10

### Candidates—Partisan
Change of Candidate's Designation on Ballot (#20) ............................................. Jul 27
Candidate Statements in the County Official Sample Ballot Deadline (#27) .......... Aug 6
Certified List of Candidates and Rotation List (#35)............................................ Aug 26
Statement of the Vote (#79) ...............................................................................Dec 10

# SUMMARY OF STATEWIDE GENERAL ELECTION CALENDAR

*NOTE:  1) Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.*  § 15
*2) Numbers in parentheses indicate the item number in the text of the calendar.*
*3) All code section references are to the California Elections Code unless otherwise stated.*

## Canvass
Computer Processing of Vote-by-Mail Ballots (#61) ............................................. Oct 22
General Election Day (#72)................................................................................... Nov 2
Semi-Final Official Canvass (#74)........................................................................ Nov 2
Official Canvass (#75)..............................................................................Nov 4-Nov 30
Statement of Results to Secretary of State (#78)....................................................Dec 3
Statement of the Vote (#79) ................................................................................Dec 10
Supplement to the Statement of the Vote (#81) ............................................. Apr 9, 2011*

## Early Tabulation
Notice of Early Tabulation (#51) .......................................................................Oct 3*

## Governor's Proclamation
Governor's Proclamation – Issuance (#3)............................................................. Jun 7

## Publication Dates
Certified List of Candidates and Rotation List (#35) ............................................ Aug 26
Certified List of Write-In Candidates (#60)............................................................ Oct 22
Statement of the Vote (#79) ................................................................................Dec 10
Supplement to the Statement of the Vote (#81) ............................................. Apr 9, 2011*

## Randomized Alphabet
Randomized Alphabet Drawing – Notice (#23)..................................................... Aug 2
Randomized Alphabet Drawing (#32) ................................................................ Aug 12

## State Measures
Initiative Measure Qualification Deadline (#6)...................................................... Jun 24
Legislative Measure Qualification Deadline (#7) .................................................. Jun 24
State Measures – Ballot Label and Title and Summary Deadline (#8) ..................... Jul 2
State Measures – News Release Inviting Arguments (#9) .........................................Jul 5*
State Measures – Argument Submission Deadline (#10).......................................... Jul 6
Selection and Exchange of Arguments For and Against Measures (#11)................Jul 11*
State Measures – Analysis, Text, and Bond Statement Deadline (#14)................... Jul 15
State Measures – Rebuttal Argument and Summary Information Deadline (#16) .. Jul 15

# SUMMARY OF STATEWIDE GENERAL ELECTION CALENDAR

*NOTE:  1) Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.*                                                                    *§ 15*
*2) Numbers in parentheses indicate the item number in the text of the calendar.*
*3) All code section references are to the California Elections Code unless otherwise stated.*

## Vote-by-Mail Ballots/Special Absentee Voters
Special Absentee Voter Ballot Applications (#40) .................................................. Sep 3
Vote-by-Mail Voter Ballot Application (#52)............................................. Oct 4-Oct 26
Computer Processing of Vote-by-Mail Ballots (#61) ............................................. Oct 22
Special Absentee Voter – Recalled to Military Service (#67) ..................... Oct 27-Nov 1
Request for Vote-by-Mail Ballots – Late Conditions (#68)......................... Oct 27-Nov 2
Special Absentee Voters (#71) .................................................................................. Nov 2
Vote-by-Mail Voters' Ballots Returned in Order to be Counted (#73) .................... Nov 2

## Voter Information Guides
Initiative Measure Qualification Deadline (#6)...................................................... Jun 24
Legislative Measure Qualification Deadline (#7) ................................................... Jun 24
State Measures – News Release Inviting Arguments (#9) ......................................... Jul 5*
State Measures – Argument Submission Deadline (#10)............................................ Jul 6
Selection and Exchange of Arguments For and Against Measures (#11)................. Jul 11*
State Measures – Analysis, Text, and Bond Statement Deadline (#14).................... Jul 15
Political Party Statement of Purpose Deadline (#15).............................................. Jul 15
State Measures – Rebuttal Argument and Summary Information Deadline (#16) .. Jul 15
State Voter Information Guide Available for Public Examination (#18) ..... Jul 20-Aug 9
Last Day State Voter Information Guide Available for Public Examination
   and Copy Delivered to the State Printer (#29) ................................................... Aug 9
State Voter Information Guides Furnished to Counties (#47) .............................. Sep 18*
State Voter Information Guides to Specified Persons and Institutions (#48) ........ Sep 18*
State Voter Information Guide Mailing (#50)............................................ Sep 23-Oct 12
State Voter Information Guide Supplemental Mailing by County (#62)................ Oct 23*

## Voter Registration
Special Absentee Voter Ballot Applications (#40)  ................................................ Sep 3
Report of Registration – 60-Day County Report (#41)................................ Sep 3-Sep 13
Voter Registration Files to the Secretary of State (#43) ......................................... Sep 13
Report of Registration – 60-Day Statewide Report Published (#45) ..................... Sep 17
Vote-by-Mail Voter Ballot Application (#52)............................................. Oct 4-Oct 26
Close of Registration for the November 2, 2010, Statewide General (#55)  .......... Oct 18
Report of Registration – 15-Day County Report (#57)............................... Oct 18-Oct 26
New Citizen Registration Period (#59) ...................................................... Oct 19-Oct 26
Request for Vote-by-Mail Ballots – Late Conditions (#68)........................ Oct 27-Nov 2

# SUMMARY OF STATEWIDE GENERAL ELECTION CALENDAR

*NOTE:*  *1) Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.*                                                                  *§ 15*
*2) Numbers in parentheses indicate the item number in the text of the calendar.*
*3) All code section references are to the California Elections Code unless otherwise stated.*

## Voter Registration (continued)
Report of Registration – 15-Day Statewide Report Published (#69) ...................... Oct 29
Special Absentee Voters (#71) ............................................................................. Nov 2
Report of Registration (#80).............................................................. Feb 10-Mar 1, 2011

## Write-in Candidates
Statement of Write-in Candidacy and Nomination Papers (#42)............... Sep 6*-Oct 19
Certified List of Write-In Candidates (#60) ......................................................... Oct 22
Statement of the Vote (#79) ................................................................................Dec 10

# NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                                            § 15

| | | |
|---|---|---|
| Apr 23 to Jul 22, 2010<br>(E-193 to E-103) | 1. | **Signatures In-Lieu of Filing Fees – Independent Candidates**<br>Period in which any independent candidate may obtain his or her forms from the county elections official for circulating petitions to secure signatures in-lieu of all or part of the filing fee.  Signatures may also be applied to the signature requirements for the office on the nomination paper.                §§ 8106, 8302, 8403, 8405 [1] |
| Jun 1 to Jul 31, 2010*<br>(E-154 to E-94)<br>[Dates fixed by law] | 2. | **Signatures In-Lieu of Filing Fees – Supreme and Appellate Courts**<br>Period in which any Justice of the Supreme or Appellate Court may obtain his or her forms from the county elections official for circulating petitions and securing signatures in-lieu of all or part of the filing fee.        Cal. Const. art. VI, § 16(d); Elec. Code  § 8106 |
| Jun 7, 2010<br>(E-148) | 3. | **Governor's Proclamation – Issuance**<br>By this date, the Governor shall issue a proclamation calling the general election and shall state the time of the election and the offices to be filled and transmit a copy of the proclamation to the board of supervisors of each county.  The Secretary of State will send an informational copy of the proclamation to each county elections official.                § 12000 |
| Jun 7 to Aug 6, 2010<br>(E-148 to E-88) | 4. | **Independent Candidates – Nomination Papers – Office For Which There is a Filing Fee**<br>Period in which independent candidates shall circulate nomination papers and submit them to the county elections official for examination.  If the candidate is filing for a district office and if the district falls within two or more counties, the county elections official shall report in writing within two working days to the Secretary of State the total number of signatures submitted.                § 8403<br><br>Signatures-in-lieu-of-filing-fee must be filed at least 15 days prior to the close of this period.  Any registered voter may sign an in-lieu-of-filing-fee petition for any candidate for whom he or she is eligible to vote.                § 8106(b)(3) |
| Jun 7 to Aug 6, 2010<br>(E-148 to E-88) | 5. | **Independent Candidates – Nomination Paper – Total Number of Signatures and Verification Method**<br>Period in which the county elections official shall notify Secretary of State of the total number of signatures submitted in each county and the method of verification to be used.  Notice must be received |

---

[1] All code section references are to the California Elections Code unless stated otherwise.

# NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                    § 15

|  |  |  |
|---|---|---|
| | | within two working days of the final deposit of petition sections, or close of the circulation period, whichever is earlier, but in no event later than 7:00 p.m. on August 6, 2010.<br>Cal. Code Regs., tit. 2, § 20087 |
| Jun 24, 2010<br>(E-131) | 6. | **Initiative Measure Qualification Deadline**<br>Last day for an initiative measure to qualify for the general election ballot.                    Cal. Const. art. II, § 8(c) |
| Jun 24, 2010<br>(E-131) | 7. | **Legislative Measure Qualification Deadline**<br>Last day for the Legislature to adopt a constitutional amendment, bond measure, or other legislative measure in order for the proposed measure to appear on the general election ballot. § 9040 |
| Jul 2, 2010<br>(E-123)<br>[Date designated by the Secretary of State] | 8. | **State Measures – Ballot Label and Title and Summary Deadline**<br>The Attorney General is asked to provide, no later than this date, all official ballot labels and titles and summaries for the measures that have qualified for the general election ballot so that the Secretary of State has sufficient time to translate the ballot labels and titles and summaries in any appropriate languages prior to public display.                    §§ 9050, 9051, 9054, 13247 |
| Jul 5, 2010*<br>(E-120) | 9. | **State Measures – News Release Inviting Arguments**<br>On or before this date, the Secretary of State will issue a general news release requesting voters to submit an argument in each case where either the argument for or against any ballot measure has not been prepared and filed.                    §§ 9060-9063 |
| Jul 6, 2010<br>(E-119)<br>[Date designated by the Secretary of State] | 10. | **State Measures – Argument Submission Deadline**<br>Last day for arguments for and against each statewide ballot measure that qualified by June 24, 2010 (E-131), to be submitted. An argument shall not exceed 500 words. Once submitted, no argument may be changed or amended.<br>§§ 9040, 9043, 9064 |
| Jul 11, 2010*<br>(E-114)<br>[Date designated by the Secretary of State] | 11. | **Selection and Exchange of Arguments For and Against Measures**<br>On or before this date, the Secretary of State will select arguments for inclusion in the state Voter Information Guide where more than one has been submitted in favor of or against the same measure. The Secretary of State will exchange arguments with opposing authors and request rebuttal arguments.<br>§§ 9067, 9069 |

# NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                 § 15

| | | |
|---|---|---|
| Jul 12 to Aug 6, 2010<br>(E-113 to E-88) | 12. | **Candidate Statements in the County Official Sample Ballot**<br>Period in which United States House of Representatives and State Senate and Assembly candidates may purchase space for a 250-word candidate statement in the official sample ballot(s) of the county or counties in the jurisdiction. Candidates for State Senate and Assembly may purchase statement space only if they have agreed to voluntary expenditure limits.<br>Gov. Code § 85601(c); Elec. Code § 13307.5 |
| Jul 14, 2010<br>(E-111)<br>[Date designated by the Secretary of State] | 13. | **Candidate Statements in the State Voter Information Guide Deadline**<br>Last day statewide candidates and United States Senate candidates may purchase space for a 250-word candidate statement in the official state Voter Information Guide. Statewide candidates may purchase statement space only if they have agreed to voluntary expenditure limits.<br>Gov. Code § 85601(a); Elec. Code § 9084(i) |
| Jul 15, 2010<br>(E-110)<br>[Date designated by the Secretary of State] | 14. | **State Measures – Analysis, Text, and Bond Statement Deadline**<br>The Legislative Analyst and Legislative Counsel are asked to provide, no later than this date, all official analyses and texts for the measures that have qualified for the general election ballot, as well as a Statement of Bond Debt, if necessary, so that the Secretary of State has sufficient time to prepare copy for public display and to translate the state Voter Information Guide into any appropriate languages.                               §§ 9087, 9088, 9091 |
| Jul 15, 2010<br>(E-110)<br>[Date designated by the Secretary of State] | 15. | **Political Party Statement of Purpose Deadline**<br>Last day for political parties to submit statements of purpose, not to exceed 200 words, for inclusion in the state Voter Information Guide.                                                      § 9084(e) |
| Jul 15, 2010<br>(E-110)<br>[Date designated by the Secretary of State] | 16. | **State Measures – Rebuttal Argument and Summary Information Deadline**<br>Last day rebuttal arguments and summary information for or against ballot measures qualified for the general election ballot may be submitted.   Rebuttal arguments shall not exceed 250 words, and summary information shall not exceed 50 words.<br>§§ 9069, 9084(e) |
| Jul 16 to Aug 15, 2010*<br>(E-109 to E-79)<br>[Dates fixed by law] | 17. | **Declaration of Candidacy – Supreme and Appellate Courts**<br>Period in which each Justice of the Supreme and Appellate Court who must stand for confirmation at the general election may file a |

## NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                        § 15

|  |  |  |
|---|---|---|
|  |  | declaration of candidacy with the Secretary of State. The nonrefundable filing fee must be paid at the time the declaration of candidacy is filed.<br>Cal. Const., art. VI, § 16; Elec. Code §§ 8103, 8105, 8201 |
| Jul 20 to Aug 9, 2010<br>(E-105 to E-85) | 18. | **State Voter Information Guide Available for Public Examination**<br>Period in which the state Voter Information Guide for the general election will be available for public examination.<br>Gov. Code § 88006; Elec. Code §§ 9054, 9092, 13282 |
| Jul 22, 2010<br>(E-103) | 19. | **Signatures In-Lieu of Filing Fees – Independent Candidates**<br>Last day for independent candidates to turn in their petitions to the county elections official of the county in which the petition signers reside and are registered to vote. Within ten days after receipt of a petition, the county elections official shall notify the candidate of any deficiency. The candidate shall then cover the deficiency either by submitting a supplemental petition or by paying a prorated portion of the filing fee not later than August 6, 2010 (E-88). Upon receipt of the required number of in-lieu signatures, or of a sufficient combination of signatures and the prorated filing fee, the county elections official shall issue the nomination papers provisionally. Signatures may also be applied to the signature requirements on the nomination paper.<br>§§ 8105, 8106, 8302, 8405 |
| Jul 27, 2010<br>(E-98) | 20. | **Change of Candidate's Designation on Ballot**<br>Last day that any candidate may request in writing a different ballot designation than that used at the primary election. This request should be made to **both** the Secretary of State and the county elections official.                                        § 13107(e) |
| Jul 31, 2010*<br>(E-94)<br>[Date fixed by law] | 21. | **Signatures In-Lieu of Filing Fees – Supreme and Appellate Courts**<br>Last day for Justices of the Supreme and Appellate Courts to turn in their petitions to the county elections official of the county in which the petition signers reside and are registered to vote. The county elections official shall notify the candidate of any deficiency within ten days following receipt of the petitions. The candidate may then cover the deficiency either by submitting a supplemental petition or by paying a prorated portion of the filing fee not later than August 15, 2010 (E-79).                                        § 8106 |

# NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                   § 15

| | | |
|---|---|---|
| Aug 1, 2010*<br>(E-93) | 22. | **Notice of Sufficiency of Signatures in Lieu of Filing Fees – Independent Candidates**<br>Last day for the county elections official to determine the sufficiency of the in-lieu signatures submitted by independent candidates. Within ten days after receipt of a petition the county elections official shall notify the candidate of any deficiency. Before the close of the nomination period on August 8, 2008 (E-88), candidates shall either submit a supplemental petition or pay a prorated fee to cover the deficiency.                       § 8106(b)(3) |
| Aug 2, 2010<br>(E-92) | 23. | **Randomized Alphabet Drawing – Notice**<br>Last day for the Secretary of State to notify the news media and other interested parties of the place of the randomized alphabet drawing to be held at 11:00 a.m. on August 12, 2010 (E-82).<br>§ 13112(c) |
| Aug 6, 2010<br>(E-88) | 24. | **Deadline for Supplemental Signatures in Lieu of Filing Fees – Independent Candidates**<br>The last day for any independent candidate to submit any supplemental in-lieu signatures to the county elections official or to pay the prorated portion of the filing fee to cover any deficiency in the filing fee payment.                       § 8106(b)(3) |
| Aug 6, 2010<br>(E-88)<br>[5:00 p.m.] | 25. | **Independent Candidates – Declaration of Candidacy and Nomination Papers – Office For Which There is a Filing Fee**<br>Last day for an independent candidate to leave his or her declaration of candidacy and the nomination papers with the county elections official.                       §§ 8403, 8550 |
| Aug 6, 2010<br>(E-88)<br>[7:00 p.m.] | 26. | **Independent Candidates – Nomination Paper – Total Number of Signatures and Verification Method**<br>The Secretary of State must receive actual notice of the total number of signatures submitted in each county and of the method of verification to be used by the county within either two working days of the final deposit of petition sections or by the close of the circulation period, but in no event later than 7:00 p.m. on August 6, 2010 (E-88). If notice is given by telephone, written confirmation must be transmitted to the Secretary of State on the same day that the telephone notice is given.<br>Cal. Code Reg., tit. 2, § 20087; Elec. Code § 8403(c)<br><br>**Note:** The Secretary of State will immediately notify each affected county of the method of verification selected in multi-county districts. |

## NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                    § 15

| | | |
|---|---|---|
| Aug 6, 2010<br>(E-88) | 27. | **Candidate Statements in the County Official Sample Ballot Deadline**<br>Last day United States House of Representatives and State Senate and Assembly candidates may purchase space for a 250-word candidate statement in the official sample ballot(s) of the county or counties in the jurisdiction.  Candidates for State Senate and Assembly may purchase statement space only if they have agreed to voluntary expenditure limits.<br><div align=right>Gov. Code § 85601(c); Elec. Code § 13307.5</div> |
| Aug 8, 2010*<br>(E-86) | 28. | **Independent Candidates – Nomination Papers – Multi-County Districts – Total Number of Signatures**<br>Last day for county elections official to report in writing to the Secretary of State the total number of signatures submitted in that county for independent candidates seeking election in a district which includes two or more counties.          § 8403(c) |
| Aug 9, 2010<br>(E-85) | 29. | **Last Day State Voter Information Guide Available for Public Examination and Copy Delivered to the State Printer**<br>Last day for the Secretary of State to deliver copy for preparation of the state Voter Information Guide s to the Office of State Publishing. Last day of public display.<br><div align=right>Gov. Code § 88006; Elec. Code § 9082</div> |
| Aug 10, 2010<br>(E-84)<br>[Date fixed by law] | 30. | **Signatures In Lieu of Filing Fees – Supreme and Appellate Courts**<br>Last day for the county elections official to determine the sufficiency of the in-lieu signatures submitted by Supreme and Appellate Court justices.  If the county elections official determines that the petition is deficient, the county elections official shall notify the candidate of such deficiency within ten days of the petition having been left for examination.  Such candidates may, before the close of the nomination period, either submit a supplemental petition or pay a prorated fee to cover the deficiency.          § 8106(b)(3) |
| Aug 11, 2010<br>(E-83) | 31. | **Independent Candidates – Written Certification Results – Random Verification**<br>Last day for the Secretary of State to receive actual notice of each county's total valid signature certification.<br><div align=right>Cal. Code Regs., tit. 2,  § 20089(c)</div><br>Last day for the county elections officials to report the results of the random sample signature verification for any candidate running for election where a county chooses to verify the candidate's |

# November 2, 2010, General Election Calendar

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                      § 15

|  |  |  |
|--|--|--|
|  |  | nomination papers by the random sampling method.  If the county elections official telephones the actual notice, the county elections official shall send written certification on the same day that telephone notice was given.        Cal. Code Regs., tit. 2, § 20089(c) |
| Aug 12, 2010 (E-82) [11:00 a.m.] | 32. | **Randomized Alphabet Drawing** The Secretary of State shall conduct the randomized alphabet drawing at 11:00 a.m. and mail the results immediately to county elections officials so that they may determine the order in which the candidates shall appear on the general election ballot. § 13112(b) |
| Aug 12, 2010 (E-82) | 33. | **Independent Candidates – Results of Written Certification— Random Verification** Last day for the Secretary of State to compute the number of valid signatures submitted for each candidate's nomination paper, to notify the election officials of the results, and to determine whether further action is necessary. Cal. Code Regs., tit. 2, § 20090; Elec. Code § 8403 |
| Aug 15, 2010* (E-79) [Date fixed by law] | 34. | **Declaration of Candidacy – Supreme and Appellate Courts** Last day for each Justice of the Supreme and Appellate Court who must stand for confirmation at the general election to file with the Secretary of State a declaration of candidacy and pay the nonrefundable filing fee. Cal. Const., art. VI, § 16; Elec. Code §§ 8103, 8105 Last day for Justices of the Supreme and Appellate Courts to turn in their supplemental petitions in-lieu of filing fees to the county elections official of the county in which the petition signers reside and are registered to vote or pay a prorated portion of the filing fee. § 8106 |
| Aug 26, 2010 (E-68) | 35. | **Certified List of Candidates and Rotation List** Last day for the Secretary of State to prepare and send to each elections official a certified list by public office showing the name, party affiliation, and ballot designation of every person entitled to receive votes within the county at the general election who has received the nomination as a candidate for public office.        § 8148 By this date, the Secretary of State shall also provide to county elections officials a list of candidates arranged according to the randomized alphabet drawn on August 12, 2010.    §§ 8149, 13111 |

# NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                         § 15

| | | |
|---|---|---|
| Aug 26, 2010 (E-68) | 36. | **Death of a Candidate** <br> Last day for the county elections official to remove a deceased candidate's name from the general election ballot.      § 8810 |
| Aug 26, 2010 (E-68) | 37. | **Filling Vacancy on Ballot** <br> No vacancy on the ballot for the general election shall be filled except by reason of the death of a candidate occurring on or before this date.      § 8803 |
| Aug 30, 2010 (E-64) | 38. | **Independent Candidates – Nomination Papers Forwarded to the Secretary of State – Office For Which There is a Filing Fee** <br> Last day for the county elections official to file the nomination papers of an independent candidate with the Secretary of State.      Cal. Code Reg., tit 2, § 20090; § 8403 |
| Aug 30, 2010 (E-64) | 39. | **Independent Candidates – Nomination Signatures – Written Certification – 100% Certification** <br> Last day for the county elections official to report the results of checking each signature to a nomination paper. This reporting date is used if all counties in a district choose this method of verification or if the Secretary of State orders the checking of every signature.      Cal. Code Regs., tit. 2, §§ 20089(d), 20090(b)(2) |
| Sep 3, 2010 (E-60) | 40. | **Special Absentee Voter Ballot Applications** <br> First day county elections official may process applications for special absentee voter ballots. Any application received by the county elections official prior to this day shall be kept and processed on or after this date.      §§ 300(b), 3103 |
| Sep 3 to Sep 13, 2010 (E-60 to E-50) | 41. | **Report of Registration – 60-Day County Report** <br> Period in which county elections official shall send to the Secretary of State a summary statement of the number of persons registered by political party in their counties and in each political subdivision thereof as of September 3, 2010 (E-60).      § 2187(a), (c) & (d)(4) |
| Sep 6* to Oct 19, 2010 (E-57 to E-14) | 42. | **Statement of Write-in Candidacy and Nomination Papers** <br> Period in which all write-in candidates must file their statement of write-in candidacy and nomination papers with the county elections official.      § 8601 |
| Sep 13, 2010 (E-50) | 43. | **Voter Registration Files to the Secretary of State** <br> Last day for county elections officials to send the Secretary of State a copy of their registrant load files of all voters registered prior to September 3, 2010 (E-60).      §§ 2187(c) & (d)(4) |

# NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                              § 15

| | | |
|---|---|---|
| Sep 13, 2010<br>(E-50) | 44. | **Report of Registration – 60-Day County Report Summaries Due**<br>By this date, each county elections official shall send to the Secretary of State a summary statement of the number of persons registered as of September 3, 2010 (E-60).          § 2187(d)(4) |
| Sep 17, 2010<br>(E-46) | 45. | **Report of Registration – 60-Day Statewide Report Published**<br>Date projected by the Secretary of State to release a statewide report showing the number of registered voters, by party affiliation, in the state, each county, and each political subdivision. This statement is based on the summary statements sent by each county elections official by September 13, 2010 (E-50).          § 2187(b) & (d)(4) |
| Sep 15, 2010<br>(E-48)<br>[Date fixed by law] | 46. | **Candidate Nomination – Supreme and Appellate Courts**<br>Last day for the Governor to nominate a candidate for Justice of the Supreme Court or Justice of the Court of Appeal when an incumbent justice who was to have stood for confirmation at the general election did not file his or her declaration of candidacy with the Secretary of State.          Cal. Const. art. VI, § 16(d) |
| Sep 18, 2010*<br>(E-45) | 47. | **State Voter Information Guides Furnished to Counties**<br>By this date, the Secretary of State shall furnish copies of the state Voter Information Guide to those counties that do not use data processing equipment to maintain their registered voter files.  State Voter Information Guides will also be sent to all counties for their supplemental mailings to persons who registered between September 4, 2010, and October 4, 2010 (E-59 to E-29).          § 9094(b) & (c) |
| Sep 18, 2010*<br>(E-45) | 48. | **State Voter Information Guides to Specified Persons and Institutions**<br>By this date, the Secretary of State shall send a specified number of copies of the state Voter Information Guide to city and county elections officials, members of the Legislature, proponents of statewide ballot measures, public libraries, and educational institutions.          § 9096 |
| Sep 23 to Oct 12, 2010<br>(E-40 to E-21) | 49. | **Counties Mail Sample Ballots**<br>Period in which the county elections official shall mail a polling place notice and sample ballot to each registered voter.  The polling place notice may state whether the polling place is accessible to the physically handicapped.          §§ 13303, 13304 |

# NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                                    § 15

| | | |
|---|---|---|
| Sep 23 to Oct 12, 2010<br>(E-40 to E-21) | 50. | **State Voter Information Guide Mailing**<br>Between these dates, the Secretary of State shall mail state Voter Information Guides to all households in which voters were registered by September 3, 2010 (E-60).  This mailing is based on the information provided by counties' voter registration files provided to the Secretary of State by September 13, 2010 (E-50).<br>§ 9094(a)<br><br>In those counties in which such data processing equipment is not used, the county elections official shall mail the state Voter Information Guides to all voters registered by September 3, 2010 (E-60).                                    § 9094(b) |
| Oct 3, 2010*<br>(E-30) | 51. | **Notice of Early Tabulation**<br>Last day for the county governing body to notify county elections officials that certain offices or measures to be voted on are of more than ordinary public interest and will require an early tabulation and announcement.                              § 14440 |
| Oct 4 to Oct 26, 2010<br>(E-29 to E-7) | 52. | **Vote-by-Mail Voter Ballot Application**<br>Period in which any registered voter may apply to the county elections official for a vote-by-mail ballot.  Applications received before October 4, 2010 (E-29), shall be kept and processed during this application period.                          §§ 3001, 3003 |
| Oct 12, 2010<br>(E-21) | 53. | **State Voter Information Guide Mailing to be Completed**<br>Last day for the Secretary of State, or the county elections official, if appropriate, to mail state Voter Information Guides to all households with voters who registered by September 3, 2010 (E-60).                                          § 9094 |
| Oct 12, 2010<br>(E-21) | 54. | **Sample Ballots - County Mailing**<br>The last day for each county elections official to mail sample ballots to the voters.                                    § 13303 |
| Oct 18, 2010<br>(E-15) | 55. | **Close of Registration for the November 2, 2010, Statewide General**<br>The last day to register to vote in the statewide general election.  The Voter Registration Form shall be mailed (postmarked by this date) or delivered to the county elections official by this date and is effective upon receipt.  The Voter Registration Form may also be submitted by this date to the Department of Motor Vehicles or any National Voter Registration Act designated agency.<br>§§ 2102, 2107 |

# NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                    § 15

| | | |
|---|---|---|
| Oct 18, 2010<br>(E-15) | 56. | **Notice of Change of Address Within County**<br>Last day before the general election for any voter to send a notice or letter advising the county elections official of a change of address with the county.  The notice or letter shall be mailed (postmarked by this date) or delivered to the county elections official by this date.  The notice or letter may also be submitted to the Department of Motor Vehicles or any National Voter Registration Act designated agency prior to the election.  The county elections official shall correct the registration records accordingly.  The notice is in lieu of reregistering.    § 2119 |
| Oct 18 to Oct 26, 2010<br>(E-15 to E-7) | 57. | **Report of Registration – 15-Day County Report**<br>Period in which county elections officials shall send to the Secretary of State a summary statement of the number of persons registered by political party in their counties and in each political subdivision thereof as of October 18, 2010 (E-15).<br>§ 2187(a) & (d)(5) |
| Oct 19, 2010<br>(E-14) | 58. | **Statement of Write-in Candidacy and Nomination Papers**<br>Last day for write-in candidate to leave a statement of write-in candidacy and the required number of signatures on the nomination papers with the county elections official for filing with the Secretary of State.  No filing fee is required.    §§ 8601, 8604 |
| Oct 19 to Oct 26, 2010<br>(E-14 to E-7) | 59. | **New Citizen Registration Period**<br>Any person who becomes a citizen after the 15th day prior to the election may register to vote beginning on the 14th day prior to an election and ending on the seventh day prior to election day.  This registration must be executed in the county elections office.<br>§§ 331, 3500<br><br>A new citizen registering to vote after the close of registration shall provide the county elections official with proof of citizenship prior to voting and shall declare that he or she has established residency in California.    §§ 331, 3500, 3501<br><br>The ballots of new citizens shall be received and canvassed at the same time and under the same procedure as vote-by-mail voter ballots.    § 3502 |
| Oct 22, 2010<br>(E-11)<br>[Date designated by the Secretary of State] | 60. | **Certified List of Write-In Candidates**<br>Secretary of State will prepare and send to affected county elections official a certified list of write-in candidates showing the name of every write-in candidate eligible to receive votes |

# NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                                      § 15

|  |  |  |
|---|---|---|
|  |  | within the county at the General election, their addresses and the offices to which they seek election.  This list will also be mailed to each person in the affected offices. |
| Oct 22, 2010<br>(E-11) | 61. | **Computer Processing of Vote-by-Mail Ballots**<br>Counties having the necessary computer capability may begin to process their vote-by-mail ballots on this date.  This process may be completed to the point of placing the ballot information on a computer tape, but under **NO** circumstances shall a vote count be made before the close of the polls at 8:00 p.m. on November 2, 2010 (E).                                         § 15101<br><br>All other county elections officials shall start to process vote-by-mail ballots at 5:00 p.m. on the day before the election.       § 15101 |
| Oct 23, 2010*<br>(E-10) | 62. | **State Voter Information Guide Supplemental Mailing by County**<br>Last day for county elections officials to mail state Voter Information Guide to voters who registered between September 4, 2010 and October 4, 2010 (E-59 to E-29), inclusive.                                                                § 9094(c) |
| Oct 26, 2010<br>(E-7) | 63. | **Report of Registration – 15-Day County Report Summaries Due**<br>By this date, each county elections official shall send to the Secretary of State a summary statement of the number of persons registered as of October 18, 2010 (E-15).             § 2187(d)(5) |
| Oct 26, 2010<br>(E-7) | 64. | **Vote-by-Mail Voter Ballot Application**<br>Last day for the county elections official to receive any voter's application for a vote-by-mail ballot and to issue such ballot for the general election.                                           § 3001<br><br>See items #67 and #68 for exceptions. |
| Oct 26, 2010<br>(E-7)<br>[5:00 p.m.] | 65. | **Computer Program to Secretary of State**<br>Last day for counties to verify their election night vote count computer programs and deposit copies thereof with the Secretary of State.                                                               § 15001 |
| Oct 26, 2010<br>(E-7) | 66. | **New Citizens Registration Period – Last Day**<br>Last day a new citizen registering to vote after the close of registration can provide the county elections official with proof of citizenship prior to voting, and declare that he or she has established residency in California.             §§ 331, 3500, 3501 |

# November 2, 2010, General Election Calendar

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                                                           § 15

|  |  |  |
|---|---|---|
|  |  | The county elections official shall receive and canvass the ballots of new citizens at the same time and under the same procedure as vote-by-mail ballots.                                      § 3502 |
| Oct 27 to Nov 1, 2010 (E-6 to E-1) | 67. | **Special Absentee Voter – Recalled to Military Service** A registered special absentee voter recalled to service after October 26, 2010 (E-7), but before 5:00 p.m. on November 1, 2010 (E-1), may appear before the county elections official in the county in which the special absentee voter is registered or, if within the state, in the county in which he or she is recalled to service and apply for a vote-by-mail ballot which may be submitted by facsimile or by email or online transmission if the elections official makes the transmission option available.<br><br>The vote-by-mail ballot may be voted in the elections official's office or voted outside the elections official's office on or before the close of the polls on the day of the election and returned as are other vote-by-mail ballots.  To be counted, the ballot must be returned to the elections official's office in person, by facsimile transmission, or by an authorized person on or before the close of the polls on the day of the election.<br><br>If the special absentee voter appears in the county in which he or she is recalled to service, rather than the county to which he or she is registered, the elections official shall coordinate with the elections official in the county in which the special absentee voter is registered to provide the vote-by-mail ballot that contains the appropriate measures and races for the precinct in which the special absentee voter is registered.                      § 3110 |
| Oct 27 to Nov 2, 2010 (E-6 to E) | 68. | **Request for Vote-by-Mail Ballots – Late Conditions** Period in which any voter may apply in writing for a vote-by-mail ballot if he or she will be unable to go to the polls on election day. A written statement is not necessary if the vote-by-mail ballot is voted in the office of the elections official at the time of the request. The voter may designate any authorized representative to return the voted vote-by-mail ballot.                      § 3021 |
| Oct 29, 2010 (E-4) | 69. | **Report of Registration – 15-Day Statewide Report Published** Date designated by the Secretary of State to release a statewide report showing the number of registered voters, by political party affiliation, in the state, each county, and each political subdivision. This statement is based on the summary statements sent by each county elections official by October 26, 2010 (E-7).                      § 2187(b) & (d)(5) |

## NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.
§ 15

| | | |
|---|---|---|
| Nov. 1, 2010<br>(E-1)<br>[5:00 p.m.] | 70. | **Special Absentee Voter – Recalled to Military Service**<br>Last day a registered special absentee voter recalled to service after October 26, 2010 (E-7), but before 5:00 p.m. on November 1, 2010 (E-1), may obtain from the county elections official a vote-by-mail ballot which can be voted in the county elections official's office or outside the county elections official's office on or before the close of the polls and returned as are other voted vote-by-mail ballots.<br>§ 3110 |
| Nov. 2, 2010<br>(E) | 71. | **Special Absentee Voters**<br>Any registered special absentee voter who has returned to their county of registration on or before this day and to whom a vote-by-mail ballot has been mailed but not voted may apply for a second vote-by-mail ballot. The elections official shall require him or her to sign an authorization to cancel the vote-by-mail ballot previously issued, and shall then issue another vote-by-mail ballot to the voter, or certify to the precinct board that the voter is eligible to vote in the precinct polling place of his or her residence.<br>§ 3108<br><br>Last day an unregistered special absentee voter who was released from service after the close of registration and who has returned to his or her county of residence may apply in person to register with the county elections official and vote in the election. Documentary proof of release from military service is required. On or before the day of the election the county elections official shall deliver to the precinct board a list of special absentee voters registered under Elections Code section 3107.<br>§ 3107<br><br>Last day a special absentee voter who returns to the county after October 26, 2010 (E-7), may appear before the county elections official and make application for registration, a vote-by-mail ballot, or both. The county elections official shall register the voter, if not registered, and shall deliver a vote-by-mail ballot which may be voted in or outside the county elections official's office on or before the close of the polls on the day of election and returned as are other voted vote-by-mail ballots.<br>§ 3109 |
| Nov. 2, 2010<br>(E) | 72. | **General Election Day**<br>On this date, the polls shall be open throughout the state from 7:00 a.m. to 8:00 p.m.<br>§§ 1000(d), 14212<br><br>Voters who have moved from one address to another within the same county and not reregistered may vote a provisional ballot at the polling place for their current (new) address or at the office of the county elections official or at a central location designated by |

## NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                    § 15

that elections official.  The voter shall be reregistered at the place of voting for future elections.                                            § 14311

| | | |
|---|---|---|
| Nov 2, 2010<br>(E) | 73. | **Vote-by-Mail Voters' Ballots Returned in Order to be Counted**<br>Last day county elections officials may receive ballots cast by vote-by-mail voters by mail or in person.  Vote-by-mail ballots must be received by 8:00 p.m. at any polling place in the county where the voter is registered, or at the office of the elections official.  However, a vote-by-mail voter who, because of illness or other physical disability, is unable to return the ballot, may designate his or her spouse, child, parent, grandparent, grandchild, brother, sister, or a person residing in the same household as the vote-by-mail voter to return the ballot to the elections official from whom it came or to the precinct board at any polling place within the jurisdiction before the close of the polls on election day.<br><br>Last day a special absentee voter who is temporarily living outside of the United States (or is called for military service within the United States on or after October 26, 2010 (E-7)) may return his or her ballot by facsimile transmission.  To be counted, the ballot returned by facsimile transmission must be received by the voter's elections official no later than the closing of the polls on election day and must be accompanied by an identification envelope and a signed waiver of a right to a secret ballot.  A special absentee voter should return a ballot by facsimile transmission only if doing so is necessary for the ballot to be received before the close of polls on election day.<br>§§ 3017, 3020, 3103.5, 14212 |
| Nov 2, 2010<br>(E) | 74. | **Semi-Final Official Canvass**<br>Beginning at 8:00 p.m. and <u>continuously until completed</u>, the county elections official will conduct the semi-official canvass of votes and report totals to the Secretary of State at least every two hours.                                                    §§ 15150, 15151 |
| Nov 4 to Nov 30, 2010<br>(E+2 to E+28) | 75. | **Official Canvass**<br>Beginning no later than the Thursday following the election, county election officials must begin the official canvass of the precinct returns.  This canvass must be completed not later than November 30, 2010 (E+28).                      §§ 15301, 15372 |

## NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE: *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                                              § 15

| | | |
|---|---|---|
| Nov 12, 2010 (E+10) | 76. | **Provisional Ballots of Emergency Workers**<br>On or before the 10th day following the date of the election, a provisional ballot cast by an emergency worker outside of his or her home precinct must be received by the county elections official where the voter is registered. The elections official shall transmit for processing any ballot cast no later than the close of polls on election day by an emergency worker in a declared state of emergency, including any materials necessary to process the ballot, to the elections official in the county where the voter is registered to vote.                                              § 14313 |
| Nov 30, 2010 (E+28) | 77. | **Official Canvass – End**<br>No later than this date, the county elections official must complete the canvass, certify its results, and submit it to the board of supervisors.                                                                  § 15372<br><br>This is also the suggested date for the board of supervisors to declare the winners for each office and the results of each measure under its jurisdiction. The county elections official shall make and deliver to each person elected a certificate of election.<br>§§ 15400, 15401 |
| Dec 3, 2010 (E+31) | 78. | **Statement of Results to Secretary of State**<br>By this date the county elections official shall send to the Secretary of State, in an electronic format, one complete copy of the returns for all candidates for statewide office, Representative in Congress, Member of the State Senate, Member of the State Assembly, Member of the State Board of Equalization, Justice of the Court of Appeal, Judge of the Superior Court, and for all statewide measures.                                                       § 15375 |
| Dec 10, 2010 (E+38) | 79. | **Statement of the Vote**<br>Last day for the Secretary of State to prepare, certify and file a statement of the vote from the compiled election returns.    § 15501<br><br>The Secretary of State issues to each elected candidate a certificate of election.                                                     §§ 15503, 15504 |
| Feb 10 to Mar 1, 2011 (E+100 to E+119) [Dates fixed by law] | 80. | **Report of Registration**<br>Period in which county elections official shall send the Secretary of State a summary statement of the number of persons registered by party in their counties and in each political subdivision thereof as of February 10, 2011 (E+100).                                § 2187(a), (c) & (d)(6) |

# NOVEMBER 2, 2010, GENERAL ELECTION CALENDAR

NOTE:  *Asterisked dates indicate that the date falls on a Saturday, Sunday, or a holiday; if the date is also a deadline, in most cases, it will move forward to the next business day.                                    § 15

Apr 9, 2011*       81.    **Supplement to the Statement of the Vote**
(E+158)           Last day for the Secretary of State to compile a supplement to the statement of the vote, showing the number of votes cast in each county, city, Assembly district, State Senatorial district, Congressional district, and supervisorial district for each candidate for the office of Governor and United States Senator and on each statewide ballot measure.                                    § 15502

# EXHIBIT 5

1  Pamela Barnett, Pro se Plaintiff
2  2541 Warrego Way
3  Sacramento, CA, 95826
4  Telephone· (415)846-7170
5  Fax: (866)908-2252
6
7              SUPERIOR COURT OF CALIFORNIA
8
9                 COUNTY OF SACRAMENTO
10

FILED
Superior Court Of California,
Sacramento
05/10/2010
pcrescenti
By _____ , Deputy
Case Number:
34-2010-0007415

11  -----------------------------------------------x
12  Pamela Barnett                              )  Case No.
13                          Plaintiff,          )
14                    v.                        )         COMPLAINT
15  Damon Jerrell Dunn (A.K.A. Damon Dunn);     )
16  Debra Bowen individually and officially as  )  with Cal. Election Code §8001(a) 2
17  The California Secretary of State;          )
18  Edmund G. Brown Jr. (A.K.A. Jerry Brown)    )      Cal. Election Code § 8800
19  Officially as The California Attorney General )
20  and individually; and John Doe(s)          )      NVRA / HAVA related Law
21  and Jane Doe(s)                            )
22                          Defendants         )      and Jury trial for damages
23  -----------------------------------------------x
24

Department
Assignments
Case Management 35
Law and Motion 54
Minors Compromise 14

25     Plaintiff Pamela Barnett alleges:
26
27                        I - INTRODUCTION
28                             Parties
29     1. **Defendant Damon Jerrell Dunn** (a.k.a Damon Dunn, Defendant Dunn), is a
30  natural person resident in California (CA) at 3131 Michelson Unit 708W Irvine CA 92612
31  with mailing address located at 2070 Business Center Drive Suite 140 Irvine CA 92612
32  with Email damondunn@yahoo com , and is questionably on the California Republican
33  Party primary ballot as a declared candidate for the State of California Republican Party
34  Candidate for Secretary of State of California on June 8, 2010.

1    2.  **Defendant Debra Bowen** (Defendant Bowen, SOS), is a natural person sued in

2    her official capacity as the Secretary of State of the State of California (SOS), with place

3    of business located at 1500 11th Street, 5th Floor Sacramento, CA, 95814 Fax (916) 653-

4    3214 with CAL. ELEC. CODE § 10: California Code - Section 10 is the chief of elections

5    officer of the state, and has the powers and duties specified in Section 12172.5 of the

6    Government Code; and is sued individually herein for breach of Fiduciary Duty

7    3.  Defendant Edmund G. Brown Jr. (A.K.A. Jerry Brown, Defendant Brown, AG) is a

8    natural person sued in his oofficial capacity as The California Attorney General  (AG),

9    with place of business located at California Department of Justice Office of the Attorney

10    General 1300   "I" Street - Suite 125 Sacramento, California 94244-2550 is the chief law

11    enforcement officer of the state with powers and duties specified with Government code

12    to prosecute election crime; and is sued individually herein for breach of Fiduciary Duty.

13    4.  **Plaintiff Pamela Barnett**, is a natural person with place for service located at 2541

14    Warrego Way, Sacramento, CA, 95826 Telephone: (415) 846-7170 Fax. (866) 908-

15    2252, and who is duly registered to vote in California and enrolled / affiliated member of

16    the California Republican Party eligible to vote at the California Republican Party

17    Primary scheduled for June 8, 2010 and at the General Election in 2010

18    <div align="center">II - JURISDICTION</div>

19    5.  Venue is proper in the County of Sacramento and this is the proper court for this

20    complaint as the events complained of occurred within this county because it involves

21    the Secretary of State of California (SOS) and a candidate for Secretary of State as is

1   Defendant in the California statewide Republican Party Direct Primary [1], and then the

2   General Election ballots with CA Election Code (CEC) § 12; and at a Jury trial General

3   Damages be assessed were the Primary to proceed illegally, would result in Defendants

4   liability to reimburse the cost of the Republican primary and costs incurred of any

5   opposing candidate and or Plaintiff herein along with those similarly situated; and that

6   jurisdiction shall be given preference in the CA Courts with CAL. CCP. CODE § 44 [2]

7   that according to CAL. ELEC. CODE § 8800: California Code - Section 8800. No

8   candidate whose declaration of candidacy has been filed for any primary election may

9   withdraw as a candidate at that primary election. Must be removed by Judicial Order.

10                          III - BACKGROUND FACTS

11                          FIRST CAUSE OF ACTION
12          Defendant Dunn Maliciously Violated CEC § 8001 (a) 2 / NVRA / HAVA

13        6. Plaintiff realleges each and every allegation contained in the above paragraphs 1

14   through 5 with the same force and effect as though herein set forth at length omits it for

15   brevity

16        7. Plaintiff alleges that Defendant Dunn's actions constituted a violation of California

17   Civil Code § 8001(a) 2 national Voter Registration Act of 1993 (NVRA) and Help

18   America to Vote Act of 2002 (HAVA) in that defendant had at all times mentioned herein

19   with explicit knowledge of the law acts with malice.

---

[1] CAL ELEC CODE § 316: California Code - Section 316  "Direct primary" is the primary
election held on the first Tuesday after the first Monday in June in each even-numbered year, to
nominate candidates to be voted for at the ensuing general election or to elect members of a
party central committee

[2] CA CCP Code § 44, California Code - Section 44  Appeals in probate proceedings, in
contested election cases, and in actions for libel or slander by a person who holds any elective
public office or a candidate for any such office alleged to have occurred during the course of an
election campaign shall be given preference in hearing in the courts of appeal, and in the
Supreme Court when transferred thereto  All these cases shall be placed on the calendar in the
order of their date of issue, next after cases in which the people of the state are parties

8.  The California Election Code (CEC) requires that to be eligible to be a qualified candidate for Secretary of State a declared and a nominated candidate shall under §201 of the California Elections Code "be a registered voter and otherwise qualified to vote for that office at the time nomination papers are issued to the person"; and

9.  On March 13, 2009, Defendant Dunn filed a registration to vote in California and to affiliate with the California Republican Party (see Exhibit A).

10. Defendant Dunn filed his voter card registration in CA on March 13 2009, less then 8 months prior to his declaration of candidacy on November 5, 2009;

11. Further, CEC and related law requires with CEC § 8001. California Code - Section 8001. (a) No declaration of candidacy for a partisan office ... shall be filed, by a candidate unless (1) at the time of presentation of the declaration and continuously for not less than three months immediately prior to that time, or for as long as he has been eligible to register to vote in the state, the candidate is shown by his affidavit of registration to be affiliated with the political party the nomination of which he seeks, and (2) _the candidate has not been registered as affiliated with a qualified political party other than that political party the nomination of which he seeks within 12 months_, or, in the case of an election governed by Chapter 1 (commencing with Section 10700) of Part 6 of Division 10, within three months immediately prior to the filing of the declaration. (b)The elections official shall attach a certificate to the declaration of candidacy showing the date on which the candidate registered as intending to affiliate with the political party the nomination of which he seeks, and indicating that the candidate has not been affiliated with any other qualified political party for the period specified in subdivision (a) immediately preceding the filing of the declaration. This section shall not apply to

1   declarations of candidacy filed by a candidate of a political party participating in its first

2   direct primary election subsequent to its qualification as a political party pursuant to

3   Section 5100  (Emphasis added by Plaintiff)

4        12. Defendant Dunn had not been registered and enrolled / affiliated with the

5   Republican Party of California, any State, and or National Republican Party affiliation for

6   12 months as of November 13, 2010.

7        13 On or about November 5, 2009, Defendant Dunn, who had been registered and

8   enrolled / affiliated with the Florida Democratic Party within 12 months, filed the

9   declaration for his candidacy (See **Exhibit B**) for the California Republican Party

10  nomination Direct Primary with Defendant Bowen

11       14. That according to CAL. ELEC  CODE § 305: California Code - Section 305.

12  (a)"Candidate," for purposes of Section 2184, includes any person who declares in

13  writing, under penalty of perjury that he or she is a candidate, naming the office

14  (b)"Candidate," as used in Article 1 (commencing with Section 20200) of Chapter 3 of

15  Division 20, means an individual listed on the ballot, or who has qualified to have write-

16  in votes on his or her behalf counted by election officials, for nomination or for election

17  to any elective state or local office, or who receives a contribution or makes an

18  expenditure or gives his or her consent for any other person to receive a contribution or

19  makes an expenditure with a view to bringing about his or her nomination or election to

20  any elective state or local office, whether or not the specific elective office for which he

21  or she will seek nomination or election is known at the time the contribution is received

22  or the expenditure is made. The term "candidate" includes any officeholder who is

23  subject to a recall election. CEC Section 305 (c)"Candidate for public office," as used in

Complaint Page 5 of 18

# EXHIBIT 6

1    EDMUND G. BROWN JR.
      Attorney General of California
2    STEPHEN P. ACQUISTO
      Supervising Deputy Attorney General
3    ANTHONY P. O'BRIEN
      Deputy Attorney General
4    State Bar No. 232650
       1300 I Street, Suite 125
5      P.O. Box 944255
      Sacramento, CA 94244-2550
6    Telephone: (916) 323-6879
      Fax: (916) 324-8835
7    E-mail: Anthony.OBrien@doj.ca.gov
      *Attorneys for Defendants Edmund G. Brown Jr.,*
8    *Attorney General, and Debra Bowen, Secretary of*
      *State*

9

**FILED/ENDORSED**

JUN 11 2010

By. _____
      L. LUNA
      DEPUTY CLERK

10            SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                    COUNTY OF SACRAMENTO

12

13

| | |
|---|---|
| 14    **PAMELA BARNETT,** | Case No. 34-2010-00077415 |
| 15               Plaintiff, | **NOTICE OF DEMURRER AND** |
| 16       v. | **DEMURRER TO PLAINTIFF'S COMPLAINT** |
| 17    **DAMON JERRELL DUNN, ET AL.,** | **(Code Civ. Proc., § 430.10, subd. (e))** |

14 **PAMELA BARNETT,**

15                    Plaintiff,

16       v.

17 **DAMON JERRELL DUNN, ET AL.,**

18                 

19                 Defendants.

Case No. 34-2010-00077415

**NOTICE OF DEMURRER AND DEMURRER TO PLAINTIFF'S COMPLAINT**

**(Code Civ. Proc., § 430.10, subd. (e))**

Date:        October 25, 2010
Time:       9:00 a.m.
Dept:       54
Judge:      The Honorable Shelleyanne Chang
Trial Date:   Not Yet Set
Action Filed:   May 10, 2010

23    **TO PAMELA BARNETT, PLAINTIFF PRO SE:**

24      **PLEASE TAKE NOTICE** that on October 25, 2010, at 9:00 a.m., or as soon thereafter as

25 the matter may be heard in Department 54 of the above-entitled court, located at 800 9th Street,

26 Sacramento, California, defendants Edmund G. Brown Jr. and Debra Bowen will demur to the

27 Complaint of Plaintiff Pamela Barnett.

28

1    The motion will be based on this notice of demurrer, the demurrer, and the memorandum of

2    points and authorities.

3    **DEMURRER**

4    Defendants Brown and Bowen demur to Barnett's Complaint on the grounds that the

5    pleading does not state facts sufficient to constitute a cause of action. (Code Civ. Proc., § 430.10,

6    subd. (e).) More specifically, Barnett's Complaint fails to state a sufficient cause of action

7    because Damon Dunn qualified as an eligible candidate for Secretary of State, and the Complaint

8    does not allege that Brown or Bowen defrauded Barnett or breached their duties during the

9    election process. Moreover, Barnett's requested relief—including removing Dunn, Bowen, and

10    Brown from the ballot—is untimely and would substantially interfere with the conduct of the

11    election.

12    Pursuant to Local rule 2.04, the court will make a tentative ruling on the merits of this

13    matter by 2:00 p.m., the court day before the hearing. You may access and download the court's

14    ruling from the court's website at http://www.saccourt.ca.gov. If you do not have online access,

15    you may obtain the tentative ruling over the telephone by calling (916) 874-8142 and a deputy

16    clerk will read the ruling to you. If you wish to request oral argument, you must contact the

17    courtroom clerk at (916) 874-7858 (Department 53) or (916) 874-7848 (Department 54) and the

18    opposing party before 4:00 p.m. the court day before the hearing. If you do not call the court and

19    the opposing party by 4:00 p.m. on the court day before the hearing, no hearing will be held.

20    Dated: June 11, 2010              Respectfully Submitted,

21

22                             EDMUND G. BROWN JR.
                             Attorney General of California
                             STEPHEN P. ACQUISTO

23                             Supervising Deputy Attorney General

24

25                             ANTHONY P. O'BRIEN
                             Deputy Attorney General

26                             *Attorneys for Defendants Edmund G.*
                             *Brown Jr., Attorney General, and Debra*

27                             *Bowen, Secretary of State*

28    SA2010101350
    10573438.doc

## DECLARATION OF SERVICE BY E-MAIL AND U.S. MAIL

Case Name:   **Pamela Barnett v. Damon Jerrell Dunn, et al.**
No.:   **34-2010-00077415**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 11, 2010, I served the attached **NOTICE OF DEMURRER AND DEMURRER TO PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES OF DEMURRER TO PLAINTIFF'S COMPLAINT; REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S DEMURRER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pamela Barnett
2541 Warrego Way
Sacramento, CA  95826
Telephone: (415) 846-7170
 *Plaintiff in Pro Se*

Brian T. Hildreth
Bell, McAndrews & Hiltachk, LLP
455 Capitol Mall, Suite 801
Sacramento, CA  95814
Telephone:  (916) 442-7759
Fax: (916) 442-7759
E-Mail:  bhildreth@bmhlaw.com
 *Attorneys for Defendant Damon Dunn*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 11, 2010, at Sacramento, California.

_____
Brooke C. Carothers
Declarant

_____
Signature

SA2010101350
10580857.doc

# EXHIBIT 7

1  EDMUND G. BROWN JR.
   Attorney General of California
2  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
3  ANTHONY P. O'BRIEN
   Deputy Attorney General
4  State Bar No. 232650
      1300 I Street, Suite 125
5     P.O. Box 944255
      Sacramento, CA 94244-2550
6     Telephone: (916) 323-6879
      Fax: (916) 324-8835
7     E-mail: Anthony.OBrien@doj.ca.gov
   *Attorneys for Defendants Edmund G. Brown Jr.,*
8  *California Attorney General, and Debra Bowen,*
   *California Secretary of State*
9

**FILED/ENDORSED**

AUG 1 6 2010

By: A WOODWARD
        Deputy Clerk

10                SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                          COUNTY OF SACRAMENTO

12

13

14  PAMELA BARNETT,                          Case No. 34-2010-00077415

15                             Plaintiff,    **NOTICE OF DEMURRER AND**
                                             **DEMURRER TO PLAINTIFF'S FIRST**
16          v.                               **AMENDED COMPLAINT**

17  DAMON JERRELL DUNN, ET AL.,              **(Code Civ. Proc., § 430.10, subd. (e))**

18                                           Date:      October 25, 2010
                                             Time:      9:00 a.m.
19                             Defendants.   Dept:      54
                                             Judge:     The Honorable Shelleyanne
20                                                       Chang
                                             Trial Date:  Not Yet Set
21                                           Action Filed:  May 10, 2010

22

23          **TO PAMELA BARNETT, PLAINTIFF PRO SE:**

24          **PLEASE TAKE NOTICE** that on October 25, 2010, at 9:00 a.m., or as soon thereafter as

25  the matter may be heard in Department 54 of the above-entitled court, located at 800 9th Street,

26  Sacramento, California, defendants Edmund G. Brown Jr. and Debra Bowen will demur to the

27  First Amended Complaint of Plaintiff Pamela Barnett

28

                                                1

1    The motion will be based on this notice of demurrer, the demurrer, and the memorandum of

2    points and authorities.

3                                    **DEMURRER**

4    Defendants Brown and Bowen demur to Barnett's First Amended Complaint on the

5    grounds that the pleading does not state facts sufficient to constitute a cause of action. (Code Civ.

6    Proc., § 430.10, subd. (e).) More specifically, Barnett's First Amended Complaint fails to state a

7    sufficient cause of action because Damon Dunn qualified as an eligible candidate for Secretary of

8    State, and the First Amended Complaint does not allege any facts showing that Brown or Bowen

9    violated Barnett's rights or breached their duties during the election process. Moreover, Barnett's

10   requested relief—including removing Dunn, Bowen, and Brown from the General Election

11   ballot—is untimely and would substantially interfere with the conduct of the election.

12   Pursuant to Local rule 2.04, the court will make a tentative ruling on the merits of this

13   matter by 2:00 p.m., the court day before the hearing. You may access and download the court's

14   ruling from the court's website at http://www.saccourt.ca.gov. If you do not have online access,

15   you may obtain the tentative ruling over the telephone by calling (916) 874-8142 and a deputy

16   clerk will read the ruling to you. If you wish to request oral argument, you must contact the

17   courtroom clerk at (916) 874-7848 (Department 54) and the opposing party before 4:00 p.m. the

18   court day before the hearing. If you do not call the court and the opposing party by 4:00 p.m. on

19   the court day before the hearing, no hearing will be held.

20   Dated· August 13, 2010                        Respectfully Submitted,

21                                                 EDMUND G. BROWN JR.
                                                   Attorney General of California
22                                                 STEPHEN P. ACQUISTO
                                                   Supervising Deputy Attorney General
23

24                                                 *Tony O'Brien*

25                                                 ANTHONY P. O'BRIEN
                                                   Deputy Attorney General
26                                                 *Attorneys for Defendants Edmund G.*
                                                   *Brown Jr., California Attorney General,*
27                                                 *and Debra Bowen, California Secretary of*
                                                   *State*
28   SA2010101350
     10573438 doc

                                              2

## DECLARATION OF SERVICE BY E-MAIL AND U.S. MAIL

Case Name:   **Pamela Barnett v. Damon Jerrell Dunn, et al.**
No.:   **34-2010-00077415**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 16, 2010</u>, I served the attached **NOTICE OF DEMURRER AND DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES OF DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S DEMURRER, and DEFENDANTS BOWEN AND BROWN'S INDEX OF NON-CALIFORNIA AUTHORITY WITH ATTACHMENT IN SUPPORT OF DEMURER TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pamela Barnett
2541 Warrego Way
Sacramento, CA 95826
Telephone: (415) 846-7170
*Plaintiff in Pro Se*

Brian T. Hildreth
Bell, McAndrews & Hiltachk, LLP
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Telephone: (916) 442-7759
Fax: (916) 442-7759
E-Mail: bhildreth@bmhlaw.com
*Attorneys for Defendant Damon Dunn*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 16, 2010, at Sacramento, California.

Brooke C. Carothers
Declarant

Signature

SA2010101350
10602745 doc