## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Pamela Barnett v. Damon Jerrell Dunn, et al. (USDC, ED)**
No.:  **2:10-at-01201**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 24, 2010, I served the attached **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; REQUEST FOR JUDICIAL NOTICE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

| | |
|---|---|
| Nicholas S. Chrisos<br>Wendy J. Phillips<br>Orange County Counsel<br>333 West Santa Ana Blvd., Suite 407<br>Santa Ana, CA 92702-1379<br>Telephone: (714) 834-6298<br>*Attorneys for Orange County Registrar*<br>*of Voters, Neal Kelley* | Pamela Barnett<br>541 Warrego Way<br>Sacramento, CA 95826<br>*Plaintiff in Pro Se* |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 24, 2010, at Sacramento, California.

| Brooke C. Carothers | /s/ Brooke C. Carothers |
|---|---|
| Declarant | Signature |

SA2010102255
10606735.doc