1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  STEPHEN P. ACQUISTO, State Bar No. 172527
   Supervising Deputy Attorney General
3  ANTHONY P. O'BRIEN, State Bar No. 232650
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 323-6879
6    Fax: (916) 324-8835
     E-mail: Anthony.OBrien@doj.ca.gov
7  *Attorneys for Defendants Edmund G. Brown Jr.,
   California Attorney General, and Debra Bowen,
8  California Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| PAMELA BARNETT, | Case No. 2:10-cv-02216-FCD-DAD |
|---|---|
| Plaintiff, | **AMENDED NOTICE OF HEARING FOR MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| | Date: November 12, 2010 |
| DAMON JERRELL DUNN, ET AL., | Time: 10:00 a.m. |
| | Courtroom: 27 |
| Defendants. | Judge: The Honorable Dale A. Drozd |
| | Trial Date: Not Yet Set |
| | Action Filed: May 10, 2010 |

**TO PAMELA BARNETT, PLAINTIFF PRO SE, AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 12, 2010, at 10:00 a.m., in Courtroom 27 before the Honorable Dale A. Drozd at the above-entitled court, located at 501 I Street, Sacramento, California, Defendants Edmund G. Brown Jr. and Debra Bowen move to dismiss Plaintiff Pamela Barnett's First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for relief.

1  This motion is based on this notice of motion and motion, the memorandum of points and
2  authorities, the records attached to Defendants' Request for Judicial Notice, filed with this Court
3  on August 24, 2010 (Clerk's Record (CR) 3), and the records and pleadings on file in this action.

4  Dated: August 25, 2010                    Respectfully submitted,

   EDMUND G. BROWN JR.
   Attorney General of California
   STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General

   */s/ Anthony P. O'Brien*

   ANTHONY P. O'BRIEN
   Deputy Attorney General
   *Attorneys for Defendants Edmund G.
   Brown Jr., California Attorney General,
   and Debra Bowen, California Secretary of
   State*

SA2010102255
10607325.doc