Brian T. Hildreth (SBN214131)
Bell, McAndrews, & Hiltachk, LLP
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Telephone: (916) 442-7757
Facsimile: (916) 442-7759

Attorneys for Defendant,
DAMON JERRELL DUNN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAMELA BARNETT**, | Case No. 2:10-cv-02216-FCD-DAD |
| Plaintiff, | **JOINDER BY DEFENDANT DAMON JERRELL DUNN TO DEFENDANTS' ATTORNEY GENERAL AND SECRETARY OF STATE MOTION TO DISMISS, PARTS IV (A) AND (B), AND PART VII.** |
| v. | |
| **DAMON JERRELL DUNN, ET AL.** | |
| Defendants. | |
| | Date: November 10, 2010<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Judge: Hon. Frank C. Damrell<br>Trial Date: None<br>Action Filed: May 10, 2010 |

**TO THIS HONORABLE COURT AND PAMELA BARNETT, *IN PRO PER*:**

PLEASE TAKE NOTICE THAT Defendant DAMON JERRELL DUNN joins Defendants ATTORNEY GENERAL and SECRETARY OF STATE in their Motion to Dismiss Plaintiff's First Amended Complaint, and in particular Parts IV (A) and (B), and Part VII therein.

The Motion to Dismiss by Defendants Attorney General and Secretary of State is made, in part, on the grounds that Plaintiff Barnett has failed to state a claim for relief because Defendant Dunn satisfied the eligibility requirements to run for the Office of Secretary of State and is not disqualified by any purported omission on his voter registration form. Defendants argue that in fact Defendant Dunn has met all the procedural and statutory requirements to seek the office of California Secretary of State at the November 2, 2010 Statewide General Election.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Dunn joins the arguments set forth in the moving papers of Defendants Attorney General and Secretary of State, and in particular Parts IV (A) and (B), and Part VII therein.

As shown in the moving papers, all Defendants are entitled to judgment in their favor on the grounds that Plaintiff fails to state claims for relief upon which relief may be granted. In particular, Plaintiff fails to state claims for relief because Defendant Dunn has met all the procedural and statutory requirements to seek the office of California Secretary of State at the November 2, 2010 Statewide General Election. Accordingly, Plaintiff's action must be dismissed with prejudice.

///
///
///
///
///
///
///
///

**CONCLUSION**

Defendant Dunn joins the Motion to Dismiss of Defendants Attorney General and Secretary of State, Parts IV (A) and (B), and Part VII therein.  In doing so, Defendant Dunn requests the Court grant the Motion to Dismiss.

Dated: September 7, 2010                    Respectfully submitted,

                                                     BELL, McANDREWS & HILTACK, LLP

                                                     By:  /s/ Brian T. Hildreth
                                                     BRIAN T. HILDRETH
                                                     *Attorney for Defendant*
                                                     DAMON JERRELL DUNN

**PROOF OF SERVICE**

I, the undersigned, declare under penalty of perjury that:

I am a citizen of the United States, over the age of 18, and not a party to the within cause of action. My business address is 455 Capitol Mall, Suite 801, Sacramento, CA 95814.

On September 7, 2010, I served the following:

- **JOINDER BY DEFENDANT DAMON JERRELL DUNN TO DEFENDANTS' ATTORNEY GENERAL AND SECRETARY OF STATE MOTION TO DISMISS, PARTS IV (A) AND (B), AND PART VII.**

on the following party(ies) in said action:

| | |
|---|---|
| Pamela Barnett<br>2541 Warrego Way<br>Sacramento, CA 95826<br>Telephone: (415) 846-7170<br>Facsimile: (866) 908-2252 | *Plaintiff*<br>*IN PRO PER* |
| Edmund G. Brown<br>Attorney General of California<br>Stephen C. Acquisto<br>Supervising Deputy Attorney General<br>Anthony P. O'Brien<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone (916) 323-6879<br>Facsimile: (916) 324-8835<br>Email: Anthony.O'Brien@doj.ca.gov | *Attorney for Defendants*<br>EDMUND G. BROWN JR, Attorney General, and DEBRA BOWEN, Secretary of State |
| Nicholas S. Crisos<br>Wendy J. Phillips<br>Orange County Counsel<br>333 West Santa Ana Blv., Suite 407<br>Santa Ana, CA 92702-1379<br>Telephone: (714) 834-6298 | *Attorneys for Defendant*<br>ORANGE COUNTY REGISTRAR OF VOTERS, NEAL KELLY |
| Benjamin B. Wagner<br>United States Attorney<br>YOSHINOTI H. T. HIMEL<br>Assistant US Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | *Attorneys for Federal Defendant*<br>U.S. ELECTION ASSISTANCE COMMISSION |

/ / /

/ / /

/ / /

1
2  X   **BY U.S. MAIL:** By placing said document(s) in a sealed envelope and depositing said envelope, with postage thereon fully prepaid, in the United States Postal Service mailbox in Sacramento, California, addressed to said party(ies), in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
3
4
5
6  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 7, 2010 at Sacramento, California.
7
8                                         /s/ Shannon Diaz
                                          SHANNON DIAZ
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proof of Service - Joinder by Defendant Damon Jerrell Dunn to Defendants' Motion to Dismiss

1