UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



**FILED**

SEP 2 2 2010

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**PAMELA BARNETT**,
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 2:10-CV-02216-FCD-DAD

**DAMON JERRELL DUNN, ET AL.**,
Defendant(s)/Respondents(s).

---

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERKS OFFICE.**

---

**CONSENT TO JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____     Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner ( ) Defendant/Respondent
( ) Counsel for *

---

**DECLINE OF JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: 9/21/2010     Signature: _Pam Bar_

Print Name: PAMELA BARNETT
(X) Plaintiff/Petitioner ( ) Defendant/Respondent
( ) Counsel for * _____

---

*If representing more than one party, counsel must indicate name of each party responding.

Per Motion Filed 9/8/2010, I request a 3-JUDGEPANEL. I await an answer to my request as the election draws closer. This is further confirmation of my rejection of a Magistrate Judge. Pamela Barnett

PAMELA BARNETT