IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA BARNETT, | 2:10-CV-02216 KJM DAD |
| Plaintiff, | ORDER DENYING REQUEST FOR RECONSIDERATION |
| v. | |
| DAMON JERRELL DUNN, et al. | (Document #30) |
| Defendant. | |

On January 21, 2011, the undersigned, acting in his capacity as Chief District Judge of the Eastern District of California, reassigned this action from District Judge Frank C. Damrell Jr. to District Judge Kimberly J. Mueller for all further proceedings.

On February 3, 2011, Plaintiff filed a request for reconsideration of the order to replace District Judge Damrell.

When filing a motion for reconsideration, Local Rule 230(j) requires a party to show the new or different facts or circumstances claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion.

Appendix A to the Local Rules, subsection (f)(4), allows the Chief District Judge of the Eastern District to make reassignments "as are conducive to the equitable division and just, efficient and economical determination of the business of the Court." The recent appointment of a new District Judge to the Eastern District of California provides grounds for

reassignment. Plaintiff's request for reconsideration provides no legal grounds to reconsider the propriety of the reassignment.

Accordingly, Plaintiff's request for reconsideration of the order to replace District Judge Damrell is DENIED.

IT IS SO ORDERED.

Dated: February 14, 2011

CHIEF UNITED STATES DISTRICT JUDGE

2