IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

BARNETT v. DUNN et al.  Civil CASE: 10-cv-02216-FCD-DAD

**CERTIFICATE OF SERVICE**

On April 7, 2011, I, *Michael Gonzalves*, under penalty of perjury pursuant to 28 USC 1746,

1. That Declarant is over 18 years of age and not a party herein;
2. Declarant caused the service of four (4) copies of the PLAINTIFF's OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS/REQUEST FOR SANCTIONS by placing copies in a sealed mail folder properly addressed with proper postage to be served by USPS mail upon:

**Yoshinori H. T. Himel**
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814

**Brian T. Hildreth**
Bell, McAndrews & HILTACHK, LLP
455 Capitol Mall, Suite 600
Sacramento, CA 95814

**Anthony Paul O'Brien**
A.G.'s Office for the State
California Department of Justice
1300 I Street  P.O. Box 944255
Sacramento, CA 94244-2550

**Nicholas S. Chrisos, NCAED**
Orange County Counsel
333 West Santa Ana Boulevard
Suite 407
Santa Ana, CA 92702-1379

I do declare and certify under penalty of perjury:

Dated: April 7, 2011
Sacramento, California

SIGNATURE

ADDRESS  8444 Allerton Place
Elk Grove, CA 95624