1 | Pamela Barnett, Pro se Plaintiff
2 | 1215 22nd St., Apt. B
3 | Sacramento, CA, 95816
4 | Telephone: (415)846-7170
5 | Pb_realestate@yahoo.com

**FILED**

MAY 2 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7 IN THE UNITED STATES DISTRICT COURT FOR THE

8 EASTERN DISTRICT OF CALIFORNIA

10 ------------------------------------------------x

11 PAMELA BARNETT,

12                   Plaintiff,       Civil CASE: 10-cv-02216-FCD-DAD

13 v.                                              (KJM)

15 DAMON JERRELL DUNN, et al.,

17                  Defendants.

18 ------------------------------------------------x

20 JUDICIAL NOTICE PENDING THE COURT'S DECISION IN RE:

22 THE SECRETARY OF STATE'S OFFICE ADMISSION AGAINST INTEREST THAT
23 THEY <u>DO NOT VERIFY CITIZENSHIP</u> OF CALIFORNIA VOTER AFFIANTS, EAC's
24 VOTER REGISTRATION FORM WHICH BREAKS CALIFORNIA ELECTION, HAVA
25 AND NVRA LAWS, MEMORANDUM FROM SOS TO ALL CA COUNTY REGISTRARS
26 WHICH SANCTIONS CA ELECTION LAW BREAKING, FBI FINDINGS OF PRIMA
27 FACIE EVIDENCE OF VOTER/ELECTION FRAUD DURING THE 2002 ELECTION
28 FOR THE 30TH ASSEMBLY DISTRICT WHICH INCLUDES NON-CITIZEN AND
29 MULTIPLE VOTERS

31 I, Pamela Barnett, declare under penalty of perjury, pursuant to 28 U.S.C. §1746:

32      1.   Declarant / Plaintiff in esse is pro se herein without being an attorney.  Based on

33           information and belief the Plaintiff asserts the following for judicial notice.

35          SOS ADMITS AGAINST INTEREST THAT THEY AND THE COUNTY
36        REGISTRARS DO NOT VERIFY THAT VOTER AFFIANTS (APPLICANTS)
37                       ARE LEGAL CITIZENS

39      2.   After researching the California Secretary of State's procedures for verifying

40           voter affiant data, plaintiff confirmed that neither the Secretary of State's office

| | |
|---|---|
| 1 | nor any of the country registrars verify that the voter affiant is a legal U.S. citizen. |
| 2 | Plaintiff used the Brennan Center for Justice, *Making the List: Database Matching* |
| 3 | *and Verification Processes for Voter Registration, (California)* report published in |
| 4 | 2006 for a basis of her determination. ( see Exhibit 1) The Brennan Institute for |
| 5 | justice conducted a study of voter registration database implementation under the |
| 6 | new requirements of Help America Vote Act. Brennan also sent a questionnaire |
| 7 | to each state's head election official. On May 4, 2011, plaintiff verified her |
| 8 | conclusion with a Secretary of State Office employee Cathy Ingraham Kelley. |
| 9 | She confirmed that neither the county registrars nor the secretary of state's office |
| 10 | verifies citizenship of voter affiants (applicants). She stated that the SOS relied |
| 11 | on the sworn statement of the affiant and treated the issue of citizenship like a |
| 12 | "rebuttable presumption." After spending hundreds of millions of federal (USDOJ |
| 13 | Source) and California state tax dollars to build voter databases to safeguard the |
| 14 | integrity of voter registrations under Help America Vote Act, California under the |
| 15 | guidance of Debra Bowen failed to ensure that the citizenship information on the |
| 16 | California Drivers/Identification and/or Social Security records databases was |
| 17 | cross-checked with the state voter databases. According to the California section |
| 18 | of the report page CA-2, the state of California only verifies Identifying Number, |
| 19 | first name, last name, and date of birth. California does NOT verify citizenship |
| 20 | information or place of birth. |
| 21 | *Directly from report - "What fields from the voter registration form will the state* |
| 22 | *seek to match to motor vehicle or Social Security records?* Indentifying number, |
| 23 | first name, last name, and date of birth." |
| 24 | |

Bowen ignores valuable citizen verifying information data fields on the California Department of Motor Vehicles. California DMV does not pointedly ask whether or not they are a citizen (see Exhibit 2), but they ask in Block 3 in the Driver License Or Identification Card Application "to complete this section only if you ARE NOT eligible for a Social Security Number. An applicant attesting that they ARE NOT ELIGIBLE would be ruled out as non-citizens (because all U.S. citizens are entitled to a Social Security Number). However, some non-citizens like Permanent Resident aliens, receive Social Security Numbers and Social Security benefits without ever being a U.S. citizen. Block 2 asks for "State or Country for the ID number." This field would also highlight non-citizens. Finally, in the upper right corner of the form in the "For DMV Use Only" box, the DMV employee writes in an "BD/LP Code", LP stands for "legal proof". In this box is also asks for the State/Country of identification Primary Document.

The CA DMV states on its website "The issue of identification reliability, integrity, and confidentiality is of prim concern to all citizens. Eligibility for government services, issuance of various licenses, assessment of taxes, the right to vote , etc., are all determined through evaluations based on identification documents. It is critical that identification documents be authenticated and accurate in identifying each individual." (see Exhibit 3) Plaintiff continues to look for what information fields are available on the other state and federal databases the SOS and registrars could use for cross-checks.

Bowen could have checked these fields with her database cross-check but failed to do so.

Bowen's voter registration process and database cross check fails to eliminate non-citizens from the voter rolls by not validating citizenship of applicant. Non-citizens obtain drivers licenses and social security numbers.

Further, this is another example of the Election Assistance Commission's failure to oversee and safeguard the California state voter registration databases from fraudulent non-citizen voter registrations. Both the State of California and

1       the EAC fail to protect citizen suffrage rights by allowing access to voter

2       registration by non-citizens.

3

4   **CA and EAC USE VOTER REGISTRATION FORM THAT BREAKS NVRA AND HAVA**

5   **LAWS BY NOT ASKING VOTER AFFIANT FOR PLACE OF BIRTH OR IF AFFIANT IS**

6   **CURRENTLY REGISTERED TO VOTE**

7

8   Another example of gross negligence or even worse, the intentional undermining of

9   one citizen, one vote, is the state of California and the EAC use of a voter registration

10   form that breaks the law and encourages non-citizen and multiple voting. According to

11   the National Voter Registration Act (NVRA) 42 USC 1973gg(3) and HAVA the measure

12   of compliance by registration is the compelling state interest as if an applicant were also

13   obtaining a driver's license in the domiciliary state, and to which the National Mail Voter

14   Registration Form (NMVRF) fails to require an applicant's place of birth (which helps

15   election officials to ascertain information validity including citizenship status in keeping

16   with the preemptory nature of Federal law) and whether the voter registrant has

17   registered before and if so - where? (which helps election officials to eliminate election

18   fraud through duplicate registrations). California Secretary of State Debra Bowen makes

19   available on her CA SOS website the NMVRF to be used by legal residents of California

20   for actual voter registrations in all counties. (see <u>Exhibit 4</u>)  Affiant's state or country of

21   birth information is required information under California Election Code 2150,

22   Subsection 6 and prior voter registration information is required under CEC 2150,

23   Subsection 10 which states - *A prior registration portion indicating whether the affiant*

24   *has been registered at another address, under another name, or as preferring another*

25   *party. If the affiant has been so registered, he or she shall give an additional statement*

26   *giving that address, name, or party.*

1    Leading up to the 2010 CA general election, the San Diego County Registrar sent

2    correspondence asking for place of birth information to affiants that submitted the

3    NMVRF for processing.   (see Exhibit 5 County Registrar Letter) This has cost San

4    Diego County an untold amount of money to correct a problem that the EAC and

5    Secretary of State Debra Bowen have caused.  This has also caused

6    disenfranchisement of at least San Diego county voters, has even worse opened up the

7    door to non-citizen voters, and weakened the vote for all legal citizen voters of

8    California.  Plaintiff does not know if any of the other county registrars attempted to

9    correct the problem that the EAC and Bowen have caused.

10

11    ## SOS BOWEN ADMITS IN MEMORANDUM #09173 THAT THE NATIONAL MAIL
12    VOTER REGISTRATION FORM BREAKS CALIFORNIA LAW, BUT FAILS TO
13    ADDRESS THAT IT ALSO BREAKS FEDERAL LAW UNDER THE NVRA

14

15    In SOS Memorandum #09173, SOS Bowen admits that the National Mail Voter

16    Registration Form breaks California Election Code 2150, Subsection 6, which requires

17    applicant to include state or country of birth, but fails to address that it also breaks

18    federal NVRA and HAVA laws.  (see Exhibit 6) Even so, Bowen sanctions its use.

19    According to the National Voter Registration Act (NVRA) 42 USC 1973gg(3) and HAVA

20    the measure of compliance by registration is the compelling state interest as if an

21    applicant were also obtaining a driver's license in the domiciliary state, and to which the

22    National Mail Voter Registration Form (NMVRF) fails to require an applicant's place of

23    birth (which helps election officials to ascertain information validity including citizenship

24    status in keeping with the preemptory nature of Federal law). Bowen also fails to

25    acknowledge that the National Form also breaks CEC, Subsection 10 that requires that

there be a prior registration portion indicating whether the affiant has been registered at another address, under another name, or as preferring another party. If the affiant has been so registered, he or she shall give an additional statement giving that address, name, or party.

SOS office states the following:

*Accepting the National Form: Election Officials Do Not Need to Determine Registrant's Country or state of birth (if born in the U.S.) or country of birth (if born outside of the U.S.)*

*This requirement can be found in two places:*

*Elections Code section 2150 (a)(6), which states in part:*

*(a) The affidavit of registration shall show:*

*(6) The state or country of the affiant's birth.*

*Elections Code section 2157 which states in part:*

*(a) Subject to this chapter, the affidavit of registration shall be in a form prescribed by regulations adopted by Secretary of State. The affidavit shall:*

*(Contain the information prescribed in Section 2150.*

*However, the requirement that a person provide this information to register to vote only applies to someone registering to vote using the state voter registration form that is developed pursuant to state law and regulation. State law does not require a person using the National Form to provide any additional information beyond what is contained on the national Form in order to register.*

*The requirement that state and local elections officials accept the National Form from any person applying to register to vote can be found in the National Voter Registration Act (NVRA) 42 U.S.C. Sec. 1973gg-4 (a) which reads in part:*

1          *(1) Each State shall accept and use the mail voter registration*

2               *application form prescribed by the Federal Election Commission*

3               *[now the Election Assistance Commission] pursuant to section*

4               *1973gg-7(a)(2) of this title for the registration of voters in*

5               *elections for Federal Office.*

6         *(2) In addition to accepting and using the form described in*

7               *paragraph (1), a State may develop and use a mail voter*

8               *registration form that meets all of the criteria stated in section*

9               *1973gg-7(b) of this title for the registration of voters in elections*

10               *for Federal Office.*

11 *So, while (2) permits states to develop their own voter registration forms, (1) requires*

12 *states to (unless they have been exempted under the NVRA) accept as complete a*

13 *voter registration application submitted by a person using the National Form.*

14
15       FBI INVESTIGATION DETERMINED PRIMA FACIE EVIDENCE OF VOTER
16            REGISTRATION FRAUD BY NON-CITIZEN VOTERS

17     The harm caused by Democrat Debra Bowen's grossly lax voter registration

18 standards enforcement (intentional or not) has real consequences. <u>Dean Gardner of</u>

19 <u>Bakersfield, CA lost the election by 197 votes for the 30th Assembly District in 2002</u>

19 <u>Bakersfield, CA lost the election by 197 votes for the 30th Assembly District in 2002</u>

20 <u>because of voter registration fraud of non-citizen voters and multiple voters.</u> (Information

21 previously submitted in First Amended Complaint, the article from the Porterville Post,

22 *Voter Fraud Simple, Easy and Undeniable,* Aug. 10, 2010. Dean Gardner and his wife

23 Ruth Gardner researched why Dean lost when Dean was ahead in the polls by 18%.

24 They mailed out 14,000 questionnaires to Democrat voters in the district. In that simple

25 questionnaire, a monetary award was to be given if it was accurately returned.

26 Completed questionnaires totaling 2,650 were returned. Here are the three questions

27 that they had to honestly answer and return.

*1.) Do you live at such-a-such address, and fill in the blank.*
*2.) Are you a citizen of the U.S.?*
*3.) Are you working on getting your citizenship?*

According to Ruth, "A few more than 700 of these questionnaires, according to the U.S. Postal Service - were undeliverable, no such person, no such address, no such house - and 54 of those people voted."

Continuing with the results, Mrs. Gardner stated, "1,691 questionnaires were returned by electors. 93 admitted 'in writing' they were not citizens. 273 stated that they were not registered to vote and did not live in the 30th Assembly district. One woman who lives in Porterville, CA. voted twice, while 69 more admitted they voted more than once."

Summarizing from the article, Mrs. Gardner said, "The bottom line of all these 2,650 returned questionnaires, 1,318 had voting irregularities. 37% of the democrat votes were fraudulent and of the 2,650 votes we can prove that 905 were illegal." These results and completed questionnaires were given to the Bakersfield FBI office in 2003. Dean Gardner confirmed with me that the FBI told him there was "evidence of prima facie voter fraud". However, the FBI did nothing to try to overturn the election. The FBI never gave back the research materials or written investigation results to Dean Gardner. Plaintiff called the Bakersfield, FBI on April 1, 2011 and requested that they send to Plaintiff a copy of their findings and a copy of the original research materials. They did not call back and Plaintiff called them again May 20, 2011. The person who answered the phone told plaintiff she was transferring me to an agent that knew of Dean Gardner's file. The person who answered confirmed that there was a report and said that I could NOT have a copy of the research or the investigation findings, but she would check with

1   her supervisor to make sure. Plaintiff told her there was a lawsuit against the state for
2   voter fraud and she needed a file copy.

3       Plaintiff asks the court to order the FBI to turn over all materials to the court as it
4   proves that voter and election fraud in California is a huge problem and that Plaintiff's
5   case demands an immediate hearing on the merits as a statewide election is
6   approaching in November and Plaintiff would be asking for a massive audit of California
7   voter registration databases as the state of California is not protecting the civil rights of
8   any of its citizens when it comes to their right to vote and to fair elections..

9   3. I do solemnly declare under penalty of perjury with 28 USC §1746 and the laws of the
10  State of California this date May 23, 2011 in the County of Sacramento, that the facts
11  and circumstances described above are true and correct to the best of my knowledge.

12
13                                              Pamela Barnett,
14
15                                              Sacramento, CA, 95816

**EXHIBIT 1**

# Making the List:

## Database Matching and Verification Processes for Voter Registration

by

Justin Levitt, Wendy R. Weiser, and Ana Muñoz



BRENNAN
CENTER
FOR JUSTICE
AT NYU SCHOOL OF LAW

VOTING RIGHTS &
ELECTIONS SERIES

March 24, 2006

# California

## Registration Deadline

Forms must be received or postmarked 15 days before an election.T[1]

## Database Implementation Status

California currently maintains a bottom-up registration system: forms processed at the county level are periodically uploaded to the statewide database.[2] Anticipating that it would not be able to meet the January 1, 2006, deadline for the creation of a HAVA-compliant system, California entered into a memorandum of understanding with the U.S. Department of Justice ("DOJ MOU") concerning the implementation of the state's statewide voter registration system ("CalVoter").[3]

## Entering Voter Registration Information

*Who inputs voter registration information?* County boards of registrars generally review and enter information from voter registration forms in their jurisdictions into the county systems.

*What happens to voter registration forms submitted at state registration agencies?* Forms received by the Secretary of State, the Department of Motor Vehicles ("DMV"), or another voter registration agency are sent to the appropriate county registrar for review and entry.[4] If an application is mistakenly delivered to an inappropriate county registrar, it will be forwarded to the correct county registrar, but the application will only be valid for elections occurring at least 29 days after the application is received.[5]

*How are most forms submitted?* California reported that in 2004, 59% of forms were submitted by mail, 23% were submitted in person to election officials, 8% were submitted at the DMV, 6% were submitted at another voter registration agency, and 5% were submitted by other means.[6]

## Voter Registration Form

The relevant portions of the voter registration form are included at the end of this section.[7]

## Processing of Forms Without Identifying Numbers

*How will the state treat an application with an affirmative indication that the applicant has no valid identifying number?* The state will attempt to match the applicant's information (see below); if an appropriate identifying number can be found through the match process, that number will be applied to the applicant's record. Otherwise, the applicant will be assigned a unique voter registration number. If the applicant is otherwise eligible, she will be considered registered, but will have to show identification at the polls.[8]

*How will the state treat an application without an identifying number and without an affirmative indication that the applicant has no such number?* The state will attempt to match the applicant's information (see below); if an appropriate identifying number can be found through the match process, that number will be applied to the applicant's record. Otherwise, the applicant will be assigned a unique voter registration number; if the applicant is otherwise eligible, she will be considered registered, but will have to show identification at the polls.[9]

*How will the state treat an application listing an identifying number that is either incomplete or illegible?* Under regulations adopted pursuant to the DOJ MOU, it appears that if uncorrected (see below), the application will be rejected for voters who register other than by mail; for an applicant registering by mail, if the applicant is otherwise eligible, she will be considered registered, but will have to show identification at the polls.[10]

## Matching Against Motor Vehicle and Social Security Records

*What fields from the voter registration form will the state seek to match to motor vehicle or Social Security records?* Identifying number, first name, last name, and date of birth.

*How precise is the match standard?* California intends to use an exact match standard, but has not yet finalized the criteria by which a match will be sought.

*How much human intervention is involved in determining whether information is matched?* California intends to use a fully automated system, but has not yet completed system design and has not yet fully determined the extent of human discretion that will be involved.

*Description of matching process*: California has not yet determined the process by which a match will be sought for information on forms listing a driver's license number. Information on forms listing SSN digits will be automatically checked against the SSA database through the standard AAMVA process: the county elections official will submit an entered record to the DMV database, which will automatically submit the appropriate fields to the SSA and return a code indicating whether the record was successfully matched or not.

*What are the consequences if the state cannot find a match?* Under regulations adopted pursuant to the DOJ MOU, it appears that if uncorrected (see below), the application will be rejected for voters who register other than by mail; for an applicant registering by mail, if the applicant is otherwise eligible, she will be considered registered, but will have to show identification at the polls.[11]

## Notice and Opportunity to Resolve Errors

*Does the applicant have the opportunity to correct a missing or incomplete identifying number, without submitting a new form?* Yes. The applicant may correct missing or incomplete information at any point before the voter registration deadline.

*Does the applicant have the opportunity to resolve a failed match, without submitting a new form?* Yes. The applicant may submit information to resolve a failed match at any point before the voter registration deadline.

*If information on an otherwise timely application is corrected after the voter registration deadline, is the correction timely?* No.

*Description of notice and correction process:* The county registrar will contact – by telephone if possible, and otherwise by mail – an applicant whose identifying number is missing, incomplete, or unverified.[12] The applicant may correct any errors until the voter registration deadline, by submitting verifiable identifying numbers or a copy of valid identification by mail or in person. Under regulations adopted pursuant to the DOJ MOU, it appears that an applicant without identifying numbers that have been verified by the voter registration deadline may still vote if she applied by mail and provides identification at the polls, but that she may not vote any ballot that will count if she did not apply by mail.[13]

## Identification Requirements at the Polls

*Who must provide identification at the polls?* A first-time voter registering by mail whose identifying numbers have not been verified must show ID at the polls.

### Forms of ID:

| | |
|---|---|
| 1st-time voters registering by mail without verified identifying number: | current and valid photo ID<br>current utility bill w/ name, address<br>bank statement w/ name, address<br>government check w/ name, address<br>government paycheck w/ name, address<br>other gov't document w/ name, address |

*What forms of identification are accepted?* A current and valid photo ID provided by a third party in the ordinary course of business (including a state driver's license or ID card, passport, employee photo ID card, commercial establishment's photo ID card, credit or debit card with photo, military photo ID card, student photo ID card, health club photo ID card, insurance plan photo ID card, or public housing photo ID card), or a current utility bill, bank statement, government check, government paycheck, or other government document that shows the voter's name and address.[14]

*What are the consequences of failing to show identification?* The voter may cast a provisional ballot.[15] The ballot will be counted if the signature on the provisional ballot matches the signature on the appropriate voter registration form.[16]

## Statutes and Regulations

CAL. ELEC. CODE §§ 2000 *et seq.* generally concern registration of voters. CAL. ELEC. CODE § 2168 directs the Secretary of State to establish and maintain a statewide voter

registration system. CAL. CODE REGS. tit. 2, §§ 19001 *et seq.* comprise the applicable regulations.

## End Notes

Note: Pursuant to the recommendation of state officials, county officials were also interviewed for this summary.

[1] CAL. ELEC. CODE § 2102. New California residents may register up to seven days before a general election, in the county elections office; these new residents must also vote in the county elections office. CAL. ELEC. CODE § 3400.

[2] electionline.org, *Assorted Rolls: Statewide Voter Registration Databases Under HAVA*, June 2005, *available at* http://www.electionline.org/Portals/1/EB11.FINAL1.pdf, at 15; CAL. ELEC. CODE § 2168.

[3] Memorandum of Agreement (Nov. 2, 2005), http://www.usdoj.gov/crt/voting/hava/ca_moa.htm; *Help America Vote Act: The Endgame*, electionline Weekly (Dec. 8, 2005), *available at* http://www.electionline.org/Newsletters/tabid/87/ctl/Detail/mid/643/xmid/166/xmfid/3/D efault.aspx.

[4] The Secretary of State is required to forward application forms to the appropriate county within one working day of receipt. CAL. CODE REGS. tit. 2, § 19050.8(b).

[5] CAL. ELEC. CODE § 2114.

[6] Election Assistance Commission, The Impact of the National Voter Registration Act of 1993 on the Administration of Elections for Federal Office 2003-2004, June 30, 2005, tbl. 2, *available at* http://www.eac.gov/NVR_Spreadsheets/NVRA_table_2.html. Due to rounding, the percentages listed may exceed 100%.

[7] The voter registration form that California has made available online is the federal form.

[8] CAL. CODE REGS. tit. 2, §§ 20108.65, 20108.70.

[9] *Id.* §§ 20108.65, 20108.70; *see also* CAL. ELEC. CODE § 2150(7) ("No person shall be denied the right to register because of her or her failure to furnish one of these numbers, and shall be so advised on the voter registration card."). Before the DOJ MOU, some California counties indicated that they followed a different procedure. One county explained that the voter would be notified of the need to supply the appropriate information *before the close of registration;* if the voter did not correct the omission, she would only be able to vote a provisional ballot, to count only if the signature on the ballot matched the signature on the registration application form.

[10] CAL. CODE REGS. tit. 2, §§ 20108.37(b), 20108.38. Section 20108.37(b) appears to state that an applicant with an unverified identifying number is to be designated "pending," and may not be entered into the statewide voter registration system to vote a regular ballot; section 20108.38 appears to state that an applicant submitting her form by mail with an unverified identifying number must be entered into the statewide voter registration system with a notation that she may only vote a regular ballot if she shows identification before Election Day or at the polls. Neither section acknowledges any potential conflict with the other.

[11] CAL. CODE REGS. tit. 2, §§ 20108.37(b), 20108.38. Section 20108.37(b) appears to state that an applicant with an unverified identifying number is to be designated "pending," and may not be entered into the statewide voter registration system to vote a regular ballot; section 20108.38 appears to state that an applicant submitting her form by

mail with an unverified identifying number must be entered into the statewide voter registration system with a notation that she may only vote a regular ballot if she shows identification before Election Day or at the polls. Neither section acknowledges any potential conflict with the other.

[12] CAL. ELEC. CODE § 2153.

[13] CAL. CODE REGS. tit. 2, §§ 20108.37(b), 20108.38 determine who may be entered into the statewide voter registration system; section 20108.18(b) of the same title requires that the statewide system be used to determine whether a provisional ballot will be counted. Therefore, a voter who is not entered into the statewide system will not be able to cast a regular ballot, and also will not be able to cast a provisional ballot that will be counted.

[14] *Id.* § 20107 lists particular forms of identification that qualify, but while HAVA permits the use of a paycheck with the individual's name and address, the California regulation specifies that the paycheck must be issued by the government. However, the same regulation also states that "[t]her section shall be liberally construed to permit voters and new registrants to cast a regular ballot. Any doubt as to the sufficiency of proof or a document presented shall be resolved in favor of permitting the voter or new registrant to cast a regular ballot." *Id.*

[15] *Id.* § 20107(c).

[16] CAL. ELEC. CODE § 14310(c)(1).



## Who Can Use this Application

If you are a U.S. citizen who lives or has an address within the United States, you can use the application in this booklet to:

■ Register to vote in your State,

■ Report a change of name to your voter registration office,

■ Report a change of address to your voter registration office, or

■ Register with a political party.

## Exceptions

Please do not use this application if you live outside the United States and its territories and have no home (legal) address in this country, or if you are in the military stationed away from home. Use the Federal Postcard Application available to you from military bases, American embassies, or consular offices.

**New Hampshire** town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form.

**North Dakota** does not have voter registration.

**Wyoming** law does not permit mail registration.

## How to Find Out If You Are Eligible to Register to Vote in Your State

Each State has its own laws about who may register and vote. Check the information under your State in the State Instructions.

*Note:* All States require that you be a United States citizen by birth or naturalization to register to vote in federal and State elections. Federal law makes it illegal to falsely claim U.S. citizenship to register to vote in any federal, State, or local election.

*Also Note:* You **cannot** be registered to vote in more than one place at a time.

## How to Fill Out this Application

Use both the Application Instructions and State Instructions to guide you in filling out the application.

First, read the Application Instructions. These instructions will give you important information that applies to everyone using this application.

Next, find your State under the State Instructions. Use these instructions to fill out Boxes 6, 7, and 8. Also refer to these instructions for information about voter eligibility and any oath required for Box 9.

## When to Register to Vote

Each State has its own deadline for registering to vote. Check the deadline for your State on the last page of this booklet.

## How to Submit Your Application

Mail your application to the address listed under your State in the State Instructions. Or, deliver the application in person to your local voter registration office.

The remaining States that accept the national form will accept copies of the application printed from the computer image on regular paper stock, signed by the applicant, and mailed in an envelope with the correct postage.

## First Time Voters Who Register by Mail

If you are registering to vote for the first time in your jurisdiction and are mailing this registration application, you may be required to provide proof of identification the first time you vote.

Depending on the specific requirements of your State, you may avoid providing identification at the polls when you vote for the first time by mailing a copy of an identification document together with this application. The list of acceptable documents is included in the State Instructions.

**Do not include original documents with this application.**

**Please read the accompanying State Instructions to determine the voter identification requirements for your State.**

---

### If You Were Given this Application in a State Agency or Public Office

If you have been given this application in a State agency or public office, it is your choice to use the application or not.

If you decide to use this application to register to vote, you can fill it out and leave it with the State agency or public office. The application will be submitted for you. Or, you can take it with you to mail to the address listed under your State in the State Instructions. You also may take it with you to deliver in person to your local voter registration office.

Note: The name and location of the State agency or public office where you received the application will remain confidential. It will not appear on your application. Also, if you decide not to use this application to register to vote, that decision will remain confidential. It will not affect the service you receive from the agency or office.

---

**1**

# Application Instructions

Before filling out the body of the form, please answer the questions on the top of the form as to whether you are a United States citizen and whether you will be 18 years old on or before election day. If you answer no to either of these questions, you may not use this form to register to vote. However, state specific instructions may provide additional information on eligibility to register to vote prior to age 18.

## Box 1 — Name

Put in this box your full name in this order — Last, First, Middle. Do not use nicknames or initials.

*Note:* If this application is for a change of name, please tell us in **Box A** *(on the bottom half of the form)* your full name before you changed it.

## Box 2 — Home Address

Put in this box your home address (legal address). Do **not** put your mailing address here if it is different from your home address. Do **not** use a post office box or rural route without a box number. Refer to state-specific instructions for rules regarding use of route numbers.

*Note:* If you were registered before *but this is the first time you are registering from the address in Box 2,* please tell us in **Box B** *(on the bottom half of the form)* the address where you were registered before. Please give us as much of the address as you can remember.

*Also Note:* If you live in a rural area but do not have a street address, *or* if you have no address, please show where you live using the map in **Box C** *(at the bottom of the form).*

## Box 3 — Mailing Address

If you get your mail at an address that is different from the address in Box 2, put your mailing address in this box.

*Note:* If you have no address in Box 2, you **must** write in Box 3 an address where you can be reached by mail.

## Box 4 — Date of Birth

Put in this box your date of birth in this order — Month, Day, Year. *Be careful not to use today's date!*

## Box 5 — Telephone Number

Most States ask for your telephone number in case there are questions about your application. However, you do **not** have to fill in this box.

## Box 6 — ID Number

Federal law requires that states collect from each registrant an identification number. You must refer to your state's specific instructions for item 6 regarding information on what number is acceptable for your state. If you have neither a drivers license nor a social security number, please indicate this on the form and a number will be assigned to you by your state.

## Box 7 — Choice of Party

In some States, you must register with a party if you want to take part in that party's primary election, caucus, or convention. To find out if your State requires this, see item 7 in the instructions under your State.

If you want to register with a party, print in the box the full name of the party of your choice.

If you do **not** want to register with a party, write "no party" or leave the box blank. Do **not** write in the word "independent" if you mean "no party," because this might be confused with the name of a political party in your State.

*Note:* If you do not register with a party, you can still vote in general elections and nonpartisan (nonparty) primary elections.

## Box 8 — Race or Ethnic Group

A few States ask for your race or ethnic group, in order to administer the Federal Voting Rights Act. To find out if your State asks for this information, see item 8 in the instructions under your State. If so, put in Box 8 the choice that best describes you from the list below:

American Indian *or* Alaskan Native
Asian or Pacific Islander
Black, *not of* Hispanic Origin
Hispanic
Multi-racial
White, *not of* Hispanic Origin
Other

## Box 9 — Signature

Review the information in item 9 in the instructions under your State. Before you sign or make your mark, make sure that:

(1) You meet your State's requirements, and

(2) You understand **all** of Box 9.

Finally, sign your **full** name or make your mark, and print today's date in this order — Month, Day, Year.

If the applicant is unable to sign, put in Box D the name, address, and telephone number (optional) of the person who helped the applicant.

Revised 10/29/2003

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| Are you a citizen of the United States of America? | ☐ Yes ☐ No | This space for office use only. |
|---|---|---|
| Will you be 18 years old on or before election day? | ☐ Yes ☐ No | |

If you checked "No" in response to either of these questions, do not complete form.
(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

**1** | (Circle one) Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV

**2** | Home Address | Apt. or Lot # | City/Town | State | Zip Code

**3** | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** | Date of Birth / / Month Day Year | **5** | Telephone Number (optional) | **6** | ID Number - (See item 6 in the instructions for your state)

**7** | Choice of Party (see item 7 in the instructions for your State) | **8** | Race or Ethnic Group (see item 8 in the instructions for your State)

**9** | I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: Month Day Year

If you are **registering to vote for the first time**: please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV

If you were **registered before** but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

**B** | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C** |
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example

Route #2

● Grocery Store

Woodchuck Road

Public School ●     X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

## California

**Registration Deadline** — 15 days before the election.

**6. ID Number** When you register to vote, you must provide your California driver's license or California identification card number, if you have one. If you do not have a driver's license or ID card, you must provide the last four digits of your Social Security Number (SSN). If you do not include this information, you will be required to provide identification when you vote.

**7. Choice of Party** Please enter the name of the political party with which you wish to register. If you do not wish to register with any party, enter "Decline to State" in the space provided.

California law allows voters who "decline to state" an affiliation with a qualified political party or who affiliate with a nonqualified political party to vote in the primary election of any qualified political party that files a notice with the Secretary of State allowing them to do so. You can call 1-800-345-VOTE or visit www.ss.ca.gov to learn which political parties are allowing nonaffiliated voters to participate in their primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in California you must:

- be a citizen of the United States
- be a resident of California
- be at least 18 years of age at the time of the next election
- not be imprisoned or on parole for the conviction of a felony
- not currently be judged mentally incompetent by a court of law

Signature is required. If you meet the requirements listed above, please sign and date the registration card in the space provided.

### Attention: Proof of Voter Identification

*(Pursuant to the Help America Vote Act of 2002)*

#### Voting in person:

- A <u>first-time</u> voter who registers by mail must present to the appropriate state or local election official:
  1) a current and valid photo identification; or
  2) a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter.

#### Voting by mail:

- A <u>first-time</u> voter who registers by mail must submit a **COPY** of one of the following documents with his or her absentee ballot:
  1) current and valid photo identification; **OR**
  2) current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter.

#### For Those Who Register by Mail:

Persons who register to vote by mail and submit a driver's license number that the state or local election official can match with an existing state identification record will not be required to provide identification when they vote. Additionally, voters will not be required to provide identification when they vote if they are: (i) provided the right to vote otherwise than in person under the Voting Accessibility for the Elderly and Handicapped Act; or (ii) entitled to vote otherwise than in person under any other Federal law.

These identification requirements only apply to elections in which there is a federal office on the ballot. If you do not provide proof of identification, you may cast a provisional ballot.

**Mailing address:**

Secretary of State
Elections Division
1500 11th Street
Sacramento, CA 95814



## California

**Registration Deadline** — 15 days before the election.

**6. ID Number** When you register to vote, you must provide your California driver's license or California identification card number, if you have one. If you do not have a driver's license or ID card, you must provide the last four digits of your Social Security Number (SSN). If you do not include this information, you will be required to provide identification when you vote.

**7. Choice of Party.** Please enter the name of the political party with which you wish to register. If you do not wish to register with any party, enter "Decline to State" in the space provided.

California law allows voters who "decline to state" an affiliation with a qualified political party or who affiliate with a nonqualified political party to vote in the primary election of any qualified political party that files a notice with the Secretary of State allowing them to do so. You can call 1-800-345-VOTE or visit www.ss.ca.gov to learn which political parties are allowing nonaffiliated voters to participate in their primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in California you must:

• be a citizen of the United States
• be a resident of California
• be at least 18 years of age at the time of the next election
• not be imprisoned or on parole for the conviction of a felony
• not currently be judged mentally incompetent by a court of law
Signature is required. If you meet the requirements listed above, please sign and date the registration card in the space provided.

### Attention: Proof of Voter Identification

*(Pursuant to the Help America Vote Act of 2002)*

**Voting in person:**

• A first-time voter who registers by mail must present to the appropriate state or local election official:
1) a current and valid photo identification; or

2) a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter.

**Voting by mail:**

• A first-time voter who registers by mail must submit a **COPY** of one of the following documents with his or her absentee ballot:
1) current and valid photo identification; **OR**
2) a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter.

### For Those Who Register by Mail:

Persons who register to vote by mail and submit a driver's license number that the state or local election official can match with an existing state identification record will not be required to provide identification when they vote. Additionally, voters will not be required to provide identification when they vote if they are: (i) provided the right to vote otherwise than in person under the Voting Accessibility for the Elderly and Handicapped Act; or (ii) entitled to vote otherwise than in person under any other Federal law.

These identification requirements only apply to elections in which there is a federal office on the ballot. If you do not provide proof of identification, you may cast a provisional ballot.

**Mailing address:**

Secretary of State
Elections Division
1500 11th Street
Sacramento, CA 95814



## About the Brennan Center

The Brennan Center for Justice at New York University School of Law unites thinkers and advocates in pursuit of a vision of inclusive and effective democracy. The organization's mission is to develop and implement an innovative, nonpartisan agenda of scholarship, public education, and legal action in the areas of Democracy, Poverty, Criminal Justice, and Liberty and National Security, promoting equality and human dignity while safeguarding fundamental freedoms. The Center's Democracy Program supports practical and administrable election reforms that foster full and equal political participation. For more information, please see www.brennancenter.org or call 212-998-6730.



BRENNAN
CENTER
FOR JUSTICE
AT NYU SCHOOL OF LAW

161 Avenue of the Americas
12th Floor
New York NY 10013

212 998-6730 tel
212 995-4550 fax

www.brennancenter.org

# Making the List:

## Database Matching and
## Verification Processes
## for Voter Registration

*by*

Justin Levitt, Wendy R. Weiser,
and Ana Muñoz



BRENNAN
CENTER
FOR JUSTICE
AT NYU SCHOOL OF LAW

VOTING RIGHTS &
ELECTIONS SERIES
March 24, 2006

# Acknowledgments

The Brennan Center for Justice at New York University School of Law sincerely appreciates the time of the election officials in 46 states and the District of Columbia who responded to this survey. The Brennan Center acknowledges the assistance and cooperation received from these offices, and gratefully extends its thanks.

The Brennan Center also extends special thanks to Sam Munger, who provided substantial research vital to the production of this report, to Renée Paradis, who provided substantial statutory analysis, and to Paul, Weiss, Rifkind, Wharton & Garrison LLP, which contributed further significant research assistance.

This report was prepared under the auspices of the Brennan Center's Democracy Program. The Center is grateful for the generous support provided for the Democracy Program by an anonymous donor, the Carnegie Corporation of New York, the Knight Foundation, the Open Society Institute, and the Rockefeller Family Fund. The statements made and views expressed in this report are the responsibility solely of the Brennan Center.

## About the Authors

Justin Levitt is an Associate Counsel with the Brennan Center, working on election administration and voting rights concerns. Before joining the Brennan Center, he was in-house counsel to a national voter registration and mobilization organization and the Director of Strategic Targeting for a national presidential campaign. A graduate of Harvard Law School and the Kennedy School of Government, he clerked for Judge Stephen Reinhardt of the U.S. Court of Appeals for the Ninth Circuit. He may be contacted at justin.levitt@nyu.edu.

Wendy R. Weiser is a Deputy Director of the Democracy Program at the Brennan Center and coordinates the Center's work on voting rights and election reform and its fair courts project. Prior to joining the Brennan Center, she was a senior staff attorney at NOW Legal Defense and Education Fund and a litigation associate at Paul, Weiss, Rifkind, Wharton & Garrison. After receiving her J.D. from Yale Law School and her B.A. from Yale College, she clerked for Judge Eugene H. Nickerson of the U.S. District Court for the Eastern District of New York. She can be reached at wendy.weiser@nyu.edu.

Ana Muñoz is a Research Associate with the Brennan Center, working primarily on election administration and voting rights concerns. Prior to joining the Brennan Center, she worked on voter registration and turnout campaigns in Arizona and Oregon, and served as a coordinator of 2004ward, a group which trained and organized college students to work on voter registration initiatives across the country. She received a B.A. in History from Yale College in 2004.

© 2006. This paper is covered by the Creative Commons "Attribution-No Derivs-NonCommercial" license (see http://creativecommons.org). It may be reproduced in its entirety as long as the Brennan Center for Justice at NYU School of Law is credited, a link to the Center's web page is provided, and no charge is imposed. The paper may not be reproduced in part or in altered form, or if a fee is charged, without the Center's permission. Please let the Center know if you reprint.

# Table of Contents

Introduction ................................................................................................................ i

Executive Summary ...................................................................................................... ii

Background ................................................................................................................... 1

    The new databases ................................................................................................. 1
    Duplicate entries and unique identifiers ............................................................. 1
    Verifying identity of selected voters .................................................................... 2
    The new process from the voter's perspective ................................................... 2
    The limits of databases ......................................................................................... 4

Findings ........................................................................................................................ 7

    Four key categories of state policy ...................................................................... 7
    Criteria for matching ............................................................................................ 8
    Consequences of a failed match ......................................................................... 16
    Incomplete information ...................................................................................... 18
    Opportunity to correct errors ............................................................................ 19

Recommendations ...................................................................................................... 23

    Recommendations for match criteria ................................................................ 23
    Recommendations for addressing failed matches ............................................ 24
    Recommendations for addressing forms with incomplete information .......... 24
    Recommendations for correcting errors ........................................................... 25
    Other recommendations for databases and the registration process .............. 26
    Recommendations for databases and continuing list maintenance ................ 28

Methodology ............................................................................................................... 31

Scope of State Summaries in Appendix ..................................................................... 33

Report Glossary .......................................................................................................... 34

# Making the List:

## Database Matching and Verification Processes for Voter Registration

This report is the first comprehensive summary of critically important new voter registration procedures effective in most states at the beginning of 2006.

Federal law now requires, as of January 1, 2006, that states create and maintain statewide databases to serve as the central source of voter registration information. Citizens' ability to get on the rolls—and thus their ability to vote and have their votes counted—will now depend on the policies and procedures governing the use of these databases in the voter registration process. Evidence demonstrates that poor policy and procedure choices could result in the unwarranted disenfranchisement of millions of eligible citizens attempting to register to vote. The new statewide databases, and their role in the voter registration process, are poorly understood, but extremely consequential.

This report, issued just as the state databases begin to come online, presents the first comprehensive catalog of the widely varying state database practices governing how (and in some cases, whether) individuals seeking to register will be placed on the voter rolls. The report covers each state's voter registration process, from the application form up through Election Day—including the intake of registration forms, the manner in which information from the forms may be matched to other government lists, the consequences of the match process, and any opportunity to correct errors. Each variation at each step of the process has tangible consequences for voters seeking to register and vote in 2006 and beyond.

*Making the List* is the result of an extensive national survey of state election officials, supplemented by a review and analysis of the relevant state statutes and regulations. It is the best available summary of current and anticipated state practices employed to place new registrants on the rolls, using the new voter registration databases. In addition to state-by-state summaries, this report includes detailed policy recommendations regarding the registration process, based on the best practices in the states and comparative research from other fields. These recommendations are intended to ensure that computerized voter registration lists are compiled and maintained as accurately as possible, in a manner that minimizes the risk that eligible voters will be unintentionally or unfairly disenfranchised.

This report is intended to serve as a resource for election officials, legislators, citizens, and advocates interested in safeguarding access to the franchise and making effective use of the new statewide databases. We hope that the information in this report will contribute to greater understanding of the policies states are currently contemplating to govern the voter registration process, as well as the best policy options available.

# Executive Summary

In 2006, virtually every state will experience serious changes in its voter registration process. The Help America Vote Act of 2002 (known as "HAVA") now requires that states create and maintain statewide databases to serve as the central source of voter registration information. Citizens' ability to get on the rolls—and thus their ability to vote and have their votes counted—now depend on the policies governing the use of these databases in the voter registration process. While good policy choices could help the voter registration process run more smoothly than ever, poor policy choices could result in the unwarranted disenfranchisement of millions of eligible citizens attempting to register to vote.

After an extensive national survey, the Brennan Center for Justice at NYU School of Law presents the first comprehensive catalog of the widely varying state database practices that will now govern how individuals get onto the voter rolls. Our survey found that:

- A few states—Nebraska and Oregon, for example—plan to implement voter registration databases for their intended purposes: to help clean the registration rolls, to provide those new voters who are subject to identification requirements with a convenient alternative means to confirm their identity, and to promote the smooth administration of a process that enables every eligible citizen to vote. States like Minnesota and Wisconsin go further, offering Election Day registration as an additional safeguard for citizens who have encountered unforeseen problems in the registration process.

- In contrast, a few states have adopted database policies that create unwarranted barriers to the franchise. Iowa, South Dakota, Texas, and Washington, for example, report that they will reject the application of citizens whose information cannot be matched to the state's motor vehicles database or the database of the Social Security Administration, barring the applicant entirely from the polls. And Maryland will reject such applicants unless they provide certain identification documents by the registration deadline. A 2004 trial run in New York City showed that up to 20% of eligible new applicants could have been rejected under such a rule solely because of data entry errors by election officials, and the Social Security Administration is now showing a 28.5% failed "match" rate nationwide.

- In the rest of the country, implementation of HAVA's database provisions seems to be mixed: some state policies are good, fulfilling the intent of the law while minimizing the burdens on eligible citizens, and others create unnecessary hurdles for eligible voters.

Fortunately, most state policies are not yet either codified or hard-wired. Indeed, some may have changed since this report was issued. This report is intended not only to shed light on states' plans, but also to encourage them to bring their policies in line with best practice. To that end, the Brennan Center offers recommendations for the proper implementation of HAVA's database provisions. These include recommendations that states enact:

- Policies to account for the wide variety of common database matching errors by ensuring that the match process will not bar registration of an eligible voter.

- Reasonable guidelines for matching voter information to other government databases, with built-in flexibility and ample opportunity to correct the mistakes that arise.

- Standards for clarifying registration forms, for ensuring accurate data entry from the forms into registration databases, and for keeping database information updated.

- Clear, transparent, and voter-protective procedures for database maintenance and purging, to ensure that eligible voters are able to get on—and stay on—the voter rolls.

Brennan Center staff are available to discuss these recommendations in more detail, and to assist officials, advocates, and interested citizens more generally in implementing the new statewide voter registration databases in a voter-protective manner. For additional materials, including the state-by-state analyses of the policies and procedures summarized here, please see www.brennancenter.org.

# Background

In the 2000 elections, the states' varying systems of election administration were tested under a national spotlight. Many longstanding problems in the administration of federal and state elections suddenly became salient. In the aftermath of the elections, policymakers turned their attention to some of these problems. The Help America Vote Act of 2002 (HAVA) was the federal government's first attempt to devise some solutions.

## The new databases

One of HAVA's centerpieces is its requirement that each state create and use a single computerized statewide voter registration database by January 1, 2006. Previously, in most states, each county was responsible for its own list. This resulted in spotty and inconsistent standards for keeping the lists up to date, and little practical ability to keep track of voters who moved across county lines. As of January 1, however, each state is now required to maintain a single official database of registered voters, subject to uniform state standards. This requirement is intended to ensure that voter registration lists are as complete and accurate as possible.

## Duplicate entries and unique identifiers

The HAVA drafters also recognized that existing state voter lists were plagued by duplicate entries, representing individuals who had moved within the state or who for other reasons had registered multiple times. These duplicates—part of the registration list's "deadwood"—clutter the rolls, create confusion, and artificially depress turnout estimates by inflating the apparent number of registered voters. In mandating statewide databases, Congress sought to mitigate the duplicate problem. Michigan, one of the models for HAVA's database provisions, had managed to cut its deadwood by 600,000 to 1 million after implementing a statewide voter registration database in which each voter's entry was associated with a unique identifying number. Consequently, to help resolve duplicate entries, HAVA requires that each voter's statewide database entry contain a numerical key used to uniquely identify each voter.

To supply this numerical key, HAVA requires that most applicants provide, on the voter registration form, a current and valid driver's license number to be used as a unique identifying number. If the applicant does not have a current and valid driver's license, HAVA requires that she provide the last four digits of her Social Security number. (The full number is not required in most states, for privacy reasons.) Although these four digits alone will not be unique within a state (there are only 10,000 possible combinations of four digits), in combination with an individual's name and birth date, they should uniquely identify any given voter. Finally, if the applicant has neither a current and valid driver's license nor a Social Security number, the state must create and assign her a unique identifying number.

HAVA also created an additional step to ensure that the unique identifying numbers are correct, so that individuals are not mismatched in the databases. HAVA requires election

officials to try to "match" information from the registration form with information in the state's motor vehicles database (for forms with driver's license numbers) or the Social Security Administration database (for forms with Social Security digits), to verify that the identifying number is correct. Without this step, a mistake or typographical error might cause states to wrongly presume two individuals to be the same because they appear to share the same unique identifying number—and mistakenly overwrite the valid information of an eligible voter.

## Verifying identity of selected voters

This match process also serves another purpose in HAVA's statutory scheme. HAVA represents a compromise between legislators who wished to subject many voters to identification requirements and those who believed that ID requirements exclude legitimate voters. For one class of registrations in which fraud was seen as more likely to be an issue— those submitted by voters registering for the first time in a given jurisdiction, and doing so by mail—HAVA requires that states attempt to verify the registrants' identities before voting.

The statute recognizes, however, that there are several ways in which the identity of a first-time voter registering by mail can be verified. First, the voter may present—either at registration, at the polls, or in between—a form of documentary identification, including a current photo ID, utility bill, bank statement, government check, paycheck, or another government document listing the voter's name and address.

Second, and in the alternative, if the registrant's information matches information in the state's motor vehicles database or the Social Security administration's database, HAVA also recognizes this match as a verification of the applicant's identity. HAVA therefore exempts individuals whose information is matched in this way from its ID requirements for first-time voters who register by mail. This is the only consequence of the match process that is specifically mentioned in HAVA.

Third, HAVA leaves states the discretion to use alternate means to verify a voter's identity. If a first-time voter who registered by mail neither "matches" nor provides ID, HAVA entitles her to cast a provisional ballot that will be counted if the state determines that she is eligible under state law to vote. States use a variety of means to verify a provisional voter's eligibility, including signature matches, verification mailings, and sworn affirmations.

## The new process from the voter's perspective

From the voter's point of view, a state's implementation of HAVA's database provisions changes the registration process in a few significant ways. Before HAVA, in most states, a voter would submit a voter registration form—directly or indirectly—to a county or municipal official, and information on that form would be entered directly into a local list, for transfer to the pollbook. Now, when a voter submits her form to the local official, a number of steps intervene on the way from form to pollbook:

- First, the official reviews the form for a driver's license number or Social Security digits. If no number appears on the form (or if the entry is illegible), the state may presume that the applicant lacks such a number,[1] and a unique identifier will be assigned. Or the state or local entity may presume that the applicant has made an error, decide whether the error is material or immaterial, and decide how it may be resolved.

- Second, for forms with a complete driver's license number or Social Security digits, the state will attempt to match the information on the application form with information in the motor vehicle or Social Security databases. Different states will have different criteria for determining when information is deemed to "match," and different abilities to account for typos and similar errors.

- Third, in the event that the state cannot find a match, the state will notify the voter and may provide an opportunity to resolve the problem. States vary, of course, in the processes used to resolve mismatches.

- Fourth, in some states, the result of the match process will affect whether the voter is put on the pollbooks, and if so, under what conditions she may vote. In a few states, the voter will be kept off of the rolls entirely if no match is found; in most others, the match process will not be an absolute barrier to registration. Most states will flag entries in the pollbooks if no match is found, at least for first-time voters registering by mail, to indicate that the voter must show ID in order to vote a regular ballot. Conversely, if a match is found, some states will note that the voter (at least, a first-time voter registering by mail) need *not* show ID.



[1] Some, but not all, states' forms include some space for the voter to indicate that she has neither a driver's license number nor a Social Security number.

These additional intervening steps can be used—as HAVA intended—to foster more efficient election administration, or—contrary to HAVA's intent—to impose additional hurdles on voter registration. As noted above, most states plan to use the verification and matching process to try to ensure that the most accurate unique identifying numbers are associated with each registrant's record, so that the record can be identified should the registrant move or re-register. And many states also plan to use the verification and matching process to provide an alternate means of confirming the identity of first-time voters who register by mail. In contrast, a handful of states plan to use the matching process as a barrier or screen: only those for whom a successful match can be found may proceed through registration. This is a dramatic change from established registration practice, is not warranted by—indeed, is contrary to—HAVA, and creates significant problems for the eligible voter.

## The limits of databases

Using the match process as a barrier to registration creates problems for eligible voters because of the inherent limitations of databases. All large databases have errors—glitches like typos, transposed names, and omitted information. Such errors could prevent a legitimate match for two records that in fact reflect the same individual. Also, databases compiled at different times and for different purposes record information differently, which makes it even more difficult to find proper matches: "William" may not match "Will" or "Billy"; a maiden name may not match a married name. A sample of these problems are outlined in the following table:

| The Problem(s) with Matching: Examples of Potential Database Errors | | |
|---|---|---|
| **Name of Registrant** | | |
| **Source of Error** | **On Voter Registration Form** | **In Database** |
| Typos | Pierce | Peirce or Pearce or Perce or Pierrce |
| Transliteration | Mohammad | Muhammed |
| Marriage | Mary Pierce (née Owens) | Mary Owens or Mrs. Martin Pierce |
| Nickname | Sam Pierce | Samuel Pierce |
| Transposed field | Bao Lu | Lu Bao |
| Double names | "Mary Ann" (first) "Pierce" (last) | "Mary" (first") "Ann" (middle) "Pierce" (last) |
| Hyphenated name | "Mary" (first) "Owens-Pierce (last) | "Mary" (first") "Owens" (middle) "Pierce" (last) |
| Punctuation | al-Amin | al Amin |
| **Date of Birth** | | |
| **Source of Error** | **On Voter Registration Form** | **In Database (Voter, DMV and/or SSA)** |
| Typos | 01/03/05 | 02/03/05 or 1/00/05 or 1/03/05 or 11/03/05 |
| Transposed field | 01/03/05 | 03/01/05 or 05/01/03 |
| Invented default | 01/03/05 | 01/01/05 (submitted only as January 2005) |

Such errors occur quite frequently in large databases, and could create enormous problems for new registrants if additional hurdles—or absolute bars—are imposed in the event the state cannot successfully find a match. A sample run in New York City in late 2004, for example, foreshadowed the scope of the problem: an audit conducted after attempting to

match 15,000 records in the voter registration database against those in the state motor vehicle database revealed that almost 20% of those records did not match because of typos by election officials. If the right to vote were conditioned on a proper match, up to 20% of new voter registrations would have been rejected *solely* because of data entry errors completely unrelated to eligibility. There are protocols and programs available to reduce this error rate, but even the most sophisticated matching technologies—which are not being used in most states—will leave many eligible voters unmatched. Depending on the state's policies and procedures, these eligible voters may end up disenfranchised, through no fault of their own.

Despite these limitations, databases can and should be used as tools to improve the voter registration and record-keeping process for both voters and election officials. But states must account for, and avoid compounding, the unavoidable limitations of databases and record matching procedures. Many states have recognized these limitations and adopted policies accordingly, as this report shows below. Unfortunately, in a few outlier cases, a tool meant to smooth the road to accurate registration has instead been used to create a significant pothole.

# Findings

## Four key categories of state policy

This report catalogs states' policies and procedures with respect to the new voter registration process under HAVA, paying particular attention to the policy choices that may affect an eligible citizen's voting rights.

As a result of HAVA, when a citizen now attempts to register to vote, she must (in most states) submit her driver's license number or state identification card number, if she has one; if not, she must submit the last four digits of her Social Security number. (If she has neither number, the state must assign her a unique identifying number.) Most states then attempt to match information on the voter registration form—including this "identifying number"—to information in other government databases, including the driver's license database of the state motor vehicles department or the database maintained by the Commissioner of Social Security.

State practices regarding this matching process—and its effect on a citizen's voter registration—vary widely. The survey reveals that there are four primary ways in which these state practices differ:

1.  **Match criteria:** First, states vary in the criteria they use to determine whether the information on a voter registration form matches information in another government database. Some states use a fairly flexible standard, to account for typos and other mistakes; other states use a very exacting standard that does not compensate for these kinds of errors. The more exacting the standard, the more likely that a minor error prevents an eligible match—decreasing the chance that the state's database stays clean.

2.  **Failed match:** Second, states vary in the consequences they impose when they are unable to find a match between information on a citizen's application for voter registration and information in another government database. Some states implement the limited identification procedure required by HAVA for first-time voters who register by mail; other states place additional burdens on the voter or reject the application outright. The more burdensome the consequences, the more likely that eligible citizens will be barred from the polls because of errors in the process.

3.  **Incomplete information:** Third, states vary in the way in which they treat applications submitted with a missing, illegible, or incomplete identifying number. Some states check whether the right number can be located in another database, or assign a new unique identifier and then register the applicant; other states immediately reject the application. The more rigid the response, the more likely that an eligible citizen will not be registered due to a minor and immaterial mistake.

4. **Correcting errors**: Finally, states vary in the opportunities they provide to resolve errors in the matching process. All states notify the voter when a problem occurs, but they differ in the form such notice takes and the process by which errors can be resolved. The greater the opportunity for correction, the less likely it is that errors will remain unresolved and create problems at the polls for eligible voters.

Each of these categories reflects a different opportunity for states to address the errors that inevitably arise in the registration process, including common errors that have no bearing on a citizen's eligibility to vote. There are many ways in which errors arise: the applicant may make an honest mistake on the form, transposing a number or omitting a digit; an elections clerk may make an honest mistake in data entry, such as a typo or a mistake in reading hand-writing; there may be a mistake in other government databases, such as in those maintained by a state department of motor vehicles or the Social Security Administration; or there might simply be a mismatch between two correct sources of information, such as a woman listed with a maiden name in one database and a married name in another.

None of these mistakes mean that the applicant is ineligible to vote, but any of them may keep eligible citizens from the polls, depending on a state's practices. In general, the more accommodating the state's approach in each area, the more likely it is that eligible voters will retain the opportunity to vote; conversely, the less accommodating the approach, the more likely it is that eligible voters will be barred from the polls.

We now discuss the states' intended practices in relation to each category. This following discussion represents a snapshot of state intentions in early 2006; state policies are, in many cases, still developing as election officials develop experience with the statewide voter registration databases.[2]

# 1. Criteria for matching: state practices

States employ different criteria to determine whether information on a voter registration application matches information in another government database. Some states use a flexible match standard, requiring that fields match substantially, but not exactly: for example, under such a "substantial match" standard, "Michael" would match "Michael," but might also match "Mike," "Micheal," "M.," or even "Michaela." Some states require each character of each field to be the same: under such an "exact match" standard, "Michael" would match only "Michael," and would not match any of the other variants above. Some states' criteria fall in between.

The more exacting the match criteria, the greater the likelihood of a "false negative," in which a match between two records will not be found when the records in fact belong to the same person. The possibility for error is exacerbated as the number of compared fields (name, date of birth, etc.) increases, because of the increased opportunity for typos or similar mistakes. Conversely, the more flexible the match criteria, the greater the likelihood of a "false positive," in which two records are deemed to match when they do *not* belong to the same person. This effect, however, is mitigated as the number of compared fields (name,

[2] Neither Hawaii nor North Dakota is reflected in the tallies of individual state practices below. Hawaii did not respond to this survey, and no relevant policies were reflected in its state statutes or regulations. North Dakota has no system of voter registration at all, and does not collect any of the information described in this report.

date of birth, etc.) increases, because each field acts as a double-check on the others.

Other industries—including the security, insurance, and health care industries—compare information from multiple sources all the time. Standard practice in these industries accounts for the balance between "false negatives" and "false positives" by comparing multiple fields using sophisticated and flexible matching protocols. The flexibility of the protocol is tuned to the application: more flexible when it is more important to err on the side of catching every true match (e.g., when comparing an airline manifest to a watch list for terrorists, it is more important to make sure that no name that should be matched slips off of the list—that is, it is more important to minimize "false negatives"); less flexible when it is more important to err on the side of catching every true mismatch (e.g., when comparing a class list to a list of kids who are exempt from an immunization shot, it is more important to make sure that no name gets on the exemption list that shouldn't be—that is, it is more important to minimize "false positives").

In the voter registration context, most states appear to have built some flexibility into their match criteria, at least when comparing records based on driver's license numbers. Unfortunately, our survey found that when comparing records submitted with Social Security digits, contrary to standard industry practice, many states may not be using the most appropriate matching criteria for the job.

## Records with driver's license numbers

Consider first the attempt to match records of applicants submitting a driver's license or state identification card number. Eleven states[3] use or plan to use some form of a "**substantial match**" standard to seek matching records. In these states, motor vehicle records are culled—either by an automated process or by manual review—to produce a list of possible matches. An election official reviews this list of possible matches, to determine whether any of these records represents the applicant.

An example will help demonstrate the "substantial match" systems used by these 11 states. Consider a voter registration record application submitted by Jane Elizabeth Smith, born February 5, 1975, ID #123456789. The motor vehicle records might include any of the following potential matches:

| | | | | |
|---|---|---|---|---|
| 1. | #123456789 | Jane Elizabeth Smith | 02/05/1975 | (all fields identical) |
| 2. | #123456889 | Jane Elizabeth Smith | 02/05/1975 | (typo in ID) |
| 3. | #123456789 | Jane Elizabeth Smith | 05/02/1975 | (swapped month/date of birth) |
| 4. | #123456789 | Joan Elizabeth Smith | 02/05/1975 | (mistake in first name) |
| 5. | #123456789 | Jane S. Martin | 02/05/1975 | (married name) |
| 6. | #123456789 | Martin Brown | 11/08/1955 | (ID typo for different person) |

The culling algorithm used in the particular state will determine which "possible match" records are returned; each algorithm has a different capacity to accommodate typos or other common errors. Some algorithms, for example, will find example #6 (where the ID numbers appear to match) but not #2 (where they do not). Others will find #2 (where the

[3] AK, AR, CO, FL, IL, IN, NC, NH, OR, VT, and WY.

names are the same) but not #6 (where they are not). An official will then review the possible matches to determine whether any represent the same individual.

At the time of this survey, **8 of the 11 states** using a "substantial match" standard had not determined precisely how they would select a list of "possible match" records, but intended to employ flexible criteria to do so.[4]

**Florida**'s "substantial match" system is based on the way in which it generates driver's license numbers. Florida generates a test number for a would-be voter in the same way that it would generate a driver's license number for a driver: it derives a basic set of characters from the applicant's name, date of birth, and gender such that individuals with similar names and birthdates (like "Tim Johnson" and "Tom Jensen") end up with the same basic character set.[5] It then produces its "possible match" list by returning all motor vehicle records which match either this generated test number or the license number listed on the voter registration form.

**Vermont**'s "substantial match" system is even more dependent on human intervention. Vermont election officials regularly receive a duplicate copy of the full state driver's license database. The officials search this copy of the driver's license database for the individual on the voter registration form, looking first for an exact match of the driver's license number, name, address, and date of birth. If no exact match is found, the officials will keep checking for variants and typos, searching manually through the database for partial matches if need be. **Alaska**'s system is similar, but officials directly access the driver's license database, looking for a match based on either the identifying number or the name.

**Fifteen states** plan to use a sort of **hybrid system**, requiring an "exact match" of every character in one field, but permitting "substantial matches" of one or more other fields.[6] These systems are designed to be somewhat flexible, but are still susceptible to failure in the event of typos. **Montana**'s system is among the most flexible of the hybrids. To generate its "possible match" list, the system returns records that exactly match *either* identifying number, first name, or date of birth; the returned records are then ranked by the number of fields that match exactly.

**Seven** of the **15 states**[7] with this sort of hybrid system will generate "possible match" records for election official review by returning records for which the identifying number matches exactly. **Pennsylvania** similarly returns for official review records matching the identifying number and the first two letters of the last name. Because each of these 8 states make the identifying number the keystone of a match, if there is an error in the identifying number, as in example #2 above—on the application form, as entered by election officials, or in the motor vehicles database—a match will not be found. If the identifying number is correct, however, other errors in the record, such as typos in the spelling of the name, will be subject to human judgment. **Minnesota** uses a slight variation of the above scheme, returning records matching *either* the identifying number *or* the last name, first initial, and date of birth. This gives some flexibility in the event of an error in the identifying number; Minnesota would find example #2 above, where the other hybrids would not.

[4] AR, CO, IL, IN, NC, NH, OR, and WY. Oregon will not only use a "substantial match" protocol, but if the state can find a match despite a "scrivener's error" in the identifying number, it will correct the identifying number on the applicant's behalf. Colorado has indicated that it will consider nicknames and common name variants a match, and will account for minor errors (e.g., omission, transposition) in the identifying number, but has not determined precisely how the match will be carried out.

[5] When Florida produces a real driver's license number, it adds unique digits to this basic set to distinguish a "Tim Johnson" from a "Tom Jensen."

[6] AZ, DE, IA, ID, MI, MN, MT, NE, NJ, NY, PA, RI, UT, WA, and WI.

[7] DE, ID, NE, NJ, RI, UT, and WI.

8 In Arizona's system, the last name must have five letters in common, and the first name must have three letters in common.

9 CA, LA, MA, MD, ME, MO, MS, SD, and TX.

10 AK, AZ, DE, IL, IN, LA, MA, ME, MN, MS, and WI.

11 AK, IL, and IN.

12 AZ, DE, MN, and WI.

13 LA, MA, ME, and MS.

14 7 states (GA, HI, KY, NM, SC, TN, and VA) collect the registrant's full Social Security number and do not ask for a driver's license number or state identification card number.

15 CA, CO, FL, IA, ID, MD, MI, MO, MT, NC, NE, NH, NJ, NY, OR, PA, RI, SD, TX, UT, VT, WA, WV and WY.

16 Iowa's contract with the Social Security Administration indicates that the SSA may only be willing to match information for voter registration through AAMVA, which would render the AAMVA standard the *de facto* national standard.

17 Indeed, as of January 2006, the Social Security Administration reported that 28.5% of the first 143,000 attempted matches—over 40,000 voters—had been rejected. This rate—more than 1 in 4 voters—most likely reflects an enormous number of "false negatives."

Curiously, AAMVA has devised a *different* matching protocol to compare information for the purposes of issuing driver's licenses than the protocol described in this report, which is used only in voter registration. The AAMVA protocol for issuing driver's licenses is more flexible—and less prone to error—than the protocol for voter registration described above.

In contrast, 5 of the 15 states use or plan to use hybrid systems that are dangerously close variants of an overall "exact match" standard. These systems leave a little flexibility to account for a limited range of data errors, but only in certain circumstances. **Iowa** and **Washington** will seek an exact match of the identifying number, last name, and date of birth, but will accept variations of the applicant's first name—they would find example #4 above, but not #2, #3, or #5. **Arizona** will seek exact matches of the number and date of birth, and find substantial matches of the name[8]—it would find example #4, and might find example #5, but would not find examples #2 or #3 above. **Michigan** will seek exact matches of the number, last name, and first initial of the first name, but will find all other substantial matches —it would find examples #1, #3, and #4 above, but not examples #2 or #5. **New York** will seek an exact match of the identifying number; for all such records, the system will return a code stating *whether* the name, date of birth, or address match exactly (in examples #4 and #5 above, the official would see only a code stating that date of birth matches but name does not). The official then has the discretion to determine whether enough fields match to constitute a matching record.

Finally, **9 states**[9] use or plan to use an "**exact match**" standard likely to lead to many "false negatives." In these states, certain fields are selected (usually the identifying number, first name, last name, and date of birth; some states include the applicant's middle initial or current address), and records are deemed to match only if each and every character of each selected field matches exactly. Using this method, only example #1 above would be returned as a match; all other examples would be rejected.

## Records with Social Security digits

There is a similar division in how states approach the records of an applicant submitting the last four digits of her Social Security number—except that even more states plan to use a rigid "exact match" standard. **Eleven states**[10] use or plan to use the same system noted above that they will use for driver's license or identification card numbers (3 "substantial matches,"[11] 4 hybrid,[12] 4 "exact matches"[13]).[14] **Twenty-four states**[15] instead use or plan to use a common "exact match" procedure developed by the Social Security Admininstration and the American Association of Motor Vehicle Administrators, which is likely to lead to many "false negatives."[16] Under this procedure, an automated system will seek an exact match of the applicant's last four SSN digits, first name, last name, month of birth, and year of birth. A code will then be returned indicating only whether or not an exact match was found. Using the examples above, only example #1 would be returned as a match; all others would be rejected.[17]

**Tennessee** and **Virginia**—both of which collect a full SSN (all nine digits), and do not request either a driver's license or state identification card number—use hybrid systems that are variants of the "exact match" standard. Tennessee seeks an exact match of the SSN, last name, and date of birth, and a substantial match of the first name. Virginia seeks an exact match of the SSN and date of birth and a substantial match of name. Tennessee would find examples #1 and #4 above; Virginia would find examples #1, #4, and #5. Neither state would find the others.

## Matching Driver's License Numbers

| | Match Standard | Match Fields | Match Process | Likelihood of error |
|---|---|---|---|---|
| AK | substantial | ID #, name, DOB | official searches database directly | moderate |
| AL | did not respond | ID #, name, DOB | did not respond | ? |
| AR | substantial | ID #, last name, DOB | official checks a list of possible matches | moderate |
| AZ | hybrid | exact ID #, DOB substantial name | system finds matches automatically | high |
| CA | undecided (will likely use exact) | ID #, name, DOB | undecided (likely: system finds matches automatically) | very high |
| CO | substantial | ID #, name, DOB | undecided | ? |
| CT | undetermined* | ID #, name, DOB | undetermined* | ? |
| DC | undecided | ID #, name, DOB | undecided | ? |
| DE | hybrid | exact ID # substantial name, DOB, address | official searches database directly | moderate |
| FL | substantial | name, DOB, gender | official checks a list of possible matches | moderate |
| GA | no match system | no match system | no match system | n/a |
| HI | did not respond | did not respond | did not respond | ? |
| IA | hybrid | exact ID #, last name, DOB substantial first name | official checks a list of possible matches | very high |
| ID | hybrid | exact ID # substantial name, DOB | official checks a list of possible matches | significant |
| IL | substantial | undecided | undecided | ? |
| IN | undecided (likely: substantial) | ID #, name, DOB | undecided (likely: checks list of possible matches) | moderate |
| KS | undecided | ID #, name, DOB | undecided | ? |
| KY | no match system | no match system | no match system | n/a |
| LA | exact | ID #, name (accounting for maiden name), address | system finds matches automatically | very high |
| MA | undecided (likely: exact) | ID #, last name, first initial, DOB | undecided (likely: system finds matches automatically) | very high |
| MD | exact | ID #, name, DOB | system finds matches automatically | very high |
| ME | undecided (likely: exact) | ID #, name, DOB | undecided | ? |
| MI | hybrid | exact ID #, last name, first initial, DOB substantial first name | system finds matches automatically | very high |
| MN | hybrid | ID # or last name, first initial, DOB | official checks a list of possible matches | significant |
| MO | undecided (likely: exact) | ID #, last name, DOB | undecided (likely: system finds matches automatically) | very high |
| MS | undecided (likely: exact) | ID # | undecided (likely: system finds matches automatically) | very high |

\* Because of litigation in Connecticut pending at the time the survey was conducted, Connecticut materials in this report reflect only the practices codified in state statues and regulations, and do not reflect the phone survey.

| | Match Standard | Match Fields | Match Process | Likelihood of error |
|---|---|---|---|---|
| MT | substantial number of fields must match exactly | ID #, name, DOB | official checks a list of possible matches | significant |
| NC | substantial | ID #, name (including maiden name), DOB, address | official checks a list of possible matches | moderate |
| ND | no registration | no registration | no registration | n/a |
| NE | hybrid | exact ID # substantial first name, DOB address | official checks a list of possible matches | significant |
| NH | substantial | ID #, name, DOB | official checks a list of possible matches | moderate |
| NJ | hybrid | exact ID # substantial name, DOB, address | official checks a list of possible matches | significant |
| NM | undecided | ID #, DOB | undecided | ? |
| NV | did not respond | ID #, name, DOB | did not respond | ? |
| NY | substantial number of fields must match exactly | ID #, name, DOB, address | official checks a list of possible matches | high |
| OH | did not respond | ID #, name, DOB or address | did not respond | ? |
| OK | no match system | no match system | no match system | n/a |
| OR | undecided (likely: substantial) | undecided | undecided | ? |
| PA | hybrid | exact ID #, last initial substantial name, DOB | official checks a list of possible matches | significant |
| RI | hybrid | exact ID # substantial name, DOB | official checks a list of possible matches | significant |
| SC | no match system | no match system | no match system | n/a |
| SD | exact | ID #, last name, first name (variant), DOB | 1st: database finds maches automatically 2nd: officals search database directly for unmatched records | high |
| TN | SSN match only | SSN match only | SSN match only | n/a |
| TX | exact | ID #, last name, former last name, DOB | database finds matches automatically | very high |
| UT | hybrid | exact ID # substantial last name, DOB, and, in some counties, address | official checks a list of possible matches | significant |
| VA | SSN match only | SSN match only | SSN match only | n/a |
| VT | substantial | ID #, name, DOB, and address | official searches database directly | moderate |
| WA | hybrid | exact ID #, last name, DOB substantial first name | database finds matches automatically | very high |
| WI | hybrid | exact ID # substantial name, DOB | official checks a list of possible matches | significant |
| WV | undecided (likely: exact) | ID #, name, DOB, address | undecided | ? |
| WY | substantial | ID #, name, DOB | official checks a list of possible matches | moderate |

## Matching Driver's License Numbers

## Matching Social Security Digits

| | Match Standard | Match Fields | Match Process | Likelihood of error |
|---|---|---|---|---|
| AK | substantial | ID #, name, DOB | official searches database directly | low |
| AL | did not respond | ID #, name, DOB | did not respond | ? |
| AR | undecided (likely: substantial) | undecided (likely: ID #, name, DOB) | undecided (likely: official checks a list of possible matches) | low |
| AZ | hybrid | exact ID #, DOB substantial name | system finds matches automatically | high |
| CA | AAMVA | AAMVA | AAMVA | very high |
| CO | AAMVA | AAMVA | AAMVA | very high |
| CT | undetermined* | ID #, name, DOB | undetermined* | ? |
| DC | undecided | ID #, name, DOB | undecided | ? |
| DE | hybrid | exact ID # substantial name, DOB, address | official searches database directly | moderate |
| FL | AAMVA | AAMVA | AAMVA | very high |
| GA | no match system | no match system | no match system | n/a |
| HI | did not respond | did not respond | did not respond | ? |
| IA | AAMVA | AAMVA | AAMVA | very high |
| ID | AAMVA | AAMVA | AAMVA | very high |
| IL | substantial | undecided | undecided | ? |
| IN | undecided (likely: substantial) | ID #, name, DOB | undecided (likely: checks list of possible matches) | moderate |
| KS | undecided | ID #, name, DOB | undecided | ? |
| KY | no match system | no match system | no match system | n/a |
| LA | exact | ID #, name (including maiden name), address | system finds matches automatically | very high |
| MA | undecided (likely: exact) | ID #, last name, first initial, DOB | undecided (likely: system finds matches automatically) | very high |
| MD | AAMVA | AAMVA | AAMVA | very high |
| ME | undecided (likely: exact) | ID #, name, DOB | undecided | ? |
| MI | AAMVA | AAMVA | AAMVA | very high |
| MN | hybrid | ID # or last name, first initial, DOB | official checks a list of possible matches | significant |
| MO | AAMVA | AAMVA | AAMVA | very high |
| MS | undecided (will likely use exact) | ID # | undecided (likely: system finds matches automatically) | very high |
| MT | AAMVA | AAMVA | AAMVA | very high |
| NC | AAMVA | AAMVA | AAMVA | very high |
| ND | no registration | no registration | no registration | n/a |
| NE | AAMVA | AAMVA | AAMVA | very high |

* Because of litigation in Connecticut pending at the time the survey was conducted, Connecticut materials in this report reflect only the practices codified in state statues and regulations, and do not reflect the phone survey.

| | Match Standard | Match Fields | Match Process | Likelihood of error |
|---|---|---|---|---|
| | **Matching Social Security Digits** | | | |
| NH | AAMVA | AAMVA | AAMVA | very high |
| NJ | AAMVA | AAMVA | AAMVA | very high |
| NM | undecided | ID #, DOB | undecided | ? |
| NV | did not respond | ID #, name, DOB | did not respond | ? |
| NY | AAMVA | AAMVA | AAMVA | very high |
| OH | did not respond | ID, name, DOB, or address | did not respond | ? |
| OK | no match system | no match system | no match system | n/a |
| OR | AAMVA | AAMVA | AAMVA | very high |
| PA | AAMVA | AAMVA | AAMVA | very high |
| RI | AAMVA | AAMVA | AAMVA | very high |
| SC | no match system | no match system | no match system | n/a |
| SD | AAMVA | AAMVA | AAMVA | very high |
| TN | hybrid | exact ID#, last name, DOB substantial first name | official checks a list of possible matches | very high |
| TX | AAMVA | AAMVA | AAMVA | very high |
| UT | AAMVA | AAMVA | AAMVA | very high |
| VA | hybrid | exact ID #, DOB substantial name | official checks a list of possible matches | high |
| VT | AAMVA | AAMVA | AAMVA | very high |
| WA | AAMVA | AAMVA | AAMVA | very high |
| WI | hybrid | exact ID # substantial name, DOB | official checks a list of possible matches | significant |
| WV | AAMVA | AAMVA | AAMVA | very high |
| WY | AAMVA | AAMVA | AAMVA | very high |

## No matching

**Four states**—Georgia, Kentucky, Oklahoma, and South Carolina—do not match or plan to match information from new voter registration forms to the motor vehicles or Social Security databases before placing the registrant on the rolls.

## Undetermined

Finally, the match criteria for **8 states**[18]—for matching records with either driver's license number or SSN digits—could not be determined for this survey. The determination could not be made either because the state in question had not yet decided on its match criteria or because it did not respond to the survey and had no policy reflected in state law.

[18] AL, AR, CT, DC, KS, NM, NV, and OH. Because of litigation in Connecticut pending at the time the survey was conducted, Connecticut materials in this report reflect only the practices codified in state statutes and regulations, and do not reflect a survey response.

# 2. Consequences of a failed match: state practices

Even using the most flexible criteria for finding a "substantial match," for a significant number of eligible citizens, the state will simply not be able to match the information in their applications to information in another government database. States differ in how they treat applications for which they cannot find a match.

In some states, if a match cannot be found, the only consequence for the voter is the alternative verification scheme required by HAVA: voters registering for the first time and by mail must show some form of identification at the polls. Other states place additional burdens on the voter—or in the most extreme cases, reject the application outright, even if the citizen is eligible to vote. The more burdensome the consequences, the more likely it is that eligible citizens will be barred from the polls because of errors in the process.

Only **4 states**—Iowa, South Dakota, Texas, and Washington—take the most extreme position, rejecting a citizen's application outright if the state cannot find a match. (Most of these states have also decided to use error-laden "exact match" criteria, as explained above, for most fields to be matched.) Pursuant to a new agreement with the Department of Justice, **California** may also reject unmatched applications.[19] **Maryland** (which also uses an "exact match" standard) and **Pennsylvania** (which uses a "hybrid" standard) intend to reject the application if the state cannot find a match, unless the applicant submits documentary proof of identity before the close of registration.[20]

In **4 states**, Election Day registration compensates somewhat for the consequences that the state assigns to a failed match. **Idaho, Maine,** and **New Hampshire** will reject an application for which the state cannot find a match; however, because these states provide for Election Day registration, the applicant is not barred from voting, but may re-register at the polls. **Wyoming** gives each county the discretion to determine how to treat an application when a match cannot be found; because Wyoming also features Election Day registration, in counties that reject the application, the applicant may re-register at the polls.

**Twenty-four states**[21] will place the voter on the pollbooks despite the failure to find a match. Some states describe such voters as "registered," while others describe their registration status as "provisional" or "pending." In either case, the voter will appear on the pollbook, often with an annotation stating that identification or an affidavit is required to complete the registration process or vote a regular ballot. Sixteen of these 24 states[22] ask all unmatched voters to show ID or sign an affidavit before voting a regular ballot; eight states[23]—following HAVA—ask such voters to do so only if they are registering for the first time in the jurisdiction and doing so by mail. Seven of the states requiring identification[24] require the same identification whether or not a match is found: in these states, the match process does not independently serve as an adequate means of verifying the voter's identity.

**Oregon** will also place the voter on the pollbooks despite the failure to find a match. The voter will be fully registered for all state elections. She may also vote a provisional ballot

[19] Pursuant to a new agreement with the Department of Justice, California has changed its policy since the research for this report was conducted. The new policy, as with all new policy changes documented and submitted to the Brennan Center, will be reflected in the summary of each state's practices in the Appendix to this report, available online.

[20] Pennsylvania has also changed its policy since the research for this survey was conducted. See note 19, above.

[21] AK, AR, AZ, CO, CT, DC, DE, IL, IN, KS, LA, MA, MI, MN, MO, MS, MT, NE, NJ, NY, RI, TN, VA, and WI. Pursuant to a new agreement with the Department of Justice, California has changed its policy.

[22] AK, AR, AZ, CO, DC, DE, IL, IN, KS, LA, MO, MS, MT, RI, TN, and VA.

[23] CT, MA, MI, MN, NE, NJ, NY, and VA.

[24] AZ, CO, IL, IN, LA, MO, and MT.

in federal races,[25] which will be counted if she supplies an identifying number that can be matched, a statement that she has no such number, or documentary identification.

**Five states** provide that a voter for whom a matching record cannot be found may vote only a provisional ballot. In **Florida**, the provisional ballot will be counted if the identifying number is later verified or if the voter submits evidence to the county that the identifying number submitted on her voter registration form was accurate. **Utah** and **West Virginia** will count the provisional ballot if an election official is able to verify the voter's identity and residence. In **Vermont**, the provisional ballot (for federal races only) will count if administrative error prevented a match and the voter is otherwise eligible. **North Carolina** believes that the voter will be able to vote a provisional ballot, but has not yet determined when that ballot will count.

**Four states**—Georgia, Kentucky, Oklahoma, and South Carolina—do not match or plan to match information from new voter registration forms to the motor vehicles or Social Security databases before placing the registrant on the rolls.

Finally, the consequences of a match for **5 states**[26] could not be determined for this survey. The determination could not be made either because the state in question had not yet decided on the relevant consequences or because it did not respond to the survey and had no policy reflected in state law.

## Failure to Match Information to Motor Vehicle or Social Security Databases

| Not Registered | Registered / On the Rolls | No Matching Pre-Registration | Provisional Ballot Voting | Election Day Registration | Undetermined |
|---|---|---|---|---|---|
| Iowa | Alaska | Georgia | Florida | Idaho | Alabama |
| Maryland* | Arizona | Kentucky | North Carolina | Maine | Hawaii |
| Pennsylvania* | Arkansas | North Dakota†† | Oregon† | New Hampshire | Nevada |
| South Dakota | California◦ | Oklahoma | Utah | Wyoming | New Mexico |
| Texas | Colorado | South Carolina | Vermont | | Ohio |
| Washington | Connecticut | | West Virginia | | |
| | Delaware | | | | |
| | District of Columbia | | | | |
| | Illinois | | | | |
| | Indiana | | | | |
| | Kansas | | | | |
| | Louisiana | | | | |
| | Massachusetts | | | | |
| | Michigan | | | | |
| | Minnesota | | | | |
| | Mississippi | | | | |
| | Missouri | | | | |
| | Montana | | | | |
| | Nebraska | | | | |
| | New Jersey | | | | |
| | New York | | | | |
| | Oregon† | | | | |
| | Rhode Island | | | | |
| | Tennessee | | | | |
| | Virginia | | | | |
| | Wisconsin | | | | |

\* Maryland and Pennsylvania voters whose information does not match will be registered if they submit identification before the close of registration. Pennsylvania has changed this policy; see note 20, above.

◦ Pursuant to a new agreement with the Department of Justice, California has changed this policy; see note 19, above.

† Oregon voters whose information does not match will be fully registered to vote in state races.

†† North Dakota does not register its voters.

[25] Because Oregon conducts elections by mail, it intends to maintain a dual system distinguishing valid registration entries and valid ballots for state elections and for federal elections.

[26] AL, HI, NM, NV, and OH.

# 3. Incomplete information: state practices

If a citizen submits an application with an incomplete, illegible, or missing "identifying number," states also vary in how that application is treated. At least one state may affirmatively attempt to find the right number in another database.[27] Most states assign a new unique identifier for database maintenance purposes, and proceed to register the applicant. A substantial minority of states immediately reject the application, creating the risk that an eligible citizen will not be registered because of a minor and immaterial mistake.

**Twenty states**[28] will treat the application as if the applicant had no driver's license number, state identification card, or Social Security number, and proceed to place the applicant on the pollbooks. However, as with the "provisional" or "pending" registration status described above, such voters may be asked to show identification or sign an affidavit at the polls before casting a regular ballot. Fifteen states[29] ask all such voters to do so, and 5 states[30] ask such voters to do so only if they are registering for the first time in the jurisdiction and doing so by mail.

**Oregon** will also place the voter on the pollbooks despite an incomplete, illegible, or missing identifying number. The voter will be fully registered for all state elections; she may also vote a provisional ballot in federal races,[31] which will be counted if she supplies an identifying number that can be matched, a statement that she has no such number, or documentary identification. In **Tennessee** and **Utah**, such a voter may vote only a provisional ballot for all races; the ballot will count if a county election official is later able to verify the voter's identity and residence.

In contrast, **14 states**[32] will reject the application if the missing information is not supplied. In 10 of these states,[33] the application will be rejected for lack of an identifying number even though the state also requires identification of all voters at the polls. **Maryland** and **Pennsylvania** will accept documentary identification in lieu of an identifying number, but will reject the application if neither is supplied by the close of voter registration.[34]

**Five states**—Idaho, Maine, Minnesota, New Hampshire, and Wyoming—will reject an application with incomplete information as an initial matter, but because these states provide for Election Day registration, the applicant will not be barred from voting; rather, she may attempt to register again at the polls on Election Day. **Illinois** gives each local jurisdiction discretion to determine how to treat an application with an incomplete, illegible, or missing "identifying number."

The policy of **4 states**—Alabama, North Carolina, Nevada, and Ohio—could not be determined, either because the state in question had not decided how to treat such applications, or because it did not respond to the survey and had no policy reflected in state law.

[27] A new agreement with the Department of Justice seems to require California—at least for applications with no listed number—to seek a matching record in other state databases, and if a match is found, to apply the identifying number contained in those other databases to the voter registration application.

[28] AR, AZ, CA, CO, CT, DC, DE, GA, KS, KY, LA, MI, MS, MT, NE, NJ, NY, RI, VT, and WI. Georgia has adopted this position pending the outcome of litigation; if litigation is resolved in favor of the state, it intends to reject applications in which the Social Security number is missing.

[29] AR, AZ, CT, DC, DE, GA, KS, KY, LA, MS, MT, NY, RI, VT, and WI.

[30] CA, CO, MI, NE, and NJ. Pursuant to a new agreement with the Department of Justice, California will apparently accept applications with an illegible or incomplete number only if submitted by mail.

[31] See note 25, above.

[32] AK, FL, IA, IN, MA, MO, NM, OK, SC, SD, TX, VA, WA, and WV.

[33] AK, FL, IN, MO, NM, SC, SD, TX, VA, and WA.

[34] See note 20, above.

# 4. Opportunity to correct errors: state practices

If a citizen submits an application with an incomplete, illegible, or missing "identifying number," or if the state cannot find a matching record in its other databases, each state will notify the applicant that there has been an error. But states have different means of delivering this notice. For example, some states send a letter; some follow-up with a phone call; and some send a new application form with any notification. Moreover, states also differ in the processes by which eligible citizens may resolve an error. Some require the applicant to resubmit another voter registration form, affirming all information anew; others allow the applicant to resolve errors over the phone or by mailing additional information. Finally, states differ in whether errors may be corrected after the voter registration deadline. Some permit corrections after the deadline as long as the original application was timely; others do not.

The less robust the notice, and the less practical opportunity for an applicant to resolve an error, the greater the likelihood that any of the mistakes discussed above will remain unresolved through Election Day. And many of these minor errors can have serious consequences, including the potential to bar eligible citizens from the polls.

A state's decision as to whether to allow errors to be resolved after the voter registration deadline is likely to have severe ramifications in practice. Many voter registration applications will inevitably be submitted close to the voter registration deadline, as campaign intensity, media attention, and voter interest all heat up. These timely applications, however, may be derailed by immaterial errors. Depending on a state's policy, an immaterial error in the process for an application submitted at the registration deadline may preclude any practical opportunity to resolve the error, resulting in extra burdens on the voter or outright disenfranchisement.

**Twenty-two states**[35] allow an applicant to resolve errors in the registration process even if the voter registration deadline has passed. (Vermont permits corrections to the identifying number after the deadline.) This correction period ranges from several days after notice of an error is sent, up through Election Day. **Three states**—Idaho, Minnesota, and Wyoming—will reject corrections submitted after the voter registration deadline, but will give the applicant the opportunity to re-register at the polls on Election Day.

In contrast, in **10 states**,[36] any correction submitted after the voter registration deadline will not be considered timely for an upcoming election. **Iowa** and **South Dakota** will reject any correction after the voter registration deadline if the mistake is on the part of the applicant, but if the new information corrects an error on the part of someone other than the applicant, it will be accepted after the deadline.

**Illinois, Mississippi,** and **Utah** leave the decision to the local jurisdiction to determine whether corrections will be accepted after the voter registration deadline. **Louisiana** will generally accept corrections within 21 days after the notice of an error is sent to the applicant, but has not decided whether corrections within 21 days will be accepted if the voter registration

[35] AR, AZ, CO, DE, IN, MA, ME, MI, MT, NE, NH, NJ, NV, NY, OR, RI, TN, TX, VT, WA, WI, and WV.

[36] AK, CA, DC, FL, KS, MD, MO, NC, NM, and VA. Pennsylvania has changed this policy; see note 20, above.

| Opportunity to Correct Errors in the Matching Process After the Voter Registration Deadline | | | | |
|---|---|---|---|---|
| Reject Corrections After Deadline | Voter May Correct Errors After Deadline | Reject Corrections, but Election Day Registration | No Matching Pre-Registration | Undetermined |
| Alaska | Arkansas | Idaho | Georgia | Alabama |
| California | Arizona* | Minnesota | Kentucky | Connecticut |
| District of Columbia | Colorado* | Wyoming | Oklahoma | Louisiana |
| Florida | Delaware* | | South Carolina | Ohio |
| Kansas | Iowa† | | | |
| Maryland | Illinois† | | | |
| Missouri | Indiana | | | |
| New Mexico | Maine | | | |
| North Carolina | Massachusetts | | | |
| Pennsylvania* | Michigan | | | |
| Virginia | Mississippi† | | | |
| | Montana* | | | |
| | Nebraska* | | | |
| | New Hampshire* | | | |
| | New Jersey | | | |
| | Nevada | | | |
| | New York* | | | |
| | Oregon* | | | |
| | Rhode Island* | | | |
| | South Dakota† | | | |
| | Tennessee | | | |
| | Texas | | | |
| | Utah† | | | |
| | Vermont | | | |
| | Washington | | | |
| | Wisconsin* | | | |
| | West Virginia | | | |

° Pennsylvania has changed this policy; see note 20, above.

* These states allow voters to correct errors up through the day before Election Day. MT, NH and WI allow corrections after the voter registration deadline, and also permit Election Day registration.

† These states only allow voters to correct errors under certain circumstances. IL, MS, and UT grant discretion to local election officials to accept or reject errors after the voter registration deadline. SD and IA only allow voters to correct errors if the inaccuracy was not the result of an applicant's error.

NB: Hawaii did not respond to the survey. North Dakota does not register its voters.

deadline has already passed. Because **Georgia, Kentucky, Oklahoma,** and **South Carolina** do not match or plan to match information from new voter registration forms to the motor vehicles or Social Security database before placing the registrant on the rolls, no correction process is necessary. Finally, neither **Alabama, Connecticut,** nor **Ohio** responded to the survey or reflected their correction policy in state law.[37]

## Summary of findings

As the survey results reveal, a few states will implement HAVA's verification and matching provisions precisely as they were intended: to help clean the registration rolls, to provide first-time voters registering by mail with a convenient alternative means to confirm their identity, and to otherwise promote the smooth administration of a registration process enabling every eligible citizen to vote. Nebraska and Oregon, for example, report that they intend to use at least moderately flexible match criteria[38] with ample opportunity to correct errors, and will impose only the consequences anticipated in federal law: the opportunity for first-time voters registering by mail to confirm their identity by other means if no match can be found. States like Minnesota and Wisconsin go further, by offering Election Day registration as an additional safeguard for their citizens.

[37] Because of litigation in Connecticut pending at the time the survey was conducted, Connecticut materials in this report reflect only the practices codified in state statutes and regulations, and do not reflect the phone survey.

[38] While these states intend to use flexible criteria for matching information on applications with driver's license numbers, they also intend to implement AAMVA's exacting match criteria for applications with Social Security digits, which creates a substantial risk of error.

In contrast, the survey also shows that a few states intend to implement HAVA's verification and matching provisions in a manner that twists the intent of the law to create a new barrier. Iowa, South Dakota, Texas, and Washington, for example, all report that they will reject the application of citizens whose information cannot be matched, barring the applicant entirely from the polls. And most of these states compound the burden by using a character-by-character exact match that is particularly likely to result in widespread disenfranchisement.

In the rest of the country, HAVA implementation seems to be mixed: some state policies fulfill the intent of the law, others create unnecessary hurdles for eligible voters. Fortunately, most state policies are not yet either codified or hard-wired. This report is intended not only to shed light on states' current intentions, but also to encourage them to bring their policies in line with best practice. To that end, we offer below specific recommendations for the proper implementation of HAVA's verification and matching procedures.