# Recommendations

The Brennan Center's recommendations regarding state implementation of HAVA's verification and matching provisions are designed to facilitate the opportunity of every eligible citizen to register to vote, smoothly and without undue burden, and to ensure that states maintain complete and accurate voter registration lists. The new verification and matching processes described in this report, like many other tools, have the potential to improve the voter registration process—or render it a hopeless mess.

New York City's recent experience suggests the scope of the disaster that could ensue if states make flawed verification and matching choices. In September 2004, New York City's board of elections sent 15,000 registration records to the state department of motor vehicles for verification. The DMV attempted to match the driver's license number on the voter registration form to a license number in its own database. 2,951 of those forms—19.6% of the total—could not be matched solely because of typos by city officials. (An additional 4% of the forms did not produce a match because of a nonmaterial error by the registrant, such as the transposition of a character in the driver's license number.) Moreover, the city attempted to match only driver's license number to driver's license number; had the city attempted to match additional fields such as name or date of birth, the potential for error would have increased.

It is essential to learn from such trials. If New York had chosen to reject voter registration applications that could not be exactly matched, up to 20% of eligible registrants could have been disenfranchised due solely to minor mistakes of election officials. Furthermore, New York's experience is not an anomaly. Peer-reviewed studies from other disciplines indicate that error rates of 20-32% are common in similar contexts.[39]

When voting rights are at stake, such error rates are unacceptable—but they are not unavoidable. By adopting good practices with respect to the verification and matching process, and forgoing bad practices, states may fulfill HAVA's mandate without jeopardizing the voting rights of eligible citizens. Our recommendations for how to accomplish this—whether through clear and transparent policy, regulation, or legislation—are laid out in detail below.

## Recommendations for match criteria

Minor errors—things like typos, transpositions, and inconsistencies—occur frequently even in relatively "clean" databases. For example, one study found as many as 40 different spelling variations of "Fort Lauderdale" in a Florida social service database—and Fort Lauderdale, as Florida's seventh largest city, is presumably familiar to the Florida officials entering the social service data. For unfamiliar entries like surnames and random digits, error rates are likely much higher. Such errors could prevent a system from recognizing that two records reflecting the same individual should actually be matched.

[39] *See, e.g.*, Neil A. Maizlish & Linda Herrera, *A Record Linkage Protocol for a Diabetes Registry at Ethnically Diverse Community Health Centers*, 12 J. AM. MED. INFORMATICS ASS'N 331, 335 (2005); Shaun J. Grannis et al., *Analysis of Identifier Performance Using a Deterministic Linkage Algorithm*, 2002 PROC. AMIA ANNUAL SYMPOSIUM 305, 307-08; Carol Friedman & Robert Sideli, *Tolerating Spelling Errors During Patient Validation*, 25 COMPUTERS & BIOMEDICAL RESEARCH 486, 503-04 (1992).

The Brennan Center therefore recommends that in the verification process, states employ "**substantial match**" criteria capable of compensating for typos and other common database-related errors in every field compared.[40] AAMVA and the SSA should do the same. Whether the process of matching voter registration information to information in other databases is automated or manual, that process must account for inevitable mistakes and minimize the risk that these "false negatives" create hurdles for eligible voters. There are many technologies and procedures available to help account for mistakes, from the most sophisticated software to manual double-checks involving common sense. Whatever the particular matching procedure that a state chooses for verification purposes, the Brennan Center strongly recommends that it reflect the following standard: an individual's voter registration information will be deemed "matched" if a reasonable person would find it substantially likely that a record in an existing government database refers to the same individual on the registration form.

## Recommendations for addressing failed matches

Even with a "substantial match" protocol, states will inevitably fail to find matches for a significant number of eligible citizens who provided accurate information on their registration forms. There are many reasons for this: a match protocol that remains imperfect, a name change more recent than the last DMV entry, mistakes in Social Security records, and so on. Driver's license and Social Security databases are immense government systems that are not compiled for national identity or elections purposes. These databases will yield errors when used for these ends. Indeed, the Social Security Administration's Director of Information Exchange and Computer Matching has admitted that at least 10% of the information obtained when attempting to match identifying information in the SSA's database with other identifying data may be inaccurate.[41]

Given the potential for error even under favorable circumstances, the Brennan Center strongly recommends that an applicant be registered despite the failure of the state to find a match. Indeed, such a policy is *required* to make sense of HAVA.[42] A failed match should produce only the single consequence expressly identified in the statute: a citizen registering by mail and for the first time in a given jurisdiction is subject to an identification requirement, unless the state is able to match the information in her registration form. The match thus serves as one means by which the state may identify a voter; if the match fails, the state must use some other means of identifying the voter.[43] There are several readily available alternative means to confirm a voter's identity—including matching her signature to the signature on her registration card, requesting documentary ID for first-time voters who register by mail, or requiring the voter to swear to her identity under penalty of perjury.

## Recommendations for addressing forms with incomplete information

HAVA states that a voter registration application may not be processed unless it includes an identifying number—primarily, the number of the applicant's current and valid driver's license, or if the applicant has none, the last four digits of her SSN. If the applicant has neither, the state must assign the applicant a unique voter registration number. HAVA then

[40] In contrast, a more exacting standard should be used when seeking to remove names from the list because "false positive" matches could disenfranchise eligible voters in that context. Further recommendations for purge practices are described below.

[41] Remarks of Pete Monaghan, Director of Information Exchange and Computer Matching of the Social Security Administration, at the February 2004 meeting of the National Association of Secretaries of State.

[42] For an explanation as to why this policy is required by HAVA, see http://www.brennancenter.org/programs/dem_vr_hava.html.

[43] This is what HAVA's sponsors expected: in the Congressional record, Senator Kit Bond described the verification provision by stating that "*[i]n lieu* of the individual providing proof of identity, States may *also* electronically verify an individual's identity against existing State databases." 148 CONG. REC. S10488-02, *S10489 (daily ed. Oct. 16, 2002) (statement of Sen. Bond) (emphasis added).

expressly reserves to each state the discretion to determine whether the information provided by an applicant on a form is sufficient to meet the HAVA requirement that this number be provided.

The Brennan Center recommends that states exercise this discretion to protect eligible citizens from disenfranchisement because of immaterial error. Some voter registration applications will inevitably be submitted by eligible citizens without an identifying number: because the form is unclear, because the citizen has lost her driver's license or does not know the number when she completes the form, or for some other reason. As one of HAVA's chief sponsors explained, a missing or incomplete number need not become an insurmountable hurdle:

> [N]othing in [the verification section of HAVA] prohibits a State from accepting or processing an application with incomplete or inaccurate information. [This section] specifically reserves to the States the determination as to whether the information supplied by the voter is sufficient to meet the disclosure requirements of this provision. So, for example, if a voter transposes his or her Social Security number, or provides less than a full driver's license number, the State can nonetheless determine that such information is sufficient to meet the verification requirements, in accordance with State law. . . . Moreover, nothing in this section prohibits a State from registering an applicant once the verification process takes place, notwithstanding the fact that the applicant provided inaccurate or incomplete information at the time of registration . . . or that the matching process did not verify the information.[44]

The Brennan Center recommends that states construe applications with missing or incomplete information, consistent with the law, so that eligible citizens may still become registered. If an application has a missing or illegible identifying number, but the appropriate number is discovered during the match process, states should process the form as if the number had been legibly provided in the first instance: there is no need to penalize the voter if the information can be found by other means.[45]

Furthermore, if no identifying number is found during the match process, the state should presume that the applicant has no such number, assign a unique voter registration number, and proceed with registration.[46] If there is any lingering doubt about an applicant's identity, especially for first-time voters registering by mail, the state may still ask her to provide some sort of identification before voting—but at least she will be registered, and able to resolve any doubt at the polls.

## Recommendations for correcting errors

The attempt to match information on a registration form to information housed in a large government database compiled for a different purpose is inherently error-laden. And because errors introduced into large databases tend to persist and create unanticipated problems, it is best to ensure ample opportunities to correct any errors, with minimal burden on the voter.

[44] 148 CONG. REC. S10488-02 (daily ed. Oct. 16, 2002) (statement of Sen. Dodd).

[45] This practice is consistent with HAVA because states would not "process" applications until a number was assigned to and included with the application. *See* 42 U.S.C. § 15483(a)(5)(A)(iii).

[46] This practice similarly comports with HAVA's reservation of discretion to the states. *See id.*

The Brennan Center recommends that whenever there is any error on a voter registration application or in the verification and matching process, state officials notify the applicants—not only by mail to all valid addresses on file, but also by phone if a valid phone number is available. The Brennan Center also recommends that states allow applicants to resolve errors by phone, by mail, or in person, without submitting a new form (which may present new opportunities for error). The state should make the correction process as straightforward as possible, to increase the chance that errors are caught and corrected quickly.

Furthermore, in order to ensure that voter registration applications near the end of an election cycle are not unduly prejudiced, the Brennan Center recommends that states process corrections to timely applications up through Election Day, even if the correction itself is submitted after the voter registration deadline. If a correction arrives too late to be represented on the poll books, it should be accepted and processed, so that any provisional ballots cast can be evaluated against the most recent, most accurate registration information.

## Other recommendations for voter registration databases and the registration process

In addition to the four most salient categories of findings addressed in detail above, this survey revealed several additional important ways in which state policies and practices differ with respect to voter registration and the interaction with the statewide voter registration databases. Based on our research, the Brennan Center makes the following additional recommendations:

### Inputting and Storing Voter Registration Information

- **Data entry audits**. One of the primary sources of error in the registration process is data entry. States should conduct regular audits of information entered into the voter registration database, including procedures for checking the electronic records against original paper applications.

- **Online voter registration**. One means of reducing errors in data entry is to allow applicants to enter their own registration information. Arizona provides, and Washington has just proposed, an online gateway through which eligible citizens may register to vote. With appropriate security protocols, such online systems offer not only greater convenience, but also greater accuracy as well. Even if applicants are not able to register online, they should be able to view and confirm their registration information in the system through a secure public portal.[47]

- **Real-time synchronization**. Although the Election Assistance Commission has confirmed that a single central voter registration database accessed by local terminals is "most closely akin to the requirements of HAVA," the survey reveals that a small minority of states continue to maintain local databases that are regularly synchronized at the state level. To the greatest extent possible, the official state records should be

[47] For model legislation on such public access portals, see http://www.brennancenter.org/programs/downloads/HAVA/Public_access_portal_mode_%20bill_09_21_05.pdf.

updated immediately upon any local change, so that there is no confusion regarding a citizen's official voter registration status.

- **Security log.** The state should keep an electronic log of all database transactions, to ensure database security and to correct processing errors. These records should indicate the date and time of each transaction, the identities of the persons who accessed the system, the identities of the persons who authorized the transaction, and the reason for any modification to existing information.

- **Information privacy.** States should adopt strict protocols for access to voter records stored in the database, including different layers of security to restrict access to information to authorized individuals for discrete authorized purposes. Sensitive personal information, such as a voter's social security or driver's license number, or the information provided by domestic violence victims, should be subject to greater protection.

## Information Collected on the Voter Registration Application

- **Registration forms.** As is apparent from the forms reproduced in the Appendix to the report, many states' voter registration forms are cluttered and confusing. A reasonable voter looking at these forms will often be uncertain about the information requested or required. For example, some forms may lead voters to believe that they may submit a recent out-of-state driver's license when such a license will not in fact be accepted; other forms do not clearly state how the voter should indicate that she has no driver's license or Social Security number. Voter registration forms should clearly label all mandatory and optional information, and explain the consequences of errors or omissions.

- **Non-driver's identification card number.** Only 14 states[48] specify on the form that voters may provide a non-driver's state ID card number rather than a driver's license number. Allowing other government-issued identification suits both the history and the purpose of HAVA's verification provisions.[49] An individual's authorization to drive a car does not reflect upon her eligibility to vote; HAVA selected the driver's license number because—like a non-driver's ID number issued by a state licensing authority—it is a commonly available personal number verified by the government as belonging uniquely to a particular individual.

## The Match Process

- **Transparent standards.** This survey was made necessary by the fact that the process and criteria by which most states will implement HAVA's matching provisions is not expressly provided in statute or regulation or publicly available policy guidance. States should develop uniform, non-discriminatory, and specific procedures that maximize election officials' ability to find matching records—and they should do so in a fashion transparent to the public.

[48] AK, AZ, CA, CO, FL, IL, IA, MD, MI, MN, TX, UT, WA, and WI.

[49] It is true that HAVA specifically designates a "driver's license number" as the principal identifier, 42 U.S.C. §§ 15483(a)(5)(A)(i)(I), 15483(b)(3)(B)(i)(I), but this term naturally embraces ID numbers issued by state licensing agencies that serve as official identification for non-driving residents.

- **Searching additional databases.** Congress designed HAVA's matching procedures to help establish a unique identifying number for each individual in the voter registration database, and to serve as one means of verifying the identity of a first-time voter who registers by mail. HAVA specifies the motor vehicle and Social Security databases as targets of the matching process, but other government databases may suit these purposes just as effectively. If information on a voter registration form cannot be matched with the motor vehicle or Social Security databases, states should attempt a match with other reliable government records that uniquely identify citizens, including records of agencies registering voters under the NVRA.

## Procedures at the Polls

- **Identification acceptable at the polls.** The matching process represents just one way to confirm the identity of a voter. When the state cannot find a match, it should look to non-burdensome alternative methods, including signature matching, sworn affidavits, or, as a last resort, documentary proof of identity. Any of these methods should be sufficient to serve as proper identification.

- **Meaningful provisional ballots.** Some states will apparently still issue voters a provisional ballot which is certain—at the time it is issued—to be void. For example, Texas will issue a provisional ballot to voters who arrive at the polls without identification, but that ballot will only be counted if identification was provided at the polls. These ballots are deceptive placebos: the voter believes that she has cast a valid ballot, but the ballot is actually meaningless. States should reconcile their election law so that a provisional ballot will be counted if the information submitted with the ballot comports with information timely submitted on the voter's registration form.

- **Database access at the polls.** By statute, the statewide voter registration database represents the only official list of registered voters. Election officials should therefore be able to access the database at polling places on Election Day. Polling place access to a searchable database will reduce the number of registered voters whose names cannot be found on a printed page, reduce the number of provisional ballots, enable poll workers to determine quickly and easily if a voter is in the correct polling place, and generally facilitate a smoother election process with shorter lines. Jurisdictions like Forsyth County, Georgia, have already reported tremendous success with such programs.[50]

# Recommendations for voter registration databases and continuing list maintenance

Although the body of this report addresses only verification and matching for purposes of "making the list," states may attempt to match voter registration records with records in other databases for other list maintenance purposes as well. For example, states will attempt to match voter registration records with records of other databases to account for voters who become ineligible because of death, criminal convictions, or relocation. These

[50] *See* Gary J. Smith, Director of Elections, Forsyth County, Ga., *Forsyth County Electronic Poll Book Program*, in THE ELECTION CENTER, 2005 PROFESSIONAL PRACTICES PAPERS 53 (Janis K. Womack ed., 2005), available at http://electionupdates.caltech.edu/2005%20Election%20Center%20Prof.%20Pract.%20Papers.pdf.

databases, too, are imperfect. And just as record matching may be beneficial or detrimental in placing voters *on* the list, matching may be beneficial or detrimental in taking them *off* of the list of active voters (or, better, labeling them as inactive). We therefore make the following recommendations for using databases for other list maintenance purposes:

## Ensuring accuracy of records

- **Using other databases to correct records.** We recommend that states attempt to match registration records with records of other government databases in order to flag voter registration information that may need to be corrected, supplemented, or updated. Voters must be notified, of course, before any such change is made, but the process should help keep the registration database as accurate as possible. All available reliable databases should be consulted for this purpose, including those of social service and disability agencies.

## Database purges

- **Uniform procedures.** Most controversial purges or attempts to purge the voter rolls occur outside of a regular process that citizens can monitor and evaluate. States should establish uniform, transparent, non-discriminatory, and regular procedures for purging the voter rolls. The procedures should specify how, and under what conditions, databases will be used in the purge process.

- **Accurate match criteria.** Most states will attempt to match database information in order to find, in the database of registered voters, records of citizens who have become ineligible. Removing a voter from the rolls is in many ways the inverse of placing a citizen on the rolls, and requires inverse matching criteria. As shown above, in verification, a "false negative" (an improper failure to match) could keep an eligible citizen from voting—and so a flexible protocol should be used to minimize the chance of an improper failure. In purging, the opposite is true: a "false positive" (an improper match) could keep her from voting—and so an exacting protocol should be used to minimize the chance of an improper match. When matching for purposes of purging, states should conclude that a voter may be ineligible only if there is no reasonable doubt that she is the person listed in a record in a database of ineligible persons.

- **Notice and opportunity for correction.** While the match criteria appropriate for verification and purging are very different, the appropriate opportunity to correct errors is identical. In either case, the voter must be notified of any problem that arises in the matching process,[51] and afforded a practical and reasonable opportunity to respond, before the results of an attempted match may be used to impose an additional burden or to block access to the polls entirely.[52] To ensure that such problems are resolved well in advance of any election, states should not purge voters from the database within 90 days of an election, unless the voter has become ineligible during that period.

[51] Notification should be made by a certified, forwardable letter to her last known address, along with a postage pre-paid response card.

[52] This recommendation is similar to that made by the Midwestern Legislative Conference of the Council of State Governments in its August 2002 report, which recommended that "[p]rocedures governing the purging of duplicate registrations should include sufficient notice to affected voters and an opportunity to correct errors in a timely fashion."

- **Use of all relevant sources of information.** HAVA directs states to look to agency records on felony "status" when seeking to determine the eligibility of voters who have been convicted. This must include not only records of conviction, but also records pertaining to the restoration of voting rights. States should ensure that any search for voters rendered ineligible by conviction includes clemency records as well as, where applicable, records indicating whether citizens have completed their terms of incarceration, parole, or probation.

- **Authorization to remove names.** States should develop clear rules to ensure that only authorized state officials have the ability to remove names from the database and that these "purges" can be audited and monitored. The database should prevent any one person, acting alone, from removing names from the list. The purging of any voter record must be authorized by at least two officials (preferably with different political affiliations and at different levels of government).

# Methodology

During the summer and fall of 2005, the Brennan Center conducted an extensive phone survey, successfully contacting elections officials in 46 states and the District of Columbia. The survey was conducted by research associates, legal interns, paralegals, and attorneys, closely supervised by staff attorneys. In each case, the surveyors attempted to contact the individual designated by the state as responsible for determining how new voter registration applications are or will be processed once the voter registration database is in use. The title and position of this official varied from state to state; the appropriate individual was often an election official in the office of the Secretary of State charged specifically with HAVA implementation. Where it was necessary to speak with multiple officials in order to determine state practice—for example, when several statewide officials shared responsibility, or when the state deferred substantial portions of the registration process to county officials—the surveyors attempted to contact these individuals as well. In some states, surveyors spoke first with an election official with general knowledge of registration policy, and then with a second official versed in the technical aspects of the database and matching process.

Because the status quo was changing so rapidly throughout 2005, the survey questions reflected anticipated practices for the registration and/or matching process in 2006 in each state. More specifically, the survey addressed: the process by which information from voter registration forms is collected and entered into the state's database; the procedure for addressing forms with missing or illegible information; the procedure for matching information against data in other state records, if matching occurs; the procedure for correcting any errors in the process; and the consequences, if any, of an attempted match.

The verification and matching process is sufficiently new that practitioners and advocates have not yet established common, agreed-upon jargon; that is, different officials describe the same practices using different language. For example, consider a voter for whom the state cannot find a match, but who may vote a valid provisional ballot upon presentation of ID at the polls. In one state, an official will describe such a voter as "not registered"; in another, the voter is "provisionally registered"; in a third, the voter is "registered, but flagged." Due to this lack of common language, the Brennan Center employed a flexible survey instrument. Surveyors used a written guide, but did not follow this guide mechanically; rather, they were instructed to ask appropriate follow-up questions, in order to best understand the actual practice—and the effect on the voter—in each state. The survey was designed to be completed in approximately 30 minutes. The surveyors took detailed notes of each call to memorialize the state's response.

After reviewing the survey responses and each state's relevant statutes and regulations, Brennan Center attorneys then prepared summaries of the pertinent state practices. In most states, existing statutes and regulations address few of the relevant questions. Survey notes were therefore used to fill in the interstices; thus, information in this report that does not reflect existing statute or regulation was derived from the interviews. Occasionally, information from the interviews seemed to conflict with existing state law; these inconsistencies

—which may reflect misunderstanding on the part of the interviewer, the interviewee, or both—were noted in the summaries, but state policy as reflected in statute and regulation was deemed controlling.

Each relevant summary was then distributed by email to the appropriate respondent, with a two-week opportunity for the relevant election officials to correct misunderstandings and to add information on policy decisions made since the surveys were conducted. Twenty-one of the officials who received these draft descriptions of state policies returned those descriptions with minor revisions or affirmations of their accuracy. Relevant modifications were included in the attached summaries, except in the few instances in which the suggested revision was contradicted by existing state law. Where a state's stated practices remained unclear, the Brennan Center attempted in early 2006 to follow up with particular election officials. Such clarifications were also incorporated in this report.

Since this research was conducted, states may also have substantively changed their policies; to the extent that such changes are communicated to the Brennan Center, they will not be reflected in this summary of findings, but will be reflected on an ongoing basis in the individual state descriptions collected in the Appendix, available online.

In addition to surveyed facts and legal provisions for each state, the attached summaries contain the most recent available copy of the relevant pages of each state's voter registration form and instructions. The applicable sections have been highlighted. In California, Delaware, Massachusetts, Missouri, New Mexico, Nevada, and Ohio, a state-based form was not available online; summaries for those states include the federal voter registration form and the relevant state instructions. In Wyoming, each county uses a different form; the form included in the Wyoming summary is only a sample.

# Scope of State Summaries in Appendix

The state-by-state summaries attached to the electronic version of this report and available at www.brennancenter.org describe states' standard voter registration practices, from the time a voter fills out an application form up through the time that she casts a vote in a general election. The summaries reflect the information obtained by surveying election officials and the relevant laws and regulations in each state. At times, the information from these sources appears inconsistent or contradictory. This may reflect the fact that election officials may have been articulating some of the policies discussed in this report for the first time. This confusion underscores the need for concerted attention to implementing the voter registration database process and the importance of adopting clear policies that protect the rights of eligible citizens to vote.

These summaries reflect usual state practice, and may not account for certain special circumstances. The summaries of states' identification requirements, in particular, are tailored to individuals who vote in person in a regular election on Election Day. States may provide different requirements and procedures for voters who vote by mail, vote absentee, or vote early. These different procedures are not reflected here. Similarly, this report does not capture different procedures that may govern special elections or municipal elections.

This report also does not reflect many of the different means by which a state may confirm an individual's voter registration information other than by matching to motor vehicle or Social Security records. For example, several states compare a voter's signature at the polls to the signature submitted on a registration card. Some states also mail a non-forwardable confirmation card to the address on the voter's application; if the card is returned as undeliverable, the application may be rejected. Other states authorize a physical canvass of applicants' homes. Such practices are beyond the scope of this report.

Finally, this report does not reflect the means by which a state may remove voters from the voter registration rolls, or the means by which a state will flag certain voters as "questionable" or "inactive." For example, the report does not describe ongoing state database maintenance practices, such as purging of voters who have become ineligible or inactive. Nor does the report address challenge procedures or their aftermath.

# Report Glossary

The verification and matching process is sufficiently new that practitioners and advocates have not yet established common, agreed-upon jargon; that is, different officials describe the same practices using different language.

To compare apples to apples, this report defines terms consistently across states—even if a different descriptive word is used by a particular official or within a particular state. This glossary explains how terms are used within this report:

**DMV**: the agency in each state responsible for maintaining motor vehicle license records, which is usually the same agency responsible for issuing state non-driver's identification cards.

**Identifying number**: the driver's license number, state non-driver's identification card number, full Social Security number, or last four digits of the Social Security number, as appropriate within each state.

**SSA**: Social Security Administration.

**SSN**: Social Security number.

**SSN-4**: last four digits of the Social Security number.

**States**: includes the 50 states and the District of Columbia.

# Board of Directors & Officers

James E. Johnson, Chair
*Partner*
*Debevoise & Plimpton LLP*

Nancy Brennan
*Executive Director*
*Rose Kennedy Greenway Conservancy*

Zachary W. Carter
*Partner*
*Dorsey & Whitney LLP*

John Ferejohn
Professor
*NYU School of Law & Stanford University*

Peter M. Fishbein
*Special Counsel*
*Kaye Scholer LLP*

Susan Sachs Goldman

Helen Hershkoff
*Professor*
*NYU School of Law*

Thomas M. Jorde
*Professor Emeritus*
*Boalt Hall School of Law, UC Berkeley*

Jeffrey B. Kindler
*Vice Chairman & General Counsel*
*Pfizer Inc.*

Ruth Lazarus

Burt Neuborne
*Legal Director, Brennan Center*
*Professor, NYU School of Law*

Lawrence B. Pedowitz
*Partner*
*Wachtell, Lipton, Rosen & Katz*

Steven A. Reiss, General Counsel
*Partner*
*Weil, Gotshal & Manges LLP*

Richard Revesz
*Dean*
*NYU School of Law*

Daniel A. Rezneck
*Senior Assistant Attorney General*
*Office of the Attorney General*
*of the Distict of Columbia*

Christina Rodríguez
*Assistant Professor*
*NYU School of Law*

Stephen Schulhofer
*Professor*
*NYU School of Law*

John Sexton
*President*
*New York University*

Robert Shrum
*Senior Fellow*
*New York University*

Rev. Walter J. Smith, S.J.
*President & C.E.O.*
*The HealthCare Chaplaincy*

Sung-Hee Suh
*Partner*
*Schulte Roth & Zabel LLP*

Clyde A. Szuch

Michael Waldman
*Executive Director*
*Brennan Center*

Adam Winkler
*Professor*
*UCLA School of Law*

**EXHIBIT 2**

  

**44**

A Public Service Agency

B599602463

# DRIVER LICENSE OR IDENTIFICATION CARD APPLICATION

**DO NOT DUPLICATE**

<table>
<tr>
<td rowspan="3">**1**</td>
<td colspan="3">**PURPOSE FOR YOUR VISIT:** ✓ the appropriate box(es). **PRINT USING BLACK OR BLUE INK ONLY.**<br>READ ALL INFORMATION PROVIDED ON THE FRONT AND BACK OF THIS FORM.</td>
<td>**FOR DMV USE ONLY**</td>
</tr>
<tr>
<td>**DRIVER LICENSE (DL)**<br>☐ Original DL/Permit<br>☐ Renewal<br>☐ Duplicate<br>   Lost    Stolen<br>*Complete Parts 2 through 8.*<br>☐ Remove Restriction<br>☐ Change/Add Class</td>
<td>**IDENTIFICATION CARD (ID)**<br>☐ Original ID Card/Renewal<br>☐ Senior ID Card/Renewal (Age 62+)<br>☐ Replacement<br>   Lost    Stolen<br>*Complete Parts 2, 3, 5A, 6 & 7 only.*</td>
<td>**NAME CHANGE/<br>CORRECTION**<br>☐ DL<br>☐ ID CARD<br>*Complete Parts 2,<br>3, 5, 6 & 7 only.*</td>
<td>BD/LP Code _____<br>State/Country _____<br>DOCUMENT# _____<br><br>Review: Primary _____<br>Secondary Tech ID/Date _____</td>
</tr>
</table>

<table>
<tr>
<td>**2**</td>
<td colspan="4">**PLEASE PROVIDE THE FOLLOWING:**<br>NOTE: You must use your true full name. Original documentation may be required. Refer to the *California Driver Handbook.*</td>
</tr>
<tr>
<td colspan="2">Driver License **or** ID Card Number</td>
<td>State **or** Country</td>
<td>Expires<br>MO / DAY / YR</td>
<td>Birth Date<br>MO / DAY / YR    Social Security Number<br>    –</td>
</tr>
<tr>
<td colspan="2">First Name</td>
<td>Middle Name</td>
<td>Last Name</td>
<td>Suffix *(Jr, Sr, III)*</td>
</tr>
<tr>
<td colspan="5">Mailing Address, P.O. Box, or Private Mail Box **(Include Box Number, St., Ave., Rd., Blvd., etc.),** Number, Street, Apt/Space No., City, State, Zip Code</td>
</tr>
<tr>
<td colspan="5">Address Where You Live **(If different from mailing address),** Number, Street, Apt/Space No., City, State, Zip Code</td>
</tr>
<tr>
<td>Sex<br>☐ M   ☐ F</td>
<td>Hair Color</td>
<td>Eye Color</td>
<td>Height</td>
<td>Weight</td>
</tr>
</table>

**3**    **COMPLETE THIS SECTION ONLY IF YOU *ARE NOT* ELIGIBLE FOR A SOCIAL SECURITY NUMBER:**

I certify under penalty of perjury under the laws of the State of California that no Social Security Number has ever been issued to me and I am not presently eligible for a Social Security Number. I understand that pursuant to Vehicle Code Section 12801 I must provide my Social Security Number to the Department of Motor Vehicles when one is assigned to me.

Signature     Date
**X**

**4**    **LICENSING NEEDS:** ✓ the appropriate box(es). Refer to the *California Driver Handbook* for additional information.

| **BASIC LICENSE**   ☐ Basic Class C    ☐ Motorcycle<br>*If basic license only, go to Part 5.* | **NON-COMMERCIAL LICENSE**<br>☐ Class A   ☐ Class B | ☐ **AMBULANCE CERTIFICATE** |
|---|---|---|

**5**    **THE FOLLOWING QUESTIONS MUST BE ANSWERED:**

A. Have you applied for a Driver License or Identification Card in California or another state/country using a different name or number within the past ten (10) years? ........................................................................................ ☐ Yes ☐ No
If yes, print name, DL/ID number, and state or country

B. Have you had your driving privilege or a driver license cancelled, refused, delayed, suspended, or revoked? .............. ☐ Yes ☐ No
If yes, indicate date and reason below.

    DATE                               REASON
C. Within the last five years, have you had or experienced any of the medical conditions specified on the back of this form that affects your ability to operate a motor vehicle safely? *Please read the "Medical Information" on the back of this form before answering.* ........................................................................................ ☐ Yes ☐ No
If yes, briefly explain:

**6**    **DO YOU WISH TO REGISTER TO VOTE OR CHANGE POLITICAL AFFILIATION OR VOTER ADDRESS?**

| **DO YOU WISH<br>TO REGISTER TO<br>VOTE OR CHANGE<br>POLITICAL AFFILIATION?** | Y ☐ YES—Complete the<br>     attached voter form.<br>N ☐ NO—Do not complete the<br>     attached voter form. | **VOTER<br>CHANGE<br>OF<br>ADDRESS** | I am a registered voter; I moved and wish to update my voter record.<br>C ☐ to a new county—Complete the attached voter form.<br>S ☐ within the same county—Do not complete the attached<br>     form. Your voter record will be automatically updated. |
|---|---|---|---|

**7**    **DO YOU WISH TO REGISTER TO BE AN ORGAN AND TISSUE DONOR?**

| **DO YOU WISH TO<br>REGISTER TO BE AN<br>ORGAN AND TISSUE<br>DONOR?** | ☐ YES! I want to be an organ and<br>    tissue donor.<br><br>☐ $2 voluntary contribution to<br>    support and promote organ and<br>    tissue donation. | If you mark "YES!" you will be added to the Donate Life California organ and tissue donor registry and a pink donor dot will be printed on the front of your driver license or identification card. If you are currently registered, you must check "YES!" to have the pink donor dot printed on your license or identification card. If you wish to remove your name from the donor registry, you must contact Donate Life California (see back). The Department of Motor Vehicles can only remove the pink donor dot from your license or identification card. |
|---|---|---|

**8**    **FOR DRIVER UNDER 18, PARENT/GUARDIAN SIGNATURES REQUIRED:**
If both parents/guardians have joint custody, *BOTH MUST SIGN.* I/We accept civil liability for this minor.

| Mother's/Guardian's Signature<br>**X** | Date | Daytime Phone Number<br>(    ) |
|---|---|---|
| Address   *Street* | Apt No.      City | State     Zip |

**EXHIBIT 3**

---

### Birth date verification and legal presence requirements

The issue of identification reliability, integrity, and confidentiality is of prime concern to all citizens. Eligibility for government services, issuance of various licenses, assessment of taxes, the right to vote, etc., are all determined through evaluations based on identification documents. It is critical that identification documents be authenticated and accurate in identifying each individual. The California driver license and ID card have been declared as primary identification documents in this state by the California legislature.

State law requires every applicant for an original California identification (ID) card and driver license to show verification of birth date and proof of legal presence within the United States to help safeguard the accuracy and integrity of departmental documents.

If your current name no longer matches the name on your birth date/legal presence document, see "True Full Name" and "How to Change Your Name" for more information.

Only the original or a certified copy of one of the following documents is acceptable:

- US Birth Certificate (certified copy from state or local vital statistics office)
- US Certificate of Birth Abroad or Report of Birth Abroad
- Federal Proof of Indian Blood Degree
- USCIS American Indian Card
- Birth Certificate or passport issued from a US Territory
- US Passport or US Passport Card
- US Military Identification Cards (Active or reserve duty, dependent of a military member, retired member, discharged from service, medical/religious personnel)
- Common Access Card (only if designated as Active military or Active Reserve or Active Selected Reserve)
- Certificate of Naturalization or Citizenship
- Northern Mariana Card
- USCIS US Citizen ID Card
- Permanent Resident Card
- Temporary Resident Identification Card
- Canadian Passport/Birth Certificate
- Non-resident Alien Canadian Border Crossing Card
- Valid foreign passport with a valid Record of Arrival/Departure (form I-94)
- "Processed for I-551" stamped in a valid foreign passport
- Permanent Resident Re-entry Permit
- Refugee travel document

- Certified court order or judgment issued from a court of competent jurisdiction. Must contain name, birth date, place of birth, legal presence status, and judge's signature.
- Certification from California Department of Corrections or California Youth Authority
- Employment Authorization Card
- Valid I-94 stamped "Refugee," "Parole or Parolee," "Asylee," or Section 207, Section 208, Section 209, Section 212d(2), HP or PIP
- Valid I-94 with attached photo stamped "Processed for I-551 temporary evidence of lawful admission for permanent residence"
- Notice of Action (I-797 Approved Petition) – must indicate approved extension of stay or change in status that grants temporary or permanent residency, or indicates that an original, duplicate or renewal Resident Alien card is forthcoming.
- Immigration judge's order granting asylum
- Mexican Border Crossing Card with valid I-94
- U.S. Border Crossing Identification card with valid I-94

## How to apply for a driver license if you are over 18

If you are a visitor in California over 18 and have a valid driver license from your home state or country, you may drive in this state without getting a California driver license as long as your home state license remains valid.

If you become a California resident, you must get a California driver license within 10 days. Residency is established by voting in a California election, paying resident tuition, filing for a homeowner's property tax exemption, or any other privilege or benefit not ordinarily extended to nonresidents.

To apply for an original driver license if you are over 18, you will need to do the following:

- Visit a DMV office (make an Appointment(s) for faster service)
- Complete application form DL 44 (An original DL 44 form must be submitted. Copies will not be accepted.)
- Give a thumb print
- Have your picture taken
- Provide your social security number. It will be verified with the Social Security Administration while you are in the office.
- Verify your birth date and legal presence If your current name no longer matches the name on your birth data/legal presence document, see "True Full Name" and "How to Change Your Name" for more information.
- Provide your true full name
- Pay the application fee
- Pass a vision exam
- Pass a traffic laws and sign test. There are 36 questions on the test. You have three chances to pass.(Sample Test)

**EXHIBIT 4**

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| | | | | |
|---|---|---|---|---|
| Are you a citizen of the United States of America? ☐ Yes ☐ No<br>Will you be 18 years old on or before election day? ☐ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br><small>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)</small> | | | This space for office use only. | |

**1** (Circle one) Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV

**2** Home Address | Apt. or Lot # | City/Town | State | Zip Code

**3** Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** Date of Birth ___ / ___ / ___ Month Day Year

**5** Telephone Number (optional)

**6** ID Number - (See Item 6 in the instructions for your state)

**7** Choice of Party (see item 7 in the instructions for your State)

**8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: ___ Month ___ Day ___ Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name,** what was your name before you changed it?

**A** Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV

If you were **registered before but this is the first time you are registering from the address in Box 2,** what was your address where you were registered before?

**B** Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an **X** to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example

Route #2

● Grocery Store

Woodchuck Road

Public School ● | **X**

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

**EXHIBIT 5**

**DEAR VOTER:**

This form is being sent to you because your original affidavit of registration was not properly completed. Before we can complete the processing of your Affidavit of Registration, we must have additional information from you. Information required is indicated by the numbers printed in the upper right-hand corner of this form. Please complete the corresponding line numbers on the enclosed affidavit. IF THE MISSING INFORMATION IS ON LINE 5, THIS FORM MUST BE RETURNED TO OUR OFFICE BEFORE YOU WILL BE ALLOWED TO VOTE.

IF:

Line 1 - Please enter your full and complete name. Married women must use their name and not the name of their husband.

Line 2 - Your complete residence address must be entered including City and Zip. This must be your residence address and not a mailing address. Mailing address is entered on Line 4.

Line 3 - If street address is unknown, please furnish the name of the property owner and/or parcel number.

Line 4 - We must have a complete mailing address.

Line 5, 6 - We need your Birth date and/or place of birth.

Line 9 - You did not indicate any political affiliation. Unless you specify a political affiliation we must list you as "Decline to State" or "Nonpartisan". This will effect your ability to vote for partisan offices at a Primary Election.

Line 12 - You must sign and date the enclosed affidavit form.

PLEASE REFER TO INSTRUCTIONS ON THIS SHEET AS INDICATED BY NUMBERS IN THIS BOX AND COMPLETE AFFIDAVIT.

The enclosed affidavit form has been completed with the information we have on file for your convenience. Please complete the blank lines indicated, SIGN and return the card to our office. Return postage has been prepaid.

If you have any questions, please contact us at
(858) 694-3447
THANK YOU for your cooperation,
County of San Diego Registrar of Voters

**EXHIBIT 6**

**DEBRA BOWEN** | SECRETARY OF STATE
STATE OF CALIFORNIA | ELECTIONS
1500 11th Street, 5th Floor | Sacramento, CA 95814 | Tel (916) 657-2166 | Fax (916) 653-3214 | www.sos.ca.gov

November 3, 2009

County Clerk/Registrar of Voters (CC/ROV) Memorandum #09173

TO:      All County Clerks/Registrars of Voters

FROM:    *Cathy Mitchell*

         Cathy Mitchell
         Chief of Elections

RE:      Voter Registration: Use of National Mail Voter Registration Form

After posting a program on the Secretary of State's website that allows voters to more easily fill out the National Mail Voter Registration Form (National Form), two questions have arisen.

The first is why the National Form, not the state voter registration form, is posted on the Secretary of State's website.

The second is whether county elections officials need to obtain a registrant's U.S. state or foreign country of birth before officially registering to vote anyone who used the National Form to register.

Using The National Form, Not The State Voter Registration Form

Current state law and regulations specify how a state voter registration form must be constructed. Specifically, Elections Code section 2157 requires the state voter registration form to:

- o  Be included on one part of a multipart card that is perforated
- o  Contain a serial number
- o  Use multiple type sizes and colors of ink
- o  Have its return postage pre-paid by the Secretary of State

Furthermore, Title 2, California Code of Regulations, section 19056, requires the state voter registration form to be 5" x 8" x .007."

These requirements effectively preclude a state or local elections official from accepting a state voter registration form printed from a website. This is why the Secretary of State does not make the state form available on the Internet and discourages others from making it available on the Internet.

Prior to 2009, the Secretary of State's website did allow a person to fill out a state voter registration form online and have it mailed to them so the person could sign and return it. That program was discontinued for three reasons:

1. It cost approximately $1.64 per form.
2. Many people did not return the form because they mistakenly believed they had registered to vote online and therefore did not need to sign and return the voter registration form.
3. Many people requested the forms too close to the E-15 registration deadline and could not return them by the deadline.

### Accepting the National Form: Elections Officials Do Not Need to Determine Registrant's Country or State of Birth

Under California law, when a person submits a state voter registration form, he or she is required to provide either their state of birth (if born in the U.S.) or country of birth (if born outside of the U.S.).

This requirement can be found in two places:

Elections Code section 2150 (a)(6), which states in part:

> (a) The affidavit of registration shall show:
>
> > (6) The state or country of the affiant's birth.

Elections Code section 2157, which states in part:

> (a) Subject to this chapter, the affidavit of registration shall be in a form prescribed by regulations adopted by the Secretary of State. The affidavit shall:
> > (1) Contain the information prescribed in Section 2150.

However, the requirement that a person provide this information to register to vote only applies to someone registering to vote using the state voter registration form that is developed pursuant to state law and regulation. State law does not require a person using the National Form to provide any additional information beyond what is contained on the National Form in order to register.

This is clarified in Elections Code 2162, which reads in part:

> (a) No affidavits of registration other than those provided by the Secretary of State to the county elections officials or the national voter registration forms authorized pursuant to the National Voter Registration Act (42 U.S.C. Sec. 1973gg) shall be used for the registration of voters.

The requirement that state and local elections officials accept the National Form from any person applying to register to vote can be found in the National Voter Registration Act (NVRA), 42 U.S.C. Sec. 1973gg-4 (a), which reads in part:

(1) Each State shall accept and use the mail voter registration application form prescribed by the Federal Election Commission pursuant to section 1973gg-7(a)(2) of this title for the registration of voters in elections for Federal office.

(2) In addition to accepting and using the form described in paragraph (1), a State may develop and use a mail voter registration form that meets all of the criteria stated in section 1973gg-7(b) of this title for the registration of voters in elections for Federal office.

So, while (2) permits states to develop their own voter registration forms, (1) requires states to (unless they have been exempted under the NVRA) accept as complete a voter registration application submitted by a person using the National Form.

If you have any questions, please contact me at Cathy.Mitchell@sos.ca.gov or Robbie Anderson at Robbie.Anderson@sos.ca.gov or via telephone at (916) 653-7635.