

1  Pamela Barnett, Pro se Plaintiff
2  1215 22nd St.
3  Sacramento, CA, 95816
4  Pb_realestate@yahoo.com
5
6         IN THE UNITED STATES DISTRICT COURT FOR THE
7                 EASTERN DISTRICT OF CALIFORNIA
8
9  ------------------------------------------------x
10 PAMELA BARNETT,
11                  Plaintiff,
12                                    Civil CASE:
13                                    10-cv-02216-FCD-KJM
14 v.                                           (DAD)
15
16 DAMON JERRELL DUNN, et al.,
17
18                  Defendants.
19 ------------------------------------------------x
20
21   PLAINTIFF REQUESTS KIMBERLY J. MUELLER RECUSE HERSELF
22                           UNDER
23        28 U.S.C. §144, 28 U.S.C. § 455(a) and (b)(4)
24
25   I, **Pamela Barnett**, declare under penalty of perjury, pursuant to 28

26 U.S.C. §1746:

27 Declarant / Plaintiff in esse is pro se herein without being an attorney.

28 Based on information and belief the Plaintiff asserts the following for her

29 request for recusal of Judge Kimberly Mueller who was appointed by

30 Barack Obama in 2010. Judge Mueller was re-assigned to Plaintiff's case

31 by Chief Judge Anthony W. Ishii even though a request for 3 Judge Panel

32 had already been requested under the original judge on this case, Judge

1  Frank C. Damrell. Plaintiff objected to Chief Judge Ishii's replacement of
2  Judge Damrell on the grounds that the law stipulates the judge should not
3  be replaced except for disability and for the clear conflict of interest Judge
4  Mueller would have in ruling on Plaintiff's case. Chief Judge Ishii failed to
5  address my valid legal concerns and has left the case assigned to Judge
6  Mueller. (Document 31) In fact Chief Judge Ishii did not even respond to
7  Plaintiff's response (Document 32) to his ruling months ago denying my
8  request. Plaintiff appeals now directly and respectfully to Judge Mueller to
9  recuse herself, in hope that Plaintiff's case will have to be moved back to
10 Judge Damrell where it should legally be, because he is not "disabled" from
11 the bench.

12 According to the Supreme Court ruling in Minor v. Happersett 88 U.S.
13 162 (1874) the court said the following in explaining what a "natural born
14 Citizen" is:

15 *At common law, with the nomenclature of which the framers of the*
16 *constitution were familiar, it was never doubted that all children born*
17 *in a country, of parents who were its citizens, became themselves,*
18 *upon their birth, citizens also. These were natives or natural-born*
19 *citizens, as distinguished from aliens or foreigners. Some authorities*
20 *go further, and include as citizens children born within the jurisdiction,*

*without reference to the citizenship of their parents. As to this class there have been doubts, but never as to the first. For the purposes of this case, it is not necessary to solve these doubts. It is sufficient, for everything we have now to consider, that all children, born of citizen parents within the jurisdiction, are themselves citizens." Minor v. Happersett (1874) 21 Wall. 162, 166-168.*

This ruling was made after the adoption of the 14th Amendment (1868) which gave birth right citizenship to children born within the jurisdiction of the U.S.

The natural born citizen meaning of Minor v. Happersett was affirmed in United States v. Wong Kim Ark, 169 U. S. 649, 18 S.Ct. 456, 42 L.Ed. 890 (1898).

According to the Supreme Court, Barack Hussein Obama is not a lawful, de jure President under Article II, Section 1, Clause 5, because he is NOT a NATURAL BORN CITIZEN of the United States.  The law stipulates NATURAL BORN AS HAVING BOTH PARENTS BE U.S. CITIZENS AT THE TIME OF THE CHILD'S BIRTH AND BORN UNDER THE JURISDICTION OF THE U.S.  Obama's father Barack Hussein Obama, Sr., was a British citizen from Kenya at the time of Obama's birth and NEVER became a U.S. citizen.  Obama's NATURAL BORN status was not

investigated by Congress as they did with Senator John McCain with Senate Resolution 511 in 2008. No court has made a ruling on the clear conflict between the established law regarding Natural Born Citizenship and Obama acting de facto as President and Commander in Chief. In fact Supreme Court Justice Clarence Thomas in Congressional testimony stated the court was "evading" the Natural Born eligibility issue of Obama. Justice Thomas is correct - the Supreme Court has not heard one Obama eligibility legal challenge on the merits including Lightfoot et al v. Debra Bowen, California Secretary of State, of which Plaintiff was party to. Below is the Presidential Constitutional eligibility conversation between U.S. Rep. Jose Serrano and Justice Thomas which occurred

> *Subcommittee Chairman Rep. Jose Serrano, D-N.Y., raised the presidential natural born eligibility question during a discussion on racial diversity in the judiciary as an aside to Supreme Court budget discussions.*
>
> *"I'm still waiting for the [court decision] on whether or not a Puerto Rican can run for president of the United States," said Serrano, who was born in the island territory. "That's another issue."*
>
> *Yet after Serrano questioned him on whether or not the land's highest court would be well-served by a justice who had never been a*

> 1  *judge, Thomas not only answered in the affirmative, but also hinted*
> 2  *that Serrano would be better off seeking a seat in the Supreme Court*
> 3  *than a chair in the Oval Office.*
>
> 4  *"I'm glad to hear that you don't think there has to be a judge on the*
> 5  *Court," said Serrano, "because I'm not a judge; I've never been a*
> 6  *judge."*
>
> 7  *"And you don't have to be born in the United States," said Thomas,*
> 8  *referring to the Constitution, which requires the president to be a*
> 9  *natural-born citizen but has no such clause for a Supreme Court*
> 10 *justice, "so you never have to answer that question."*
>
> 11 *"Oh really?" asked Serrano. "So you haven't answered the one about*
> 12 *whether I can serve as president, but you answer this one?"*
>
> 13 *<u>"We're evading that one,"</u> answered Thomas, referring to questions of*
> 14 *presidential eligibility and prompting laughter in the chamber. "We're*
> 15 *giving you another option."* (emphasis by plaintiff)

There exists a real, unsettled legal controversy of national security importance regarding the Constitutional eligibility of Barack Hussein Obama. Established law defines him as a usurper and he has acted under color of law by using tax paid Department of Justice attorneys and private attorneys to block a fair hearing on this matter. Any judicial nominations

1  made by a usurper de facto President would not be considered de jure and
2  could be ruled void ab initio by a court or Congress.
3      Plaintiff's First Amended Complaint requests for relief that the California
4  Secretary of State vet Obama's Constitutional qualifications and the Obama
5  online Hawaii Certification of Live Birth (at Obama's website
6  fightthesmears.com) that was sworn as a forgery in Keyes v. Lingle in
7  Hawaii State court and was also missing the Hawaii Health Department
8  Seal.
9      Plaintiff is also lead plaintiff in the case Barnett, Keyes et al v. Obama
10 which is on appeal at the 9th Circuit Court of Appeals (09-56827).  This case
11 requests Declaratory Relief on whether or not Obama is a Natural Born
12 Citizen of the United States.
13     Just because Obama "won" the 2008 presidential election does not
14 make him a legal Constitutional President.  A popular election does NOT
15 change the U.S. Constitution or the rule of law unless you are in Venezuela,
16 Iran, Afghanistan or another country where the rule of law is not upheld.  It
17 remains to be seen if the courts and Congress shall allow Obama to
18 continue to remain above the law and continue to evade a judicial ruling on
19 his Natural Born Article 2, Section 1, Clause 5 eligibility, under the color of

law of the Office of the President or if they will enforce the law and defend the Constitution which they swore to uphold.

Because there is a real chance that Judge Mueller could have her federal judicial appointment voided as she was appointed by a de facto usurper, she has an extremely substantial financial and job security interest (lifetime judicial appointment) in Plaintiff's case and should recuse herself post haste under the following codes:

28 U.S.C. § 144. Bias or prejudice of judge. Applies whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding.

28 USC §455(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

28 USC § 455 (b) (4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially

1 | affected by the outcome of the proceeding.

2 |     I do solemnly declare under penalty of perjury with 28 USC §1746 and

3 | the laws of the State of California this date July 22, 2011 in the County of

4 | Sacramento, that the facts and circumstances described above are true

5 | and correct to the best of my knowledge.

*Pamela Barnett,*
Sacramento, CA, 95816