# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**PAMELA BARNETT,**

CASE NO: **2:10–CV–02216–KJM –DAD**

v.

**DAMON JERRELL DUNN, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/06/11**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **September 6, 2011**

by:  /s/  A. Benson_____
        Deputy Clerk