

1  Pamela Barnett, Pro se Plaintiff
2  1215 22nd St.
3  Sacramento, CA, 95816

SEP 1 5 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

-------------------------------------------------x

PAMELA BARNETT,
          Plaintiff,      Civil CASE: 10-cv-02216-KJM-DAD

v.

DAMON JERRELL DUNN, etc., et al.,

          Defendants.

-------------------------------------------------x

### NOTICE OF MOTION FOR RECONSIDERATION

<u>TAKE NOTICE</u> that Plaintiff Pamela Barnett, September 15, 2011, will move this Court, for reconsideration of the decision of September 5, 2011, at a time afforded by the Court if necessary at the United States Courthouse, at I St., Sacramento, CA, at a date and time designated by the court.

                                            _Pamela Barnett_
                                            Plaintiff

See the service list below:
Yoshinori H. T. Himel
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814

Brian T. Hildreth
Bell, McAndrews & HILTACHK, LLP
455 Capitol Mall, Suite 600
Sacramento, CA 95814

1
2  Anthony Paul O'Brien
3  Attorney General's Office for the State
4  California Department of Justice
5  1300 I Street  P.O. Box 944255
6  Sacramento, CA 94244-2550
7
8  Nicholas S. Chrisos, NCAED
9  Orange County Counsel
10 333 West Santa Ana Boulevard
11 Suite 407
12 Santa Ana, CA 92702-1379